# 17-2701-cr

In the

United States Court of Appeals

For the Second Circuit

UNITED STATES OF AMERICA,

*Appellee,*

v.

MICHAEL J. PERSICO,

*Defendant-Appellant.*

*On Appeal from the United States District Court for the Eastern District of New York*

## APPENDIX
## VOLUME I OF II
## A1 – A189

MARC FERNICH, ESQ.
LAW OFFICE OF MARC FERNICH
810 Seventh Avenue
Suite 620
New York, New York 10019
(212) 446-2346

SARITA KEDIA, ESQ.
SARITA KEDIA LAW OFFICES
5 East 22nd Street
Suite 7B
New York, New York 10010
(212) 681-0202

*Attorneys for Defendant-Appellant Michael J. Persico*

# TABLE OF CONTENTS

**Page**

**VOLUME I:**

Docket Sheet……………………………………………………………………...A1

Superseding Information…………………………………………………………A101

Plea Agreement…………………………………………………………………..A109

Transcript of Plea Proceedings dated 6/8/12……………………………………..A119

Affirmation of Paul Shechtman, Esq……………………………………………..A150

Affirmation of Sarita Kedia, Esq…………………………………………………A154

Transcripts of Government Recordings Made by Steven Marcus…………………………A158

**VOLUME II:**

Memorandum and Order Denying Motion to Withdraw Plea dated 10/29/14……………..A190

Transcript of Proceedings dated 10/30/14………………………………………….A215

Government Sentencing Letter dated 1/19/15……………………………………...A221

Memorandum and Order Denying Motion to Withdraw Plea dated 2/27/15…..…………..A225

Transcript of Proceedings dated 6/3/16…………………………………………….A244

Government Objections to Presentence Report dated 2/12/16…………………………….A285

Government Submissions regarding Fatico Hearing………...…………………………….A286

Transcript of Sentencing Proceeding dated 7/21/17………………………………….……A292

Transcript of Oral Argument on Motion for Bail Pending Appeal dated 10/17/17…......…A346

Notice of Appeal……………………………………….……………………......A357

APPEAL,MAG,MJSELECT−RLM,PROSE

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: 1:10−cr−00147−DLI All Defendants

Case title: USA v. Bombino et al
Related Case: 1:17−cv−04432−SLT

Date Filed: 03/03/2010
Date Terminated: 08/25/2017

Assigned to: Judge Sandra L. Townes

**Defendant (1)**

**James C. Bombino**
*TERMINATED: 05/01/2012*

represented by

**John C. Meringolo**
Meringolo and Associates, P.C.
375 Greenwich Street
7th Floor
New York, NY 10013
212−941−2077
Fax: 212−202−4936
Email: john@meringoloesq.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John E. Tiffany**
155 West 68th Street
Suite 1805
New York, NY 10023
(212) 873−1107
Fax: (212) 873−0977
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Pending Counts | Disposition |
|---|---|
| RACKETEERING − EXTORTION (1s) | 30 months incarceration; 3 years supervised release; $100 special assessment |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| RACKETEERING (1) | Dismissed on Government's motion |
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (4) | Dismissed on Government's motion |
| CONSPIRACY TO DEFRAUD THE UNITED STATES (4s) | Dismissed on Government's motion |
| INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (5−8) | Dismissed on Government's motion |
| THEFT OR EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN | Dismissed on Government's motion |

(5s)

WIRE FRAUD CONSPIRACY
(9s)

Dismissed on Government's motion

INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE
(10s−14s)

Dismissed on Government's motion

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Sandra L. Townes

**Defendant (2)**

**Alicia Dimichele**
*TERMINATED: 08/26/2014*
*also known as*
Alicia Garofalo
*TERMINATED: 08/26/2014*

represented by

**Michael L. Macklowitz**
Michael L. Macklowitz, Esq.
299 Broadway
Suite 1405
New York, NY 10007
212−227−6655
Fax: 212−732−6972
Email: Law299@aol.com
*TERMINATED: 07/12/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Marie Graziano**
Law Offices of Jean Marie Graziano
1095 Huguenot Avenue
Staten Island, NY 10312
718−404−2379
Fax: 718−709−7035
Email: jgnylawyer@aol.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John S. Wallenstein**
John S. Wallenstein, Esq.
1100 Franklin Avenue
Suite 100
Garden City, NY 11530
516−742−5600
Fax: 516−742−5040
Email: jswallensteinesq@aol.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Michael K. Bachrach**
276 Fifth Avenue
Suite 501
New York, NY 10001
212−929−0592
Fax: 866−328−1630
Email: michael@mbachlaw.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (2ssss) | defendant receives 4 years probation; $100.00 special assessment fee and $40,000.00 restitution |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| RACKETEERING CONSPIRACY (1ssss) | dismissed by Government's motion in open court |
| CONSPIRACY TO DEFRAUD THE UNITED STATES (2) | dismissed by Government's motion in open court |
| CONSPIRACY TO DEFRAUD THE UNITED STATES (2s) | dismissed by Government's motion in open court |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (2ss) | dismissed by Government's motion in open court |
| Conspiracy to Embezzle from Employee Benefit Plans (2sss) | dismissed by Government's motion in open court |
| THEFT OR EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN (3) | dismissed by Government's motion in open court |
| THEFT OR EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN (3s) | dismissed by Government's motion in open court |
| TEMBEZZLEMENT FROM EMPLOYEE BENEFIT PLANs (3ss) | dismissed by Government's motion in open court |
| Embezzlement from Employee Benefit Plans (3sss) | dismissed by Government's motion in open court |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN (3ssss) | dismissed by Government's motion in open court |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #2 (4ssss) | dismissed by Government's motion in open court |
| HOBBS ACT EXTORTION − JOHN DOE #2 (5ssss) | dismissed by Government's motion in open court |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (6ssss) | dismissed by Government's motion in open court |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLANS | dismissed by Government's motion in open court |

| | |
|---|---|
| (7ssss) | |
| EXTORTIONATE EXTENSION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9<br>(8ssss) | dismissed by Government's motion in open court |
| EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9<br>(9ssss) | dismissed by Government's motion in open court |
| EXTORTIONATE COLLECTION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9<br>(10ssss) | dismissed by Government's motion in open court |
| EXTORTIONATE COLLECTION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9<br>(11ssss) | dismissed by Government's motion in open court |
| FINANCING AN EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9<br>(12ssss) | dismissed by Government's motion in open court |
| WIRE FRAUD CONSPIRACY<br>(13ssss) | dismissed by Government's motion in open court |
| WIRE FRAUD<br>(14ssss) | dismissed by Government's motion in open court |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #10 AND JOHN DOE #11<br>(15ssss) | dismissed by Government's motion in open court |
| HOBBS ACT EXTORTION − JOHN DOE #10 AND JOHN DOE #11<br>(16ssss) | dismissed by Government's motion in open court |
| HOBBS ACT ATTEMPTED EXTORTION − JOHN DOE #10 AND JOHN DOE #11<br>(17ssss) | dismissed by Government's motion in open court |
| HOBBS ACT EXTORTION CONSPIRACY − TESTA CORPORATION<br>(18ssss) | dismissed by Government's motion in open court |
| HOBBS ACT ATTEMPTED EXTORTION − TESTA CORPORATION<br>(19ssss) | dismissed by Government's motion in open court |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #12<br>(20ssss) | dismissed by Government's motion in open court |
| HOBBS ACT EXTORTION − JOHN DOE #12<br>(21ssss) | dismissed by Government's motion in open court |
| CONSPIRACY TO DISTRIBUTE PRESCRIPTION DRUGS<br>(22ssss) | dismissed by Government's motion in open court |

DISTRIBUTION OF PRESCRIPTION DRUGS (23ssss) — dismissed by Government's motion in open court

WIRE FRAUD − PRESCRIPTION DRUGS (24ssss−27ssss) — dismissed by Government's motion in open court

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Sandra L. Townes

**Defendant (3)**

**Edward Garofalo, Jr.**
*TERMINATED: 03/21/2014*
*also known as*
Bobble
*TERMINATED: 03/21/2014*
*also known as*
Tall Guy
*TERMINATED: 03/21/2014*

represented by

**Gino Josh Singer**
Gino Josh Singer, Esq.
299 Broadway
Suite 1405
New York, NY 10007
212−227−6655
Fax: 212−732−6972
Email: law299rico@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Steven Zissou**
Steve Zissou & Associates
42−40 Bell Blvd.
Suite 302
Bayside, NY 11361
718−279−4500
Fax: 718−281−0850
Email: stevezissou@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jean Marie Graziano**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Karloff Cylton Commissiong**
Adams & Commissiong LLP
20 Vesey Street
Suite 400
New York, NY 10007
212−430−6590
Fax: 212−981−3305
Email: karloff@amcmlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|

| | |
|---|---|
| RACKETEERING (1sssss) | defendant is sentenced to 84 months imprisonment followed by 3 years supervised release and $100.00 special assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| RACKETEERING (1) | dismissed by Government's motion in open court |
| RACKETEERING − EXTORTION (1s) | dismissed by Government's motion in open court |
| RACKETEERING CONSPIRACY (1ss) | dismissed by Government's motion in open court |
| Racketeering Conspiracy (1sss) | dismissed by Government's motion in open court |
| RACKETEERING CONSPIRACY (1ssss) | dismissed by Government's motion in open court |
| CONSPIRACY TO DEFRAUD THE UNITED STATES (2) | dismissed by Government's motion in open court |
| CONSPIRACY TO DEFRAUD THE UNITED STATES (2s) | dismissed by Government's motion in open court |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (2ss) | dismissed by Government's motion in open court |
| Conspiracy to Embezzle from Employee Benefit Plans (2sss) | dismissed by Government's motion in open court |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (2ssss) | dismissed by Government's motion in open court |
| THEFT OR EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN (3) | dismissed by Government's motion in open court |
| THEFT OR EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN (3s) | dismissed by Government's motion in open court |
| TEMBEZZLEMENT FROM EMPLOYEE BENEFIT PLANs (3ss) | dismissed by Government's motion in open court |
| Embezzlement from Employee Benefit Plans (3sss) | dismissed by Government's motion in open court |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN (3ssss) | dismissed by Government's motion in open court |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #2 (4ssss) | dismissed by Government's motion in open court |

| | |
|---|---|
| HOBBS ACT EXTORTION − JOHN DOE #2 (5ssss) | dismissed by Government's motion in open court |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (6ssss) | dismissed by Government's motion in open court |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLANS (7ssss) | dismissed by Government's motion in open court |
| EXTORTIONATE EXTENSION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9 (8ssss) | dismissed by Government's motion in open court |
| EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (9ssss) | dismissed by Government's motion in open court |
| EXTORTIONATE COLLECTION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9 (10ssss) | dismissed by Government's motion in open court |
| EXTORTIONATE COLLECTION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (11ssss) | dismissed by Government's motion in open court |
| FINANCING AN EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (12ssss) | dismissed by Government's motion in open court |
| WIRE FRAUD CONSPIRACY (13ssss) | dismissed by Government's motion in open court |
| WIRE FRAUD (14ssss) | dismissed by Government's motion in open court |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #10 AND JOHN DOE #11 (15ssss) | dismissed by Government's motion in open court |
| HOBBS ACT EXTORTION − JOHN DOE #10 AND JOHN DOE #11 (16ssss) | dismissed by Government's motion in open court |
| HOBBS ACT ATTEMPTED EXTORTION − JOHN DOE #10 AND JOHN DOE #11 (17ssss) | dismissed by Government's motion in open court |
| HOBBS ACT EXTORTION CONSPIRACY − TESTA CORPORATION (18ssss) | dismissed by Government's motion in open court |
| HOBBS ACT ATTEMPTED EXTORTION − TESTA CORPORATION (19ssss) | dismissed by Government's motion in open court |

| | |
|---|---|
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #12 (20ssss) | dismissed by Government's motion in open court |
| HOBBS ACT EXTORTION − JOHN DOE #12 (21ssss) | dismissed by Government's motion in open court |
| CONSPIRACY TO DISTRIBUTE PRESCRIPTION DRUGS (22ssss) | dismissed by Government's motion in open court |
| DISTRIBUTION OF PRESCRIPTION DRUGS (23ssss) | dismissed by Government's motion in open court |
| WIRE FRAUD − PRESCRIPTION DRUGS (24ssss−27ssss) | dismissed by Government's motion in open court |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Sandra L. Townes

**Defendant (4)**

**Michael D. Sciaretta**
*TERMINATED: 09/05/2014*
*also known as*
Mike Lnu
*TERMINATED: 09/05/2014*

represented by

**Christopher E. Chang**
Law Offices of Christopher E. Chang
140 Broadway
46th Floor
New York, NY 10005
212−208−1470
Fax: 212−208−1468
Email: cechang@juno.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**John Jacob Rieck , Jr.**
Doar, Rieck Kaley & Mack
217 Broadway − 7th Floor
Suite 707
New York, NY 10007−2911
212−619−3730
Fax: 212−962−5037
Email: firm@doarlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Kelley J. Sharkey**
Attorney at Law
26 Court Street
Suite 2805
Brooklyn, NY 11242
(718) 858−8843
Fax: (718) 875−0053
Email: kelleysharkeyesq@verizon.net

*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES (1ssssss) | defendant is sentenced to 3 years Probation; $25.00 special assessment fee; restitution in the amount of $34,120.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| RACKETEERING CONSPIRACY (1ssss) | dismissed |
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (1sssss) | dismissed |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (2ssss) | dismissed |
| FRAUD BY WIRE, RADIO, OR TELEVISION (2sssss) | dismissed |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN (3ssss) | dismissed |
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (4) | dismissed |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #2 (4ssss) | dismissed |
| HOBBS ACT EXTORTION − JOHN DOE #2 (5ssss) | dismissed |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (6ssss) | dismissed |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLANS (7ssss) | dismissed |
| EXTORTIONATE EXTENSION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9 (8ssss) | dismissed |
| WIRE FRAUD CONSPIRACY (9s) | dismissed |
| EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (9ssss) | dismissed |

| | |
|---|---|
| EXTORTIONATE COLLECTION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9 (10ssss) | dismissed |
| WIRE FRAUD CONSPIRACY (11ss) | dismissed |
| Wire Fraud Conspiracy (11sss) | dismissed |
| EXTORTIONATE COLLECTION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (11ssss) | dismissed |
| WIRE FRAUD (12ss) | dismissed |
| Wire Fraud (12sss) | dismissed |
| FINANCING AN EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (12ssss) | dismissed |
| WIRE FRAUD CONSPIRACY (13ssss) | dismissed |
| WIRE FRAUD (14ssss) | dismissed |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #10 AND JOHN DOE #11 (15ssss) | dismissed |
| HOBBS ACT EXTORTION − JOHN DOE #10 AND JOHN DOE #11 (16ssss) | dismissed |
| HOBBS ACT ATTEMPTED EXTORTION − JOHN DOE #10 AND JOHN DOE #11 (17ssss) | dismissed |
| HOBBS ACT EXTORTION CONSPIRACY − TESTA CORPORATION (18ssss) | dismissed |
| HOBBS ACT ATTEMPTED EXTORTION − TESTA CORPORATION (19ssss) | dismissed |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #12 (20ssss) | dismissed |
| HOBBS ACT EXTORTION − JOHN DOE #12 (21ssss) | dismissed |
| CONSPIRACY TO DISTRIBUTE PRESCRIPTION DRUGS (22ssss) | dismissed |

| | |
|---|---|
| DISTRIBUTION OF PRESCRIPTION DRUGS (23ssss) | dismissed |
| WIRE FRAUD − PRESCRIPTION DRUGS (24ssss−27ssss) | dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Chief Judge Dora Lizette Irizarry

**Defendant (5)**

**Michael J. Persico**
*TERMINATED: 08/25/2017*

represented by

**Maurice H. Sercarz**
Sercarz & Riopelle
810 Seventh Avenue, Suite 620
New York, NY 10019
212−586−4900
Fax: 212−586−1234
Email: msercarz@sercarzandriopelle.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Marc A Fernich**
Law Offices of Marc Fernich
810 Seventh Avenue
Suite 620
New York, NY 10019
(212) 446−2346
Fax: 212−459−2299
Email: maf@fernichlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Richard H. Rosenberg**
Richard H. Rosenberg
217 Broadway
Suite 707
New York, NY 10007
212−586−3838
Fax: 212−962−5037
Email: richrosenberg@msn.com
*ATTORNEY TO BE NOTICED*

**Sarita Kedia**
Law Offices of Sarita Kedia
5 East 22nd Street
Suite 7B
New York, NY 10010
212−681−0202
Fax: 212−614−0202
Email: skedia@kedialaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY TO DEFRAUD THE UNITED STATES (1sssss) | 60 months in custody and 3 years of supervised release with special conditions. $250,000 fine due immediately and payable at the rate of $25 per quarter while in custody and 10% of gross income per month while on supervised release. Forfeiture has been satisfied. Restitution not imposed because no loss sustained by victim(s). Rec. to BOP: Designation to FCI Danbury or another facility near the NYC area. $100 special assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| RACKETEERING (1) | Dismissed |
| RACKETEERING − EXTORTION (1s) | Dismissed |
| RACKETEERING CONSPIRACY (1ss) | Dismissed |
| Racketeering Conspiracy (1sss) | Dismissed |
| RACKETEERING CONSPIRACY (1ssss) | Dismissed |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (2ssss) | Dismissed |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN (3ssss) | Dismissed |
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (4) | Dismissed |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #2 (4ssss) | Dismissed |
| INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (5−8) | Dismissed |
| HOBBS ACT EXTORTION − JOHN DOE #2 (5ssss) | Dismissed |
| INTERSTATE COMMERCE (6s) | Dismissed |
| EXTORTIONATE EXTENSIONS OF CREDIT CONSPIRACY − JOHN DOE #7 AND JOHN DOE #8 | Dismissed |

| | |
|---|---|
| (6ss) | |
| Extortionate Extension of Credit Conspiracy − John Doe #8 and John Doe #9 (6sss) | Dismissed |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (6ssss) | Dismissed |
| EXTENSIONS OF CREDIT BY EXTORTION (7s) | Dismissed |
| EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #7 AND JOHN DOE #8 (7ss) | Dismissed |
| Extortionate Extension of Credit − John Doe #8 and John Doe #9 (7sss) | Dismissed |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLANS (7ssss) | Dismissed |
| EXTORTIONATE COLLECTION OF CREDIT CONSPIRACY − JOHN DOE #7 AND JOHN DOE #8 (8ss) | Dismissed |
| Extortionate Collection of Credit Conspiracy − John Doe #8 and John Doe #9 (8sss) | Dismissed |
| EXTORTIONATE EXTENSION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9 (8ssss) | Dismissed |
| WIRE FRAUD CONSPIRACY (9s) | Dismissed |
| EXTORTIONATE COLLECTION OF CREDIT − JOHN DOE #7 AND JOHN DOE #8 (9ss) | Dismissed |
| Extortionate Collection of Credit − John Doe #8 and John Doe #9 (9sss) | Dismissed |
| EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (9ssss) | Dismissed |
| EXTORTIONATE COLLECTION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9 (10ssss) | Dismissed |
| INTERFERENCE WITH COMMERCE BY THREAT OR | Dismissed |

| | |
|---|---|
| VIOLENCE<br>(11s−14s) | |
| WIRE FRAUD CONSPIRACY<br>(11ss) | Dismissed |
| Wire Fraud Conspiracy<br>(11sss) | Dismissed |
| EXTORTIONATE COLLECTION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9<br>(11ssss) | Dismissed |
| WIRE FRAUD<br>(12ss) | Dismissed |
| Wire Fraud<br>(12sss) | Dismissed |
| FINANCING AN EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9<br>(12ssss) | Dismissed |
| EXTORTION CONSPIRACY − JOHN DOE #9 AND JOHN DOE #10<br>(13ss) | Dismissed |
| Extortion Conspiracy John Doe #10 and John Doe #11<br>(13sss) | Dismissed |
| WIRE FRAUD CONSPIRACY<br>(13ssss) | Dismissed |
| EXTORTION − JOHN DOE #9 AND JOHN DOE #10<br>(14ss) | Dismissed |
| Extortion − John Doe #10 and John Doe #11<br>(14sss) | Dismissed |
| WIRE FRAUD<br>(14ssss) | Dismissed |
| ATTEMPTED EXTORTION − JOHN DOE #9 AND JOHN DOE #10<br>(15ss) | Dismissed |
| Attempted Extortion − John Doe #10 and John Doe #11<br>(15sss) | Dismissed |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #10 AND JOHN DOE #11<br>(15ssss) | Dismissed |
| EXTORTION CONSPIRACY − TESTA CORPORATION<br>(16ss) | Dismissed |
| Extortion Conspiracy Testa Corporation<br>(16sss) | Dismissed |
| | Dismissed |

| | |
|---|---|
| HOBBS ACT EXTORTION − JOHN DOE #10 AND JOHN DOE #11 (16ssss) | |
| ATTEMPTED EXTORTION − TESTA CORPORATION (17ss) | Dismissed |
| Attempted Extortion − Testa Corporation (17sss) | Dismissed |
| HOBBS ACT ATTEMPTED EXTORTION − JOHN DOE #10 AND JOHN DOE #11 (17ssss) | Dismissed |
| HOBBS ACT EXTORTION CONSPIRACY − TESTA CORPORATION (18ssss) | Dismissed |
| HOBBS ACT ATTEMPTED EXTORTION − TESTA CORPORATION (19ssss) | Dismissed |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #12 (20ssss) | Dismissed |
| HOBBS ACT EXTORTION − JOHN DOE #12 (21ssss) | Dismissed |
| CONSPIRACY TO DISTRIBUTE PRESCRIPTION DRUGS (22ssss) | Dismissed |
| DISTRIBUTION OF PRESCRIPTION DRUGS (23ssss) | Dismissed |
| WIRE FRAUD − PRESCRIPTION DRUGS (24ssss−27ssss) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Sandra L. Townes

**Defendant (6)**

| | | |
|---|---|---|
| **Theodore N. Persico, Jr.**<br>*TERMINATED: 06/04/2014*<br>*also known as*<br>Skinny<br>*TERMINATED: 06/04/2014* | represented by | **James C. Neville**<br>Lumer & Neville<br>225 Broadway, Suite 2700<br>New York, NY 10007<br>212−566−5060 |

*also known as*
Teddy
*TERMINATED: 06/04/2014*

Fax: 212−406−6890
Email: jneville@lumerneville.com
*TERMINATED: 05/20/2013*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth E Macedonio**
Elizabeth E. Macedonio, P.C.
80 Broad Street
Suite 1900
New York, NY 10004
212−257−6410
Fax: 212−257−6453
Email: emacedonio@yahoo.com
*ATTORNEY TO BE NOTICED*

**Joseph R. Corozzo , Jr.**
Rubinstein & Corozzo LLP
260 Madison Avenue
New York, NY 10016
(212) 545−8777
Fax: 212−679−1844
Email: rcorozzo@aol.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Zachary Margulis−Ohnuma**
Law Office of Zachary Margulis−Ohnuma
260 Madison Avenue
18th Floor
New York, NY 10016
212−685−0999
Fax: 212−685−0922
Email: zach@zmolaw.com
*TERMINATED: 03/29/2010*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| CONSPIRACY, MURDER, KIDNAP (1sssss) | defendant is sentenced to 120 months imprisonment followed by 3 years supervised release and $100.00 special assessment fee |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| RACKETEERING (1) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| RACKETEERING − EXTORTION (1s) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| RACKETEERING CONSPIRACY (1ss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| Racketeering Conspiracy (1sss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |

| | |
|---|---|
| RACKETEERING CONSPIRACY (1ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (2ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN (3ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (4) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| CONSPIRACY TO DEFRAUD THE UNITED STATES (4s) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (4ss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| Conspiracy to Embezzle from Employee Benefit Plans (4sss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #2 (4ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| THEFT OR EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN (5s) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLANS (5ss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| Embezzlement from Employee Benefit Plans (5sss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| HOBBS ACT EXTORTION − JOHN DOE #2 (5ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| INTERSTATE COMMERCE (6s) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| EXTORTIONATE EXTENSIONS OF CREDIT CONSPIRACY − JOHN DOE #7 AND JOHN DOE #8 (6ss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| Extortionate Extension of Credit Conspiracy − John Doe #8 and John Doe #9 (6sss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (6ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |

| | |
|---|---|
| EXTENSIONS OF CREDIT BY EXTORTION<br>(7s) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #7 AND JOHN DOE #8<br>(7ss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| Extortionate Extension of Credit − John Doe #8 and John Doe #9<br>(7sss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLANS<br>(7ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| EXTORTIONATE COLLECTION OF CREDIT CONSPIRACY − JOHN DOE #7 AND JOHN DOE #8<br>(8ss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| Extortionate Collection of Credit Conspiracy − John Doe #8 and John Doe #9<br>(8sss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| EXTORTIONATE EXTENSION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9<br>(8ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| WIRE FRAUD CONSPIRACY<br>(9s) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| EXTORTIONATE COLLECTION OF CREDIT − JOHN DOE #7 AND JOHN DOE #8<br>(9ss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| Extortionate Collection of Credit − John Doe #8 and John Doe #9<br>(9sss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9<br>(9ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| EXTORTIONATE COLLECTION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9<br>(10ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| WIRE FRAUD CONSPIRACY<br>(11ss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| Wire Fraud Conspiracy<br>(11sss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| EXTORTIONATE COLLECTION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9<br>(11ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |

| | |
|---|---|
| WIRE FRAUD<br>(12ss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| Wire Fraud<br>(12sss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| FINANCING AN EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9<br>(12ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| WIRE FRAUD CONSPIRACY<br>(13ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| WIRE FRAUD<br>(14ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #10 AND JOHN DOE #11<br>(15ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| HOBBS ACT EXTORTION − JOHN DOE #10 AND JOHN DOE #11<br>(16ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| HOBBS ACT ATTEMPTED EXTORTION − JOHN DOE #10 AND JOHN DOE #11<br>(17ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| HOBBS ACT EXTORTION CONSPIRACY − TESTA CORPORATION<br>(18ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| HOBBS ACT ATTEMPTED EXTORTION − TESTA CORPORATION<br>(19ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #12<br>(20ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| HOBBS ACT EXTORTION − JOHN DOE #12<br>(21ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| CONSPIRACY TO DISTRIBUTE PRESCRIPTION DRUGS<br>(22ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| DISTRIBUTION OF PRESCRIPTION DRUGS<br>(23ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |
| WIRE FRAUD − PRESCRIPTION DRUGS<br>(24ssss−27ssss) | Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Sandra L. Townes

**Defendant (7)**

**Thomas Petrizzo**
*TERMINATED: 11/06/2014*

represented by

**Gerald L. Shargel**
Winston & Strawn, LLP
200 Park Avenue
Suite 1501
New York, NY 10166−4193
212−294−2637
Fax: 212−294−4700
Email: gshargel@winston.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Ronald L. Tobia**
Tobia & Sorger
500 Supor Blvd
Harrison, NJ 07029
973−746−6000
Fax: 973−509−1578
Email: rtobia@tobiasorger.com
*TERMINATED: 04/29/2010*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| WIRE FRAUD CONSPIRACY (13ssss) | Defendant is sentenced to 1 month IMPRISONMENT followed by 3 years SUPERVISED RELEASE; $100.00 SPECIAL ASSESSMENT FEE; RESTITUTION $34,120.00; FINE $10,000.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| RACKETEERING − EXTORTION (1s) | DISMISSED by Government's motion |
| RACKETEERING CONSPIRACY (1ss) | DISMISSED by Government's motion |
| Racketeering Conspiracy (1sss) | DISMISSED by Government's motion |
| RACKETEERING CONSPIRACY (1ssss) | DISMISSED by Government's motion |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (2ssss) | DISMISSED by Government's motion |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN (3ssss) | DISMISSED by Government's motion |

| | |
|---|---|
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (4) | DISMISSED by Government's motion |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #2 (4ssss) | DISMISSED by Government's motion |
| HOBBS ACT EXTORTION − JOHN DOE #2 (5ssss) | DISMISSED by Government's motion |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (6ssss) | DISMISSED by Government's motion |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLANS (7ssss) | DISMISSED by Government's motion |
| EXTORTIONATE EXTENSION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9 (8ssss) | DISMISSED by Government's motion |
| WIRE FRAUD CONSPIRACY (9s) | DISMISSED by Government's motion |
| EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (9ssss) | DISMISSED by Government's motion |
| EXTORTIONATE COLLECTION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9 (10ssss) | DISMISSED by Government's motion |
| WIRE FRAUD CONSPIRACY (11ss) | DISMISSED by Government's motion |
| Wire Fraud Conspiracy (11sss) | DISMISSED by Government's motion |
| EXTORTIONATE COLLECTION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (11ssss) | DISMISSED by Government's motion |
| WIRE FRAUD (12ss) | Dismissed by Government's motion |
| Wire Fraud (12sss) | DISMISSED by Government's motion |
| FINANCING AN EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (12ssss) | DISMISSED by Government's motion |
| INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE (13s−14s) | DISMISSED by Government's motion |
| WIRE FRAUD (14ssss) | DISMISSED by Government's motion |
| | DISMISSED by Government's motion |

| | |
|---|---|
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #10 AND JOHN DOE #11 (15ssss) | |
| EXTORTION CONSPIRACY − TESTA CORPORATION (16ss) | DISMISSED by Government's motion |
| Extortion Conspiracy Testa Corporation (16sss) | DISMISSED by Government's motion |
| HOBBS ACT EXTORTION − JOHN DOE #10 AND JOHN DOE #11 (16ssss) | DISMISSED by Government's motion |
| ATTEMPTED EXTORTION − TESTA CORPORATION (17ss) | DISMISSED by Government's motion |
| Attempted Extortion − Testa Corporation (17sss) | DISMISSED by Government's motion |
| HOBBS ACT ATTEMPTED EXTORTION − JOHN DOE #10 AND JOHN DOE #11 (17ssss) | DISMISSED by Government's motion |
| HOBBS ACT EXTORTION CONSPIRACY − TESTA CORPORATION (18ssss) | DISMISSED by Government's motion |
| HOBBS ACT ATTEMPTED EXTORTION − TESTA CORPORATION (19ssss) | DISMISSED by Government's motion |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #12 (20ssss) | DISMISSED by Government's motion |
| HOBBS ACT EXTORTION − JOHN DOE #12 (21ssss) | DISMISSED by Government's motion |
| CONSPIRACY TO DISTRIBUTE PRESCRIPTION DRUGS (22ssss) | DISMISSED by Government's motion |
| DISTRIBUTION OF PRESCRIPTION DRUGS (23ssss) | DISMISSED by Government's motion |
| WIRE FRAUD − PRESCRIPTION DRUGS (24ssss−27ssss) | DISMISSED by Government's motion |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge Sandra L. Townes

**Defendant (8)**

**Louis Romeo**
*TERMINATED: 07/29/2014*

represented by

**Mark Steven DeMarco**
Law Offices of Mark S. DeMarco
3867 East Tremont Avenue
Bronx, NY 10465
718−239−7070
Fax: 718−239−2141
Email: duroseausullivandemarco@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Joel S. Walter**
Joel S. Walter & Associates, P.C.
225 Broadway, Suite 1608
New York, NY 10007
212−566−3900
Fax: 212−566−6699
Email: jwalter310@aol.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DEFRAUD THE UNITED STATES (1ssssss) | Defendant is sentenced to 6 months imprisonment followed by 1 year supervised release and $25.00 special assessment fee; restitution in the amount of $34,120.00 |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| RACKETEERING CONSPIRACY (1ssss) | DISMISSED |
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (1sssss) | DISMISSED |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (2ssss) | DISMISSED |
| FRAUD BY WIRE, RADIO, OR TELEVISION (2sssss) | DISMISSED |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN (3ssss) | DISMISSED |
| ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD (4) | DISMISSED |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #2 | DISMISSED |

| | |
|---|---|
| (4ssss) | |
| HOBBS ACT EXTORTION − JOHN DOE #2 (5ssss) | DISMISSED |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (6ssss) | DISMISSED |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLANS (7ssss) | DISMISSED |
| EXTORTIONATE EXTENSION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9 (8ssss) | DISMISSED |
| WIRE FRAUD CONSPIRACY (9s) | DISMISSED |
| EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (9ssss) | DISMISSED |
| EXTORTIONATE COLLECTION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9 (10ssss) | DISMISSED |
| WIRE FRAUD CONSPIRACY (11ss) | DISMISSED |
| Wire Fraud Conspiracy (11sss) | DISMISSED |
| EXTORTIONATE COLLECTION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (11ssss) | DISMISSED |
| WIRE FRAUD (12ss) | DISMISSED |
| Wire Fraud (12sss) | DISMISSED |
| FINANCING AN EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (12ssss) | DISMISSED |
| WIRE FRAUD CONSPIRACY (13ssss) | DISMISSED |
| WIRE FRAUD (14ssss) | DISMISSED |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #10 AND JOHN DOE #11 (15ssss) | DISMISSED |
| HOBBS ACT EXTORTION − JOHN DOE #10 AND JOHN DOE #11 | DISMISSED |

| | |
|---|---|
| (16ssss) | |
| HOBBS ACT ATTEMPTED EXTORTION − JOHN DOE #10 AND JOHN DOE #11 (17ssss) | DISMISSED |
| HOBBS ACT EXTORTION CONSPIRACY − TESTA CORPORATION (18ssss) | DISMISSED |
| HOBBS ACT ATTEMPTED EXTORTION − TESTA CORPORATION (19ssss) | DISMISSED |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #12 (20ssss) | DISMISSED |
| HOBBS ACT EXTORTION − JOHN DOE #12 (21ssss) | DISMISSED |
| CONSPIRACY TO DISTRIBUTE PRESCRIPTION DRUGS (22ssss) | DISMISSED |
| DISTRIBUTION OF PRESCRIPTION DRUGS (23ssss) | DISMISSED |
| WIRE FRAUD − PRESCRIPTION DRUGS (24ssss−27ssss) | DISMISSED |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Sandra L. Townes

**Defendant (9)**

| | | |
|---|---|---|
| **Anthony Preza**<br>*TERMINATED: 05/29/2015* | represented by | **Joseph R. Benfante**<br>Joseph R. Benfante, P.C.<br>225 Broadway<br>Suite 2700<br>New York, NY 10007<br>(212) 227−4700<br>Fax: 212−406−6890<br>Email: josephbenfante@aol.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| FINANCING AN EXTORTIONATE EXTENSION | A 3−year term of PROBATION w/Special Conditions of Supervision; $100.00 SPECIAL |

| | |
|---|---|
| OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (12sss) | ASSESSMENT; $15,000.00 FINE; No RESTITUTION. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| RACKETEERING CONSPIRACY (1sss) | Dismissed upon Motion of the Government. |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (2sss) | Dismissed upon Motion of the Government. |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN (3sss) | Dismissed upon Motion of the Government. |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #2 (4sss) | Dismissed upon Motion of the Government. |
| HOBBS ACT EXTORTION − JOHN DOE #2 (5sss) | Dismissed upon Motion of the Government. |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS (6sss) | Dismissed upon Motion of the Government. |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLANS (7sss) | Dismissed upon Motion of the Government. |
| EXTENSIONS OF CREDIT BY FINANCIAL EXTORTION (8) | Dismissed upon Motion of the Government. |
| EXTORTIONATE EXTENSION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9 (8sss) | Dismissed upon Motion of the Government. |
| EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (9sss) | Dismissed upon Motion of the Government. |
| FINANCING EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #7 AND JOHN DOE #8 (10s) | Dismissed upon Motion of the Government. |
| Financing Extortionate Extension of Credit − John Doe #8 and John Doe #9 (10ss) | Dismissed upon Motion of the Government. |
| EXTORTIONATE COLLECTION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9 (10sss) | Dismissed upon Motion of the Government. |

| | |
|---|---|
| EXTORTIONATE COLLECTION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (11sss) | Dismissed upon Motion of the Government. |
| WIRE FRAUD CONSPIRACY (13sss) | Dismissed upon Motion of the Government. |
| WIRE FRAUD (14sss) | Dismissed upon Motion of the Government. |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #10 AND JOHN DOE #11 (15sss) | Dismissed upon Motion of the Government. |
| HOBBS ACT EXTORTION − JOHN DOE #10 AND JOHN DOE #11 (16sss) | Dismissed upon Motion of the Government. |
| HOBBS ACT ATTEMPTED EXTORTION − JOHN DOE #10 AND JOHN DOE #11 (17sss) | Dismissed upon Motion of the Government. |
| HOBBS ACT EXTORTION CONSPIRACY − TESTA CORPORATION (18sss) | Dismissed upon Motion of the Government. |
| HOBBS ACT ATTEMPTED EXTORTION − TESTA CORPORATION (19sss) | Dismissed upon Motion of the Government. |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #12 (20sss) | Dismissed upon Motion of the Government. |
| HOBBS ACT EXTORTION − JOHN DOE #12 (21sss) | Dismissed upon Motion of the Government. |
| CONSPIRACY TO DISTRIBUTE PRESCRIPTION DRUGS (22sss) | Dismissed upon Motion of the Government. |
| DISTRIBUTION OF PRESCRIPTION DRUGS (23sss) | Dismissed upon Motion of the Government. |
| WIRE FRAUD − PRESCRIPTION DRUGS (24sss−27sss) | Dismissed upon Motion of the Government. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge Sandra L. Townes

**Defendant (10)**

**Francis Guerra**
*TERMINATED: 03/21/2014*
*also known as*
BF
*TERMINATED: 03/21/2014*

represented by

**Francis Guerra**
10636−051
FORT DIX
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 2000
FORT DIX, NJ 08640
PRO SE

**Gerald J. McMahon**
Law Office of Gerald J. McMahon
26 Broadway
18th Floor
New York, NY 10004
(212) 797−1877
Fax: (212) 797−1419
Email: gm@geraldjmcmahon.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Mathew J. Mari**
Mathew J. Mari, Attorney at Law
110 Wall Street
11th Floor
New York, NY 10005
(212) 227−5335
Fax: (718) 836−2518
Email: mjmesq@aol.com
*ATTORNEY TO BE NOTICED*

**Seth Ginsberg**
Seth Ginsberg, Attorney at Law
299 Broadway
Suite 1405
New York, NY 10007
212−537−9202
Fax: 646−607−8597
Email: srginsberg@mac.com
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| CONSPIRACY TO DISTRIBUTE PRESCRIPTION DRUGS (22ss) | Defendant is sentenced on counts 22−27 and receives 168 months on each count to run concurrently and 3 years supervised release; $100.00 special assessment on each count for a total of $600.00; restitution in the amount $2,175.31. ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. 3582(c)(2), dated 11/13/2015: the defendant's previously imposed sentence of imprisonment of 168 months is reduced to 135. Except as otherwise provided, all provisions of the judgment dated 3/27/2014 shall remain in effect. |
| DISTRIBUTION OF PRESCRIPTION DRUGS (23ss) | Defendant is sentenced on counts 22−27 and receives 168 months on each count to run concurrently and 3 years supervised release; $100.00 special assessment on each count for a total of $600.00; restitution in the amount $2,175.31. ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. 3582(c)(2), dated 11/13/2015: the defendant's previously imposed sentence of imprisonment of 168 months is reduced to 135. |

| | |
|---|---|
| | Except as otherwise provided, all provisions of the judgment dated 3/27/2014 shall remain in effect. |
| WIRE FRAUD − PRESCRIPTION DRUGS<br>(24ss−27ss) | Defendant is sentenced on counts 22−27 and receives 168 months on each count to run concurrently and 3 years supervised release; $100.00 special assessment on each count for a total of $600.00; restitution in the amount $2,175.31. ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. 3582(c)(2), dated 11/13/2015: the defendant's previously imposed sentence of imprisonment of 168 months is reduced to 135. Except as otherwise provided, all provisions of the judgment dated 3/27/2014 shall remain in effect. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| RACKETEERING CONSPIRACY<br>(1) | Dismissed by Government's motion in open Court |
| Racketeering Conspiracy<br>(1s) | Dismissed by Government's motion in open Court |
| RACKETEERING CONSPIRACY<br>(1ss) | Dismissed by Government's motion in open Court |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS<br>(2ss) | Dismissed by Government's motion in open Court |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLAN<br>(3ss) | Dismissed by Government's motion in open Court |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #2<br>(4ss) | Dismissed by Government's motion in open Court |
| HOBBS ACT EXTORTION − JOHN DOE #2<br>(5ss) | Dismissed by Government's motion in open Court |
| CONSPIRACY TO EMBEZZLE FROM EMPLOYEE BENEFIT PLANS<br>(6ss) | Dismissed by Government's motion in open Court |
| EMBEZZLEMENT FROM EMPLOYEE BENEFIT PLANS<br>(7ss) | Dismissed by Government's motion in open Court |
| EXTORTIONATE EXTENSION OF CREDIT CONSPIRACY − JOHN DOE #8 AND JOHN DOE #9<br>(8ss) | Dismissed by Government's motion in open Court |
| EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9<br>(9ss) | Dismissed by Government's motion in open Court |
| EXTORTIONATE COLLECTION OF CREDIT CONSPIRACY − | Dismissed by Government's motion in open Court |

| | |
|---|---|
| JOHN DOE #8 AND JOHN DOE #9 (10ss) | |
| EXTORTIONATE COLLECTION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (11ss) | Dismissed by Government's motion in open Court |
| FINANCING AN EXTORTIONATE EXTENSION OF CREDIT − JOHN DOE #8 AND JOHN DOE #9 (12ss) | Dismissed by Government's motion in open Court |
| WIRE FRAUD CONSPIRACY (13ss) | Dismissed by Government's motion in open Court |
| WIRE FRAUD (14ss) | Dismissed by Government's motion in open Court |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #10 AND JOHN DOE #11 (15ss) | Dismissed by Government's motion in open Court |
| HOBBS ACT EXTORTION − JOHN DOE #10 AND JOHN DOE #11 (16ss) | Dismissed by Government's motion in open Court |
| HOBBS ACT ATTEMPTED EXTORTION − JOHN DOE #10 AND JOHN DOE #11 (17ss) | Dismissed by Government's motion in open Court |
| EXTORTION CONSPIRACY − JOHN DOE #11 (18) | Dismissed by Government's motion in open Court |
| Extortion Conspiracy − John Doe #12 (18s) | Dismissed by Government's motion in open Court |
| HOBBS ACT EXTORTION CONSPIRACY − TESTA CORPORATION (18ss) | Dismissed by Government's motion in open Court |
| EXTORTION − JOHN DOE #11 (19) | Dismissed by Government's motion in open Court |
| Extortion − John Doe #12 (19s) | Dismissed by Government's motion in open Court |
| HOBBS ACT ATTEMPTED EXTORTION − TESTA CORPORATION (19ss) | Dismissed by Government's motion in open Court |
| Conspiracy to Distribute Prescription Drugs (20s) | Dismissed by Government's motion in open Court |
| HOBBS ACT EXTORTION CONSPIRACY − JOHN DOE #12 (20ss) | Dismissed by Government's motion in open Court |
| Distribution of Prescription Drugs (21s) | Dismissed by Government's motion in open Court |
| HOBBS ACT EXTORTION − JOHN DOE #12 | Dismissed by Government's motion in open Court |

(21ss)

**Highest Offense Level (Terminated)**

Felony

**Complaints** | **Disposition**

None

---

**Plaintiff**

**USA** represented by

**Allon Lifshitz**
United States Attorneys Office
271 Cadman Plaza East
Brooklyn, NY 11201
718−254−6164
Fax: 718−254−6067
Email: allon.lifshitz@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Duncan Patrick Levin**
US Attorneys Office/EDNY
271 Cadman Plaza East
Brooklyn, NY 11201
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Amy Busa**
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201−1820
718−254−6274
Fax: 718−254−6478
Email: amy.busa@usdoj.gov
*TERMINATED: 11/04/2011*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Brian D. Morris**
United States Attorneys Office
271 Cadman Plaza East
7th Floor
Brooklyn, NY 11201
718−254−6512
Fax: 718−254−7489
Email: brian.morris2@usdoj.gov
*Designation: Government Attorney*

**Elizabeth Geddes**
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201−1820
718−254−6430
Fax: 718−254−6478
Email: elizabeth.geddes@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Michael Tremonte**
Sher Tremonte LLP
41 Madison Avenue
41st Floor
11 Elm Place
New York, NY 10010
212−202−2600
Fax: 212−202−4156
Email: mtremonte@shertremonte.com
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Nicole M. Argentieri**
United States Attorneys Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201−1820
718−254−6232
Fax: 718−254−6481
Email: nicole.argentieri@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Rachel J. Nash**
United States Attorneys Office
271 Cadman Plaza
Brooklyn, NY 11201
(718)254−6072
Fax: (718)254−6076
Email: rachel.nash@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2010 | 1 | SEALED INDICTMENT as to James C. Bombino (1) count(s) 1, 4, 5−8, Alicia Dimichele (2) count(s) 2, 3, Edward Garofalo, Jr (3) count(s) 1, 2, 3, Mike Lnu (4) count(s) 4, Michael J. Persico (5) count(s) 1, 4, 5−8, Theodore N. Persico, Jr (6) count(s) 1, 4, Thomas Petrizzo (7) count(s) 4, Louis Romeo (8) count(s) 4. (Bowens, Priscilla) (Entered: 03/04/2010) |
| 03/09/2010 | 2 | Order to Unseal Indictment as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Mike Lnu, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo. Ordered by Magistrate Judge James Orenstein on 3/09/2010. (Lee, Tiffeny) (Entered: 03/10/2010) |
| 03/09/2010 | 3 | NOTICE OF ATTORNEY APPEARANCE: John E. Tiffany retained for James C. Bombino (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 4 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: AUSA Amy Busa /Michael Tremonte; John Tiffany, Esq. for deft. Arraignment and Initial Appearance as to James C. Bombino held on 3/9/2010. Plea entered by James C. Bombino (1) Count 1,4,5−8. Not Guilty on all counts. Time excluded under the Speedy Trial Act until 3/24/2010. Status Conference set for at 3/24/2010 at 10:30 AM in Courtroom 4B South before Judge Sandra L. Townes. (Tape #5:02−5:05.) (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 5 | TEMPORARY ORDER OF DETENTION as to James C. Bombino. Detention Hearing set for 3/12/2010 at 2:00 PM in Courtroom 13D South before Chief Magistrate Steven M. Gold. Ordered by Magistrate Judge James Orenstein on 3/9/2010. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 6 | NOTICE OF ATTORNEY APPEARANCE: Jean Marie Graziano retained for Alicia Dimichele. (Clarke, Melonie) (Entered: 03/11/2010) |

| | | |
|---|---|---|
| 03/09/2010 | 7 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: AUSA Amy Busa/Michael Tremonte; Jean Graziano, Esq. for deft. Arraignment and Initial Appearance as to Alicia Dimichele held on 3/9/2010. Bond Hearing and Plea entered by Alicia Dimichele (2) Count 2,3. Not Guilty on all counts. Deft released on $50K. Time excluded under the Speedy Trial Act until 3/24/10. Status Conference set for 3/24/2010 at 10:30 AM in Courtroom 4B South before Judge Sandra L. Townes. (Tape #4:19−4:34.) (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 8 | ORDER Setting Conditions of Release and Bond as to Alicia Dimichele (2) $50,000. Ordered by Magistrate Judge James Orenstein on 3/9/2010. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 9 | NOTICE OF ATTORNEY APPEARANCE: Jean Marie Graziano retained for Edward Garofalo, Jr. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 10 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: AUSA Amy Busa/Michael Tremonte; Jean Graziano, Esq. for deft. Arraignment and Initial Appearance as to Edward Garofalo, Jr held on 3/9/2010. Plea entered by Edward Garofalo Jr. (3) Count 1,2,3. Not Guilty on all counts. Time excluded under the Speedy Trial Act until 3/24/10. Status Conference set for 3/24/2010 at 10:30 AM in Courtroom 4B South before Judge Sandra L. Townes. (Tape #4:19−4:34.) (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 11 | ORDER OF TEMPORARY DETENTION as to Edward Garofalo, Jr. Detention Hearing set for 3/12/2010 at 11:00 AM in Courtroom 13D South before Chief Magistrate Steven M. Gold. Ordered by Magistrate Judge James Orenstein on 3/9/2010. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 12 | NOTICE OF ATTORNEY APPEARANCE: Sarita Kedia retained for Michael J. Persico. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 13 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: AUSA Amy Busa/ Michael Tremonte; Sarita Kedia, Esq. for deft. Arraignment and Initial Appearance as to Michael J. Persico held on 3/9/2010. Plea entered by Michael J. Persico (5) Count 1,4,5−8 Not Guilty on all counts. Defense counsel presents bail package; Govt opposes on danger to community; Court denies application on danger to community. Status Conference set for 3/24/2010 at 10:30 AM in Courtroom 4B South before Judge Sandra L. Townes. (Tape #(4:00−4:16).) (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 14 | ORDER OF DETENTION PENDING TRIAL as to Michael J. Persico. Ordered by Magistrate Judge James Orenstein on 3/9/2010. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 15 | NOTICE OF ATTORNEY APPEARANCE: Joseph R. Corozzo, Jr. retained for Theodore N. Persico, Jr. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 16 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: AUSA Amy Busa/Michael Tremonte; Joseph Corozzo, Esq. for deft. Arraignment and Initial Appearance as to Theodore N. Persico, Jr held on 3/9/2010. Plea entered by Theodore N. Persico Jr. (6) Count 1,4, Not Guilty on all counts. Time excluded under the Speedy Trial Act until 3/24/10. Status Conference set for 3/24/2010 at 10:30 AM in Courtroom 4B South before Judge Sandra L. Townes. (Tape #(3:04−3:15).) (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 17 | ORDER TO CONTINUE − Ends of Justice as to Theodore N. Persico, Jr. Time excluded from 3/9/2010 until 3/24/2010. Ordered by Magistrate Judge James Orenstein on 3/9/2010. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 18 | ORDER OF DETENTION PENDING TRIAL as to Theodore N. Persico, Jr. Ordered by Magistrate Judge James Orenstein on 3/9/2010. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 19 | NOTICE OF ATTORNEY APPEARANCE: Ronald L. Tobia retained for Thomas Petrizzo in the form of a letter. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 20 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: AUSA Amy Busa/ Michael Tremonte, Ronald Tobia, Esq. for deft. Arraignment and Initial |

| | | |
|---|---|---|
| | | Appearance as to Thomas Petrizzo held on 3/9/2010. Bond Hearing and Plea entered by Thomas Petrizzo (7) Count 4 Not Guilty on all counts. Time excluded under the Speedy Trial Act until 3/24/2010. Defense counsel presents bail package; Govt opposes on risk of danger to community; Court denies govt detention memo; Deft will not be released until bond is satisfied. Temp order entered. Status Conference set for 3/24/2010 at 10:30 AM in Courtroom 4B South before Judge Sandra L. Townes.) (Tape #(4:35−4:58).) (Clarke, Melonie) Modified (Entered: 03/11/2010) |
| 03/09/2010 | 21 | ORDER TO CONTINUE − Ends of Justice as to Thomas Petrizzo. Time excluded from 3/9/2010 until 3/24/2010. Ordered by Magistrate Judge James Orenstein on 3/9/2010. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 22 | ORDER OF TEMPORARY DETENTION as to Thomas Petrizzo. Ordered by Magistrate Judge James Orenstein on 3/9/2010. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 25 | CJA 20 as to Louis Romeo: Appointment of Attorney Joel S. Walter for Louis Romeo. Ordered by Magistrate Judge James Orenstein on 3/9/2010. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 26 | Minute Entry for proceedings held before Magistrate Judge James Orenstein: AUSA Amy Busa and Michael Tremonte; Joel Walter, Esq. for deft. Arraignment and Initial Appearance as to Louis Romeo held on 3/9/2010. Bond Hearing and Plea entered by Louis Romeo (8) Count 4 Not Guilty on all counts. Deft released on $400K. Time excluded under the Speedy Trial Act until 3/24/10. Status Conference set for 3/24/2010 at 10:30 AM in Courtroom 4B South before Judge Sandra L. Townes. (Tape #(3:44−3:57).) (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 27 | ORDER TO CONTINUE − Ends of Justice as to Louis Romeo. Time excluded from 3/9/2010 until 3/24/2010. Ordered by Magistrate Judge James Orenstein on 3/9/2010. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 28 | ORDER Setting Conditions of Release and Bond as to Louis Romeo (8) $400,000. Ordered by Magistrate Judge James Orenstein on 3/9/2010. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 29 | CJA 23 Financial Affidavit by Louis Romeo. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/09/2010 | 82 | Arrest Warrant Returned Executed on 3/9/2010 in case as to Michael J. Persico. (Clarke, Melonie) M (Entered: 04/09/2010) |
| 03/09/2010 | 83 | Arrest Warrant Returned Executed on 3/9/2010 in case as to James C. Bombino. (Clarke, Melonie) (Entered: 04/09/2010) |
| 03/09/2010 | 84 | Arrest Warrant Returned Executed on 3/9/2010 in case as to Edward Garofalo, Jr. (Clarke, Melonie) (Entered: 04/09/2010) |
| 03/09/2010 | 85 | Arrest Warrant Returned Executed on 3/9/2010 in case as to Theodore N. Persico, Jr. (Clarke, Melonie) (Entered: 04/09/2010) |
| 03/09/2010 | 86 | Arrest Warrant Returned Executed on 3/9/2010 in case as to Alicia Dimichele. (Clarke, Melonie) (Entered: 04/09/2010) |
| 03/09/2010 | 87 | Arrest Warrant Returned Executed on 3/9/2010 in case as to Louis Romeo. (Clarke, Melonie) (Entered: 04/09/2010) |
| 03/10/2010 | 23 | Minute Entry for proceedings held before Chief Magistrate Steven M. Gold: AUSA Amy Busa; Ronald Tobia, Esq. for deft. Bond Satisfaction as to Thomas Petrizzo held on 3/10/2010. Deft released on $1M. (Tape #2:57−3:01.) (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/10/2010 | 24 | ORDER Setting Conditions of Release and Bond as to Thomas Petrizzo (7) $1,000,000. Ordered by Chief Magistrate Steven M. Gold on 3/10/2010. (Clarke, Melonie) (Entered: 03/11/2010) |
| 03/12/2010 | 30 | TRANSCRIPT of Proceedings as to Michael J. Persico held on March 9, 2010, before Judge Orenstein. Court Transcriber Typewrite Word Processing Service, Telephone number 718−966−1401. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript |

| | | |
|---|---|---|
| | | Restriction. After that date it may be obtained through PACER. Redaction Request due 4/2/2010. Redacted Transcript Deadline set for 4/12/2010. Release of Transcript Restriction set for 6/10/2010. (Rocco, Christine) (Entered: 03/12/2010) |
| 03/12/2010 | 31 | TRANSCRIPT of Proceedings as to Thomas Petrizzo held on March 9, 2010, before Judge Orenstein. Court Transcriber TypeWrite Word Processing Service, Telephone number 718−966−1401. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/2/2010. Redacted Transcript Deadline set for 4/12/2010. Release of Transcript Restriction set for 6/10/2010. (Rocco, Christine) (Entered: 03/12/2010) |
| 03/12/2010 | 32 | Letter *In Further Support of the Government's Motion for a Permanent Order of Detention* as to Edward Garofalo, Jr (Tremonte, Michael) (Entered: 03/12/2010) |
| 03/12/2010 | 33 | Letter dated 3/12/2010 to Judge Gold from Jean Marie Graziano, Esq. regarding detention hearing as to Edward Garofalo, Jr. (Lee, Tiffeny) (Entered: 03/15/2010) |
| 03/12/2010 | 34 | Minute Entry for proceedings held before Chief Magistrate Steven M. Gold: Amy Busa, Michael Tremonte for the United States; Jean Graziano for the Defendant. Bail Hearing as to Edward Garofalo, Jr held on 3/12/2010. Defense counsel presents bail package with 21 suretors. Gov't opposes on grounds of danger to community. Court grants bail application. Defendant will be released on $3Million bond. 16 Sureties sworn and sign. 3 additional sureties to sign. Defendant will not be release until the remaining suretors sign the bond and confession of judgments are filed. Bond satisfaction set for 3/16/2010 @ 2:00 p.m. (Tape #11:23−11:41, 3:06−3:27) (Lee, Tiffeny) (Entered: 03/15/2010) |
| 03/12/2010 | 42 | ORDER OF TEMPORARY DETENTION as to Edward Garofalo, Jr. Ordered by Chief Magistrate Steven M. Gold on 3/12/2010. (Clarke, Melonie) (Entered: 03/17/2010) |
| 03/15/2010 | 35 | Letter *to Chief Magistrate Judge Gold Requesting Stay Pending Appeal of Denial of Motion for Permanent Order of Detention* as to Edward Garofalo, Jr (Tremonte, Michael) (Entered: 03/15/2010) |
| 03/15/2010 | 36 | Letter *Response regarding Stay Pending Appeal* as to Edward Garofalo, Jr (Graziano, Jean) (Entered: 03/15/2010) |
| 03/15/2010 | 43 | Minute Entry for proceedings held before Magistrate Judge Andrew L. Carter, Jr: AUSA Michael Tremonte; Jean Graziano, Esq. for deft. Bond Signing as to Edward Garofalo, Jr held on 3/15/2010. Three sureties were sworn and advised of bond obligations by the Court and signed bond. (Tape #2:47−2:56.) (Clarke, Melonie) (Entered: 03/17/2010) |
| 03/16/2010 | 37 | Letter *to Serita Kedia re Requested Consensual Recordings* as to Michael J. Persico (Tremonte, Michael) (Entered: 03/16/2010) |
| 03/16/2010 | 38 | Letter *to John E. Tiffany re Requested Consensual Recordings* as to James C. Bombino (Tremonte, Michael) (Entered: 03/16/2010) |
| 03/16/2010 | 39 | TRANSCRIPT of Proceedings as to Edward Garofalo, Jr held on 3/12/10, before Judge Gold. Court Transcriber TYPEWRITE WORD PROCESSING SERVICE, Telephone number 718−966−1401. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/6/2010. Redacted Transcript Deadline set for 4/16/2010. Release of Transcript Restriction set for 6/14/2010. (Hong, Loan) (Entered: 03/16/2010) |
| 03/16/2010 | 40 | Letter *to the Honorable Sandra L. Townes re Appeal of the March 12, 2010 Order of the Honorable Steven M. Gold Denying the Government's Motion for the Entry of a Permanent Order of Detention* as to Edward Garofalo, Jr (Attachments: # 1 Exhibit March 12, 2010 Transcript of Detention Hearing as to Edward Garofalo, Jr., # 2 Exhibit March 9, 2010 Mem. of Law in Support of Government's Motion for Permanent Orders of Detention, # 3 Exhibit March 12, 2010 Letter to Chief Magistrate Judge Steven M. Gold) (Tremonte, Michael) (Entered: 03/16/2010) |

| | | |
|---|---|---|
| 03/16/2010 | 54 | Minute Entry for proceedings held before Magistrate Judge Andrew L. Carter, Jr: AUSA Michael Tremonte; Jean Graziano, Esq. for deft. Bail Hearing as to Edward Garofalo, Jr held on 3/16/2010. Deft advised of bond conditions and signed bond. Govt motion to stay bond pending appeal to Judge Townes granted. (Tape #(3:03−3:10) (3:55−4:01).) (Clarke, Melonie) (Entered: 03/19/2010) |
| 03/17/2010 | 41 | MOTION for Bond *Bail* by James C. Bombino. (Tiffany, John) (Entered: 03/17/2010) |
| 03/17/2010 | 44 | Letter *to the Honorable Sandra L. Townes* as to Edward Garofalo, Jr (Tremonte, Michael) (Entered: 03/17/2010) |
| 03/17/2010 | 45 | Letter *to the Honorable Andrew L. Carter Opposing Request to Re−argue Order Granting the Government's Motion for a Permanent Order of Detention* as to Michael J. Persico (Attachments: # 1 Exhibit March 9, 2010 Hearing Transcript) (Tremonte, Michael) (Entered: 03/17/2010) |
| 03/17/2010 | 55 | Minute Entry for proceedings held before Magistrate Judge Andrew L. Carter, Jr: AUSA Michael Tremonte; John Tiffany, Esq. for deft. Detention Hearing as to James C. Bombino held on 3/17/2010. Govt opposed bail for reasons states on the record and that there are no combination of conditions that will ensure the deft's return to Court. Court denied gov't motion to detain deft base on danger to the community. Court set bond in the amount of $3M with 7 properties to be posted before deft's release. (Tape #2:51−3:28.) (Clarke, Melonie) (Entered: 03/19/2010) |
| 03/17/2010 | 165 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSA Michael Tremonte; Jean Marie Graziano, Esq. for deft. Bail Appeal as to Edward Garofalo, Jr held on 3/17/2010. Appeal of Judge Gold's order setting conditions of bond. (Court Reporter Allen Sherman.) (Clarke, Melonie) (Entered: 08/10/2010) |
| 03/18/2010 | 46 | MOTION for Bond by Michael J. Persico. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit D) (Kedia, Sarita) (Entered: 03/18/2010) |
| 03/18/2010 | 47 | TRANSCRIPT of Proceedings as to James C. Bombino held on 3/17/10, before Judge Carter. Court Transcriber TYPEWRITE WORD PROCESSING SERVICE, Telephone number 718−966−1401. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/8/2010. Redacted Transcript Deadline set for 4/19/2010. Release of Transcript Restriction set for 6/16/2010. (Hong, Loan) (Entered: 03/18/2010) |
| 03/18/2010 | 48 | NOTICE OF ATTORNEY APPEARANCE: Michael L. Macklowitz appearing for Alicia Dimichele (Macklowitz, Michael) (Entered: 03/18/2010) |
| 03/18/2010 | 49 | NOTICE OF ATTORNEY APPEARANCE: Gino Josh Singer appearing for Edward Garofalo, Jr (Singer, Gino) (Entered: 03/18/2010) |
| 03/19/2010 | 50 | TRANSCRIPT of Proceedings as to Louis Romeo held on 3/09/10, before Judge Orenstein. Court Transcriber TYPEWRITE WORD PROCESSING SERVICE, Telephone number 718−966−1401. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/9/2010. Redacted Transcript Deadline set for 4/19/2010. Release of Transcript Restriction set for 6/17/2010. (Hong, Loan) Modified on 10/11/2011 (Rocco, Christine). (Main Document 50 replaced on 10/11/2011) (Rocco, Christine). (Entered: 03/19/2010) |
| 03/19/2010 | 51 | TRANSCRIPT of Proceedings as to Alicia Dimichele, Edward Garofalo, Jr held on 3/12/10, before Judge Orenstein. Court Transcriber TYPEWRITE WORD PROCESSING SERVICE, Telephone number 718−966−1401. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/9/2010. Redacted Transcript Deadline set for 4/19/2010. Release of Transcript Restriction set for 6/17/2010. (Hong, Loan) (Entered: 03/19/2010) |
| 03/19/2010 | 52 | TRANSCRIPT of Proceedings as to James C. Bombino held on 3/12/10, before Judge Orenstein. Court Transcriber TYPEWRITE WORD PROCESSING SERVICE, Telephone number 718−966−1401. Transcript may be viewed at the court public |

| | | |
|---|---|---|
| | | terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/9/2010. Redacted Transcript Deadline set for 4/19/2010. Release of Transcript Restriction set for 6/17/2010. (Hong, Loan) (Entered: 03/19/2010) |
| 03/19/2010 | 53 | TRANSCRIPT of Proceedings as to Theodore N. Persico, Jr held on 3/12/10, before Judge Orenstein. Court Transcriber TYPEWRITE WORD PROCESSING SERVICE, Telephone number 718−966−1401. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/9/2010. Redacted Transcript Deadline set for 4/19/2010. Release of Transcript Restriction set for 6/17/2010. (Hong, Loan) (Entered: 03/19/2010) |
| 03/19/2010 | 58 | ORDER as to James C. Bombino re confessions of judgment. Ordered by Magistrate Judge Andrew L. Carter, Jr on 3/19/2010. (Clarke, Melonie) Modified dtd (Entered: 03/23/2010) |
| 03/19/2010 | 60 | ORDER Setting Conditions of Release and Bond as to James C. Bombino (1) 3,000,000. Ordered by Magistrate Judge Andrew L. Carter, Jr on 3/19/2010. (Clarke, Melonie) (Entered: 03/23/2010) |
| 03/22/2010 | 56 | Letter *Hon. Sandra L. Townes* as to Edward Garofalo, Jr (Graziano, Jean) (Entered: 03/22/2010) |
| 03/23/2010 | 59 | Letter *from the Government re: Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Mike Lnu, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo (Busa, Amy) (Entered: 03/23/2010) |
| 03/23/2010 | 61 | Letter *requesting that the Court inquire pursuant to United States v. Curcio as to defendants Dimichele, Garofalo, Jr and Persico, Jr* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Mike Lnu, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo (Attachments: # 1 Exhibit A) (Busa, Amy) (Entered: 03/23/2010) |
| 03/23/2010 | 62 | Letter *to the Hon. Sandra L. Townes Regarding Consensual Recordings Excerpted in the Government's Earlier Letter Dated March 23, 2010* as to Michael J. Persico (Tremonte, Michael) (Entered: 03/23/2010) |
| 03/23/2010 | 57 | Letter to the Hon. Sandra L. Townes Regarding Issues Likely to Arise at the March 24, 2010 Status Conference as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Mike Lnu, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo (Attachments: # 1 Exhibit August 24, 2005 Letter re Theodore Persico, Jr. Detention Motion, # 2 Exhibit March 9, 2010 Arraignment and Detention Hearing Transcript as to Michael Persico)) (Marziliano, August) Modified on 4/28/2010 in order to change this letter application to a Motion for a protective order (Marziliano, August). (Entered: 04/28/2010) |
| 03/24/2010 | 63 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte; John Tiffany, Esq. for deft. Status Conference as to James C. Bombino held on 3/24/2010. Time excluded under the Speed Trial Act until 5/25/10. (Court Reporter Holly Driscoll.) (Clarke, Melonie) (Entered: 03/26/2010) |
| 03/24/2010 | 64 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte; Michael Macklowitz, Esq. for deft. Status Conference as to Alicia Dimichele held on 3/24/2010. Time excluded under the Speedy Trial Act until 5/25/2010. (Court Reporter Holly Driscoll.) (Clarke, Melonie) (Entered: 03/26/2010) |
| 03/24/2010 | 66 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte. Defense Counsel: Jean Marie Graziano and Gino Singer. Status Conference as to Edward Garofalo, Jr held on 3/24/2010. The appeal of the order setting bond is adjourned until 4/7/2010 at 2:30pm. Time excluded under the Speedy Trial Act until 5/25/2010. (Court Reporter Holly Driscoll.) (Clarke, Melonie) (Entered: 03/26/2010) |
| 03/24/2010 | 68 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa ans Michael Tremonte. Defense Counsel: Sarita Kedia and Henry Masurick, Esq. Status Conference as to Michael J. Persico held on 3/24/2010. Deft's appeal of the order of detention is adjourned until 3/29/10 at 10:30am. Time excluded under the |

38 of 100

| | | |
|---|---|---|
| | | Speedy Trial Act until 5/25/2010. (Court Reporter Holly Driscoll.) (Clarke, Melonie) (Entered: 03/26/2010) |
| 03/24/2010 | 69 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte; Joseph Corozzo, Jr. for deft. Status Conference as to Theodore N. Persico, Jr held on 3/24/2010. Curcio hearing is set for 3/29/2010 at 2:39pm. Time excluded under the Speedy Trial Act until 5/25/2010. (Court Reporter Holly Driscoll.) (Clarke, Melonie) (Entered: 03/26/2010) |
| 03/24/2010 | 70 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte; Ronald Tobia, Esq. for deft. Status Conference as to Thomas Petrizzo held on 3/24/2010. Time excluded under the Speedy Trial Act until 5/25/2010. (Court Reporter Holly Driscoll.) (Clarke, Melonie) (Entered: 03/26/2010) |
| 03/24/2010 | 71 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte. Joel Walter, Esq. for deft. Status Conference as to Louis Romeo held on 3/24/2010. Time excluded under the Speedy Trial Act until 5/25/2010. (Court Reporter Holly Driscoll.) (Clarke, Melonie) (Entered: 03/26/2010) |
| 03/24/2010 | | Set/Reset Hearings as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo: Status Conference set for 5/25/2010 at 10:30 AM in Courtroom 4B South before Judge Sandra L. Townes. (Clarke, Melonie) (Entered: 03/26/2010) |
| 03/26/2010 | | Email Notification Test − DO NOT REPLY (Levine, Evelyn) (Entered: 03/26/2010) |
| 03/26/2010 | 65 | REPLY TO RESPONSE to Motion re 46 MOTION for Bond (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Kedia, Sarita) (Entered: 03/26/2010) |
| 03/26/2010 | 67 | NOTICE OF ATTORNEY APPEARANCE: Gerald L. Shargel appearing for Thomas Petrizzo (Attachments: # 1 Consent to Change Attorney) (Shargel, Gerald) (Entered: 03/26/2010) |
| 03/29/2010 | 72 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Michael Tremonte; Amy Busa. Defense Counsel: Sarita Kedia and Henry Mazurek. Appeal of Judge Orenstein's order of detention as to Michael J. Persico held on 3/29/2010. The Court finds that the defendant is a danger to the community. Judge Orenstein's order of detention is affirmed. (Court Reporter Anthony Frisolone.) (Clarke, Melonie) (Entered: 03/30/2010) |
| 03/29/2010 | 73 | CJA 20 as to Theodore N. Persico, Jr: Appointment of Attorney Zachary Margulis−Ohnuma for Theodore N. Persico, Jr. re Curcio. Ordered by Judge Sandra L. Townes on 3/29/2010. (Clarke, Melonie) (Entered: 03/30/2010) |
| 03/29/2010 | 74 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte; Joseph Corozzo, Esq. for deft. Curcio Hearing on 3/29/2010 as to Theodore N. Persico. Zachary Margulis− Ohnuma present as Curcio Counsel. The deft waives any conflict. Status Conference set for 5/25/2010 at 10:30 AM in Courtroom 4B South before Judge Sandra L. Townes. (Court Reporter Anthony Frisolone.) (Clarke, Melonie) (Entered: 03/30/2010) |
| 03/30/2010 | | Motions terminated, docketed incorrectly. as to Michael J. Persico: 46 MOTION for Bond filed by Michael J. Persico. *** This is a supporting document to a motion*** (Clarke, Melonie) (Entered: 03/30/2010) |
| 03/31/2010 | 75 | MOTION to Modify Conditions of Release *to allow necessary medical appointments on notice to Pretrial Services* by Thomas Petrizzo. (Shargel, Gerald) (Entered: 03/31/2010) |
| 04/01/2010 | 76 | NOTICE OF APPEAL (Interlocutory) by Michael J. Persico Filing fee $ 455, receipt number 0207−4070357. Appellant appeals Oral Order of 3/29/10 denying release on bail pending appeal. Service done electronically (Kedia, Sarita) Modified on 4/1/2010 (McGee, Mary Ann). (Entered: 04/01/2010) |
| 04/01/2010 | | Electronic Index to Record on Appeal as to Michael J. Persico sent to US Court of Appeals 76 Notice of Appeal − Interlocutory. Please note: The documents in this case are online and may be downloaded. (McGee, Mary Ann) (Entered: 04/01/2010) |

| | | |
|---|---|---|
| 04/02/2010 | 77 | ORDER granting 75 Motion to Modify Conditions of Release to allow necessary medical appointments on notice to Pretrial Services as to Thomas Petrizzo. Ordered by Judge Sandra L. Townes on 4/1/2010. (Brucella, Michelle) (Entered: 04/02/2010) |
| 04/03/2010 | 78 | Letter MOTION to Continue *Bail Appeal Hearing* by Edward Garofalo, Jr. (Graziano, Jean) (Entered: 04/03/2010) |
| 04/06/2010 | 79 | First MOTION for Extension of Time to File Response/Reply *to Government's Memo* by Edward Garofalo, Jr. (Singer, Gino) (Entered: 04/06/2010) |
| 04/06/2010 | | ORDER denying 78 Motion to Continue as to Edward Garofalo Jr. (3). Ordered by Judge Sandra L. Townes on 4/6/2010. (Frullo, Veronica) (Entered: 04/06/2010) |
| 04/06/2010 | | ORDER denying 79 Motion for Extension of Time to File Response/Reply as to Edward Garofalo Jr. (3). Ordered by Judge Sandra L. Townes on 4/6/2010. (Frullo, Veronica) (Entered: 04/06/2010) |
| 04/07/2010 | 81 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSA Michael Tremonte; Defense Counsel: Jean Marie Graziano and Gino Josh Singer. Bail Appeal adjourned until April 28, 2010 at 2pm as to Edward Garofalo, Jr. held on 4/7/2010. Any submission by defense counsel is due 4/23/10; Govt submission due prior to 6pm on 4/26/10. (Court Reporter Michelle Nardone.) (Clarke, Melonie) (Entered: 04/08/2010) |
| 04/08/2010 | 80 | TRANSCRIPT REQUEST − FORM B by Michael J. Persico for proceedings held on 3/29/10 before Judge Townes, (Kedia, Sarita) Modified on 4/8/2010 (McGee, Mary Ann) (Entered: 04/08/2010) |
| 04/14/2010 | 88 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Mike Lnu, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo (Busa, Amy) (Entered: 04/14/2010) |
| 04/14/2010 | | Email Notification Test − DO NOT REPLY (Entered: 04/14/2010) |
| 04/15/2010 | 89 | PROTECTIVE ORDER as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Mike Lnu, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo. Ordered by Judge Sandra L. Townes on 3/29/2010. (see order) (Clarke, Melonie) (Entered: 04/15/2010) Modified on 4/28/2010 (Marziliano, August). (Entered: 04/28/2010) |
| 04/21/2010 | 140 | Arrest Warrant Returned Executed in case as to Mike Lnu. (Clarke, Melonie) (Entered: 06/23/2010) |
| 04/21/2010 | 141 | CJA 20 as to Mike Lnu: Appointment of Attorney Kelley J. Sharkey for Mike Lnu.. Ordered by Magistrate Judge Lois Bloom on 4/21/2010. (Clarke, Melonie) (Entered: 06/23/2010) |
| 04/21/2010 | 142 | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: AUSAs Amy Busa and Micheal Tremonte; Kelley Sharkey, Esq. for deft. Arraignment and Initial Appearance as to Mike Lnu held on 4/21/2010, Plea entered: Not Guilty on all counts. Govt moves to change the caption from Michael LNU to Michael Sciaretta. Court grants application but requests the change in writing . (Tape #4:34−4:47.) (Clarke, Melonie) (Entered: 06/23/2010) |
| 04/21/2010 | 143 | ORDER Setting Conditions of Release and Bond as to Mike Lnu (4) $100,000. Ordered by Magistrate Judge Lois Bloom on 4/21/2010. (Clarke, Melonie) (Entered: 06/23/2010) |
| 04/21/2010 | 144 | CJA 23 Financial Affidavit by Mike Lnu. (Clarke, Melonie) (Entered: 06/23/2010) |
| 04/23/2010 | 90 | MEMORANDUM in Opposition re 79 First MOTION for Extension of Time to File Response/Reply *to Government's Memo* (Singer, Gino) (Entered: 04/23/2010) |
| 04/26/2010 | 91 | Letter *to the Hon. Sandra L. Townes in Further Support of the Entry of a Permanent Order of Detention* as to Edward Garofalo, Jr (Tremonte, Michael) (Entered: 04/26/2010) |
| 04/28/2010 | | Email Notification Test − DO NOT REPLY (Brienza, Lauren) (Entered: 04/28/2010) |

| | | |
|---|---|---|
| 04/28/2010 | 92 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Mike Lnu, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo (Busa, Amy) (Entered: 04/28/2010) |
| 04/28/2010 | 93 | Letter *regarding request to go to law library* as to Michael J. Persico (Kedia, Sarita) (Entered: 04/28/2010) |
| 04/28/2010 | 94 | Letter *to the Hon. Sandra L. Townes Enclosing Consensual Recording Dated October 8, 2004* as to Edward Garofalo, Jr (Tremonte, Michael) (Entered: 04/28/2010) |
| 04/28/2010 | 95 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Mike Lnu, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo (Attachments: # 1 Exhibit) (Busa, Amy) (Entered: 04/28/2010) |
| 04/28/2010 | 97 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Micheal Tremonte. Defense Counsel: Gino Josh Singer and Jean Marie Graziano. Status Conference as to Edward Garofalo, Jr held on 4/28/2010. (Court Reporter Marsha Diamond.) (Clarke, Melonie) (Entered: 04/29/2010) |
| 04/29/2010 | 96 | Letter *Hon. Sandra L. Townes* as to Edward Garofalo, Jr (Singer, Gino) (Entered: 04/29/2010) |
| 04/29/2010 | 98 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Micheal Tremonte. Defense Counsel: Gino Josh Singer and Jean Marie Graziano. Detention Hearing as to Edward Garofalo, Jr held on 4/29/2010. The Court finds by clear and convincing evidence that the defendant is a danger to the community. There are no conditions which will assure the safety of the community. POD is entered. (Court Reporter Marsha Diamond.) (Clarke, Melonie) (Entered: 04/30/2010) |
| 04/29/2010 | 99 | ORDER OF DETENTION PENDING TRIAL as to Edward Garofalo, Jr. Ordered by Judge Sandra L. Townes on 4/29/2010. (Clarke, Melonie) (Entered: 04/30/2010) |
| 05/07/2010 | 100 | NOTICE OF ATTORNEY APPEARANCE: John Jacob Rieck, Jr appearing for Mike Lnu *and Christopher E. Chang* (Rieck, John) (Entered: 05/07/2010) |
| 05/11/2010 | 101 | NOTICE OF ATTORNEY APPEARANCE: Christopher E. Chang appearing for Mike Lnu (Chang, Christopher) (Entered: 05/11/2010) |
| 05/12/2010 | 102 | JUDGMENT of USCA (certified copy) as to Michael J. Persico re 76 Notice of Appeal − Interlocutory. The judgment of the District Court is REMANDED with instructions to vacate its Detention Order and Reconsider Persico's application for release pending trial. Court Deputy advised phone. Issued as mandate on 5/12/10. (Gonzalez, Mary) (Entered: 05/12/2010) |
| 05/13/2010 | 103 | Letter *regarding bail pending trial* as to Michael J. Persico (Kedia, Sarita) (Entered: 05/13/2010) |
| 05/13/2010 | 104 | NOTICE OF APPEAL (Interlocutory) by Edward Garofalo, Jr re 99 Order of Detention. The Defendant appeals the Permanent Order of Detention that was entered on the Record on 4/29/10. NO FEE PAID. The Defendant has Retained Counsel. (Graziano, Jean) Modified on 5/14/2010 (Gonzalez, Mary). (Entered: 05/13/2010) |
| 05/14/2010 | | Electronic Index to Record on Appeal as to Edward Garofalo, Jr sent to US Court of Appeals 43 Bond Hearing, 99 Order of Detention, 32 Letter, 35 Letter, 49 Notice of Attorney Appearance − Defendant, 61 Letter, 78 Motion to Continue, 84 Warrant Returned Executed, 39 Transcript,, 92 Letter, 94 Letter, 81 Bond Hearing, 33 Letter, 57 Motion for Protective Order,, 44 Letter, 104 Notice of Appeal − Interlocutory, 66 Status Conference, 96 Letter, 59 Letter, 56 Letter, 42 Order of Detention, 10 Arraignment, Initial Appearance, Plea Entered, Set Hearings,,,, 90 Memorandum in Opposition, 95 Letter, 79 Motion for Extension of Time to File Response/Reply, 11 Order of Detention, 88 Letter, 97 Status Conference, 9 Notice of Attorney Appearance − Defendant, 36 Letter, 40 Letter,, 1 Indictment (Sealed), Indictment (Sealed), 2 Order to Unseal Indictment, 51 Transcript,, 98 Detention Hearing, 34 Bond Hearing, Set Hearings,,,, 91 Letter, 54 Bond Hearing, 89 Order on Motion for Protective Order, For docket entries without a hyperlink, contact the court and we'll arrange for the document(s) to be made available to you. (Gonzalez, Mary) (Entered: 05/14/2010) |

| | | |
|---|---|---|
| 05/14/2010 | 105 | CJA 20 as to Theodore N. Persico, Jr: Authorization to Pay Zachary Margary−Ohnuma. Voucher # 100504000025. Ordered by Judge Sandra L. Townes on 4/28/2010. (Rios, Laura) (Entered: 05/14/2010) |
| 05/18/2010 | 106 | NOTICE OF ATTORNEY APPEARANCE: John C. Meringolo appearing for James C. Bombino (Meringolo, John) (Entered: 05/18/2010) |
| 05/18/2010 | 107 | Letter *Hon. Sandra L. Townes* as to Edward Garofalo, Jr (Singer, Gino) (Entered: 05/18/2010) |
| 05/18/2010 | 108 | Minute Entry for proceedings held before Judge Carol B. Amon: Bail Hearing as to Michael J. Persico held on 5/18/2010. Appearances: AUSA Michael Tremonte, AUSA Amy Busa, Def counsel Sarita Keida and P.O. Laura Fahmy. O/A heard. Court finds that Gov't has not established: (1) danger to community; (2) no conditions can be met. Bond set at $5 million dollars. Conditions of release set by Judge Amon (read into the record). Dft to be released once conditions have been met. Matter referred to USMJ at 2:00 today for suretors to be interviewed. Dft referred to USMJ for release once conditions have been met. (Court Reporter Michele Nardone) (Abdallah, Fida) (Entered: 05/18/2010) |
| 05/18/2010 | 113 | Minute Entry for proceedings held before Magistrate Judge Viktor V. Pohorelsky: AUSA Michael Tremonte; Defense Counsel: Sarita Kedia and Henry Mazurek. Bond Hearing as to Michael J. Persico held on 5/18/2010. Deft will be released on $5 Million with some conditions that was set by Judge Amon. Deft will not release until confession of judgment is filed. (Tape #(2:47−2:57).) (Clarke, Melonie) (Entered: 05/20/2010) |
| 05/19/2010 | 109 | ORDER Modifying Conditions of Release as to Michael J. Persico: It is hereby ORDERED that the conditions of release on bond for the defendant Michael Persico are modified so that he is prohibited from placing or receiving calls on his home telephone line, which is assigned the number (347) 497−5153 and which is designated solely for use by Pretrial Services in order to ensure compliance with electronic monitoring. Ordered by Judge Carol B. Amon on 5/19/2010. See attached for further details. (Abdallah, Fida) (Entered: 05/19/2010) |
| 05/19/2010 | 110 | Letter *to the Hon. Sandra L. Townes respectfully requesting that the Court conduct a Curcio inquiry as to defendant Theodore Persico, Jr.* as to Theodore N. Persico, Jr (Attachments: # 1 Exhibit) (Busa, Amy) (Entered: 05/19/2010) |
| 05/19/2010 | 111 | Letter *to Sarita Kedia, Esq., re Non−association List* as to Michael J. Persico (Tremonte, Michael) (Entered: 05/19/2010) |
| 05/19/2010 | 112 | Letter *to government regarding visiting list* as to Michael J. Persico (Kedia, Sarita) (Entered: 05/19/2010) |
| 05/19/2010 | 114 | ORDER Setting Conditions of Release and Bond as to Michael J. Persico (5) $5,000,000. Sureties signed bond. Ordered by Magistrate Judge Viktor V. Pohorelsky on 5/19/2010. (Clarke, Melonie) (Entered: 05/20/2010) |
| 05/20/2010 | 115 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Mike Lnu, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo (Busa, Amy) (Entered: 05/20/2010) |
| 05/21/2010 | | Email Notification Test − DO NOT REPLY (Abdallah, Fida) (Entered: 05/21/2010) |
| 05/24/2010 | 116 | Letter *to government regarding visitors' list* as to Michael J. Persico (Kedia, Sarita) (Entered: 05/24/2010) |
| 05/24/2010 | 117 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Mike Lnu, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo (Busa, Amy) (Entered: 05/24/2010) |
| 05/25/2010 | 118 | Letter *informing the Court of potential Curcio issue* as to James C. Bombino (Meringolo, John) (Entered: 05/25/2010) |
| 05/25/2010 | 119 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte. Defense Counsel: John Tiffany and John Meringolo. Status Conference as to James C. Bombino held on 5/25/2010. (Court Reporter Tony Mancuso.) (Clarke, Melonie) (Entered: 05/25/2010) |

| | | |
|---|---|---|
| 05/25/2010 | 120 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte. Michael Macklowitz, Esq. for deft. Status Conference as to Alicia Dimichele held on 5/25/2010. (Court Reporter Tony Mancuso.) (Clarke, Melonie) (Entered: 05/25/2010) |
| 05/25/2010 | 121 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte. Defense Counsel: Sarita Kedia and Henry Mazurek. Status Conference as to Michael J. Persico held on 5/25/2010. (Court Reporter Tony Mancuso.) (Clarke, Melonie) (Entered: 05/25/2010) |
| 05/25/2010 | 122 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte. Joseph Corozzo, Esq. for deft. Status Conference and Curcio Hearing as to Theodore N. Persico, Jr held on 5/25/2010. CJA counsel Zachary Margolis− Ohnuma present as Curcio Counsel. The deft. waives any conflict. (Court Reporter Tony Mancuso.) (Clarke, Melonie) (Entered: 05/25/2010) |
| 05/25/2010 | 123 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte; Jean Marie Graziano, Esq. for deft. Status Conference as to Edward Garofalo, Jr held on 5/25/2010. (Court Reporter Tony Mancuso.) (Clarke, Melonie) (Entered: 05/25/2010) |
| 05/25/2010 | 124 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte. Gerald Shargel, Esq. for deft. Status Conference as to Thomas Petrizzo held on 5/25/2010. (Court Reporter Tony Mancuso.) (Clarke, Melonie) (Entered: 05/25/2010) |
| 05/25/2010 | | Set/Reset Hearings as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo: Status Conference set for 9/10/2010 at 11:00 AM in Courtroom 4B South before Judge Sandra L. Townes. (Brucella, Michelle) (Entered: 05/26/2010) |
| 05/25/2010 | 127 | Minute Entry. Case called. for proceedings held before Judge Sandra L. Townes:Status Conference as to Louis Romeo held on 5/25/2010, Speedy Trial entered START: 5/25/10 STOP: 09/10/10 ( Status Conference set for 9/10/2010 11:00 AM before Judge Sandra L. Townes.) (Court Reporter Tony Mancuso.) (Sica, Michele) (Entered: 05/28/2010) |
| 05/25/2010 | 145 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte. Defense Counsel: Christopher Chang and John Rieck. Status Conference as to Mike Lnu held on 5/25/2010. Time excluded under the Speedy Trial Act until 9/10/2010. Status Conference set for 9/10/2010 at 11:00 AM in Courtroom 4B South before Judge Sandra L. Townes. (Court Reporter Tony Mancuso.) (Clarke, Melonie) (Entered: 06/23/2010) |
| 05/27/2010 | 125 | ORDER Setting Conditions of Release as to Michael J. Persico (5) $5,000,000 Secured Appearance Bond. Ordered by Magistrate Judge Viktor V. Pohorelsky on 5/19/2010. (Greene, Donna) (Entered: 05/27/2010) |
| 05/27/2010 | 126 | Letter *Requesting Permission to attend sons graduation* as to James C. Bombino (Attachments: # 1 Exhibit) (Meringolo, John) (Entered: 05/27/2010) |
| 06/03/2010 | 129 | Letter *regarding bail modification* as to Michael J. Persico (Kedia, Sarita) (Entered: 06/03/2010) |
| 06/03/2010 | 130 | Letter *regarding bail modification* as to Michael J. Persico (Kedia, Sarita) (Entered: 06/03/2010) |
| 06/04/2010 | 131 | ORDER as to Michael J. Persico granting application to modify bail conditions to permit Michael Persico to accompany his stepson Joseph Cappello to medical appointment. Ordered by Judge Sandra L. Townes on 6/4/2010. (Greene, Donna) (Entered: 06/04/2010) |
| 06/04/2010 | 132 | ORDER as to James C. Bombino that the application asking that Mr. James Bombino be permitted to attend his son's high school graduation on 6/5/10 is granted. Ordered by Judge Sandra L. Townes on 6/4/2010. (Greene, Donna) (Entered: 06/04/2010) |
| 06/08/2010 | 133 | MOTION to Modify Conditions of Release *to attend Sunday Mass and to visit cemetery* by Thomas Petrizzo. (Shargel, Gerald) (Entered: 06/08/2010) |

| | | |
|---|---|---|
| 06/10/2010 | 134 | ORDER granting 133 Motion to Modify Conditions of Release as to Thomas Petrizzo (7). Ordered by Judge Sandra L. Townes on 6/10/2010. (Clarke, Melonie) (Entered: 06/10/2010) |
| 06/14/2010 | 135 | Letter *regarding bail modification* as to Michael J. Persico (Kedia, Sarita) (Entered: 06/14/2010) |
| 06/18/2010 | 136 | JUDGMENT of USCA (certified copy) as to Michael J. Persico re 76 Notice of Appeal − Interlocutory. It is ORDERED,ADJUDGED and DECREED that Bail Application is REMANDED to the District Court and VACATE it's DETENTION Order & Reconsider the Defendant's BAIL APPLICATION. Issued as mandate on 6/18/10. Copy Emailed to the Courtroom Deputy. (Gonzalez, Mary) (Entered: 06/18/2010) |
| 06/21/2010 | 137 | CJA 20 as to Mike Lnu: Authorization to Pay Kelley J. Sharkey. Voucher # 100607000020. Ordered by Judge Sandra L. Townes on 5/27/2010. (Abdallah, Fida) (Entered: 06/21/2010) |
| 06/24/2010 | 146 | Letter *Requesting permission to travel* as to Louis Romeo (Walter, Joel) (Entered: 06/24/2010) |
| 06/25/2010 | 147 | MOTION to Modify Conditions of Release by Thomas Petrizzo. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Shargel, Gerald) (Entered: 06/25/2010) |
| 06/25/2010 | 148 | ORDER Modifying conditions of release and bond as to Michael J. Persico. Ordered by Judge Sandra L. Townes on 6/22/2010. (Clarke, Melonie) (Entered: 06/25/2010) |
| 06/29/2010 | 149 | MOTION to Modify Conditions of Release *to attend family gathering* by Thomas Petrizzo. (Shargel, Gerald) (Entered: 06/29/2010) |
| 06/30/2010 | 151 | Second MOTION to Modify Conditions of Release *Proposed Consent Order related to Motion filed June 25, 2010* by Thomas Petrizzo. (Shargel, Gerald) (Entered: 06/30/2010) |
| 07/01/2010 | 152 | MOTION to Modify Conditions of Release *Revised Proposed Consent Order* by Thomas Petrizzo. (Shargel, Gerald) (Entered: 07/01/2010) |
| 07/02/2010 | 153 | Letter *to the Honorable Sandra L. Townes Regarding the Defendant Michael Persico's Visitors List* as to Michael J. Persico (Tremonte, Michael) (Entered: 07/02/2010) |
| 07/08/2010 | 155 | CJA 20 as to Theodore N. Persico, Jr: Authorization to Pay Zachary Margulis−Ohnuma. Voucher # 100628000046. Ordered by Judge Sandra L. Townes on 6/22/2010. (Abdallah, Fida) (Entered: 07/08/2010) |
| 07/09/2010 | 157 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSA Amy Busa. Defense Counsel: John Tiffany and John Meringolo. Curcio Hearing held on 7/9/2010. The Court advises the defendant regarding Mr. Meringolo's potential conflict of interest. Deft. advises the Court that he waives any conflict. Status Conference set for 9/10/2010 at 11:00 AM in Courtroom 4B South before Judge Sandra L. Townes. (Court Reporter Lisa Schmid.) (Clarke, Melonie) (Entered: 07/13/2010) |
| 07/12/2010 | 156 | Letter *in response to govt's July 2, 2010, letter re visiting list* as to Michael J. Persico (Kedia, Sarita) (Entered: 07/12/2010) |
| 07/22/2010 | 158 | Letter *to Hon. Sandra L. Townes* as to Edward Garofalo, Jr (Singer, Gino) (Entered: 07/22/2010) |
| 07/22/2010 | 159 | NOTICE OF ATTORNEY APPEARANCE: Gino Josh Singer appearing for Edward Garofalo, Jr *replacing Jean Marie Grazino, Esq.* (Singer, Gino) (Entered: 07/22/2010) |
| 07/27/2010 | 160 | Letter *providing additional discovery* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Mike Lnu, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo (Busa, Amy) (Entered: 07/27/2010) |
| 07/27/2010 | 161 | Letter *re visiting list & bail modification* as to Michael J. Persico (Kedia, Sarita) (Entered: 07/27/2010) |
| 07/28/2010 | 162 | Letter *Requesting Mr. Romeo be allowed to travel into Southern District* as to Louis Romeo (Walter, Joel) (Entered: 07/28/2010) |

| | | |
|---|---|---|
| 08/05/2010 | 163 | Letter *to Honorable Sandra L. Townes* as to Edward Garofalo, Jr (Attachments: # 1 Exhibit Greco Affidavit, # 2 Exhibit Weidhorn Affidavit, # 3 Exhibit Garofalo Letters) (Singer, Gino) (Entered: 08/05/2010) |
| 08/23/2010 | 166 | Letter *to Honorable Sandra L. Townes* as to Edward Garofalo, Jr (Singer, Gino) (Entered: 08/23/2010) |
| 08/24/2010 | 167 | Letter *to the Hon. Sandra L. Townes in opposition to the defendant Garofalo's renewed bail application* as to Edward Garofalo, Jr (Busa, Amy) (Entered: 08/24/2010) |
| 08/25/2010 | 168 | ENDORSED ORDER as to Michael J. Persico re 161 Letter of visiting list and bail modification. Application GRANTED.. Ordered by Judge Sandra L. Townes on 8/19/2010. (Clarke, Melonie) (Entered: 08/25/2010) |
| 09/02/2010 | 170 | Letter *re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Mike Lnu, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo (Busa, Amy) (Entered: 09/02/2010) |
| 09/10/2010 | 171 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte. Defense Counsel: John Tiffany and John Meringolo. Status Conference as to James C. Bombino held on 9/10/2010. Time excluded under the Speedy Trial Act until 11/5/2010. Status Conference set for 11/5/2010 at 2:30 AM in Courtroom 4B South before Judge Sandra L. Townes. (Court Reporter Fred Guerino.) (Clarke, Melonie) (Entered: 09/14/2010) |
| 09/10/2010 | 172 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa and Michael Tremonte; Michael Macklowitz, Esq. for deft. Status Conference as to Alicia Dimichele held on 9/10/2010. Time excluded under the Speedy Trial Act until 11/5/2010. Status Conference set for 11/5/2010 at 2:30 PM in Courtroom 4B South before Judge Sandra L. Townes. (Court Reporter Fred Guerino.) (Clarke, Melonie) (Entered: 09/14/2010) |
| 09/10/2010 | 173 | Minute Entry for proceedings held before Judge Sandra L. Townes: AUSAs Amy Busa; Michael Tremonte; Gino Josh Singer, Esq. for deft. Status Conference as to Edward Garofalo, Jr held on 9/10/2010. Time excluded under the Speedy Trial Act until 11/5/2010. Status Conference set for 11/5/2010 at 2:30 PM in Courtroom 4B South before Judge Sandra L. Townes. (Court Reporter Fred Guerino.) (Clarke, Melonie) (Entered: 09/14/2010) |
| 09/17/2010 | 174 | MOTION to Modify Conditions of Release *to travel for employment purposes* by Thomas Petrizzo. (Shargel, Gerald) (Entered: 09/17/2010) |
| 09/18/2010 | 175 | Letter MOTION to Seal Document *Bail Modification Request* by James C. Bombino. (Meringolo, John) (Entered: 09/18/2010) |
| 09/30/2010 | 176 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Mike Lnu, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo (Busa, Amy) (Entered: 09/30/2010) |
| 10/12/2010 | 177 | Letter *to modify conditions of bond* as to Michael J. Persico (Kedia, Sarita) (Entered: 10/12/2010) |
| 10/14/2010 | 178 | ENDORSED ORDER granting 174 Motion to Modify Conditions of Release as to Thomas Petrizzo (7). Order is effective as long as Pretrial Services can successfully monitor the defendant. Ordered by Judge Sandra L. Townes on 10/8/2010. (Manuel, Germaine) (Entered: 10/14/2010) |
| 10/14/2010 | 179 | Letter *for permission to travel* as to James C. Bombino (Meringolo, John) (Entered: 10/14/2010) |
| 10/19/2010 | 180 | Letter *to modify bail conditions* as to James C. Bombino (Meringolo, John) (Entered: 10/19/2010) |
| 11/04/2010 | 181 | Letter *regarding October 12, 2010, bail modification application* as to Michael J. Persico (Attachments: # 1 Proposed Order) (Kedia, Sarita) (Entered: 11/04/2010) |
| 11/04/2010 | | Case sealed as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Mike Lnu, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo |

| | | |
|---|---|---|
| | | (Piper, Francine) (Entered: 11/08/2010) |
| 11/04/2010 | 189 | SEALED SUPERSEDING INDICTMENT (S−1) as to James C. Bombino (1) count(s) 1s, 4s, 5s, 9s, 10s−14s, Alicia Dimichele (2) count(s) 2s, 3s, Edward Garofalo, Jr (3) count(s) 1s, 2s, 3s, Michael D. Sciaretta (4) count(s) 9s, Michael J. Persico (5) count(s) 1s, 6s, 7s, 9s, 11s−14s, Theodore N. Persico, Jr (6) count(s) 1s, 4s, 5s, 6s, 7s, 9s, Thomas Petrizzo (7) count(s) 1s, 9s, 13s−14s, Louis Romeo (8) count(s) 9s, Anthony Preza (9) count(s) 8. (Piper, Francine) (Entered: 11/08/2010) |
| 11/05/2010 | 182 | Letter *to the Honorable Sandra L. Townes Opposing Defendant's Motion for Modification of Conditions of Pre−trial Release* as to Michael J. Persico (Attachments: # 1 Exhibit Second Circuit Summary Order, # 2 Exhibit May 18, 2010 Transcript) (Tremonte, Michael) (Entered: 11/05/2010) |
| 11/05/2010 | 183 | Minute Entry for proceedings held before Magistrate Judge Andrew L. Carter, Jr. John Tiffany and John Meringolo, counsel for James Bombino; Michael Macklowitz, counsel for Alicia Dimichele and Edward Garofalo, Jr.; and AUSA Amy Busa were present. Arraignment as to James C. Bombino (1) Count 1,4,5−8, Alicia Dimichele (2) Count 2,3, and Edward Garofalo Jr. (3) Count 1,2,3 held on 11/5/2010. Plea entered by James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr.: Not Guilty on counts ALL. Order of Speedy Trial entered as to all three defendants, from 11/9/10 to 12/1/10. Status Conference set for 12/1/2010 11:00 AM in Courtroom 4B South before Judge Sandra L. Townes. (Tape #3:12−3:26) (Manuel, Germaine) (Entered: 11/08/2010) |
| 11/05/2010 | 185 | Minute Entry for proceedings held before Magistrate Judge Andrew L. Carter, Jr. Gerald Shargel, counsel for Thomas Petrizzo; Joel Walter, counsel for Louis Romeo; and AUSA Amy Busa were present. Arraignment as to Thomas Petrizzo (7) Count 4 and Louis Romeo (8) Count 4 held on 11/5/2010. Plea entered by Thomas Petrizzo, Louis Romeo: Not Guilty on counts ALL. Order of Speedy Trial entered from 11/5/10 to 12/1/10 as to both defendants. Status Conference set for 12/1/2010 11:00 AM in Courtroom 4B South before Judge Sandra L. Townes. (Manuel, Germaine) (Entered: 11/08/2010) |
| 11/05/2010 | 187 | Minute Entry for proceedings held before Magistrate Judge Andrew L. Carter, Jr. Christopher Chang, counsel for Michael Lnu; Sarita Kedia, counsel for Michael J. Persico; Joseph Corozzo, Jr., counsel for Theodore Persico; and AUSA Amy Busa were present. Arraignment as to Mike Lnu (4) Count 4, Michael J. Persico (5) Count 1,4,5−8 and Theodore N. Persico Jr. (6) Count 1,4 held on 11/5/2010. Plea entered by Mike Lnu, Michael J. Persico, Theodore N. Persico, Jr. Not Guilty on counts ALL. Order of Speedy Trial entered only as to defendant Michael Lnu from 11/5/10 to 12/1/10. Status Conference set for 12/1/2010 11:00 AM in Courtroom 4B South before Judge Sandra L. Townes. (Tape #3:12−3:26) (Manuel, Germaine) (Entered: 11/08/2010) |
| 11/05/2010 | 190 | Order to Unseal Superseding Indictment (S−1) as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza.(Ordered by Magistrate Judge Andrew L. Carter, Jr on 11/5/2010) (Piper, Francine) (Entered: 11/08/2010) |
| 11/05/2010 | 191 | Minute Entry for proceedings held before Magistrate Judge Andrew L. Carter, Jr. Joseph Benfante, counsel for defendant, and AUSA Amy Busa were present. Bond Hearing and Arraignment as to Anthony Preza (9) as to Count 8 held on 11/5/2010. Plea entered by Anthony Preza (9): Not Guilty on counts 8. Order of Speedy Trial entered, from 11/5/10 to 12/1/10. Status Conference set for 12/1/2010 11:00 AM in Courtroom 4B South before Judge Sandra L. Townes. (Tape #3:42−3:50) (Manuel, Germaine) (Entered: 11/09/2010) |
| 11/08/2010 | 184 | ORDER OF EXCLUDABLE DELAY as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr. Time excluded from 11/5/10 until 12/1/10. Ordered by Magistrate Judge Andrew L. Carter, Jr., on 11/5/2010. (Manuel, Germaine) (Entered: 11/08/2010) |
| 11/08/2010 | 186 | ORDER OF EXCLUDABLE DELAY as to Thomas Petrizzo, Louis Romeo. Time excluded from 11/5/10 until 12/1/10. Ordered by Magistrate Judge Andrew L. Carter, Jr on 11/5/2010. (Manuel, Germaine) (Entered: 11/08/2010) |

| | | |
|---|---|---|
| 11/08/2010 | 188 | ORDER OF EXCLUDABLE DELAY as to Mike Lnu. Time excluded from 11/5/10 until 12/1/10. Ordered by Magistrate Judge Andrew L. Carter, Jr on 11/5/2010. (Manuel, Germaine) (Entered: 11/08/2010) |
| 11/09/2010 | 192 | ORDER OF EXCLUDABLE DELAY as to Anthony Preza. Time excluded from 11/5/10 until 12/1/10. Ordered by Magistrate Judge Andrew L. Carter, Jr on 11/5/2010. (Manuel, Germaine) (Entered: 11/09/2010) |
| 11/09/2010 | 193 | ORDER Setting Conditions of Release as to Anthony Preza (9) $250,000.00 secured bond. [See attachment for additional information.] Ordered by Magistrate Judge Andrew L. Carter, Jr., on 11/5/2010. (Manuel, Germaine) (Entered: 11/09/2010) |
| 11/09/2010 | 194 | NOTICE OF ATTORNEY APPEARANCE: Joseph R.Benfante appearing for Anthony Preza. (Manuel, Germaine) (Entered: 11/09/2010) |
| 11/12/2010 | 195 | Letter *in further support of application to modify bail* as to Michael J. Persico (Kedia, Sarita) (Entered: 11/12/2010) |
| 11/18/2010 | 196 | Minute Entry for proceedings held before Judge Sandra L. Townes. Sarita Kedia, counsel for defendant, and AUSAs Amy Busa and Michael Tremonte were present. Bond Hearing as to Michael J. Persico held on 11/18/2010. The Court adjourns until 11/23/10. Bond Hearing set for 11/23/2010 02:30 PM in Courtroom 4B South before Judge Sandra L. Townes. (Court Reporter Shelly Silverman. (Manuel, Germaine) (Entered: 11/19/2010) |
| 11/19/2010 | 197 | Letter *regarding recordings relevant to bail modification hearing* as to Michael J. Persico (Kedia, Sarita) (Entered: 11/19/2010) |
| 11/23/2010 | 198 | Letter *regarding travel request* as to Michael J. Persico (Kedia, Sarita) (Entered: 11/23/2010) |
| 11/23/2010 | 200 | ENDORSED ORDER as to Michael J. Persico re 198 Letter from defense counsel Sarita Kedia requesting that defendant be permitted to travel on 11/28/10. The application is granted. Ordered by Judge Sandra L. Townes on 11/23/2010. (Manuel, Germaine) (Entered: 11/23/2010) |
| 11/23/2010 | 201 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Busa, Amy) (Entered: 11/23/2010) |
| 11/29/2010 | 202 | Letter *in support of bail modification application* as to Michael J. Persico (Kedia, Sarita) (Entered: 11/29/2010) |
| 11/30/2010 | 203 | Letter *requesting that defendant's personal appearance be excused* as to Thomas Petrizzo (Shargel, Gerald) (Entered: 11/30/2010) |
| 11/30/2010 | | ORDER as to Thomas Petrizzo: Defense counsel's request that the defendant's personal appearance be waived 203 is hereby denied. Ordered by Judge Sandra L. Townes on 11/30/2010. (Frullo, Veronica) (Entered: 11/30/2010) |
| 12/06/2010 | 204 | Minute Entry for proceedings held before Magistrate Judge Joan M. Azrack. Bond Modification hearing Hearing as to Michael J. Persico held on 12/6/2010. Defendant was advised of bond conditions by the Court and signed the bond. Seven (7) sureties were sworn and advised of bond obligations by the Court and signed the bond. (Tape #11:42−11:46.) (Manuel, Germaine) (Entered: 12/06/2010) |
| 12/10/2010 | 205 | Letter *to modify bail conditions* as to James C. Bombino (Attachments: # 1 Exhibit Physicians' letters) (Meringolo, John) (Entered: 12/10/2010) |
| 12/22/2010 | 207 | ORDER as to James C. Bombino, granting defense counsel's request to modify the defendant's bail conditions 205 . Ordered by Judge Sandra L. Townes on 12/22/2010. (Frullo, Veronica) (Entered: 12/22/2010) |
| 12/28/2010 | 208 | NOTICE OF ATTORNEY APPEARANCE: Steve Zissou appearing for Edward Garofalo, Jr (Zissou, Steve) (Entered: 12/28/2010) |
| 01/05/2011 | 209 | ORDER, Endorsed, as to Michael J. Persico re: Letter dated 12/20/10 from Sarita Kedia requesting that defendant be permitted to be on the same premises as co−signors of his bond. The application is denied. Ordered by Judge Sandra L. Townes on |

| | | |
|---|---|---|
| | | 12/22/10. (Manuel, Germaine) (Entered: 01/05/2011) |
| 01/14/2011 | 210 | Minute Entry for proceedings held before Judge Sandra L. Townes. Steven Zissou, counsel for defendant, and AUSA Michael Tremonte were present (defendant was not present).Status Conference as to Edward Garofalo, Jr., held on 1/14/2011. Status Conference set for 5/26/2011 10:00 AM in Courtroom 4B South before Judge Sandra L. Townes. Order of Speedy Trial entered from 1/14/11 to 5/26/11. (Court Reporter Gene Rudolph) (Manuel, Germaine) (Entered: 01/14/2011) |
| 01/25/2011 | 211 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Busa, Amy) (Entered: 01/25/2011) |
| 01/26/2011 | 212 | Letter *requesting permission to travel to Florida* as to Thomas Petrizzo (Shargel, Gerald) (Entered: 01/26/2011) |
| 02/09/2011 | 213 | ENDORSED ORDER as to Thomas Petrizzo re 212 Letter dated 2/26/11 requesting modification of defendant's pretrial release. The application is granted. So Ordered by Judge Sandra L. Townes on 2/8/2011. (Manuel, Germaine) (Entered: 02/09/2011) |
| 02/16/2011 | 214 | MOTION to Travel by Anthony Preza. (Benfante, Joseph) (Entered: 02/16/2011) |
| 02/24/2011 | 215 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Busa, Amy) (Entered: 02/24/2011) |
| 02/25/2011 | 216 | Letter *requesting revised motion schedule and status conference* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Kedia, Sarita) (Entered: 02/25/2011) |
| 02/25/2011 | 217 | Letter *to government regarding discovery, etc.* as to Michael J. Persico (Kedia, Sarita) (Entered: 02/25/2011) |
| 02/28/2011 | 218 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Busa, Amy) (Entered: 02/28/2011) |
| 02/28/2011 | | ORDER as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza: Defense counsel's request 216 to adjourn the briefing schedule is granted as requested. The May 26, 2011, oral argument date remains the same. Ordered by Judge Sandra L. Townes on 2/28/2011. (Frullo, Veronica) (Entered: 02/28/2011) |
| 03/02/2011 | 219 | Letter as to Anthony Preza (Benfante, Joseph) (Entered: 03/02/2011) |
| 03/02/2011 | 220 | ENDORSED ORDER granting 214 Motion to Travel as to Anthony Preza (9). Ordered by Judge Sandra L. Townes on 3/2/2011. (Manuel, Germaine) (Entered: 03/02/2011) |
| 03/04/2011 | 221 | CONSENT TO HAVE A PLEA TAKEN BEFORE A UNITED STATES MAGISTRATE JUDGE. Defendant James Bombino will enter his plea before Magistrate Judge Roanne L. Mann. Ordered by Magistrate Judge Roanne L. Mann on 3/4/2011. (Manuel, Germaine) (Entered: 03/04/2011) |
| 03/04/2011 | 222 | Minute Entry for proceedings held before Magistrate Judge Roanne L. Mann. John Meringolo, counsel for defendant, and AUSA Amy Busa were present. Change of Plea Hearing as to James C. Bombino held on 3/4/2011. Plea entered by James C. Bombino (1): Guilty, Count 1s. (Tape #9:08−9:46) (Manuel, Germaine) (Entered: 03/04/2011) |
| 03/09/2011 | 223 | MOTION for Forfeiture of Property *(Proposed Order of Forfeiture)* by USA as to James C. Bombino. (Attachments: # 1 Proposed Order) (Levin, Duncan) (Entered: 03/09/2011) |
| 03/14/2011 | 224 | Endorsed 223 , Att. #1, ORDER OF FORFEITURE as to James C. Bombino.. Four (4) certified copies of this executed Order will be forwarded to the U.S. Attorney's Office, |

| | | |
|---|---|---|
| | | E.D.N.Y. So Ordered by Judge Sandra L. Townes on 3/11/2011. (Manuel, Germaine) (Entered: 03/14/2011) |
| 03/14/2011 | | ORDER, Endorsed, granting 223 Motion for Forfeiture of Property as to James C. Bombino (1). Ordered by Judge Sandra L. Townes on 3/11/2011. (Manuel, Germaine) (Entered: 03/14/2011) |
| 03/16/2011 | 225 | TRANSCRIPT of Proceedings as to James C. Bombino held on March 4, 2011, before Judge Mann. Court Transcriber: TypeWrite Word processing Service, Telephone number 718−966−1401. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/6/2011. Redacted Transcript Deadline set for 4/18/2011. Release of Transcript Restriction set for 6/14/2011. (Rocco, Christine) (Entered: 03/16/2011) |
| 03/21/2011 | 226 | NOTICE of Change of attorney address and phone number by James C. Bombino (Meringolo, John) (Entered: 03/21/2011) |
| 03/28/2011 | 227 | ORDER re 215 Letter dated 2/24/11 from the Government as to additional Rule 16 material as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr., Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr., Thomas Petrizzo, Louis Romeo, and Anthony Pressa. It is Ordered that the compact discs and video digital recordings containing consensual recordings that were disclosed to the defendants in this case in a letter dated 2/24/11 may not be disseminated beyond the defendants, their attorneys and their attorneys' legal staff; and, that any copies made of these recordings be returned to the government at the conclusion of this case.. Ordered by Judge Sandra L. Townes on 2/24/2011 (nunc pro tunc) (Manuel, Germaine) (Entered: 03/28/2011) |
| 03/29/2011 | 228 | Notice of MOTION for Separate Trial on Counts Louis Romeo (8) Count 9s by Louis Romeo. (Attachments: # 1 Memorandum in Support) (Walter, Joel) (Entered: 03/29/2011) |
| 03/29/2011 | 229 | Notice of MOTION to Continue by Louis Romeo. (Attachments: # 1 Exhibit) (Walter, Joel) (Entered: 03/29/2011) |
| 03/29/2011 | 230 | Notice of MOTION for Separate Trial on Counts Louis Romeo (8) Count 9s by Louis Romeo. (Attachments: # 1 Exhibit) (Walter, Joel) (Entered: 03/29/2011) |
| 03/29/2011 | 231 | Notice of MOTION for Separate Trial on Counts Louis Romeo (8) Count 9s by Louis Romeo. (Attachments: # 1 Exhibit) (Walter, Joel) (Entered: 03/29/2011) |
| 03/29/2011 | 232 | Notice of MOTION for Separate Trial on Counts Louis Romeo (8) Count 9s by Louis Romeo. (Walter, Joel) (Entered: 03/29/2011) |
| 03/29/2011 | 233 | Letter *pursuant to Rule 16 and Brady / Giglio* as to Thomas Petrizzo (Shargel, Gerald) (Entered: 03/29/2011) |
| 03/30/2011 | 234 | MOTION to Sever Defendant *; Uncharged Crimes; Incorporate & Adopt Motions of Co−counsel; and Leave To Make Further Motions if Necessary* by Anthony Preza. (Benfante, Joseph) (Entered: 03/30/2011) |
| 03/30/2011 | 235 | MOTION for Separate Trial on Counts Michael D. Sciaretta (4) Count 9s by Michael D. Sciaretta. (Chang, Christopher) (Entered: 03/30/2011) |
| 03/30/2011 | 236 | MOTION for Separate Trial on Counts Michael D. Sciaretta (4) Count 9s by Michael D. Sciaretta. (Attachments: # 1 Exhibit Superceding Indictment) (Chang, Christopher) (Entered: 03/30/2011) |
| 03/30/2011 | 237 | MOTION for Separate Trial on Counts Michael D. Sciaretta (4) Count 9s *Supporting Memorandum of Law* by Michael D. Sciaretta. (Chang, Christopher) (Entered: 03/30/2011) |
| 03/30/2011 | 238 | Letter *Pursuant to Rule 16 and Brady/Giglio* as to Anthony Preza (Benfante, Joseph) (Entered: 03/30/2011) |
| 03/31/2011 | 239 | First MOTION to Sever Defendant *and adopt co−defendants' motion* by Alicia Dimichele. (Attachments: # 1 Memorandum in Support) (Macklowitz, Michael) (Entered: 03/31/2011) |

| | | |
|---|---|---|
| 04/01/2011 | 240 | MOTION to Sever Defendant by Thomas Petrizzo. (Attachments: # 1 Memorandum in Support, # 2 Affidavit) (Shargel, Gerald) (Entered: 04/01/2011) |
| 04/01/2011 | 241 | MOTION to Dismiss *Count Six and for additional relief* by Michael J. Persico. (Attachments: # 1 Memorandum in Support, # 2 Affidavit in Support and exhibits referenced) (Kedia, Sarita) (Entered: 04/01/2011) |
| 04/04/2011 | 242 | MOTION to Sever Defendant *and join in co−defendants motions* by Theodore N. Persico, Jr. (Corozzo, Joseph) (Entered: 04/04/2011) |
| 04/05/2011 | 243 | Letter *requesting pemission to join in motions* as to Louis Romeo (Walter, Joel) (Entered: 04/05/2011) |
| 04/08/2011 | 244 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Edward Garofalo, Jr held on 04 28 2010, before Judge SANDRA L. TOWNES. Court Reporter/Transcriber MARSHA DIAMOND, Telephone number 718 613−2489. Email address: MARSHA_DIAMOND@NYED.USCOURTS.GOV. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/29/2011. Redacted Transcript Deadline set for 5/9/2011. Release of Transcript Restriction set for 7/7/2011. (Diamond, Marsha) (Entered: 04/08/2011) |
| 04/22/2011 | 245 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Busa, Amy) (Entered: 04/22/2011) |
| 05/05/2011 | 246 | Letter dated 2/24/11 from the U.S. Attorney's Office as to James C. Bombino. The government seeks a protective order that would prevent the dissemination, beyond the defendants, their attorneys, and their attorneys' legal staff, of certain materials pertaining to the case. (Manuel, Germaine) (Entered: 05/05/2011) |
| 05/05/2011 | 247 | ORDER as to James C. Bombino re 246 Letter from the U.S. Attorney's Office. It is hereby ordered that certain materials pertaining to this case may not be disseminated beyond the defendants, their attorneys and their attorneys' legal staff, and that these recordings and any copies made of them be returned to the government at the conclusion of this case. Ordered by Judge Sandra L. Townes on 2/28/2011. (Manuel, Germaine) (Entered: 05/05/2011) |
| 05/05/2011 | 248 | NOTICE OF ATTORNEY APPEARANCE Rachel J. Nash appearing for USA. (Nash, Rachel) (Entered: 05/05/2011) |
| 05/05/2011 | 249 | Letter *supplemental rule 16 discovery* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Nash, Rachel) (Entered: 05/05/2011) |
| 05/06/2011 | 250 | RESPONSE in Opposition re 241 MOTION to Dismiss *Count Six and for additional relief*, 232 Notice of MOTION for Separate Trial on Counts Louis Romeo (8) Count 9s, 239 First MOTION to Sever Defendant *and adopt co−defendants' motion*, 237 MOTION for Separate Trial on Counts Michael D. Sciaretta (4) Count 9s *Supporting Memorandum of Law*, 240 MOTION to Sever Defendant, 234 MOTION to Sever Defendant *; Uncharged Crimes; Incorporate & Adopt Motions of Co−counsel; and Leave To Make Further Motions if Necessary*, 242 MOTION to Sever Defendant *and join in co−defendants motions* (Nash, Rachel) (Entered: 05/06/2011) |
| 05/06/2011 | 251 | Letter *providing information pursuant to Brady v. Maryland* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Busa, Amy) (Entered: 05/06/2011) |
| 05/17/2011 | 253 | RESPONSE in Opposition re 235 MOTION for Separate Trial on Counts Michael D. Sciaretta (4) Count 9s (Attachments: # 1 Exhibit Sciaretta Post Arrest Statement) (Chang, Christopher) (Entered: 05/17/2011) |
| 05/17/2011 | 254 | MEMORANDUM in Support re 235 MOTION for Separate Trial on Counts Michael D. Sciaretta (4) Count 9s, 237 MOTION for Separate Trial on Counts Michael D. |

| | | |
|---|---|---|
| | | Sciaretta (4) Count 9s *Supporting Memorandum of Law*, 236 MOTION for Separate Trial on Counts Michael D. Sciaretta (4) Count 9s (Chang, Christopher) (Entered: 05/17/2011) |
| 05/19/2011 | 256 | First MOTION to Unseal Document *intercepted communications* by USA as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza. (Nash, Rachel) (Entered: 05/19/2011) |
| 05/19/2011 | 257 | MOTION to Unseal Document *proposed order* by USA as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza. (Nash, Rachel) (Entered: 05/19/2011) |
| 05/20/2011 | 258 | REPLY TO RESPONSE to Motion re 234 MOTION to Sever Defendant *; Uncharged Crimes; Incorporate & Adopt Motions of Co−counsel; and Leave To Make Further Motions if Necessary* (Benfante, Joseph) (Entered: 05/20/2011) |
| 05/20/2011 | 259 | REPLY TO RESPONSE to Motion re 241 MOTION to Dismiss *Count Six and for additional relief* (Attachments: # 1 Exhibit A−G) (Kedia, Sarita) (Entered: 05/20/2011) |
| 05/23/2011 | 260 | ORDER as to Alicia Dimichele, Edward Garofalo, Jr., Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr., Thomas Petrizzo, Louis Romeo, Anthony Preza. It is Ordered that copies of the orders, applications, affidavits, periodic reports prepared in connection with such orders, applications and affidavits, and intercepted communications listed below be disclosed to the U.S. Attorney's Office, E.D.N.Y., and the federal agents participating in the investigation and prosecution of this matter and that upon its review the U.S. Attorney's Office, E.D.N.Y., may furnish to defense counsel in this matter the relevant orders, applications, affidavits, periodic reports and intercepted communications. Ordered by Judge Sandra L. Townes on 5/19/2011. It is further ordered that the original documents previously mentioned shall remain sealed, and no further disclosure of these documents shall be made by any person without authorization of a judge of competent jurisdiction. (Manuel, Germaine) (Entered: 05/23/2011) |
| 05/24/2011 | 261 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Busa, Amy) (Entered: 05/24/2011) |
| 05/25/2011 | 262 | First MOTION to Disqualify Counsel *Joseph R. Corozzo, Esq. and the law firm Rubenstein & Corozzo, P.C.* by USA as to Theodore N. Persico, Jr. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Busa, Amy) (Entered: 05/25/2011) |
| 05/26/2011 | 263 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Busa, Amy) (Entered: 05/26/2011) |
| 05/27/2011 | 264 | Letter *from the government re: corrections to Rule 16 letter dated 5/26/11* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Nash, Rachel) (Entered: 05/27/2011) |
| 05/27/2011 | 265 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Nash, Rachel) (Entered: 05/27/2011) |
| 05/27/2011 | 266 | First MOTION to Dismiss *Count 6 by joining in motion of Michael Persico* by Theodore N. Persico, Jr. (Corozzo, Joseph) (Entered: 05/27/2011) |
| 05/31/2011 | 267 | Letter *to Judge Townes* as to Michael D. Sciaretta (Rieck, John) (Entered: 05/31/2011) |
| 05/31/2011 | 268 | Letter *excusing Louis Romeo from court* as to Louis Romeo (Walter, Joel) (Entered: 05/31/2011) |

| | | |
|---|---|---|
| 05/31/2011 | 269 | Letter *Confidential Recusal Request* as to Louis Romeo (Walter, Joel) (Entered: 05/31/2011) |
| 06/01/2011 | 270 | Letter *waiver of appearance* as to Alicia Dimichele (Macklowitz, Michael) (Entered: 06/01/2011) |
| 06/01/2011 | 271 | Letter *requesting waiver of appearance* as to Anthony Preza (Benfante, Joseph) (Entered: 06/01/2011) |
| 06/01/2011 | 272 | Letter as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Nash, Rachel) (Entered: 06/01/2011) |
| 06/02/2011 | 273 | Letter *Confirming Waiver of Appearance re June 3, 2011 Court Status Conference* as to Michael D. Sciaretta (Chang, Christopher) (Entered: 06/02/2011) |
| 06/03/2011 | 275 | MANDATE of USCA (certified copy) as to Edward Garofalo, Jr. The parties have filed a stiplation withdrawing this appeal without prejudice to reinstatement by 6/1/11, pursuant to Local Rule 42.1 The stipulatio is Do Ordered. Issued as Mandate: 6/3/11. USCA#10−1955. (McGee, Mary Ann) (Entered: 06/03/2011) |
| 06/03/2011 | 277 | Minute Entry for proceedings held before Judge Sandra L. Townes. Defense attorneys Michael L. Mackowitz, Steve Zissou, Christopher Chang, John Rieck, Sarita Kedia, Joseph R. Corozzo, Jr., Gerald Shargel, and Evan Lipton were present. AUSAs Amy Busa, Michael Tremonte and Rachel J. Nash were present. Status Conference as to Alicia Dimichele, Edward Garofalo, Jr., Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr., Thomas Petrizzo held on 6/3/2011. Evidence entered, continued. Mr. Corozzo, Jr., was relieved form his duty as counsel for Theodore N. Persico, Jr. The Court will appoint CJA counsel for Theodore N. Persico, Jr. Status Conference set for 6/9/2011 at 02:00 PM in Courtroom 4B South before Judge Sandra L. Townes. (Court Reporter Henry Shapiro) (Manuel, Germaine) (Entered: 06/09/2011) |
| 06/07/2011 | 276 | MOTION to Withdraw as Attorney by Michael L. Macklowitz. by Alicia Dimichele. (Macklowitz, Michael) (Entered: 06/07/2011) |
| 06/10/2011 | 278 | RESPONSE in Support re 239 First MOTION to Sever Defendant *and adopt co−defendants' motion* (Macklowitz, Michael) (Entered: 06/10/2011) |
| 06/14/2011 | 279 | MEMORANDUM & ORDER: For the reasons set forth above, that portion of the 241 pre−trial motion of Michael J. Persico in which he argues that both 18 U.S.C. § 1961(6) and Count Six of the superceding indictment are unconstitutionally vague is denied. That portion of the 266 pre−trial motion of Theodore N. Persico, Jr., which joins in this portion of Michael Persico's motion, is also denied. So Ordered by Judge Sandra L. Townes on 6/9/2011. (Lee, Tiffeny) (Entered: 06/14/2011) |
| 06/17/2011 | 280 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Nash, Rachel) (Entered: 06/17/2011) |
| 06/17/2011 | 281 | Mail receipt, Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Nash, Rachel) (Entered: 06/17/2011) |
| 06/17/2011 | 282 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Nash, Rachel) (Entered: 06/17/2011) |
| 06/17/2011 | 283 | MEMORANDUM in Opposition re 239 First MOTION to Sever Defendant *and adopt co−defendants' motion* (Tremonte, Michael) (Entered: 06/17/2011) |
| 06/22/2011 | 284 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza held on March 24, 2010, before Judge Townes. Court Reporter/Transcriber H. Driscoll, Telephone number 718−613−2274. Email address: hdrisc@aol.com. Transcript may be |

| | | |
|---|---|---|
| | | viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/13/2011. Redacted Transcript Deadline set for 7/25/2011. Release of Transcript Restriction set for 9/20/2011. (Driscoll, Holly) (Entered: 06/22/2011) |
| 06/27/2011 | 285 | Letter */motion joining in Alicia Dimichele's motion for a separate trial* as to Edward Garofalo, Jr (Zissou, Steve) (Entered: 06/27/2011) |
| 06/28/2011 | 286 | Letter *Confirming Waiver of Appearance re June 28, 2011 Pre−trial Conference* as to Michael D. Sciaretta (Chang, Christopher) (Entered: 06/28/2011) |
| 07/06/2011 | 287 | Letter *to the Hon. Sandra L. Townes in Further Opposition to Motion for Severance* as to Alicia Dimichele, Edward Garofalo, Jr (Tremonte, Michael) (Entered: 07/06/2011) |
| 07/12/2011 | 288 | Letter */request to set conditions of release* as to Edward Garofalo, Jr (Zissou, Steve) (Entered: 07/12/2011) |
| 07/12/2011 | | Attorney update in case as to Alicia Dimichele. Attorney John S. Wallenstein for Alicia Dimichele added. Attorney Michael L. Macklowitz terminated. (Frullo, Veronica) (Entered: 07/12/2011) |
| 07/19/2011 | 289 | NOTICE OF ATTORNEY APPEARANCE Allon Lifshitz appearing for USA. (Lifshitz, Allon) (Entered: 07/19/2011) |
| 07/21/2011 | 292 | Letter *to AUSAs Tremonte and Busa* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Rieck, John) (Entered: 07/21/2011) |
| 07/22/2011 | 293 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Nash, Rachel) (Entered: 07/22/2011) |
| 07/28/2011 | 294 | First MOTION for Protective Order *for 3500 material* by USA as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza. (Attachments: # 1 Proposed Order) (Nash, Rachel) (Entered: 07/28/2011) |
| 07/28/2011 | 295 | Letter *in opposition to Garofalo motion for bail* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (Nash, Rachel) (Entered: 07/28/2011) |
| 08/01/2011 | 296 | Letter *in Response to Government's Letter of July 28* as to Michael D. Sciaretta (Rieck, John) (Entered: 08/01/2011) |
| 08/02/2011 | 297 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza (Nash, Rachel) (Entered: 08/02/2011) |
| 08/04/2011 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Oral Argument regarding joint motion for severance as to Alicia Dimichele & Edward Garofalo, Jr. held on 8/4/2011. AUSA Rachel Nash present. Defendant DiMichele present with John Wallenstein. Defendant Edward Garofalo present with Steve Zissou. Oral argument is adjourned until September 14, 2011, at 2:00 pm. (Court Reporter Victoria Butler.) (Frullo, Veronica) (Entered: 08/04/2011) |
| 08/10/2011 | | ORDER, as to Michael D. Sciaretta: Defense counsel's request 296 is denied. The government's proposed order is applicable to Mr. Sciaretta, his attorneys, and agents. Ordered by Judge Sandra L. Townes on 8/4/2011. (Frullo, Veronica) (Entered: 08/10/2011) |
| 08/10/2011 | 298 | ENDORSED (PROPOSED) ORDER granting 294 Motion for Protective Order as to Alicia Dimichele (2), Edward Garofalo Jr. (3), Michael D. Sciaretta (4), Michael J. Persico (5), Theodore N. Persico Jr. (6), Thomas Petrizzo (7), Louis Romeo (8), Anthony Preza (9). sO Ordered by Judge Sandra L. Townes on 7/29/2011. (Manuel, |

| | | |
|---|---|---|
| | | Germaine) (Entered: 08/10/2011) |
| 08/12/2011 | 300 | NOTICE OF ATTORNEY APPEARANCE: Karloff Cylton Commissiong appearing for Edward Garofalo, Jr (Commissiong, Karloff) (Entered: 08/12/2011) |
| 08/14/2011 | 301 | NOTICE OF ATTORNEY APPEARANCE: Mark Steven DeMarco appearing for Louis Romeo (DeMarco, Mark) (Entered: 08/14/2011) |
| 08/15/2011 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Status Conference as to Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, & Anthony Preza held on 8/15/2011. AUSAs Rachel Nash & Allon Lifshitz present. Mark De Marco not present. All other counsel present with defendants. The next status conference is set for 10/26/2011, at 11:00 AM in Courtroom 4B South before Judge Sandra L. Townes. Speedy Trial time is excluded from 8/15 − 10/26. (Court Reporter Tony Mancuso.) (Frullo, Veronica) (Entered: 08/15/2011) |
| 08/17/2011 | 303 | SEALED SUPERSEDING INDICTMENT (S−2) as to Alicia Dimichele (2) count(s) 2ss, 3ss, Edward Garofalo, Jr (3) count(s) 1ss, 2ss, 3ss, Michael D. Sciaretta (4) count(s) 11ss, 12ss, Michael J. Persico (5) count(s) 1ss, 6ss, 7ss, 8ss, 9ss, 11ss, 12ss, 13ss, 14ss, 15ss, 16ss, 17ss, Theodore N. Persico, Jr (6) count(s) 1ss, 4ss, 5ss, 6ss, 7ss, 8ss, 9ss, 11ss, 12ss, Thomas Petrizzo (7) count(s) 1ss, 11ss, 12ss, 16ss, 17ss, Louis Romeo (8) count(s) 11ss, 12ss, Anthony Preza (9) count(s) 10s, Francis Guerra (10) count(s) 1, 18, 19. (Attachments: # 1 Criminal Information Sheet) (Lee, Tiffeny) (Entered: 08/19/2011) |
| 08/18/2011 | 302 | MOTION to Modify Conditions of Release *as to defendant Michael Persico and for a permanent order of detention as to Francis Guerra* by USA as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) (Geddes, Elizabeth) (Entered: 08/18/2011) |
| 08/18/2011 | 304 | Arrest Warrant Returned Executed on 8/18/2011 in case as to Francis Guerra. (Lee, Tiffeny) (Entered: 08/19/2011) |
| 08/18/2011 | 306 | Minute Entry for proceedings held before Magistrate Judge Andrew L. Carter, Jr. Defense counsel Gerald McMahon and AUSAs Allon Lifshitz, Rachel Nash and Elizabeth Geddes were present.Arraignment as to Francis Guerra (10) Counts 1,18,19 and Initial Appearance as to Francis Guerra held on 8/18/2011. Plea entered by Francis Guerra (10): Not Guilty on ALL counts of superseding indictment. Order of Temporary Detention entered. Bond Hearing set for 8/23/2011 at 02:00 PM in Courtroom 13B South before Magistrate Judge Cheryl L. Pollak. Order of Speedy Trial entered from 8/18/11 to 8/23/11. (Tape #2:32−2:42) (Manuel, Germaine) (Entered: 08/19/2011) |
| 08/19/2011 | 305 | Order to Unseal Superseding Indictment (S−2) as to Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra. Ordered by Magistrate Judge Andrew L. Carter, Jr on 8/19/2011. (Lee, Tiffeny) (Entered: 08/19/2011) |
| 08/19/2011 | 307 | ORDER OF TEMPORARY DETENTION as to Francis Guerra. Bond Hearing set for 8/23/2011 at 02:00 PM in Courtroom 13B South before Magistrate Judge Cheryl L. Pollak. Ordered by Magistrate Judge Andrew L. Carter, Jr., on 8/18/2011. (Manuel, Germaine) (Entered: 08/19/2011) |
| 08/19/2011 | 308 | NOTICE OF ATTORNEY APPEARANCE: Gerald J. McMahon appearing for Francis Guerra. (Manuel, Germaine) (Entered: 08/19/2011) |
| 08/19/2011 | 309 | ORDER OF EXCLUDABLE DELAY as to Francis Guerra. Time excluded from 8/18/11 until 8/23/11. So Ordered by Magistrate Judge Andrew L. Carter, Jr., on 8/18/2011. (Manuel, Germaine) (Entered: 08/19/2011) |
| 08/22/2011 | 310 | Letter *Requesting Waiver of Appearance on August 25, 2011* as to Michael D. Sciaretta (Chang, Christopher) (Entered: 08/22/2011) |

| | | |
|---|---|---|
| 08/22/2011 | 311 | ORDER as to Michael D. Sciaretta re 310 Letter dated 8/22/11 from John Jacob Rieck, Jr., Esq., requesting that defendant be excused from personally appearing at his scheduled arraignment on 8/25/11. The application is denied. So Ordered by Judge Sandra L. Townes on 8/22/2011. (Manuel, Germaine) (Entered: 08/22/2011) |
| 08/23/2011 | 312 | MOTION for Release from Custody *and Opposition to Detention* by Francis Guerra. (McMahon, Gerald) (Entered: 08/23/2011) |
| 08/23/2011 | 313 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 08/23/2011) |
| 08/23/2011 | 316 | Minute Entry for proceedings held before Magistrate Judge Cheryl L. Pollak. Defense counsel Gerald McMahon and AUSAs Allon Lifshitz, Elizabeth Geddes and Rachel Nash were present. Detention Hearing as to Francis Guerra held on 8/23/2011. Agent Scott Curtis sworn and testified. Decision reserved. Detention Hearing based on dangerousness set for 8/25/2011 at 02:00 PM in Courtroom 13B South before Magistrate Judge Cheryl L. Pollak. (Tape #2:39−3:57; 4:37−5:06) (Manuel, Germaine) (Entered: 08/24/2011) |
| 08/24/2011 | | SCHEDULING ORDER as to Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, & Francis Guerra: Arraignment & Status Conference are hereby set for 8/25/2011, at 11:30 AM in Courtroom 4B South before Judge Sandra L. Townes. All defendants are directed to appear with defense counsel. Ordered by Judge Sandra L. Townes on 8/24/2011. (Frullo, Veronica) (Entered: 08/24/2011) |
| 08/24/2011 | 314 | RESPONSE in Opposition re 312 MOTION for Release from Custody *and Opposition to Detention* (Attachments: # 1 Exhibit, # 2 Exhibit) (Nash, Rachel) (Entered: 08/24/2011) |
| 08/24/2011 | 315 | TRANSCRIPT of Proceedings as to Francis Guerra held on 8/23/11, before Judge Pollak. Court Transcriber TRANSCRIPTION PLUS II, Telephone number 718−987−4285. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/14/2011. Redacted Transcript Deadline set for 9/26/2011. Release of Transcript Restriction set for 11/22/2011. (Hong, Loan) (Entered: 08/24/2011) |
| 08/24/2011 | 317 | REPLY TO RESPONSE to Motion re 312 MOTION for Release from Custody *and Opposition to Detention* (McMahon, Gerald) (Entered: 08/24/2011) |
| 08/25/2011 | 318 | AFFIDAVIT in Support re 312 MOTION for Release from Custody *and Opposition to Detention* (McMahon, Gerald) (Entered: 08/25/2011) |
| 08/25/2011 | 319 | Letter MOTION to Travel *to Florida* by Alicia Dimichele. (Wallenstein, John) (Entered: 08/25/2011) |
| 08/25/2011 | 320 | RESPONSE in Opposition re 312 MOTION for Release from Custody *and Opposition to Detention letter enclosing trial testimony* (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) (Nash, Rachel) (Entered: 08/25/2011) |
| 08/25/2011 | 321 | Letter *providing Rule 16 discovery* as to Francis Guerra (Geddes, Elizabeth) (Entered: 08/25/2011) |
| 08/25/2011 | 322 | Letter *rule 16 discovery* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 08/25/2011) |
| 08/25/2011 | 323 | Minute Entry for proceedings held before Magistrate Judge Cheryl L. Pollak. Defense counsel Gerald McMahon and Matthew Marra were present. AUSAs Elizabeth Geddes, Allon Lifshitz and Rachel Nash were present. Detention Hearing as to Francis Guerra continued on 8/25/2011. Decision reserved. (Tape #2:13−2:49) (Manuel, Germaine) (Entered: 08/26/2011) |
| 08/25/2011 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Arraignment & Status Conference as to all defendants. AUSAs Rachel Nash and Allon Lifshitz present. All defendants present with counsel. Defendants DiMichele, Garofalo, |

| | | |
|---|---|---|
| | | Sciaretta, Michael Persico, Theodore Persico, Petrizzo, Romeo, & Preza arraigned on Superseding Indictment (S−2) and enter pleas of not guilty. The Court deems this a complex case. Counsel are advised that trial remains scheduled for February 13, 2012. A motion schedule is set: defense motions are to be filed by 12/05/11; the government's response is to be filed by 01/06/12; replies are to be filed by 01/13/12; and, oral argument is set for January 20, 2012, at 10:00 am. The next status conference remains as October 26, 2011, at 11:00 am. Speedy Trial time is excluded from 08/25/11 − 10/26/11. The Court also sets a briefing schedule for the government's motion to revoke Michael Persico's bond: defense counsel's response is due 09/07/11; reply is due 09/12/11; and, the detention hearing is set for September 15, 2011, at 11:30. (Court Reporter Michelle Nardone.) (Frullo, Veronica) (Entered: 09/07/2011) |
| 08/29/2011 | 324 | MEMORANDUM & ORDER denying 312 Motion for Release from Custody as to Francis Guerra (10): The Court finds that the government has established by clear and convincing evidence that Francis Guerra would pose a danger to the community if released and that there are no conditions or combination of conditions that would reasonably ensure the safety of the community were he to be released. Accordingly, the Court Orders the defendant Guerra detained pending trial. So Ordered by Magistrate Judge Cheryl L. Pollak on 8/29/2011. (Sedrish, Ben) (Entered: 08/29/2011) |
| 09/06/2011 | 325 | ENDORSED ORDER granting 319 Motion to Travel as to Alicia Dimichele (2). So Ordered by Judge Sandra L. Townes on 9/2/2011. (Manuel, Germaine) (Entered: 09/06/2011) |
| 09/07/2011 | 326 | MEMORANDUM in Opposition re 302 MOTION to Modify Conditions of Release *as to defendant Michael Persico and for a permanent order of detention as to Francis Guerra* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M) (Kedia, Sarita) (Entered: 09/07/2011) |
| 09/11/2011 | 327 | Supplemental MOTION to Sever Defendant by Alicia Dimichele. (Wallenstein, John) (Entered: 09/11/2011) |
| 09/12/2011 | 328 | RESPONSE in Support re 302 MOTION to Modify Conditions of Release *as to defendant Michael Persico and for a permanent order of detention as to Francis Guerra letter in further support of motion for detention* (Nash, Rachel) (Entered: 09/12/2011) |
| 09/13/2011 | 329 | REPLY TO RESPONSE to Motion re 302 MOTION to Modify Conditions of Release *as to defendant Michael Persico and for a permanent order of detention as to Francis Guerra* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Kedia, Sarita) (Entered: 09/13/2011) |
| 09/13/2011 | 330 | Letter *in support of Alicia DiMichele's motion for a separate trial* as to Alicia Dimichele, Edward Garofalo, Jr (Zissou, Steve) (Entered: 09/13/2011) |
| 09/16/2011 | 331 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 09/16/2011) |
| 09/16/2011 | 332 | NOTICE OF ATTORNEY APPEARANCE: Elizabeth E Macedonio appearing for Theodore N. Persico, Jr (Macedonio, Elizabeth) (Entered: 09/16/2011) |
| 09/27/2011 | 333 | MEMORANDUM in Opposition re 327 Supplemental MOTION to Sever Defendant *Dimichele* (Nash, Rachel) (Entered: 09/27/2011) |
| 10/03/2011 | 335 | MOTION to Quash *Post−Indictment Grand Jury Subpoenas* by Michael J. Persico. (Attachments: # 1 Exhibit A) (Kedia, Sarita) (Entered: 10/03/2011) |
| 10/03/2011 | | SCHEDULING ORDER as to Michael J. Persico: It is hereby ordered that the government respond to the 335 MOTION to Quash no later than 10/11/11. Defendant's reply, if any, is to be file no later than 10/14/11. Oral argument is hereby set for October 20, 2011, at 2:00 pm. Ordered by Judge Sandra L. Townes on 10/3/2011. (Frullo, Veronica) (Entered: 10/03/2011) |
| 10/06/2011 | 336 | Letter *to correct the record* as to Michael J. Persico (Nash, Rachel) (Entered: 10/06/2011) |

| | | |
|---|---|---|
| 10/11/2011 | 337 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 10/11/2011) |
| 10/11/2011 | 338 | RESPONSE in Opposition re 335 MOTION to Quash *Post−Indictment Grand Jury Subpoenas* (Lifshitz, Allon) (Entered: 10/11/2011) |
| 10/12/2011 | | ORDER: The Court rejects Mr. Zissou's 330 letter, dated September 13, 2011, in support of defendant "Alicia DiMichele's motion for an order seeking a severance of the instant indictment and a separate trial from that of her co−defendants." Mr. Zissou is reminded that Ms. DiMichele is represented by able counsel, someone other than him. Further, he represents co−defendant Edward Garofalo and Mr. Zissou is directed to cease and desist attempts to litigate on behalf of co−defendants. Finally, counsel may not submit a CJA voucher for the time and effort spent preparing and filing this submission. Ordered by Judge Sandra L. Townes on 10/12/2011. (Frullo, Veronica) (Entered: 10/12/2011) |
| 10/13/2011 | 339 | Letter *requesting reconsideration of an order dated 10−12−2011* as to Edward Garofalo, Jr (Zissou, Steve) (Entered: 10/13/2011) |
| 10/13/2011 | | ORDER as to Edward Garofalo, Jr: defense counsel's motion for reconsideration 339 of the Court's October 12, 2011, order is denied. Ordered by Judge Sandra L. Townes on 10/13/2011. (Frullo, Veronica) (Entered: 10/13/2011) |
| 10/14/2011 | 340 | REPLY TO RESPONSE to Motion re 335 MOTION to Quash *Post−Indictment Grand Jury Subpoenas* (Kedia, Sarita) (Entered: 10/14/2011) |
| 10/15/2011 | 341 | Letter *to notify the Court about potential attorney conflicts* as to Francis Guerra (Lifshitz, Allon) (Entered: 10/15/2011) |
| 10/17/2011 | 342 | MOTION for Reconsideration *& Reopening of Detention Hearing* by Francis Guerra. (McMahon, Gerald) (Entered: 10/17/2011) |
| 10/17/2011 | 343 | AFFIDAVIT in Support re 342 MOTION for Reconsideration *& Reopening of Detention Hearing* (McMahon, Gerald) (Entered: 10/17/2011) |
| 10/18/2011 | 344 | NOTICE OF ATTORNEY APPEARANCE: Michael K. Bachrach appearing for Alicia Dimichele (Bachrach, Michael) (Entered: 10/18/2011) |
| 10/21/2011 | 345 | AFFIDAVIT in Support re 342 MOTION for Reconsideration *& Reopening of Detention Hearing Supplemental Declaration* (McMahon, Gerald) (Entered: 10/21/2011) |
| 10/26/2011 | 351 | Minute Entry for proceedings held before Judge Sandra L. Townes. [See second page of attached document for appearances.]Status Conference as to Alicia Dimichele, Edward Garofalo, Jr., Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr., Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra held on 10/26/2011. Further Status Conference set for 11/22/2011 04:30 PM in Courtroom 4B South before Judge Sandra L. Townes. Time excluded from 10/26/11 to 11/22/11. (Court Reporter Marie Foley) (Manuel, Germaine) (Entered: 10/31/2011) |
| 10/27/2011 | 346 | Letter *requesting waiver of defendant's appearance at status conference* as to Alicia Dimichele (Wallenstein, John) (Entered: 10/27/2011) |
| 10/27/2011 | 347 | REPLY TO RESPONSE to Motion re 342 MOTION for Reconsideration *& Reopening of Detention Hearing* (McMahon, Gerald) (Entered: 10/27/2011) |
| 10/28/2011 | 349 | Letter *Excusing Attendance at 11/22 Conference* as to Michael D. Sciaretta (Rieck, John) (Entered: 10/28/2011) |
| 10/28/2011 | 352 | Minute Entry for proceedings held before Magistrate Judge Ramon E. Reyes, Jr. Defense counsel Gerald McMahon and AUSA Elizabeth Geddes were present. Bond Hearing as to Francis Guerra held on 10/28/2011. Motion to reopen bail. Motion argued. Court denied defendants motion to reopen bail hearing. (Tape #10:40−11:25) (Manuel, Germaine) (Entered: 11/01/2011) |
| 10/31/2011 | 350 | Letter *Regarding Telephones Identified in Discovery Letters dated September 16, 2011 and October 11, 2011* as to Francis Guerra (Lifshitz, Allon) (Entered: 10/31/2011) |

| | | |
|---|---|---|
| 11/04/2011 | 353 | NOTICE OF ATTORNEY APPEARANCE Nicole M. Argentieri appearing for USA. (Argentieri, Nicole) (Entered: 11/04/2011) |
| 11/10/2011 | 354 | MOTION to Sever Defendant *and a Separate Trial* by Michael D. Sciaretta. (Chang, Christopher) (Entered: 11/10/2011) |
| 11/18/2011 | | ORDER as to Alicia Dimichele: defense counsel's request to excuse the defendant from the 11/22/22 conference 346 is denied. Ordered by Judge Sandra L. Townes on 11/18/2011. (Frullo, Veronica) (Entered: 11/18/2011) |
| 11/18/2011 | | ORDER as to Michael D. Sciaretta: defense counsel's request to excuse the defendant from the 11/22/11 conference 349 is denied. Ordered by Judge Sandra L. Townes on 11/18/2011. (Frullo, Veronica) (Entered: 11/18/2011) |
| 11/20/2011 | 355 | Letter *regarding issues to be addressed at S/C* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Macedonio, Elizabeth) (Entered: 11/20/2011) |
| 11/21/2011 | 356 | Letter *responding to defendants' letter regarding issues to be raised at the status conference* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Attachments: # 1 Exhibit A) (Argentieri, Nicole) (Entered: 11/21/2011) |
| 11/21/2011 | 357 | Second MOTION to Sever Defendant by Anthony Preza. (Benfante, Joseph) (Entered: 11/21/2011) |
| 11/22/2011 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Status Conference as to Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, & Francis Guerra held on 11/22/2011. AUSAs Nicole Argentieri & Allon Lifshitz present. Defendants present with their respective counsel. The Court sets the next Status Conference for November 30, 2011, at 3:00 pm. Speedy Trial time is excluded from 11/22/11 − 11/30/11. (Court Reporter Victoria Butler.) (Frullo, Veronica) (Entered: 03/15/2012) |
| 11/23/2011 | 358 | SUPERSEDING INDICTMENT(S−3) as to Alicia Dimichele (2) count(s) 2sss, 3sss, Edward Garofalo, Jr (3) count(s) 1sss, 2sss, 3sss, Michael D. Sciaretta (4) count(s) 11sss, 12sss, Michael J. Persico (5) count(s) 1sss, 6sss, 7sss, 8sss, 9sss, 11sss, 12sss, 13sss, 14sss, 15sss, 16sss, 17sss, Theodore N. Persico, Jr (6) count(s) 1sss, 4sss, 5sss, 6sss, 7sss, 8sss, 9sss, 11sss, 12sss, Thomas Petrizzo (7) count(s) 1sss, 11sss, 12sss, 16sss, 17sss, Louis Romeo (8) count(s) 11sss, 12sss, Anthony Preza (9) count(s) 10ss, Francis Guerra (10) count(s) 1s, 18s, 19s, 20s, 21s. (Attachments: # 1 Criminal Information Sheet) (Marziliano, August) (Entered: 11/23/2011) |
| 11/30/2011 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Arraignment. AUSAs Nicole Argentieri & Allon Lifshitz present. All defendants present with counsel. All defendants waive a formal reading of Superseding Indictment (S−3). All defendants enter a not guilty plea to all Counts of Superseding Indictment (S−3). Trial is adjourned upon consent of all defendants to June 4, 2012. The next status conference is set for February 13, 2012, at 11:00 am. (Court Reporter Fred Guerino.) (Frullo, Veronica) (Entered: 11/30/2011) |
| 11/30/2011 | | ORDER TO CONTINUE − Ends of Justice as to Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, & Francis Guerra. Speedy Trial Time excluded from 11/30/11 until 2/13/12 on the record. Ordered by Judge Sandra L. Townes on 11/30/2011. (Frullo, Veronica) (Entered: 11/30/2011) |
| 12/05/2011 | 360 | First MOTION to Quash *Subpoena to LIUNA* by USA as to Theodore N. Persico, Jr. (Attachments: # 1 Exhibit A) (Geddes, Elizabeth) (Entered: 12/05/2011) |
| 12/09/2011 | 362 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 12/09/2011) |

| | | |
|---|---|---|
| 12/15/2011 | 363 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 12/15/2011) |
| 12/15/2011 | 364 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 12/15/2011) |
| 12/22/2011 | 365 | Letter *to MDC regarding discovery for incarcerated defendants* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Dennehy, Jack) (Entered: 12/22/2011) |
| 12/22/2011 | 366 | Letter *Re: Discovery* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Dennehy, Jack) (Entered: 12/22/2011) |
| 12/23/2011 | 367 | Letter *Re: Discovery* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Dennehy, Jack) (Entered: 12/23/2011) |
| 01/05/2012 | 368 | Letter *Requesting Postponement of Curcio Hearing* as to Francis Guerra (McMahon, Gerald) (Entered: 01/05/2012) |
| 01/05/2012 | | SCHEDULING ORDER as to Francis Guerra: Defense counsel's request 368 to adjourn the Curcio Hearing set for 1/6/12 is granted. The Curcio Hearing adjourned until 1/13/2012, at 02:30 PM. Ordered by Judge Sandra L. Townes on 1/5/2012. (Frullo, Veronica) (Entered: 01/05/2012) |
| 01/09/2012 | 369 | Letter *from the government re: availability of Rule 16 materials at the Metropolitan Detention Center* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 01/09/2012) |
| 01/18/2012 | 370 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 01/18/2012) |
| 01/19/2012 | 371 | MOTION to Travel *to Virginia to Attend Son's Youth Hockey Tournament* by Michael D. Sciaretta. (Chang, Christopher) (Entered: 01/19/2012) |
| 01/25/2012 | 372 | MOTION for Bond *Modification* by Michael J. Persico. (Kedia, Sarita) (Entered: 01/25/2012) |
| 01/30/2012 | 373 | ENDORSED ORDER granting 371 Motion to Travel as to Michael D. Sciaretta (4). Defendant may travel to VA during the weekend of 2/17/12−2/20/12. So Ordered by Judge Sandra L. Townes on 1/30/2012. (Manuel, Germaine) (Entered: 01/30/2012) |
| 01/31/2012 | 374 | RESPONSE in Support re 371 MOTION to Travel *to Virginia to Attend Son's Youth Hockey Tournament Supplemental Letter* (Chang, Christopher) (Entered: 01/31/2012) |
| 02/08/2012 | 375 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 02/08/2012) |
| 02/09/2012 | 376 | INDICTMENT as to Alicia Dimichele (2) count(s) 1ssss, 2ssss, 3ssss, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9ssss, 10ssss, 11ssss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, Edward Garofalo, Jr (3) count(s) 1ssss, 2ssss, 3ssss, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9ssss, 10ssss, 11ssss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, Michael D. Sciaretta (4) count(s) 1ssss, 2ssss, 3ssss, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9ssss, 10ssss, 11ssss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, Michael J. Persico (5) count(s) 1ssss, 2ssss, 3ssss, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9ssss, 10ssss, 11ssss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 20ssss, 21ssss, |

| | | |
|---|---|---|
| | | 22ssss, 23ssss, 24ssss−27ssss, Theodore N. Persico, Jr (6) count(s) 1ssss, 2ssss, 3ssss, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9ssss, 10ssss, 11ssss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, Thomas Petrizzo (7) count(s) 1ssss, 2ssss, 3ssss, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9ssss, 10ssss, 11ssss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, Louis Romeo (8) count(s) 1ssss, 2ssss, 3ssss, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9ssss, 10ssss, 11ssss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, Anthony Preza (9) count(s) 1sss, 2sss, 3sss, 4sss, 5sss, 6sss, 7sss, 8sss, 9sss, 10sss, 11sss, 12sss, 13sss, 14sss, 15sss, 16sss, 17sss, 18sss, 19sss, 20sss, 21sss, 22sss, 23sss, 24sss−27sss, Francis Guerra (10) count(s) 1ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, 9ss, 10ss, 11ss, 12ss, 13ss, 14ss, 15ss, 16ss, 17ss, 18ss, 19ss, 20ss, 21ss, 22ss, 23ss, 24ss−27ss. (Attachments: # 1 Criminal Information Sheet, # 2 Grand Jury Presentment) (Manuel, Germaine) (Entered: 02/10/2012) |
| 02/10/2012 | 377 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 02/10/2012) |
| 02/10/2012 | 378 | RESPONSE in Opposition re 372 MOTION for Bond *Modification* (Argentieri, Nicole) (Entered: 02/10/2012) |
| 02/12/2012 | 379 | MOTION in Limine *For Anonymous and Partially Sequestered Jury* by USA as to Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra. (Lifshitz, Allon) (Entered: 02/12/2012) |
| 02/13/2012 | | ORDER: defense counsel's request to modifiy the bond 372 as to Michael J. Persico (5) is denied. Ordered by Judge Sandra L. Townes on 2/13/2012. (Frullo, Veronica) (Entered: 02/13/2012) |
| 02/13/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Arraignment & Status Conference as to Alicia Dimichele, Edward Garofalo Jr., Michael D. Sciaretta, Michael J. Persico, Thomas Petrizzo, Louis Romeo, & Anthony Preza held on 2/13/2012. All defendants present with counsel. Defendants arraigned on Superseding Indictment (S−4). All defendants waive a public reading of the Indictment and enter pleas of not guilty. The Court sets a briefing schedule for the government's jury motion: responses are to be filed no later than 03/05/12; replies are to be filed no later than 03/12/12; and, oral argument on the motion is set for March 19, 2012, at 10:00 am. Briefing schedule for defense motions set: motions are to be filed by 03/26/12; responses are to be filed by 04/16/12; replies are to be filed by 04/30/12; and oral argument is set for May 7, 2012, at 10:00 am. Speedy Trial Time is excluded from 02/13/12 − 03/19/12. (Court Reporter Marie Foley.) (Frullo, Veronica) (Entered: 02/13/2012) |
| 02/15/2012 | 380 | MOTION to Travel *to Washington, D.C.* by Anthony Preza. (Benfante, Joseph) (Entered: 02/15/2012) |
| 02/15/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Arraignment & Status Conference as to Theodore N. Persico, Jr. & Francis Guerra held on 2/15/2012. AUSAs Nicole Argentieri, Rachel Nash & Allon LifshitzDpresent. Defendants present with counsel. Defendants arraigned on Superseding Indictment (S−4). Defendants waive a public reading of the Indictment and enter pleas of not guilty. The Court sets a briefing schedule for the government's jury motion: responses are to be filed no later than 03/05/12; replies are to be filed no later than 03/12/12; and, oral argument on the motion is set for March 19, 2012, at 10:00 am. Briefing schedule for defense motions set: motions are to be filed by 03/26/12; responses are to be filed by 04/16/12; replies are to be filed by 04/30/12; and oral argument is set for May 7, 2012, at 10:00 am. Speedy Trial Time is excluded from 02/15/12 − 03/19/12. (Court Reporter Marie Foley.) (Frullo, Veronica) (Entered: 02/22/2012) |
| 02/21/2012 | 381 | ENDORSED ORDER granting 380 Motion to Travel as to Anthony Preza (9). So Ordered by Judge Sandra L. Townes on 2/21/2012. (Manuel, Germaine) (Entered: 02/21/2012) |

| | | |
|---|---|---|
| 03/02/2012 | 382 | RESPONSE in Opposition re 379 MOTION in Limine *For Anonymous and Partially Sequestered Jury and in Support of Motion for Severance and a Separate Trial* (Chang, Christopher) (Entered: 03/02/2012) |
| 03/02/2012 | 383 | RESPONSE to Motion re 379 MOTION in Limine *For Anonymous and Partially Sequestered Jury as to Alicia DiMichele* (Wallenstein, John) (Entered: 03/02/2012) |
| 03/05/2012 | 384 | MEMORANDUM in Opposition re 379 MOTION in Limine *For Anonymous and Partially Sequestered Jury* (McMahon, Gerald) (Entered: 03/05/2012) |
| 03/05/2012 | 386 | RESPONSE in Opposition re 379 MOTION in Limine *For Anonymous and Partially Sequestered Jury letter joining defendants' opposition* (Shargel, Gerald) (Entered: 03/05/2012) |
| 03/05/2012 | 385 | RESPONSE in Opposition re 379 MOTION in Limine *For Anonymous and Partially Sequestered Jury CORRECTED AFFIRMATION* (Benfante, Joseph) (Entered: 03/05/2012) |
| 03/05/2012 | 388 | RESPONSE in Opposition re 379 MOTION in Limine *For Anonymous and Partially Sequestered Jury* (Kedia, Sarita) (Entered: 03/05/2012) |
| 03/06/2012 | 389 | MEMORANDUM in Opposition re 379 MOTION in Limine *For Anonymous and Partially Sequestered Jury* (Macedonio, Elizabeth) (Entered: 03/06/2012) |
| 03/12/2012 | 390 | Letter *to government requesting particulars* as to Michael J. Persico (Kedia, Sarita) (Entered: 03/12/2012) |
| 03/12/2012 | 391 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 03/12/2012) |
| 03/13/2012 | 392 | RESPONSE in Support re 379 MOTION in Limine *For Anonymous and Partially Sequestered Jury* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Argentieri, Nicole) (Entered: 03/13/2012) |
| 03/13/2012 | 393 | Letter *to government requesting discovery* as to Michael J. Persico, Theodore N. Persico, Jr, Francis Guerra (Kedia, Sarita) (Entered: 03/13/2012) |
| 03/14/2012 | 394 | REPLY TO RESPONSE to Motion re 379 MOTION in Limine *For Anonymous and Partially Sequestered Jury corrected reply in further support of anon jury* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Nash, Rachel) (Entered: 03/14/2012) |
| 03/15/2012 | | SCHEDULING ORDER as to Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra: It is hereby ordered that Oral Argument set for March 19, 2012, is hereby adjourned until March 27, 2012, at 10:00 AM. Ordered by Judge Sandra L. Townes on 3/15/2012. (Frullo, Veronica) (Entered: 03/15/2012) |
| 03/21/2012 | 395 | MOTION to Compel *the government to produce the NYPD's homicide file on Joseph Scopo* by Michael J. Persico as to Michael J. Persico, Theodore N. Persico, Jr, Francis Guerra. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Kedia, Sarita) (Entered: 03/21/2012) |
| 03/23/2012 | 396 | MOTION to Quash *17(c) Subpoena* by Thomas Petrizzo. (Attachments: # 1 Affirmation, # 2 Exhibit A, # 3 Memorandum in Support) (Shargel, Gerald) (Entered: 03/23/2012) |
| 03/23/2012 | 397 | Letter *providing supplemental Rule 16 discovery* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Argentieri, Nicole) (Entered: 03/23/2012) |
| 03/26/2012 | 398 | Letter *requesting supplemental Rule 16 discovery* as to Anthony Preza (Benfante, Joseph) (Entered: 03/26/2012) |
| 03/26/2012 | 399 | MOTION to Sever Defendant by Thomas Petrizzo. (Attachments: # 1 Affirmation, # 2 Exhibit A, # 3 Exhibit B, # 4 Memorandum in Support) (Shargel, Gerald) (Entered: 03/26/2012) |

| | | |
|---|---|---|
| 03/26/2012 | | SCHEDULING ORDER as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra: It is hereby ordered that Oral Argument set for March 26, 2012, is hereby adjourned until April 2, 2012, at 2:00 PM. Ordered by Judge Sandra L. Townes on 3/26/2012 (Caspari, Alexander) (Entered: 03/26/2012) |
| 03/26/2012 | 400 | MOTION for Bill of Particulars , MOTION for Release of Brady Materials , MOTION for Discovery , MOTION to Dismiss , MOTION to Sever Defendant by Francis Guerra. (McMahon, Gerald) (Entered: 03/26/2012) |
| 03/26/2012 | 401 | AFFIDAVIT in Support re 400 MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Discovery MOTION to Dismiss MOTION to Sever Defendant (McMahon, Gerald) (Entered: 03/26/2012) |
| 03/26/2012 | 402 | MEMORANDUM in Support re 400 MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Discovery MOTION to Dismiss MOTION to Sever Defendant (McMahon, Gerald) (Entered: 03/26/2012) |
| 03/26/2012 | 403 | First MOTION to Dismiss *Count One* by Theodore N. Persico, Jr. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Macedonio, Elizabeth) (Entered: 03/26/2012) |
| 03/26/2012 | 404 | Notice of MOTION to Dismiss *Count One, Racketeering Acts One and Two, and for additional relief* by Michael J. Persico. (Attachments: # 1 Memorandum in Support, # 2 Affidavit in Support, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q) (Kedia, Sarita) (Entered: 03/26/2012) |
| 03/27/2012 | | Attorney update in case as to Theodore N. Persico, Jr. Attorney James C. Neville for Theodore N. Persico, Jr added. (Frullo, Veronica) (Entered: 03/27/2012) |
| 03/28/2012 | 406 | SENTENCING MEMORANDUM by James C. Bombino (Attachments: # 1 Exhibit A−G, # 2 Exhibit H−Q, # 3 Exhibit R) (Meringolo, John) (Entered: 03/28/2012) |
| 03/29/2012 | 407 | AFFIDAVIT in Opposition re 396 MOTION to Quash *17(c) Subpoena on Behalf of Defendant Michael Sciaretta* (Attachments: # 1 Exhibit 23 Pages of Prior Rule 16 Document Production by Government, # 2 Exhibit 7 Pages of Prior Rule 16 Document Production by Government) (Chang, Christopher) (Entered: 03/29/2012) |
| 03/29/2012 | 408 | MEMORANDUM in Opposition re 396 MOTION to Quash *17(c) Subpoena on Behalf of Defendant Michael Sciaretta* (Chang, Christopher) (Entered: 03/29/2012) |
| 03/29/2012 | 409 | NOTICE OF ATTORNEY APPEARANCE: Mathew J. Mari appearing for Francis Guerra (Mari, Mathew) (Entered: 03/29/2012) |
| 03/30/2012 | 410 | AFFIDAVIT/AFFIRMATION by USA as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra 379 MOTION in Limine *For Anonymous and Partially Sequestered Jury* filed by USA, 394 Reply to Response (Argentieri, Nicole) (Entered: 03/30/2012) |
| 03/30/2012 | 411 | Letter *requesting travel* as to Anthony Preza (Benfante, Joseph) (Entered: 03/30/2012) |
| 04/02/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes:Oral Argument as to Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Anthony Preza, Francis Guerra held on 4/2/2012 re 379 MOTION for Anonymous and Partially Sequestered Jury. AUSAs Nicole Argentieri and Rachel Nash present. Defendants present with counsel. The Court reserves on the government's motion. The next date is May 7, 2012, at 10:00 for oral argument on defense motions. Speedy Trial time is excluded from April 2, 2012 − May 7, 2012. (Court Reporter Gene Rudolph.) (Frullo, Veronica) (Entered: 04/30/2012) |
| 04/02/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Oral Argument as to Thomas Petrizzo held on 4/2/2012 re 396 MOTION to Quash *17(c) Subpoena* filed by Thomas Petrizzo. Defendant Petrizzo present with counsel Gerald Shargel. Defedant Sciaretta present with counsel Christopher Chang & John Rieck. The Court |

| | | |
|---|---|---|
| | | grants Petrizzo's motion to quash for the reasons stated on the record. (Court Reporter Gene Rudolph.) (Frullo, Veronica) (Entered: 04/30/2012) |
| 04/02/2012 | | ORDER TO CONTINUE − Ends of Justice as to Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Anthony Preza & Francis Guerra. Speedy Trial Time excluded from 4/2/12 until 5/7/12. Ordered by Judge Sandra L. Townes on 4/2/2012. (Frullo, Veronica) (Entered: 04/30/2012) |
| 04/04/2012 | 412 | Letter *to travel revised* as to Anthony Preza (Benfante, Joseph) (Entered: 04/04/2012) |
| 04/05/2012 | 413 | ORDER as to Anthony Preza re 412 Letter. Application granted. Ordered by Judge Sandra L. Townes on 4/4/2012. (Siegfried, Evan) (Entered: 04/05/2012) |
| 04/06/2012 | 418 | MEMORANDUM AND ORDERgranting 379 Motion to empanel an anonymous, fully escorted and partially sequestered jury for the trial of defendants Alicia Dimichele (2), Edward Garofalo Jr. (3), Michael D. Sciaretta (4), Michael J. Persico (5), Theodore N. Persico Jr. (6), Thomas Petrizzo (7), Louis Romeo (8), Anthony Preza (9), Francis Guerra (10). The government is reminded that it is to submit a proposed jury questionnaire on or before May 1, 2012. The defendants are to submit any proposed additions or objections by May 4, 2012. The Juror Return date to complete the questionnaire is May 23, 2012.. Ordered by Judge Sandra L. Townes on 4/6/2012. (Marziliano, August) (Entered: 04/06/2012) |
| 04/10/2012 | 419 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 04/10/2012) |
| 04/11/2012 | 420 | Letter *Requesting Government to Investigate Threats by Cooperating Witness Anthony Russo to Defense Alibi Witness* as to Francis Guerra (McMahon, Gerald) (Entered: 04/11/2012) |
| 04/11/2012 | 421 | Consent to Have Plea Taken Before Magistrate Judge Roanne L. Mann as to Thomas Petrizzo. (Lee, Tiffeny) (Entered: 04/12/2012) |
| 04/11/2012 | 422 | Minute Entry for proceedings held before Magistrate Judge Roanne L. Mann: Allon Lifshiz for the United States; Gerald Shargel for the defendant. Allocution and Change of Plea Hearing as to Thomas Petrizzo held on 4/11/2012. Plea entered by Thomas Petrizzo (7) Guilty Count 13ssss. Sentencing to be set by Judge Townes. Bail continued. (Tape #3:35:40−4:11:33) (Lee, Tiffeny) (Entered: 04/12/2012) |
| 04/11/2012 | | Case as to Thomas Petrizzo no longer referred to Magistrate Judge Roanne L. Mann. (Lee, Tiffeny) (Entered: 04/12/2012) |
| 04/12/2012 | 423 | Letter *Requesting Severance and Separate Trial Request Be Addressed at May 7, 2012 Court Appearance* as to Michael D. Sciaretta (Chang, Christopher) (Entered: 04/12/2012) |
| 04/13/2012 | 424 | Letter *from the government re:Brady and additional Rule 16 materials* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 04/13/2012) |
| 04/13/2012 | 425 | Letter *requesting time, date & place of offense alleged in Counts One (RA 12), Four and Five* as to Michael J. Persico (Kedia, Sarita) (Entered: 04/13/2012) |
| 04/16/2012 | 426 | MEMORANDUM in Opposition re 403 First MOTION to Dismiss *Count One*, 404 Notice of MOTION to Dismiss *Count One, Racketeering Acts One and Two, and for additional relief*, 395 MOTION to Compel *the government to produce the NYPD's homicide file on Joseph Scopo*, 400 MOTION for Bill of Particulars MOTION for Release of Brady Materials MOTION for Discovery MOTION to Dismiss MOTION to Sever Defendant (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Nash, Rachel) (Entered: 04/16/2012) |
| 04/19/2012 | 428 | Letter *to government requesting Brady material* as to Michael J. Persico (Kedia, Sarita) (Entered: 04/19/2012) |

| | | |
|---|---|---|
| 04/19/2012 | 429 | Letter *to government regarding Geller/ Romantique search* as to Michael J. Persico (Kedia, Sarita) (Entered: 04/19/2012) |
| 04/19/2012 | 430 | NOTICE of Change of Address by Thomas Petrizzo (Shargel, Gerald) (Entered: 04/19/2012) |
| 04/23/2012 | 431 | Letter *to the Honorable Sandra L. Townes in anticipation of defendant James Bombino's sentencing* as to James C. Bombino (Busa, Amy) (Entered: 04/23/2012) |
| 04/24/2012 | 432 | MOTION to Sever Defendant by Louis Romeo. (Siegfried, Evan) (Entered: 04/24/2012) |
| 04/24/2012 | 433 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 04/24/2012) |
| 04/25/2012 | 434 | MOTION to Travel by Michael D. Sciaretta. (Chang, Christopher) (Entered: 04/25/2012) |
| 04/26/2012 | 435 | Letter *to government requesting Geller recordings* as to Michael J. Persico (Kedia, Sarita) (Entered: 04/26/2012) |
| 04/26/2012 | 438 | Minute Entry for proceedings held before Judge Sandra L. Townes: Sentencing held on 4/26/2012 for James C. Bombino (1), Count(s) 1, 10s−14s, 4, 4s, 5−8, 5s, 9s, Dismissed on Government's motion; Count(s) 1s, 30 months incarceration; 3 years supervised release; $100 special assessment. (Court Reporter H. Driscoll) (Siegfried, Evan) (Entered: 05/01/2012) |
| 04/30/2012 | 436 | REPLY TO RESPONSE to Motion re 403 First MOTION to Dismiss *Count One* (Attachments: # 1 Exhibit F (U.S. v. Dionisio, 01 Cr. 056 [RR] [EDNY], Plea Hearing Transcript, dated, January 15, 2002)) (Macedonio, Elizabeth) (Entered: 04/30/2012) |
| 04/30/2012 | 437 | REPLY TO RESPONSE to Motion re 404 Notice of MOTION to Dismiss *Count One, Racketeering Acts One and Two, and for additional relief* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Kedia, Sarita) (Entered: 04/30/2012) |
| 05/01/2012 | | ORDER: The Court severs defendants Michael D. Sciaretta & Louis Romeo. Defendants Sciaretta, Romeo & DiMichele will be tried together subsequent to the co−defendants' trial set for June 4, 2012. Ordered by Judge Sandra L. Townes on 5/1/2012. (Frullo, Veronica) (Entered: 05/01/2012) |
| 05/01/2012 | 439 | JUDGMENT as to James C. Bombino (1), Count(s) 1, 10s−14s, 4, 4s, 5−8, 5s, 9s, Dismissed on Government's motion; Count(s) 1s, 30 months incarceration; 3 years supervised release; $100 special assessment. Ordered by Judge Sandra L. Townes on 4/30/2012. (Siegfried, Evan) (Entered: 05/01/2012) |
| 05/01/2012 | 441 | Letter *to government regarding production of witnesses* as to Michael J. Persico (Kedia, Sarita) (Entered: 05/01/2012) |
| 05/01/2012 | 442 | Letter *providing proposed juror questionnaire* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Attachments: # 1 Exhibit) (Argentieri, Nicole) (Entered: 05/01/2012) |
| 05/02/2012 | 443 | Letter *from the government re: additional Rule 16 material* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 05/02/2012) |
| 05/02/2012 | 444 | Consent to Have a Plea Taken Before a United States Magistrate Judge by Anthony Preza. (Siegfried, Evan) (Entered: 05/03/2012) |
| 05/02/2012 | 445 | Minute Entry for proceedings held before Magistrate Judge Roanne L. Mann: Change of Plea Hearing as to Anthony Preza held on 5/2/2012. Plea entered by Anthony Preza (9) Guilty Count 12sss. (Siegfried, Evan) (Entered: 05/03/2012) |

| | | |
|---|---|---|
| 05/02/2012 | | Case as to Anthony Preza no longer referred to Magistrate Judge Roanne L. Mann. (Siegfried, Evan) Modified on 11/17/2014 (Barrett, C). (Entered: 05/03/2012) |
| 05/04/2012 | 446 | ORDER granting 434 Motion to Travel as to Michael D. Sciaretta (4). Ordered by Judge Sandra L. Townes on 5/1/2012. (Siegfried, Evan) (Entered: 05/04/2012) |
| 05/04/2012 | 448 | Proposed Jury Instructions by Theodore N. Persico, Jr as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Macedonio, Elizabeth) (Entered: 05/04/2012) |
| 05/07/2012 | 449 | MOTION for Protective Order *Modifying Order Entered on August 10, 2011 298* by USA as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra. (Attachments: # 1 Proposed Order) (Lifshitz, Allon) (Entered: 05/07/2012) |
| 05/07/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Status Conference as to Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Louis Romeo, & Francis Guerra held on 5/7/2012. AUSAs Nicole Argentieri, Rachel Nash & Allon Lifshitz present. Defendants present with counsel. The Court hears oral argument on pending motions. Theodore Persico is set for a conference on May 9, 2012, at 10:00 regarding his motion to represent himself. A Curcio hearing is set for Michael Persico on May 11, 2012, at 12:00. (Court Reporter Judi Johnson.) (Frullo, Veronica) (Entered: 05/30/2012) |
| 05/08/2012 | 450 | ORDER denying 403 Motion to Dismiss as to Theodore N. Persico Jr. (6). Ordered by Judge Sandra L. Townes on 5/7/2012. (Siegfried, Evan) (Entered: 05/08/2012) |
| 05/08/2012 | 451 | MOTION in Limine *to Admit Evidence and Notice Pursuant to Fed. R. Crim. P. 404(b)* by USA as to Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Louis Romeo, Francis Guerra. (Lifshitz, Allon) (Entered: 05/08/2012) |
| 05/08/2012 | 452 | Letter *providing joint jury questionnaire* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Attachments: # 1 Exhibit) (Argentieri, Nicole) (Entered: 05/08/2012) |
| 05/08/2012 | 453 | Proposed Jury Instructions by Theodore N. Persico, Jr as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Macedonio, Elizabeth) (Entered: 05/08/2012) |
| 05/08/2012 | 454 | NOTICE OF APPEAL (Interlocutory) by Theodore N. Persico, Jr re 450 Order on Motion to Dismiss. Defendant is represented by CJA counsel; therefore, no filing fee is needed. (Macedonio, Elizabeth) Modified on 5/25/2012 (Manuel, Germaine). (Entered: 05/08/2012) |
| 05/08/2012 | 455 | Letter *providing expert disclosure* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Argentieri, Nicole) (Entered: 05/08/2012) |
| 05/08/2012 | | Electronic Index to Record on Appeal as to Theodore N. Persico, Jr sent to US Court of Appeals 454 Notice of Appeal − Interlocutory Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (Manuel, Germaine) (Entered: 05/25/2012) |
| 05/09/2012 | 456 | Second MOTION in Limine *to admit evidence and reconsider* by USA as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra. (Attachments: # 1 Exhibit A not filed electronically, # 2 Exhibit B not filed electronically, # 3 Exhibit C, # 4 Exhibit D not filed eletronically, # 5 Exhibit E, # 6 Exhibit F not filed electronically, # 7 Exhibit G) (Argentieri, Nicole) (Entered: 05/09/2012) |

| | | |
|---|---|---|
| 05/09/2012 | 457 | RESPONSE to Motion re 456 Second MOTION in Limine *to admit evidence and reconsider* (DeMarco, Mark) (Entered: 05/09/2012) |
| 05/09/2012 | 458 | Letter *Providing Additional Rule 16 Discovery* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Lifshitz, Allon) (Entered: 05/09/2012) |
| 05/09/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Status Conference as to Theodore N. Persico, Jr held on 5/30/2012. AUSAs Nicole Argentieri & Allon Lifshitz present. Defendant present with counsel Elizabeth Macedonio & James Neville. The defendant requests that he be permitted to represent himself in a form of hybrid representation with his attorneys. The Court adjourns the matter until May 16, 2012, at 10:00am, so that the defendant may consider his options. (Court Reporter Judi Johnson.) (Frullo, Veronica) Modified on 5/30/2012 (Frullo, Veronica). (Entered: 05/30/2012) |
| 05/10/2012 | 459 | Letter − *motion for reconsideration and/or clarification, seeking a stay solely of Count One* as to Theodore N. Persico, Jr (Macedonio, Elizabeth) (Entered: 05/10/2012) |
| 05/11/2012 | 460 | Letter *Responding to Persico, Jr.'s Letter 459 and Requesting That Persico, Jr.'s Appeal Be Deemed Frivolous* as to Theodore N. Persico, Jr (Lifshitz, Allon) (Entered: 05/11/2012) |
| 05/11/2012 | 461 | Letter *replying to Government's letter, dated, May 11, 2012, and in further support of Defendant's motion to stay Count One* as to Theodore N. Persico, Jr (Macedonio, Elizabeth) (Entered: 05/11/2012) |
| 05/11/2012 | 462 | Letter *to government re various outstanding issues* as to Michael J. Persico (Kedia, Sarita) (Entered: 05/11/2012) |
| 05/11/2012 | | Minute Entry for Curcio proceedings held before Judge Sandra L. Townes on May 11, 2012: AUSA Nicole Argentieri present. Defendant present with counsel Sarita Kedia & Paul Shechtman. The Court advises the defendant of his right to conflict−free counsel. The defendant waives any conflict. The Court sets a Pretrial Conference for May 22, 2012, at 11:00 am. (Court Reporter Judi Johnson.) (Frullo, Veronica) (Entered: 05/30/2012) |
| 05/13/2012 | 463 | Letter *responding to defendant Persico's letters of May 1 and May 11, 2012* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Argentieri, Nicole) (Entered: 05/13/2012) |
| 05/13/2012 | 464 | Letter *requesting information not addressed in govt's May 13, 2012, letter* as to Michael J. Persico (Kedia, Sarita) (Entered: 05/13/2012) |
| 05/14/2012 | | ORDER as to Michael J. Persico, Theodore N. Persico, Jr. & Francis Guerra: Defense counsel's request to include an additional question in the juror questionnnaire 453 is denied. The question should be submitted for Vior Dire.Ordered by Judge Sandra L. Townes on 5/14/2012. (Frullo, Veronica) (Entered: 05/14/2012) |
| 05/15/2012 | 465 | MEMORANDUM AND ORDER denying 404 Motion to Dismiss as to Michael J. Persico (5). Ordered by Judge Sandra L. Townes on 5/10/2012. (Siegfried, Evan) (Entered: 05/15/2012) |
| 05/15/2012 | 466 | ORDER as to Theodore N. Persico, Jr denying 459 Letter−motion seeking reconsideration and/or clarification of this Courts May 9, 2012, ruling that Defendants interlocutory appeal was frivolous and, therefore, did not divest this Court of jurisdiction to proceed to trial. Ordered by Judge Sandra L. Townes on 5/14/2012. (Caspari, Alexander) (Entered: 05/15/2012) |
| 05/16/2012 | | SCHEDULING ORDER as to Edward Garofalo, Jr, Michael J. Persico, Theodore N. Persico, Jr. & Francis Guerra: A Pretrial Conference is hereby set for May 22, 2012 at 02:00 PM. Ordered by Judge Sandra L. Townes on 5/16/2012. (Frullo, Veronica) (Entered: 05/16/2012) |
| 05/16/2012 | | SCHEDULING ORDER as to Edward Garofalo, Jr, Michael J. Persico, Theodore N. Persico, Jr. & Francis Guerra: Jury Selection is hereby set for May 30, 2012, May 31, 2012 & June 1, 2012. Ordered by Judge Sandra L. Townes on 5/16/2012. (Frullo, |

| | | |
|---|---|---|
| | | Veronica) (Entered: 05/16/2012) |
| 05/16/2012 | 467 | Letter *motion in limine seeking to preclude mention of CW sentences at trial* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Argentieri, Nicole) (Entered: 05/16/2012) |
| 05/16/2012 | 468 | Letter *regarding request for witness contact information* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Argentieri, Nicole) (Entered: 05/16/2012) |
| 05/16/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Status Conference as to Theodore N. Persico, Jr. held on 5/16/2012. AUSA Nicole Argentieri present. Defendant present with counsel Elizabeth Macedonio and James Neville. The Court denies the defendant's request for hybrid presentation. The Court advises the defendant that he may represent himself. The defendant advises the Court that he does not wish to represent himself. (Court Reporter Allan Sherman.) (Frullo, Veronica) (Entered: 05/30/2012) |
| 05/18/2012 | 469 | TRANSCRIPT of Proceedings as to Thomas Petrizzo held on 4/11/12, before Judge Mann. Court Transcriber FIORE REPORTING AND TRANSCRIPTION SERVICE, Telephone number 203−929−9992. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/8/2012. Redacted Transcript Deadline set for 6/18/2012. Release of Transcript Restriction set for 8/16/2012. (Hong, Loan) (Entered: 05/18/2012) |
| 05/18/2012 | 470 | MEMORANDUM in Opposition re 404 Notice of MOTION to Dismiss *Count One, Racketeering Acts One and Two, and for additional relief and In Response to Order dated May 15, 2012 465* (Attachments: # 1 Ex. A (Bardsley Affidavit), # 2 Ex. B (Wertenberger Affidavit), # 3 Ex. C (Program Statement)) (Lifshitz, Allon) (Entered: 05/18/2012) |
| 05/18/2012 | 471 | Letter as to Theodore N. Persico, Jr (Macedonio, Elizabeth) (Entered: 05/18/2012) |
| 05/18/2012 | 472 | Notice of MOTION to Suppress *Fruits of February 7, 1991 search of Romantique Limousines* by Michael J. Persico. (Attachments: # 1 Affidavit, # 2 Memorandum in Support, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F) (Kedia, Sarita) (Entered: 05/18/2012) |
| 05/18/2012 | 475 | WAIVER OF INDICTMENT by Edward Garofalo, Jr (Siegfried, Evan) (Entered: 05/21/2012) |
| 05/18/2012 | 476 | SUPERSEDING INFORMATION as to Edward Garofalo, Jr (3) count(s) 1sssss. (Siegfried, Evan) (Entered: 05/21/2012) |
| 05/18/2012 | 477 | Minute Entry for proceedings held before Judge Sandra L. Townes: Change of Plea Hearing as to Edward Garofalo, Jr held on 5/18/2012, Plea entered by Edward Garofalo Jr. (3) Guilty Count 1sssss. Sentencing set for 7/27/2012 12:00 PM in Courtroom 4B South before Judge Sandra L. Townes. (Court Reporter A. Sherman) (Siegfried, Evan) (Entered: 05/21/2012) |
| 05/20/2012 | 473 | Supplemental MOTION in Limine *to admit other acts evidence* by USA as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Argentieri, Nicole) (Entered: 05/20/2012) |
| 05/20/2012 | 474 | Letter *to government regarding missing material* as to Michael J. Persico (Kedia, Sarita) (Entered: 05/20/2012) |
| 05/21/2012 | 478 | Letter *responding to defendant's alibi notice* as to Francis Guerra (Argentieri, Nicole) (Entered: 05/21/2012) |
| 05/21/2012 | 479 | Letter *Requesting Leave to Join Motion of Co−Defendant Michael Persico to Suppress "Milan Recordings"* as to Francis Guerra (McMahon, Gerald) (Entered: 05/21/2012) |

| | | |
|---|---|---|
| 05/22/2012 | 495 | Consent to have a plea taken before Magistrate Judge Roanne L. Mann as to Alicia Dimichele. Ordered by Magistrate Judge Roanne L. Mann on 5/22/2012. (Greene, Donna) (Entered: 05/29/2012) |
| 05/22/2012 | 496 | Minute Entry for proceedings held before Magistrate Judge Roanne L. Mann:AUSA Allon Lifshitz and John Wallenstein & Michael Bachrach for the deft.Allocution as to Alicia Dimichele held on 5/22/2012, Change of Plea Hearing as to Alicia Dimichele held on 5/22/2012, Plea entered by Alicia Dimichele (2) Guilty Count 2ssss. (Tape #11:12 − 11:42.) (Greene, Donna) (Entered: 05/29/2012) |
| 05/22/2012 | | Case as to Alicia Dimichele no longer referred to Magistrate Judge Roanne L. Mann. (Greene, Donna) (Entered: 05/29/2012) |
| 05/22/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Pretrial Conference as to Michael J. Persico, Theodore N. Persico, Jr. & Francis Guerra held on 5/22/2012. AUSAs Nicole Argentieri & Allon Lifshitz present. Defendant M. Persico present with counsel Sarita Kedia & Paul Shechtman. Defendant Theodore Persico, Jr. present with counsel Elizabeth Macedonio & James Neville present. Defendant Francis Guerra not present. Counsel for Guerra, Gerald McMahon, present. Defense counsel's responses to the motions in limine are due by May 25, 2012. Voir Dire is set to begin on June 4, 2012. The Court directs that the joint motion/stipulation to strike certain prospective jurors from the panel and the list of prospective jurors who will be called in beginning on June 4, 2012, are to be filed no later than 10:00 am on June 1, 2012. Defendants M. Persico and T. Persico waive their right to be present when the Juror Questionnaires are distributed. (Court Reporter Holly Driscoll.) (Frullo, Veronica) Modified on 5/30/2012 (Frullo, Veronica). (Entered: 05/30/2012) |
| 05/23/2012 | 480 | RESPONSE in Opposition re 456 Second MOTION in Limine *to admit evidence and reconsider as to severance of defendant Michael Sciaretta* (Chang, Christopher) (Entered: 05/23/2012) |
| 05/23/2012 | 481 | Letter *Final Jury Questionnaire* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Argentieri, Nicole) (Entered: 05/23/2012) |
| 05/23/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Status Conference as to Francis Guerra held on 5/23/2012. AUSA Nicole Argentieri present. Defendant present with Mathew Mari. The Court advises the defendant of the rulings made at the conference on May 22, 2012, when he was not present. The defendant waives his right to be present when the Juror Questionnaires are distributed on 5/23/12. (Court Reporter Holly Driscoll.) (Frullo, Veronica) (Entered: 05/30/2012) |
| 05/23/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Selection as to Michael J. Persico, Theodore N. Persico, Jr. & Francis Guerra held on 5/23/2012. Juror Questionnaires distributed. (Court Reporter Holly Driscoll.) (Frullo, Veronica) (Entered: 05/30/2012) |
| 05/24/2012 | 482 | MEMORANDUM AND ORDER denying 400 as to Francis Guerra (10). Ordered by Judge Sandra L. Townes on 5/22/2012. (Siegfried, Evan) (Entered: 05/24/2012) |
| 05/24/2012 | 483 | MEMORANDUM in Opposition re 451 MOTION in Limine *to Admit Evidence and Notice Pursuant to Fed. R. Crim. P. 404(b)* (McMahon, Gerald) (Entered: 05/24/2012) |
| 05/24/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Selection as to Michael J. Persico, Theodore N. Persico, Jr. & Francis Guerra held on 5/24/2012. Juror Questionnaires distributed. (Court Reporter Holly Driscoll.) (Frullo, Veronica) (Entered: 05/30/2012) |
| 05/25/2012 | 484 | MEMORANDUM in Opposition re 472 Notice of MOTION to Suppress *Fruits of February 7, 1991 search of Romantique Limousines* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 not electronically filed, # 3 Exhibit 2T, # 4 Exhibit 3 not electronically filed, # 5 Exhibit 3T) (Nash, Rachel) (Entered: 05/25/2012) |
| 05/25/2012 | | Electronic Index to Record on Appeal as to Theodore N. Persico, Jr sent to US Court of Appeals 454 Notice of Appeal − Interlocutory Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (Manuel, |

| | | |
|---|---|---|
| | | Germaine) (Entered: 05/25/2012) |
| 05/25/2012 | 485 | RESPONSE to Motion re 451 MOTION in Limine *to Admit Evidence and Notice Pursuant to Fed. R. Crim. P. 404(b)*, 456 Second MOTION in Limine *to admit evidence and reconsider* (Macedonio, Elizabeth) (Entered: 05/25/2012) |
| 05/25/2012 | 486 | MEMORANDUM in Opposition re 451 MOTION in Limine *to Admit Evidence and Notice Pursuant to Fed. R. Crim. P. 404(b)* (Kedia, Sarita) (Entered: 05/25/2012) |
| 05/25/2012 | 487 | Letter *Opposition to government's motion to curtail cross−examination* as to Michael J. Persico (Kedia, Sarita) (Entered: 05/25/2012) |
| 05/25/2012 | 488 | RESPONSE in Opposition re 456 Second MOTION in Limine *to admit evidence and reconsider* (Kedia, Sarita) (Entered: 05/25/2012) |
| 05/25/2012 | 489 | MEMORANDUM in Support re 404 Notice of MOTION to Dismiss *Count One, Racketeering Acts One and Two, and for additional relief Additional briefing* (Kedia, Sarita) (Entered: 05/25/2012) |
| 05/25/2012 | 494 | ORDER of USCA (certified copy) as to Theodore N. Persico, Jr re 454 Notice of Appeal − Interlocutory. It is ORDERED that the motion by appellant Theodore Persico, Jr., to stay pending appeal the trial scheduled for June 4, 2012 in the District Court for the Eastern District of New York as to Count One of the Superseding Indictment will be heard on Friday, June 1, 2012 at 10:00 a.m. In the interim, the trial is stayed pending determination of the motion by the panel. (Manuel, Germaine) (Entered: 05/29/2012) |
| 05/25/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Status Conference as to Theodore N. Persico, Jr held on 5/25/2012. AUSA Nicole Argentieri present. Defendant present with counsel Elizabeth Macedonio & James Neville. The Court addresses the issue of the defendant's representation again. The defendant advises the Court that he does intend to represent himself. The Court directs that Ms. Macedonio will act as stand−by counsel with regard to 3500 material. (Court Reporter Holly Driscoll.) (Frullo, Veronica) (Entered: 05/30/2012) |
| 05/26/2012 | 490 | Letter *in further opposition to government's motion to preclude cross−examination re sentences of other cooperators* as to Michael J. Persico (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Kedia, Sarita) (Entered: 05/26/2012) |
| 05/26/2012 | 491 | RESPONSE in Opposition re 473 Supplemental MOTION in Limine *to admit other acts evidence* (Kedia, Sarita) (Entered: 05/26/2012) |
| 05/28/2012 | 492 | RESPONSE in Support re 456 Second MOTION in Limine *to admit evidence and reconsider*, 451 MOTION in Limine *to Admit Evidence and Notice Pursuant to Fed. R. Crim. P. 404(b)* (Nash, Rachel) (Entered: 05/28/2012) |
| 05/28/2012 | 493 | Letter *regarding Persico Jr's Second Circuit Appeal and its effect on trial* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Argentieri, Nicole) (Entered: 05/28/2012) |
| 05/29/2012 | 497 | Letter *providing expert disclosure* as to Michael J. Persico, Theodore N. Persico, Jr, Francis Guerra (Argentieri, Nicole) (Entered: 05/29/2012) |
| 05/30/2012 | 498 | NOTICE *Bill of Particulars* as to Michael J. Persico, Theodore N. Persico, Jr, Francis Guerra (Morris, Brian) (Entered: 05/30/2012) |
| 05/30/2012 | | SCHEDULING ORDER as to Michael J. Persico, Theodore N. Persico, Jr. & Francis Guerra: The Court sets a Pretrial Conference for June 1, 2012 at 03:15 PM before Judge Sandra L. Townes. Ordered by Judge Sandra L. Townes on 5/30/2012. (Frullo, Veronica) (Entered: 05/30/2012) |
| 05/30/2012 | | SCHEDULING ORDER as to Michael J. Persico, Theodore N. Persico, Jr. & Francis Guerra: Counsel are ordered to file: (1) their joint motion/stipulation to strike prospective jurors from the panel: & (2) the list of prospective jurors who will be called in for individual voir dire, no later than 10:00 am on June 1, 2012. Ordered by Judge Sandra L. Townes on 5/30/2012. (Frullo, Veronica) (Entered: 05/30/2012) |

| | | |
|---|---|---|
| 05/30/2012 | 499 | Letter *responding to media request for certain plea agreements* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Thomas Petrizzo, Anthony Preza (Argentieri, Nicole) (Entered: 05/30/2012) |
| 05/30/2012 | 500 | Letter *providing additional rebuttal evidence to alibi notice* as to Francis Guerra (Argentieri, Nicole) (Entered: 05/30/2012) |
| 05/30/2012 | 501 | REPLY TO RESPONSE to Motion re 472 Notice of MOTION to Suppress *Fruits of February 7, 1991 search of Romantique Limousines* (Attachments: # 1 Exhibit A) (Kedia, Sarita) (Entered: 05/30/2012) |
| 05/31/2012 | 502 | MEMORANDUM in Opposition re 456 Second MOTION in Limine *to admit evidence and reconsider* (Kedia, Sarita) (Entered: 05/31/2012) |
| 06/01/2012 | 503 | Letter *providing (1) agreed−upon list of jurors to be struck, and (2) list of jurors to return for voir dire* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Argentieri, Nicole) (Entered: 06/01/2012) |
| 06/01/2012 | 504 | Letter dated 5/25/2012 to Judge Sandra L. Townes from Jerry Capeci of Gang Land News RE: Mr. Capeci requests an order compelling the government to produce copies of documents. (Siegfried, Evan) (Entered: 06/01/2012) |
| 06/01/2012 | | SCHEDULING ORDER as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Thomas Petrizzo, & Anthony Preza re 499 Letter, 504 Letter. If defendants have any objection to the disclosure of their plea agreements, defense counsel must file their objection no later than June 4, 2012. Ordered by Judge Sandra L. Townes on 6/1/2012. (Frullo, Veronica) (Entered: 06/01/2012) |
| 06/01/2012 | 505 | Letter *Responding to Requests in Letter 474* as to Michael J. Persico (Attachments: # 1 Ex. A (Letter dated 2/22/11 Appealing Bail Decision), # 2 Ex. B (Transcript of 3/29/11 Bail Hearing)) (Lifshitz, Allon) (Entered: 06/01/2012) |
| 06/01/2012 | 506 | Letter *Further Responding to Requests in Letter 474* as to Michael J. Persico (Attachments: # 1 Ex. A (3/4/11 Detention Hearing Transcript)) (Lifshitz, Allon) (Entered: 06/01/2012) |
| 06/01/2012 | 507 | Letter *to Judge Townes re trial schedule* as to Michael J. Persico, Theodore N. Persico, Jr, Francis Guerra (Kedia, Sarita) (Entered: 06/01/2012) |
| 06/01/2012 | 508 | MANDATE of USCA (certified copy) as to Theodore N. Persico, Jr. It is Ordered that the Government's request that the appeal be dismissed is construed as a motion for summary affirmance and as construed, the motion is granted because the appeal is frivolous. It is further Ordered that the Appellant's stay motion is denied as moot and the Court's temporary stay of the trial is vacated. Issued as Mandate: 6/1/12. (McGee, Mary Ann) (Entered: 06/01/2012) |
| 06/01/2012 | 509 | Letter *to government re production of witnesses* as to Michael J. Persico (Kedia, Sarita) (Entered: 06/01/2012) |
| 06/01/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes:Pretrial Conference as to Michael J. Persico, Theodore N. Persico, Jr. & Francis Guerra held on 6/1/2012. AUSAs Nicole Argentieri, Rachel Nash & Allon Lifshitz present. Defendants present with counsel. Voir Dire to begin on June 4, 2012 at 9:30 am. (Court Reporter Anthony Frisolone.) (Frullo, Veronica) (Entered: 06/26/2012) |
| 06/02/2012 | 510 | Letter *responding to defendant's June 1, 2012 letter* as to Michael J. Persico (Argentieri, Nicole) (Entered: 06/02/2012) |
| 06/03/2012 | 511 | RESPONSE in Support re 451 MOTION in Limine *to Admit Evidence and Notice Pursuant to Fed. R. Crim. P. 404(b) letter re: reserved items* (Attachments: # 1 Exhibit 1 not electronically filed, # 2 Exhibit 2 not electroically filed, # 3 Exhibit 2T, # 4 Exhibit 3 not electronically filed, # 5 Exhibit 3T, # 6 Exhibit 4 not electronically filed, # 7 Exhibit 4T) (Nash, Rachel) (Entered: 06/03/2012) |
| 06/03/2012 | 512 | RESPONSE in Opposition re 451 MOTION in Limine *to Admit Evidence and Notice Pursuant to Fed. R. Crim. P. 404(b)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (Kedia, Sarita) (Entered: 06/03/2012) |

| | | |
|---|---|---|
| 06/03/2012 | 513 | Letter *Requesting That the Court Take Additional Precautions Regarding Persico, Jr.'s Self−Representation* as to Michael J. Persico, Theodore N. Persico, Jr, Francis Guerra (Lifshitz, Allon) (Entered: 06/03/2012) |
| 06/03/2012 | 514 | Letter *providing PSRs for cooperating witnesses pursuant to Charmer* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Argentieri, Nicole) (Entered: 06/03/2012) |
| 06/04/2012 | 516 | RESPONSE in Opposition re 451 MOTION in Limine *to Admit Evidence and Notice Pursuant to Fed. R. Crim. P. 404(b)* (Attachments: # 1 Exhibit A) (Kedia, Sarita) (Entered: 06/04/2012) |
| 06/04/2012 | 517 | MEMORANDUM AND ORDER as to Michael J. Persico. The government has failed to provide sufficient evidence to establish that Alphonse Persico impliedly consented to the recording of calls he placed from institutional telephones at FCI Milan between October 1991 and January 1992. Accordingly, Defendant's motion to suppress the recordings of these telephone conversations pursuant to Title III of the Omnibus Crime Control and Safe Streets Act of 1968, 18 U.S.C. §§ 2510−2520, is granted. Ordered by Judge Sandra L. Townes on 5/30/2012. (Siegfried, Evan) (Entered: 06/04/2012) |
| 06/04/2012 | 518 | ORDER denying 472 Motion to Suppress as to Michael J. Persico (5). Ordered by Judge Sandra L. Townes on 6/1/2012. (Siegfried, Evan) (Entered: 06/04/2012) |
| 06/04/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Voir Dire held on 6/4/2012 as to Michael J. Persico, Theodore N. Persico, Jr. & Francis Guerra. AUSAs Nicole Argentieri, Rachel Nash, & Allon Lifshitz present. All defendants present with counsel. (Court Reporter Lisa Schmid.) (Frullo, Veronica) (Entered: 06/07/2012) |
| 06/05/2012 | 519 | TRANSCRIPT of Proceedings as to Anthony Preza held on May 2, 2012, before Judge Go. Court Transcriber: ARIA SERVICES, INC., Telephone number (845) 260−1377. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/26/2012. Redacted Transcript Deadline set for 7/6/2012. Release of Transcript Restriction set for 9/4/2012. (Rocco, Christine) (Entered: 06/05/2012) |
| 06/05/2012 | 520 | CJA 20 as to Alicia Dimichele: Authorization to Pay Voucher # 110912000068.. Ordered by Judge Sandra L. Townes on 9/2/2011. (Siegfried, Evan) (Entered: 06/05/2012) |
| 06/05/2012 | 521 | CJA 20 as to Edward Garofalo, Jr: Authorization to Pay Voucher # 110912000128. Ordered by Judge Sandra L. Townes on 9/2/2011. (Siegfried, Evan) (Entered: 06/05/2012) |
| 06/05/2012 | 522 | CJA 20 as to Theodore N. Persico, Jr: Authorization to Pay Voucher # 120321000057. Ordered by Judge Sandra L. Townes on 3/21/2012. (Siegfried, Evan) (Entered: 06/05/2012) |
| 06/05/2012 | 523 | CJA 20 as to Edward Garofalo, Jr: Authorization to Pay Voucher # 110901000006. Ordered by Judge Sandra L. Townes on 8/16/2011. (Siegfried, Evan) (Entered: 06/05/2012) |
| 06/05/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes:Voir Dire held on 6/5/2012 as to Michael J. Persico, Theodore N. Persico, Jr., & Francis Guerra. AUSAs Nicole Argentieri, Rachel Nash & Allon Lifshitz present. All defendants present with counsel. (Court Reporter Lisa Schmid.) (Frullo, Veronica) (Entered: 06/07/2012) |
| 06/06/2012 | 524 | MOTION to Travel *to Stamford, Connecticut* by Michael D. Sciaretta. (Chang, Christopher) (Entered: 06/06/2012) |
| 06/06/2012 | 526 | CJA 20 as to Theodore N. Persico, Jr: Authorization to Pay Voucher # 120402000142.. Ordered by Judge Sandra L. Townes on 3/21/2012. (Siegfried, Evan) (Entered: 06/06/2012) |
| 06/06/2012 | 528 | CJA 20 as to Theodore N. Persico, Jr: Authorization to Pay Voucher # 120419000049.. Ordered by Judge Sandra L. Townes on 4/9/2012. (Siegfried, Evan) (Entered: 06/06/2012) |

| | | |
|---|---|---|
| 06/06/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Voir Dire held on 6/6/2012 as to Michael J. Persico, Theodore N. Persico, Jr., & Francis Guerra. AUSAs Nicole Argentieri, Rachel Nash & Allon Lifshitz present. All defendants present with counsel. (Court Reporter Lisa Schmid.) (Frullo, Veronica) (Entered: 06/07/2012) |
| 06/07/2012 | 529 | CJA 20 as to Alicia Dimichele: Authorization to Pay Voucher # 120426000153.. Ordered by Judge Sandra L. Townes on 4/13/2012. (Siegfried, Evan) (Entered: 06/07/2012) |
| 06/07/2012 | 530 | CJA 20 as to Francis Guerra: Authorization to Pay Voucher # 120210000005.. Ordered by Judge Sandra L. Townes on 2/2/2012. (Siegfried, Evan) (Entered: 06/07/2012) |
| 06/07/2012 | 540 | CJA 24 as to Theodore N. Persico, Jr: Authorization to Pay Voucher # 120223000049.. Ordered by Judge Sandra L. Townes on 1/31/2012. (Siegfried, Evan) (Entered: 06/07/2012) |
| 06/07/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes:Voir Dire held on 6/7/2012 as to Michael J. Persico, Theodore N. Persico, Jr., & Francis Guerra. AUSAs Nicole Argentieri, Allon Lifshitz & Rachel Nash present. Defendants present with counsel. Jury selection continued June 11, 2012, at 9:30 am. (Court Reporter Lisa Schmid.) (Frullo, Veronica) (Entered: 06/08/2012) |
| 06/08/2012 | 547 | CJA 20 as to Theodore N. Persico, Jr: Authorization to Pay Voucher # 120321000277.. Ordered by Judge Sandra L. Townes on 3/192012. (Siegfried, Evan) (Entered: 06/08/2012) |
| 06/08/2012 | 548 | CJA 20 as to Edward Garofalo, Jr: Authorization to Pay Voucher # 120328000238.. Ordered by Judge Sandra L. Townes on 3/21/2012. (Siegfried, Evan) (Entered: 06/08/2012) |
| 06/08/2012 | 549 | CJA 20 as to Alicia Dimichele: Authorization to Pay Voucher # 120321000119.. Ordered by Judge Sandra L. Townes on 3/19/2012. (Siegfried, Evan) (Entered: 06/08/2012) |
| 06/08/2012 | 550 | CJA 20 as to Louis Romeo: Authorization to Pay Voucher # 111004000307.. Ordered by Judge Sandra L. Townes on 10/3/2011. (Siegfried, Evan) (Entered: 06/08/2012) |
| 06/08/2012 | 551 | CJA 20 as to Edward Garofalo, Jr: Authorization to Pay Voucher # 120329000245.. Ordered by Judge Sandra L. Townes on 3/21/2012. (Siegfried, Evan) (Entered: 06/08/2012) |
| 06/08/2012 | 552 | CJA 20 as to Edward Garofalo, Jr: Authorization to Pay Voucher # 120329000245.. Ordered by Judge Sandra L. Townes on 3/21/2012. (Siegfried, Evan) (Entered: 06/08/2012) |
| 06/08/2012 | 553 | Seizure Warrant Returned Executed in case as to James C. Bombino. Served on 6/5/2012. (Siegfried, Evan) (Entered: 06/08/2012) |
| 06/08/2012 | | ORDER as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, & Francis Guerra: granting Mr. Capeci's request 504 for copies of the above−listed defendants' plea agreements. Ordered by Judge Sandra L. Townes on 6/8/2012. (Frullo, Veronica) (Entered: 06/08/2012) |
| 06/08/2012 | 561 | WAIVER OF INDICTMENT by Theodore N. Persico, Jr (Siegfried, Evan) (Entered: 06/12/2012) |
| 06/08/2012 | 562 | SUPERSEDING INFORMATION as to Theodore N. Persico, Jr (6) count(s) 1sssss. (Siegfried, Evan) (Entered: 06/12/2012) |
| 06/08/2012 | 563 | Minute Entry for proceedings held before Judge Sandra L. Townes: Arraignment as to Theodore N. Persico Jr. (6) Count 1sssss held on 6/8/2012, Plea entered by Theodore N. Persico Jr. (6) Guilty Count 1sssss. Sentencing set for 9/21/2012 11:00 AM in Courtroom 4B South before Judge Sandra L. Townes. (Court Reporter L. Schmid) (Siegfried, Evan) (Entered: 06/12/2012) |
| 06/08/2012 | 564 | WAIVER OF INDICTMENT by Michael J. Persico (Siegfried, Evan) (Entered: 06/12/2012) |

| | | |
|---|---|---|
| 06/08/2012 | 565 | SUPERSEDING INFORMATION as to Michael J. Persico (5) count(s) 1sssss. (Siegfried, Evan) (Entered: 06/12/2012) |
| 06/08/2012 | 566 | Minute Entry for proceedings held before Judge Sandra L. Townes: Arraignment as to Michael J. Persico (5) Count 1sssss held on 6/8/2012. Plea entered by Michael J. Persico (5) Guilty Count 1sssss. Sentencing set for 9/21/2012 11:30 AM in Courtroom 4B South before Judge Sandra L. Townes. (Court Reporter L. Schmid) (Siegfried, Evan) (Entered: 06/12/2012) |
| 06/10/2012 | 554 | MOTION in Limine *to Preclude Line of Cross−Examination* by USA as to Francis Guerra. (Lifshitz, Allon) (Entered: 06/10/2012) |
| 06/10/2012 | 555 | Letter *Seeking In Limine Relief* as to Francis Guerra (McMahon, Gerald) (Entered: 06/10/2012) |
| 06/10/2012 | 556 | Letter *Responding to the Defendant's Letter−Motion 555 for Mistrial, the Selection of a New, Non−Anonymous Jury, and the Preclusion of Certain Evidence* as to Francis Guerra (Lifshitz, Allon) (Entered: 06/10/2012) |
| 06/11/2012 | 557 | CJA 24 as to Alicia Dimichele: Authorization to Pay Voucher # 111206000042.. Ordered by Judge Sandra L. Townes on 11/29/2011. (Siegfried, Evan) (Entered: 06/11/2012) |
| 06/11/2012 | 559 | Letter *Providing Expert Disclosure* as to Francis Guerra (Lifshitz, Allon) (Entered: 06/11/2012) |
| 06/11/2012 | 560 | Letter *Supplementing Expert Disclosure 559* as to Francis Guerra (Lifshitz, Allon) (Entered: 06/11/2012) |
| 06/11/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Voir Dire held on 6/11/2012 as to Francis Guerra. AUSAs Nicole Argentieri, Allon Lifshitz & Rachel Nash present. Defendant present with counsel Gerald McMahon & Mathew Mari. Jury selected. Jury sworn. (Court Reporter Gene Rudolph.) (Frullo, Veronica) (Entered: 06/26/2012) |
| 06/11/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 6/11/2012. AUSAs Nicole Argentieri, Allon Lifshitz & Rachel Nash present. Defendant present with counsel Gerald McMahon & Mathew Mari. Opening statements heard. Evidence entered & testimony heard. Jury Trial is continued to 6/12/2012 at 09:30 AM. (Court Reporter Gene Rudolph.) (Frullo, Veronica) (Entered: 06/26/2012) |
| 06/12/2012 | 567 | CJA 24 as to Theodore N. Persico, Jr: Authorization to Pay Voucher # 11110700001.. Ordered by Judge Sandra L. Townes on 10/28/2011. (Siegfried, Evan) (Entered: 06/12/2012) |
| 06/12/2012 | 568 | Letter *annexing proposed order for bond modifications* as to Michael J. Persico (Attachments: # 1 Proposed Order) (Kedia, Sarita) (Entered: 06/12/2012) |
| 06/12/2012 | 569 | CJA 24 as to Alicia Dimichele: Authorization to Pay Voucher # 111020000008.. Ordered by Judge Sandra L. Townes on 9/21/2011. (Siegfried, Evan) (Entered: 06/12/2012) |
| 06/12/2012 | 570 | ORDER granting 524 Motion to Travel as to Michael D. Sciaretta (4). Ordered by Judge Sandra L. Townes on 6/11/2012. (Siegfried, Evan) (Entered: 06/12/2012) |
| 06/12/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 6/12/2012. AUSAs Nicole Argentieri, Allon Lifshitz & Rachel Nash present. Defendant present with counsel Gerald McMahon & Mathew Mari. Evidence entered & testimony heard. Jury Trial is continued to 6/13/2012 at 09:30 AM. (Court Reporter Gene Rudolph.) (Frullo, Veronica) Modified on 6/26/2012 (Frullo, Veronica). (Entered: 06/26/2012) |
| 06/13/2012 | 571 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra held on 4/2/12, before Judge Townes. Court Reporter/Transcriber G. Rudolph, Telephone number 718−613−2538. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the |

| | | |
|---|---|---|
| | | deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/5/2012. Redacted Transcript Deadline set for 7/16/2012. Release of Transcript Restriction set for 9/11/2012. (Rudolph, Gene) (Entered: 06/13/2012) |
| 06/13/2012 | 572 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra held on 5/22/12, before Judge Townes. Court Reporter/Transcriber G. Rudolph, Telephone number 718−613−2538. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 7/5/2012. Redacted Transcript Deadline set for 7/16/2012. Release of Transcript Restriction set for 9/11/2012. (Rudolph, Gene) (Entered: 06/13/2012) |
| 06/13/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 6/13/2012. AUSAs Nicole Argentieri, Allon Lifshitz & Rachel Nash present. Defendant present with counsel Gerald McMahon & Mathew Mari. Evidence entered & testimony heard. Jury Trial is continued to 6/14/2012 at 09:30 AM. (Court Reporter Gene Rudolph.) (Frullo, Veronica) (Entered: 06/26/2012) |
| 06/14/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 6/14/2012. AUSAs Nicole Argentieri, Allon Lifshitz & Rachel Nash present. Defendant present with counsel Gerald McMahon & Mathew Mari. Juror number 10 is excused. Evidence entered & testimony heard. Jury Trial is continued to 6/18/2012 at 09:30 AM. (Court Reporter Gene Rudolph.) (Frullo, Veronica) (Entered: 06/26/2012) |
| 06/18/2012 | 578 | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 6/18/2012. Trial continued to 6/19/2012 09:30 AM in Courtroom 4B South before Judge Sandra L. Townes. (Court Reporter C. Kitt) (Siegfried, Evan) (Entered: 06/26/2012) |
| 06/19/2012 | 573 | Letter *moving to preclude trial testimony of Maritza Medina* as to Francis Guerra (Argentieri, Nicole) (Entered: 06/19/2012) |
| 06/19/2012 | 579 | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 6/19/2012. Trial continued to 6/20/2012 09:30 AM in Courtroom 4B South before Judge Sandra L. Townes. (Court Reporter C. Kitt) (Siegfried, Evan) (Entered: 06/26/2012) |
| 06/20/2012 | | ORDER as to Francis Guerra: The Court has finished reviewing the transcripts provided at the close of the proceedings today. Without anything to place the conversations in context, some knowledge of the purpose(s) for which the conversations are being introduced, or any legal arguments concerning admissibility of the conversations, the Court will be unable to rule on their admissibility tomorrow. The Court directs the parties to submit memoranda a.s.a.p. to elucidate these issues. Ordered by Judge Sandra L. Townes on 6/20/2012. (Caspari, Alexander) (Entered: 06/20/2012) |
| 06/20/2012 | 580 | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 6/20/2012. Jury Trial set for 6/21/2012 09:30 AM in Courtroom 4B South before Judge Sandra L. Townes. (Court Reporter C. Kitt) (Siegfried, Evan) (Entered: 06/26/2012) |
| 06/21/2012 | 574 | Letter *in support of admission of Marcus recordings at trial* as to Francis Guerra (Argentieri, Nicole) (Entered: 06/21/2012) |
| 06/21/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 6/21/2012. AUSAs Nicole Argentieri, Allon Lifshitz & Rachel Nash present. Defendant present with counsel Gerald McMahon & Mathew Mari. Evidence entered & testimony heard. Jury Trial is continued to 6/25/2012 at 09:30 AM. (Court Reporter Charisse Kitt.) (Frullo, Veronica) (Entered: 06/26/2012) |
| 06/22/2012 | 575 | Letter *in support of admission of certain consensual recordings* as to Francis Guerra (Argentieri, Nicole) (Entered: 06/22/2012) |

| | | |
|---|---|---|
| 06/24/2012 | 576 | Letter *in further support of admissibility of consensual recordings* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Nash, Rachel) (Entered: 06/24/2012) |
| 06/25/2012 | | ORDER as to Francis Guerra: The parties are directed to file their requests to charge and/or proposed jury instructions a.s.a.p. Ordered by Judge Sandra L. Townes on 6/25/2012 (Caspari, Alexander). (Entered: 06/25/2012) |
| 06/25/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 6/25/2012. AUSAs Nicole Argentieri, Allon Lifshitz & Rachel Nash present. Defendant present with counsel Gerald McMahon & Mathew Mari. Evidence entered & testimony heard. Jury Trial is continued to 6/26/2012 at 09:30 AM. (Court Reporter Marsha Diamond.) (Frullo, Veronica) (Entered: 06/26/2012) |
| 06/26/2012 | 577 | Letter *In Opposition to the Defendants Motion to Admit His Own Hearsay Statements* as to Francis Guerra (Lifshitz, Allon) (Entered: 06/26/2012) |
| 06/26/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 6/26/2012. AUSAs Nicole Argentieri, Allon Lifshitz & Rachel Nash present. Defendant present with counsel Gerald McMahon & Mathew Mari. Evidence entered & testimony heard. Jury Trial is continued to 6/27/2012 at 09:30 AM. (Court Reporter Marsha Diamond.) (Frullo, Veronica) (Entered: 07/02/2012) |
| 06/27/2012 | | ORDER as to Francis Guerra: The Court, sua sponte, has reconsidered its decision to preclude defendant from calling Special Agent Curtis. Defendant may recall this witness for the sole purpose of inquiring whether John Sparaco made statements admitting sole responsibility for the murder of Michael Devine. Although no one argued that this statement was admissible as a declaration against penal interest, this Court finds that this hearsay exception is applicable. The government is ordered to produce Special Agent Curtis on June 28, 2012, at 9:30 a.m. Ordered by Judge Sandra L. Townes on 6/27/2012. (Caspari, Alexander) (Entered: 06/27/2012) |
| 06/27/2012 | 581 | MOTION for Reconsideration *to Admit CD Recordings* by Francis Guerra. (Mari, Mathew) (Entered: 06/27/2012) |
| 06/27/2012 | 582 | ORDER as to Francis Guerra: Defendant's application to introduce recordings of exculpatory statements which he himself made to a cooperating witness, Reynold Maragni (Defendant's Exhibit O) is denied. Ordered by Judge Sandra L. Townes on 6/27/2012. (Caspari, Alexander) (Entered: 06/27/2012) |
| 06/27/2012 | 583 | REPLY TO RESPONSE to Motion re 554 MOTION in Limine *to Preclude Line of Cross−Examination* (Mari, Mathew) (Entered: 06/27/2012) |
| 06/27/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 6/27/2012. AUSAs Nicole Argentieri, Allon Lifshitz & Rachel Nash present. Defendant present with counsel Gerald McMahon & Mathew Mari. Evidence entered & testimony heard. Jury Trial is continued to 6/28/2012 at 09:30 AM. (Court Reporter Marsha Diamond.) (Frullo, Veronica) (Entered: 07/02/2012) |
| 06/28/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes:Jury Trial as to Francis Guerra held on 6/28/2012. AUSA: N. Argentieri and R. Nash present. Deft. present with counsel: G. McMahon and M. Mari. Govt. rest/ defense rest. Rebuttal witness C. Forbes testified. Govt rest. Trial cont'd to 6/29/12 @ 4:00 for the charge conf. and 7/2/12 @ 9:30 a.m. for summations. Court Reporter M. Diamond. (Batista, Gaby) Modified on 6/28/2012 (Batista, Gaby). (Entered: 06/28/2012) |
| 06/28/2012 | 584 | Proposed Jury Instructions by Francis Guerra (McMahon, Gerald) (Entered: 06/28/2012) |
| 06/28/2012 | 585 | Proposed Jury Instructions by USA as to Francis Guerra (Attachments: # 1 Proposed Verdict Sheet) (Lifshitz, Allon) (Entered: 06/28/2012) |
| 06/29/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Charge Conference as to Francis Guerra held on 6/29/2012. AUSAs Nicole Argentieri, Allon Lifshitz & Rachel Nash. Defense counsel Gerald McMahon & Mathew Mari present for the defendant. Defendant not present; he waived his appearance for the charge conference on 6/28. Charge conference held. Attorneys to appear on 07/02/12 at 9:00 |

| | | |
|---|---|---|
| | | am to finalize the charge. Trial continued to July 2, 2012 at 9:30 am. (Court Reporter Marsha Diamond.) (Frullo, Veronica) (Entered: 07/10/2012) |
| 07/02/2012 | 586 | ORDER OF SUSTENANCE as to Francis Guerra. Ordered by Judge Sandra L. Townes on 6/28/2012. (Siegfried, Evan) (Entered: 07/02/2012) |
| 07/02/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 7/2/2012. AUSAs Nicole Argentieri, Rachel Nash & Allon Lifshitz present. Defendant present with counsel, Gerald McMahon & Mathew Mari. Summations begun. Trial continued to 7/3/2012, at 09:30 AM. (Court Reporter Mary Agnes Drury.) (Frullo, Veronica) (Entered: 07/10/2012) |
| 07/03/2012 | 587 | ORDER Modifying Conditions or Term of Supervision as to Michael J. Persico. Ordered by Judge Sandra L. Townes on 6/29/2012. (Siegfried, Evan) (Entered: 07/03/2012) |
| 07/03/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 7/3/2012. AUSAs Nicole Argentieri, Rachel Nash & Allon Lifshitz present. Defendant present with counsel, Gerald McMahon & Mathew Mari. Summations concluded. The Court begins charging the Jury. Trial continued to 7/9/2012, at 09:30 AM. (Court Reporter Mary Agnes Drury.) (Frullo, Veronica) (Entered: 07/10/2012) |
| 07/06/2012 | 588 | ORDER as to Edward Garofalo, Jr. Application granted. Ordered by Judge Sandra L. Townes on 7/3/2012. (Siegfried, Evan) (Entered: 07/06/2012) |
| 07/09/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 7/9/2012. AUSAs Nicole Argentieri, Rachel Nash & Allon Lifshitz present. Defendant present with counsel, Gerald McMahon & Mathew Mari. Alternate Juror #2 (not present) is dismissed. The Court finishes charging the Jury. Deliberations begin. Trial continued to July 10, 2012, at 9:30am. (Court Reporter Victoria Torres−Butler.) (Frullo, Veronica) (Entered: 07/10/2012) |
| 07/10/2012 | 589 | MOTION to Travel by Michael D. Sciaretta. (Chang, Christopher) (Entered: 07/10/2012) |
| 07/10/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 7/10/2012. AUSAs Nicole Argentieri, Rachel Nash & Allon Lifshitz present. Defendant present with counsel, Gerald McMahon & Mathew Mari. Deliberations continue. Trial continued to July 11, 2012, at 9:30am. (Court Reporter Victoria Torres−Butler.) (Frullo, Veronica) (Entered: 07/11/2012) |
| 07/11/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Jury Trial as to Francis Guerra held on 7/11/2012. AUSAs Nicole Argentieri, Rachel Nash & Allon Lifshitz present. Defendant present with counsel, Gerald McMahon & Mathew Mari. Deliberations completed. The jury reaches a verdict. The jury finds the defendant not guilty on Counts 1, 20, & 21. The jury finds the defendant guilty on Counts 22 − 27. The jury is excused. Sentencing is set for 10/26/2012, at 11:00 AM. (Court Reporter Victoria Torres−Butler.) (Frullo, Veronica) (Entered: 07/11/2012) |
| 07/11/2012 | 590 | EXHIBIT LIST − list of Court Exhibits (Frullo, Veronica) (Entered: 07/11/2012) |
| 07/13/2012 | 591 | ORDER granting 589 Motion to Travel as to Michael D. Sciaretta (4). Ordered by Judge Sandra L. Townes on 7/11/2012. (Siegfried, Evan) (Entered: 07/13/2012) |
| 07/19/2012 | | SCHEDULING ORDER as to Michael D. Sciaretta & Louis Romeo: A Status Conference is hereby set for August 22, 2012, at 02:30 PM before Judge Sandra L. Townes. Ordered by Judge Sandra L. Townes on 7/19/2012. (Frullo, Veronica) (Entered: 07/19/2012) |
| 07/23/2012 | | SCHEDULING ORDER as to Edward Garofalo, Jr.: At the request of the Probation Department, the sentencing set for July 27, 2012, is hereby adjourned until October 5, 2012, at 11:00 am. Ordered by Judge Sandra L. Townes on 7/23/2012. (Frullo, Veronica) (Entered: 07/23/2012) |
| 07/24/2012 | 592 | TRANSCRIPT of Proceedings as to Alicia Dimichele held on 5/22/12, before Judge Mann. Court Transcriber ARIA SERVICES, INC., Telephone number 845−260−1377. Transcript may be viewed at the court public terminal or purchased through the Court |

| | | |
|---|---|---|
| | | Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/14/2012. Redacted Transcript Deadline set for 8/24/2012. Release of Transcript Restriction set for 10/22/2012. (Hong, Loan) (Entered: 07/24/2012) |
| 07/31/2012 | 593 | Letter dated 7/25/2012 to Clerk of Court from Michael J. Connolly, counsel to Testa Corporation RE: signed deceleration by Testa Corporation. (Siegfried, Evan) (Entered: 07/31/2012) |
| 08/08/2012 | 594 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Michael J. Persico, Theodore N. Persico, Jr, Francis Guerra held on May 23, 2012, before Judge Townes. Court Reporter/Transcriber H. Driscoll, Telephone number (718)613−2274. Email address: hdrisc@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/29/2012. Redacted Transcript Deadline set for 9/10/2012. Release of Transcript Restriction set for 11/6/2012. (Driscoll, Holly) (Entered: 08/08/2012) |
| 08/08/2012 | 595 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Michael J. Persico, Theodore N. Persico, Jr, Francis Guerra held on May 24, 2012, before Judge Townes. Court Reporter/Transcriber H. Driscoll, Telephone number (718)613−2274. Email address: hdrisc@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/29/2012. Redacted Transcript Deadline set for 9/10/2012. Release of Transcript Restriction set for 11/6/2012. (Driscoll, Holly) (Entered: 08/08/2012) |
| 08/09/2012 | 596 | CJA 20 as to Edward Garofalo, Jr: Authorization to Pay Steve Zissou. Voucher # 120719000021.. Ordered by Judge Sandra L. Townes on 07/12/2012. (Rios, Laura) (Entered: 08/09/2012) |
| 08/10/2012 | 597 | Letter dated 8/6/2012 to Clerk of Court from Michael J. Connolly, counsel to Testa Corporation RE: revised deceleration of loss by Testa Corporation. (Siegfried, Evan) (Entered: 08/10/2012) |
| 08/22/2012 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Status Conference as to Michael D. Sciaretta & Louis Romeo held on 8/22/2012. AUSA Allon Lifshitz present. Defendants present with counsel. The Court sets jury selection & trial for January 28, 2013, at 9:30 am. The Pretrial Conference is set for 1/11/2013, at 11:00 AM. (Court Reporter Allan Sherman.) (Frullo, Veronica) Modified on 1/30/2013 (Frullo, Veronica). (Entered: 09/13/2012) |
| 08/22/2012 | | ORDER TO CONTINUE − Ends of Justice as to Michael D. Sciaretta & Louis Romeo: Speedy Trial Time excluded from 8/22/12 until 1/11/13. Ordered by Judge Sandra L. Townes on 8/22/2012. (Frullo, Veronica) (Entered: 09/13/2012) |
| 08/30/2012 | 598 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Francis Guerra held on JUNE 25, 2012, before Judge SANDRA L. TOWNES. Court Reporter/Transcriber MARSHA DIAMOND, Telephone number 718 613−2489. Email address: MARSHA_DIAMOND@NYED.USCOURTS.GOV. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/20/2012. Redacted Transcript Deadline set for 10/1/2012. Release of Transcript Restriction set for 11/28/2012. (Diamond, Marsha) (Entered: 08/30/2012) |
| 08/30/2012 | 599 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Francis Guerra held on JUNE 26, 2012, before Judge SANDRA L. TOWNES. Court Reporter/Transcriber MARSHA DIAMOND, Telephone number 718 613−2489. Email address: MARSHA_DIAMOND@NYED.USCOURTS.GOV. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/20/2012. Redacted Transcript Deadline set for 10/1/2012. Release of Transcript Restriction set for 11/28/2012. (Diamond, Marsha) (Entered: 08/30/2012) |

| | | |
|---|---|---|
| 08/30/2012 | 600 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Francis Guerra held on JUNE 27, 2012, before Judge SANDRA L. TOWNES. Court Reporter/Transcriber MARSHA DIAMOND, Telephone number 718 613−2489. Email address: MARSHA_DIAMOND@NYED.USCOURTS. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/20/2012. Redacted Transcript Deadline set for 10/1/2012. Release of Transcript Restriction set for 11/28/2012. (Diamond, Marsha) (Entered: 08/30/2012) |
| 08/30/2012 | 601 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Francis Guerra held on JUNE 28, 2012, before Judge SANDRA L. TOWNES. Court Reporter/Transcriber MARSHA DIAMOND, Telephone number 718 613−2489. Email address: MARSHA_DIAMOND@NYED.USCOURTS.GOV. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/20/2012. Redacted Transcript Deadline set for 10/1/2012. Release of Transcript Restriction set for 11/28/2012. (Diamond, Marsha) (Entered: 08/30/2012) |
| 08/30/2012 | 602 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Francis Guerra held on JUNE 29, 2012, before Judge SANDRA L. TOWNES. Court Reporter/Transcriber MARSHA DIAMOND, Telephone number 718 613−2489. Email address: MARSHA_DIAMOND@NYED.USCOURTS.GOV. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/20/2012. Redacted Transcript Deadline set for 10/1/2012. Release of Transcript Restriction set for 11/28/2012. (Diamond, Marsha) (Entered: 08/30/2012) |
| 08/30/2012 | 603 | CJA 20 as to Edward Garofalo, Jr: Authorization to Pay Steve Zissou. Voucher # 120705000067.. Ordered by Judge Sandra L. Townes on 06/22/2012. (Rios, Laura) (Entered: 08/30/2012) |
| 08/30/2012 | 604 | CJA 20 as to Edward Garofalo, Jr: Authorization to Pay Steve Zissou. Voucher # 120705000078.. Ordered by Judge Sandra L. Townes on 06/22/2012. (Rios, Laura) (Entered: 08/30/2012) |
| 09/13/2012 | | SCHEDULING ORDER as to Michael J. Persico: At the request of the Probation Department, the sentencing set for September 21, 2012, is hereby adjourned. Sentencing is adjourned until December 7, 2012, at 11:00 AM. Ordered by Judge Sandra L. Townes on 9/13/2012. (Frullo, Veronica) (Entered: 09/13/2012) |
| 09/13/2012 | | SCHEDULING ORDER as to Theodore N. Persico, Jr: At the request of the Probation Department, the sentencing set for September 21, 2012, is hereby adjourned. Sentencing is adjourned until December 14, 2012, at 11:00 AM. Ordered by Judge Sandra L. Townes on 9/13/2012. (Frullo, Veronica) (Entered: 09/13/2012) |
| 09/25/2012 | 605 | CJA 20 as to Alicia Dimichele: Authorization to Pay Michael Bachrach. Voucher # 120719000022. Ordered by Judge Sandra L. Townes on 7/12/12. (Fernandez, Erica) (Entered: 09/25/2012) |
| 10/02/2012 | 607 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Alicia Dimichele held on 10.14.11, before Judge Townes. Court Reporter/Transcriber Anthony Frisolone, Telephone number 718 613 2487. Email address: AFrisolone@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/23/2012. Redacted Transcript Deadline set for 11/2/2012. Release of Transcript Restriction set for 12/31/2012. (Frisolone, Anthony) (Entered: 10/02/2012) |
| 10/18/2012 | 610 | CJA 20 as to Edward Garofalo, Jr: Authorization to Pay Steve Zissou. Voucher # 120917000152.. Ordered by Judge Sandra L. Townes on 09/10/2012. (Rios, Laura) (Entered: 10/18/2012) |
| 10/19/2012 | 611 | Letter *Seeking Postponement of Sentencing* as to Francis Guerra (McMahon, Gerald) (Entered: 10/19/2012) |

| | | |
|---|---|---|
| 10/25/2012 | 614 | CJA 20 as to Theodore N. Persico, Jr: Authorization to Pay Elizabeth Macedonio. Voucher # 120912000059.. Ordered by Judge Sandra L. Townes on 09/07/2012. (Rios, Laura) (Entered: 10/25/2012) |
| 11/06/2012 | 618 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Edward Garofalo, Jr held on 05/18/2012, before Judge SANDRA L TOWNES. Court Reporter/Transcriber ALLAN R SHERMAN, Telephone number 718−613−2529. Email address: ASHER99983@AOL.COM. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/27/2012. Redacted Transcript Deadline set for 12/7/2012. Release of Transcript Restriction set for 2/4/2013. (Sherman, Allan) (Entered: 11/06/2012) |
| 11/09/2012 | | SCHEDULING ORDER as to Francis Guerra: Sentencing is hereby set for 11/30/2012 at 02:00 PM. Ordered by Judge Sandra L. Townes on 11/9/2012. (Frullo, Veronica) (Entered: 11/09/2012) |
| 12/17/2012 | 620 | MOTION for Joinder *and Memorandum In Opposition to the Defendant Michael Sciaretta's Motion for Severance* by USA as to Michael D. Sciaretta. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Lifshitz, Allon) (Entered: 12/17/2012) |
| 12/28/2012 | 621 | MOTION in Limine *(1) to Admit Recordings, (2) to Admit Evidence Under Rule 404(b), (3) to Preclude a Line of Cross−Examination, and (4) to Preclude the Use of Extrinsic Evidence During Cross−Examination* by USA as to Michael D. Sciaretta, Louis Romeo. (Lifshitz, Allon) (Entered: 12/28/2012) |
| 12/31/2012 | 622 | RESPONSE in Opposition re 621 MOTION in Limine *(1) to Admit Recordings, (2) to Admit Evidence Under Rule 404(b), (3) to Preclude a Line of Cross−Examination, and (4) to Preclude the Use of Extrinsic Evidence During Cross−Examination* (DeMarco, Mark) (Entered: 12/31/2012) |
| 12/31/2012 | 623 | Proposed Voir Dire by Louis Romeo (DeMarco, Mark) (Entered: 12/31/2012) |
| 12/31/2012 | 624 | Proposed Jury Instructions by Louis Romeo (DeMarco, Mark) (Entered: 12/31/2012) |
| 01/02/2013 | 625 | MOTION to Travel *to Providence, Rhode Island* by Michael D. Sciaretta. (Chang, Christopher) (Entered: 01/02/2013) |
| 01/02/2013 | 626 | Letter MOTION to Modify Conditions of Release *as to travel restrictions* by Alicia Dimichele. (Wallenstein, John) (Entered: 01/02/2013) |
| 01/03/2013 | 627 | Letter *In Response to Letter from Sciaretta dated December 27, 2012,* as to Michael D. Sciaretta, Louis Romeo (Attachments: # 1 Exhibit A) (Lifshitz, Allon) (Entered: 01/03/2013) |
| 01/07/2013 | 628 | ORDER granting 626 Motion to Modify Conditions of Release as to Alicia Dimichele (2). Ordered by Judge Sandra L. Townes on 1/3/2013. (Siegfried, Evan) (Entered: 01/07/2013) |
| 01/07/2013 | 629 | ORDER granting 625 Motion to Travel as to Michael D. Sciaretta (4). Ordered by Judge Sandra L. Townes on 1/3/2013. (Siegfried, Evan) (Entered: 01/07/2013) |
| 01/07/2013 | 630 | RESPONSE in Opposition re 621 MOTION in Limine *(1) to Admit Recordings, (2) to Admit Evidence Under Rule 404(b), (3) to Preclude a Line of Cross−Examination, and (4) to Preclude the Use of Extrinsic Evidence During Cross−Examination by Defendant Michael Sciaretta* (Chang, Christopher) (Entered: 01/07/2013) |
| 01/09/2013 | 631 | MOTION for Forfeiture of Property *letter requesting entry of the Order of Forfeiture* by USA as to Michael J. Persico. (Attachments: # 1 Proposed Order) (Morris, Brian) (Entered: 01/09/2013) |
| 01/09/2013 | | ORDER as to Michael D. Sciaretta & Louis Romeo : Today this Court was notified by the Administrative Judge of Bronx Supreme Court that Mr. DeMarco is currently engaged in jury selection in a five year old murder case involving two defendants who are incarcerated and have been during the pendency of the case. Judge Alvarado estimates the trial will end in mid−February and indicates that four jurors have been selected so far. Because Mr. DeMarco is otherwise engaged in trial and unable to appear for jury selection here on January 28, 2013, the trial is adjourned. Both |

| | | |
|---|---|---|
| | | Sciaretta & Romeo are free on bail and this adjournment furthers the ends of justice by permitting Mr. Romeo representation by counsel who has represented him for the last six months. Because Mr. Sciaretta is joined with defendant for trial, this reasonable period of delay is allowed with regard to him. The pretrial conference is adjourned until January 25, 2013, at 11:00 for scheduling of a trial date. Time is excluded from today's date until January 25, 2013. Ordered by Judge Sandra L. Townes on 1/9/2013. (Frullo, Veronica) (Entered: 01/09/2013) |
| 01/14/2013 | 632 | ORDER DIRECTING FORFEITURE OF PROPERTY as to Michael J. Persico. Ordered by Judge Sandra L. Townes on 1/10/2013. (Siegfried, Evan) (Entered: 01/14/2013) |
| 01/16/2013 | 633 | Letter *from the government re: additional Rule 16 material* as to Michael D. Sciaretta, Louis Romeo (Lifshitz, Allon) (Entered: 01/16/2013) |
| 01/17/2013 | 636 | CJA 20 as to Theodore N. Persico, Jr: Authorization to Pay Elizabeth Macedonio. Voucher # 130114000125.. Ordered by Judge Sandra L. Townes on 1/4/2013. (Rios, Laura) (Entered: 01/17/2013) |
| 01/17/2013 | 637 | CJA 20 as to Theodore N. Persico, Jr: Authorization to Pay Elizabeth Macedonio. Voucher # 130114000135.. Ordered by Judge Sandra L. Townes on 1/4/2013. (Rios, Laura) (Entered: 01/17/2013) |
| 01/17/2013 | 638 | SENTENCING MEMORANDUM by Francis Guerra (McMahon, Gerald) (Entered: 01/17/2013) |
| 01/28/2013 | 639 | MOTION to Travel *to Youth Hockey Tournament* by Michael D. Sciaretta. (Chang, Christopher) (Entered: 01/28/2013) |
| 01/30/2013 | 640 | ORDER granting 639 Motion to Travel as to Michael D. Sciaretta (4). Ordered by Judge Sandra L. Townes on 1/29/2013. (Siegfried, Evan) (Entered: 01/30/2013) |
| 02/22/2013 | 642 | Seizure Warrant Returned Executed in case as to Michael J. Persico. Served on 2/19/2013. (Siegfried, Evan) (Entered: 02/22/2013) |
| 03/12/2013 | | SCHEDULING ORDER as to Francis Guerra: Due to a conflict in the Court's calendar, the sentencing set for March 29, 2013 is hereby adjourned until May 17, 2013 at 2:30 pm. Ordered by Judge Sandra L. Townes on 3/12/2013. (Frullo, Veronica) (Entered: 03/12/2013) |
| 03/12/2013 | | SCHEDULING ORDER as to Edward Garofalo, Jr.: The March 22, 2013, sentencing date is hereby adjourned until May 24, 2013 at 10:00 AM. Ordered by Judge Sandra L. Townes on 3/12/2013. (Frullo, Veronica) (Entered: 03/12/2013) |
| 03/14/2013 | 644 | Letter *Regarding Trial Schedule* as to Michael D. Sciaretta, Louis Romeo (Lifshitz, Allon) (Entered: 03/14/2013) |
| 03/22/2013 | | SCHEDULING ORDER as to Michael D. Sciaretta & Louis Romeo: The government's motion to adjourn the jury selection and trial to August 26, 2013 644 is granted. Ordered by Judge Sandra L. Townes on 3/22/2013. (Frullo, Veronica) (Entered: 03/22/2013) |
| 04/04/2013 | 645 | Letter MOTION to Withdraw as Attorney by James C. Neville. by Theodore N. Persico, Jr. (Neville, James) (Entered: 04/04/2013) |
| 04/22/2013 | 646 | MOTION to Travel *to Youth Hockey Tournament* by Michael D. Sciaretta. (Chang, Christopher) (Entered: 04/22/2013) |
| 04/23/2013 | 647 | MOTION to Exclude *Government Sentencing Memorandum Unless Filed by April 26, 2013* by Francis Guerra. (McMahon, Gerald) (Entered: 04/23/2013) |
| 04/23/2013 | 648 | AFFIDAVIT in Support re 647 MOTION to Exclude *Government Sentencing Memorandum Unless Filed by April 26, 2013* (McMahon, Gerald) (Entered: 04/23/2013) |
| 04/26/2013 | 649 | SENTENCING MEMORANDUM by USA as to Francis Guerra (Argentieri, Nicole) (Entered: 04/26/2013) |

| | | | |
|---|---|---|---|
| 04/30/2013 | 650 | ORDER denying 647 Motion precluding the government for submitting a sentencing memorandum unless it is filed by 12 noon on Friday April 26, 2013 as to Francis Guerra (10). APPLICATION DENIED. ( Ordered by Judge Sandra L. Townes on 4/29/13 ) (Guzzi, Roseann) (Entered: 05/01/2013) |
| 04/30/2013 | 651 | ORDER dated 4/30/13granting 646 Motion to Travel to son's youth hockey tournament as to Michael D. Sciaretta (4). ( Ordered by Judge Sandra L. Townes on 4/30/13 ) (Guzzi, Roseann) (Entered: 05/01/2013) |
| 05/10/2013 | 652 | SENTENCING MEMORANDUM by Francis Guerra (McMahon, Gerald) (Entered: 05/10/2013) |
| 05/15/2013 | 653 | SENTENCING MEMORANDUM by Francis Guerra (McMahon, Gerald) (Entered: 05/15/2013) |
| 05/16/2013 | | SCHEDULING ORDER as to Francis Guerra: The Sentencing set for May 17, 2013, is herby adjourned until May 22, 2013, at 02:00 PM. Ordered by Judge Sandra L. Townes on 5/16/2013. (Frullo, Veronica) (Entered: 05/16/2013) |
| 05/17/2013 | 654 | SENTENCING MEMORANDUM by USA as to Francis Guerra (Lifshitz, Allon) (Entered: 05/17/2013) |
| 05/20/2013 | 655 | ORDER dated 5/17/13 granting 645 Motion to Withdraw as Attorney. James C. Neville co−counsel withdrawn from case as to Theodore N. Persico Jr. (6). ( Ordered by Judge Sandra L. Townes on 5/17/2013 ) (Guzzi, Roseann) (Entered: 05/20/2013) |
| 05/20/2013 | 656 | ORDER OF FORFEITURE. re: 631 Motion for Forfeiture of Property as to Michael J. Persico (5). ( Ordered by Judge Sandra L. Townes on 5/17/2013 ) *5 certified copies mailed interoffice. (Guzzi, Roseann) (Entered: 05/20/2013) |
| 05/22/2013 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Docket Call as to Francis Guerra held on 5/22/2013. AUSAs Nicole Argentieri and Allon Lifshitz present. Defendant present with counsel Gerald McMahon & Mathew Mari. Probation Officer Patricia Sullivan present. The Court sets a Fatico hearing for June 11, 2013, at 10:00 AM. (Court Reporter Judi Johnson.) (Frullo, Veronica) (Entered: 05/22/2013) |
| 05/30/2013 | 657 | (Court Exhibit #1)JURY VERDICT as to Francis Guerra (10) Guilty on Count 22ss,23ss,24ss−27ss Francis Guerra (10) Not Guilty on Count 1ss,20ss,21ss. (Guzzi, Roseann) (Entered: 05/30/2013) |
| 05/30/2013 | | SCHEDULING ORDER as to Edward Garofalo, Jr.: Due to a conflict in the Court's calendar, the Sentencing set for June 7, 2013, is hereby adjourned until July 9, 2013, at 11:30 AM. Ordered by Judge Sandra L. Townes on 5/30/2013. (Frullo, Veronica) (Entered: 05/30/2013) |
| 06/03/2013 | 658 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Francis Guerra held on 6/11/12, before Judge Townes. Court Reporter/Transcriber G. Rudolph, Telephone number 718−613−2538. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/24/2013. Redacted Transcript Deadline set for 7/4/2013. Release of Transcript Restriction set for 9/2/2013. (Rudolph, Gene) (Entered: 06/03/2013) |
| 06/03/2013 | 659 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Francis Guerra held on 6/14/12, before Judge Townes. Court Reporter/Transcriber G. Rudolph, Telephone number 718−613−2538. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/24/2013. Redacted Transcript Deadline set for 7/4/2013. Release of Transcript Restriction set for 9/2/2013. (Rudolph, Gene) (Entered: 06/03/2013) |
| 06/04/2013 | 660 | Letter *& Subpoena Duces Tecum for MDC Medical Records* as to Francis Guerra (McMahon, Gerald) (Entered: 06/04/2013) |
| 06/07/2013 | 661 | SENTENCING MEMORANDUM by Francis Guerra (McMahon, Gerald) (Entered: 06/07/2013) |

| | | |
|---|---|---|
| 06/12/2013 | 662 | Letter MOTION to Modify Conditions of Release *to remove travel restrictions* by Alicia Dimichele. (Attachments: # 1 Declaration) (Wallenstein, John) (Entered: 06/12/2013) |
| 06/17/2013 | 663 | ORDER granting 662 Motion to Modify Conditions of Release to permit travel as to Alicia Dimichele. APPLICATION GRANTED. ( Ordered by Judge Sandra L. Townes on 6/13/2013 ) (Guzzi, Roseann) (Entered: 06/17/2013) |
| 06/18/2013 | 664 | Letter *regarding statement proffered by defense counsel during Fatico proceeding* as to Francis Guerra (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Argentieri, Nicole) (Entered: 06/18/2013) |
| 06/18/2013 | 665 | Letter *Alerting Court to Recent Supreme Court Decision* as to Francis Guerra (McMahon, Gerald) (Entered: 06/18/2013) |
| 06/19/2013 | 666 | Letter *responding to defendant's 6/18/13 submission regarding a recent Supreme Court decision* as to Francis Guerra (Argentieri, Nicole) (Entered: 06/19/2013) |
| 06/27/2013 | | SCHEDULING ORDER as to Michael D. Sciaretta & Louis Romeo: The Pretrial Conference set for June 28, 2013, is hereby adjourned until July 26, 2013, at 9:30 am. ORDER TO CONTINUE − Ends of Justice as to Michael D. Sciaretta & Louis Romeo: On consent of the parties, Speedy Trial Time is excluded from 6/28/13 until 7/26/13. Ordered by Judge Sandra L. Townes on 6/27/2013. (Frullo, Veronica) (Entered: 06/27/2013) |
| 07/24/2013 | 668 | Minute Entry for proceedings held before Judge Sandra L. Townes: Status Conference as to Francis Guerra held on 7/24/2013. ( Sentencing set for 9/18/2013 at 02:30 PM in Courtroom 4B South before Judge Sandra L. Townes.) (Court Reporter Victoria Butler) (Guzzi, Roseann) (Entered: 07/24/2013) |
| 07/26/2013 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Pretrial Conference as to Michael D. Sciaretta, Louis Romeo held on 7/26/2013. AUSA Allon Lifshitz present. Defendant Sciaretta present with counsel Christopher Chang and John Rieck. Defendant Romeo present with counsel Mark DeMarco. The Court rules on motions in limine on the record. Proposed Jury Charges are to be filed no later that August 12, 2013. Speedy Trial time is excluded from 7/26/13 − 8/26/13. (Court Reporter Victoria Torres−Butler.) (Frullo, Veronica) (Entered: 07/30/2013) |
| 08/12/2013 | 669 | Proposed Jury Instructions by USA as to Michael D. Sciaretta, Louis Romeo (Lifshitz, Allon) (Entered: 08/12/2013) |
| 08/12/2013 | 670 | Letter *In Support of the Government's Proposed Jury Instructions* as to Michael D. Sciaretta, Louis Romeo (Lifshitz, Allon) (Entered: 08/12/2013) |
| 08/13/2013 | 671 | MOTION to Travel *to Youth Hockey Tournament* by Michael D. Sciaretta. (Chang, Christopher) (Entered: 08/13/2013) |
| 08/13/2013 | | SCHEDULING ORDER as to Michael D. Sciaretta, Louis Romeo: This matter has been referred to the undersigned for jury selection. Jury selection will commence on Monday, August 26, 2013 at 9:30 a.m. in Courtroom 4B. Any proposed voir dire questions should be filed electronically by the close of business on Wednesday, August 21, 2013. It is also respectfully requested that the Government provide the court with a list of witnesses, as well as the names of people and places which may figure prominently in the trial. Ordered by Magistrate Judge Viktor V. Pohorelsky on 8/13/2013. (Toritto, Jim) (Entered: 08/13/2013) |
| 08/13/2013 | 672 | Letter *Enclosing Recordings and Transcripts* as to Michael D. Sciaretta, Louis Romeo (Lifshitz, Allon) (Entered: 08/13/2013) |
| 08/14/2013 | 673 | Letter *Enclosing Additional Rule 16 Material* as to Michael D. Sciaretta, Louis Romeo (Lifshitz, Allon) (Entered: 08/14/2013) |
| 08/14/2013 | 674 | SUPERSEDING INDICTMENT (S−8) as to Michael D. Sciaretta (4) count(s) 1sssss, 2sssss, Louis Romeo (8) count(s) 1sssss, 2sssss. (Attachments: # 1 Criminal Information Sheet) (Guzzi, Roseann) (Entered: 08/15/2013) |
| 08/16/2013 | 675 | Letter *Enclosing Additional Copies of Recordings Previously Made Available* as to Michael D. Sciaretta (Lifshitz, Allon) (Entered: 08/16/2013) |

| | | |
|---|---|---|
| 08/18/2013 | 676 | MOTION in Limine *(1) to Preclude Cross−Examination of CW About Purported Recent Crime, (2) to Preclude Cross−Examination of Fact Witness About Purported Tax Evasion, and (3) to Preclude Defendants From Introducing Recordings That Constitute Hearsay* by USA as to Michael D. Sciaretta, Louis Romeo. (Attachments: # 1 Exhibit A (News Article), # 2 Exhibit B (Court Transcript dated Jan. 25, 2013), # 3 Exhibit C (Court Transcript dated July 26, 2013)) (Lifshitz, Allon) (Entered: 08/18/2013) |
| 08/19/2013 | 678 | Letter *Enclosing Additional Section 3500 Material* as to Michael D. Sciaretta, Louis Romeo (Lifshitz, Allon) (Entered: 08/19/2013) |
| 08/19/2013 | 679 | Letter *Enclosing Additional Rule 16 Material* as to Michael D. Sciaretta, Louis Romeo (Lifshitz, Allon) (Entered: 08/19/2013) |
| 08/20/2013 | 680 | Proposed Jury Instructions by USA as to Michael D. Sciaretta, Louis Romeo (Lifshitz, Allon) (Entered: 08/20/2013) |
| 08/20/2013 | 681 | Letter *Regarding Jury Instructions* as to Michael D. Sciaretta, Louis Romeo (Lifshitz, Allon) (Entered: 08/20/2013) |
| 08/20/2013 | 682 | ORDER granting 671 Motion to Travel as to Michael D. Sciaretta (4). Ordered by Judge Sandra L. Townes on 8/19/2013. (Brucella, Michelle) (Entered: 08/20/2013) |
| 08/21/2013 | 683 | Letter as to Michael D. Sciaretta (Rieck, John) (Entered: 08/21/2013) |
| 08/21/2013 | 684 | Letter *Enclosing Additional Section 3500 Material* as to Michael D. Sciaretta, Louis Romeo (Lifshitz, Allon) (Entered: 08/21/2013) |
| 08/21/2013 | 685 | Proposed Voir Dire by USA as to Michael D. Sciaretta, Louis Romeo (Lifshitz, Allon) (Entered: 08/21/2013) |
| 08/21/2013 | | ORDER as to Michael D. Sciaretta and Louis Romeo:The government's letter motion in limine dated August 18, 2013 indicates that the government provided defendants Sciaretta and Romeo with copies of excerpts of recordings that the government intends to offer during its direct examination of the confidential witness, along with transcripts of those excerpts. The government further indicated that it understands that counsel to defendant Michael D. Sciaretta is intending to seek to introduce additional recordings made by the confidential witness pursuant to the "rule of completeness." To the extent defendants' counsel is, in fact, intending to introduce such recordings, defendants' counsel is hereby directed to respond to the government's arguments no later than Friday, August 23, 2013. Ordered by Judge Sandra L. Townes on 8/21/2013. (Perlin, Adam) (Entered: 08/21/2013) (Entered: 09/03/2013) |
| 08/23/2013 | 686 | SUPERSEDING INFORMATION (S−9) as to Michael D. Sciaretta (4) count(s) 1ssssss. (Guzzi, Roseann) (Entered: 09/04/2013) |
| 08/23/2013 | 687 | WAIVER OF INDICTMENT by Michael D. Sciaretta. (Guzzi, Roseann) (Entered: 09/04/2013) |
| 08/23/2013 | 688 | Minute Entry for proceedings held before Judge Sandra L. Townes: Arraignment on Superseding Information(S−9) as to Michael D. Sciaretta (4) Count 1ssssss held on 8/23/2013, Plea Agreement Hearing as to Michael D. Sciaretta held on 8/23/2013, Plea entered by Michael D. Sciaretta (4) Guilty Count 1ssssss (superseding information S−9. ( Sentencing set for 12/6/2013 at 11:00 AM in Courtroom 4B South before Judge Sandra L. Townes.) ( Court Reporter: Charlene Heading) (Guzzi, Roseann) (Entered: 09/04/2013) |
| 08/23/2013 | 689 | SUPERSEDING INFORMATION (S−10) as to Louis Romeo (8) count(s) 1ssssss. (Guzzi, Roseann) (Entered: 09/04/2013) |
| 08/23/2013 | 690 | WAIVER OF INDICTMENT by Louis Romeo. (Guzzi, Roseann) (Entered: 09/04/2013) |
| 08/23/2013 | 691 | Minute Entry for proceedings held before Judge Sandra L. Townes: Arraignment as to Louis Romeo (8) Count 1ssssss held on 8/23/2013, Plea Agreement Hearing as to Louis Romeo held on 8/23/2013, Plea entered by Louis Romeo (8) Guilty Count 1ssssss (superseding information S−10). ( Sentencing set for 12/6/2013 11:30 AM in Courtroom 4B South before Judge Sandra L. Townes.) (Court Reporter Charleane Heading.) (Guzzi, Roseann) (Entered: 09/04/2013) |

| | | |
|---|---|---|
| 09/16/2013 | 692 | SENTENCING MEMORANDUM by Francis Guerra (McMahon, Gerald) (Entered: 09/16/2013) |
| 09/16/2013 | | SCHEDULING ORDER as to Francis Guerra: The Sentencing set for September 18, 2013, is hereby adjourned until September 23, 2013, at 2:30 PM. If the government intends to respond to defense counsel's sentencing submission filed today, they must do so no later than 2:00 pm on September 18, 2013. Defendant's reply must by filed no later than 2:00 pm on September 20, 2013. The Court will not accept any further filings after Friday, September 20, 2013. Ordered by Judge Sandra L. Townes on 9/16/2013. (Frullo, Veronica) (Entered: 09/16/2013) |
| 09/18/2013 | 693 | Letter *responding to defendant's arguments of September 16, 2013* as to Francis Guerra (Argentieri, Nicole) (Entered: 09/18/2013) |
| 09/18/2013 | 694 | Letter *Amended letter responding to defendant's arguments of September 16, 2013 (to replace docket entry no. 693)* as to Francis Guerra (Argentieri, Nicole) (Entered: 09/18/2013) |
| 09/20/2013 | 695 | SENTENCING MEMORANDUM by Francis Guerra (McMahon, Gerald) (Entered: 09/20/2013) |
| 09/23/2013 | 711 | Minute Entry for proceedings held before Judge Sandra L. Townes: Sentencing held on 9/23/2013 for Francis Guerra (10), Count(s) 22ss, 23ss, 24ss−27ss, defendant is sentenced to 22ss−27ss and receives 14 years on each count to run concurrently and 3 years supervised release; $100.00 special assessment on each count for a total of $600.00; restitution in the amount $2,175.31. $25 per quarter in custody & 10% income per month on supervised release. Count(s) 1, 10ss, 11ss, 12ss, 13ss, 14ss, 15ss, 16ss, 17ss, 18, 18s, 18ss, 19, 19s, 19ss, 1s, 1ss, 20s, 20ss, 21s, 21ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, 9ss, Dismissed by Government's motion in open Court; The Court recommends to the BOP that defendant be incarcerated at a facility close to Fort Dix. Defendant advised of right to appeal. (Court Reporter Michele Nardene.) (Guzzi, Roseann) (Entered: 01/10/2014) |
| 09/30/2013 | 696 | Letter *regarding scheduling of sentencing* as to Alicia Dimichele (Wallenstein, John) (Entered: 09/30/2013) |
| 10/04/2013 | | SCHEDULING ORDER as to Alicia Dimichele: Sentencing is hereby set for 10/18/2013 at 3:00 PM. Ordered by Judge Sandra L. Townes on 10/4/2013. (Frullo, Veronica) (Entered: 10/04/2013) |
| 10/04/2013 | | SCHEDULING ORDER as to Edward Garofalo, Jr.: Sentencing is hereby set for 11/21/2013 at 12:00 PM. Ordered by Judge Sandra L. Townes on 10/4/2013. (Frullo, Veronica) (Entered: 10/04/2013) |
| 10/08/2013 | 697 | Letter *requesting updated PSR* as to Alicia Dimichele (Argentieri, Nicole) (Entered: 10/08/2013) |
| 10/09/2013 | 698 | Letter as to Alicia Dimichele (Wallenstein, John) (Entered: 10/09/2013) |
| 10/10/2013 | 699 | Letter *consenting to updated PSR and requesting status conference* as to Alicia Dimichele (Wallenstein, John) (Entered: 10/10/2013) |
| 10/15/2013 | 700 | SENTENCING MEMORANDUM by Alicia Dimichele (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit) (Wallenstein, John) (Entered: 10/15/2013) |
| 10/17/2013 | | SCHEDULING ORDER as to Alicia Dimichele: Because the U.S. Probation Department requires time to update the PSR, the Sentencing set for October 18, 2013, is hereby adjourned until November 25, 2013, at 11:00 AM. Ordered by Judge Sandra L. Townes on 10/17/2013. (Frullo, Veronica) (Entered: 10/17/2013) |
| 10/17/2013 | | REVISED SCHEDULING ORDER as to Edward Garofalo, Jr.: Sentencing is hereby set for November 12, 2013, at 11:00am. Ordered by Judge Sandra L. Townes on 10/17/2013. (Frullo, Veronica) (Entered: 10/17/2013) |
| 10/17/2013 | | SCHEDULING ORDER as to Michael J. Persico: Sentencing is hereby set for November 26, 2013, at 11:00 AM. Ordered by Judge Sandra L. Townes on 10/17/2013. (Frullo, Veronica) (Entered: 10/17/2013) |

| | | |
|---|---|---|
| 10/17/2013 | | SCHEDULING ORDER as to Theodore N. Persico, Jr.: Sentencing is hereby set for November 26, 2013, at 2:30 PM. Ordered by Judge Sandra L. Townes on 10/17/2013. (Frullo, Veronica) (Entered: 10/17/2013) |
| 10/22/2013 | 701 | Letter *opposing unsealing of sentencing memorandum* as to Alicia Dimichele (Wallenstein, John) (Entered: 10/22/2013) |
| 11/12/2013 | | SCHEDULING ORDER as to Michael J. Persico: At the request of defense counsel, the Sentencing set for November 26, 2013, is hereby adjourned until February 28, 2014, at 11:00. Ordered by Judge Sandra L. Townes on 11/12/2013. (Frullo, Veronica) (Entered: 11/12/2013) |
| 11/21/2013 | | SCHEDULING ORDER as to Alicia Dimichele: Due to a conflict in the Court's calendar the Sentencing set for November 25, 2013 is hereby adjourned until January 6, 2014, at 11:00 AM. Ordered by Judge Sandra L. Townes on 11/21/2013. (Frullo, Veronica) (Entered: 11/21/2013) |
| 11/27/2013 | 705 | MOTION to Continue Sentencing by Michael D. Sciaretta. (Chang, Christopher) (Entered: 11/27/2013) |
| 12/03/2013 | | ORDER granting 705 Motion to Continue Sentencing as to Michael D. Sciaretta (4). The Sentencing set for December 6, 2013, is hereby adjourned until February 14, 2014 at 10:00 AM. Ordered by Judge Sandra L. Townes on 12/3/2013. (Frullo, Veronica) (Entered: 12/03/2013) |
| 12/06/2013 | 712 | Minute Entry for proceedings held before Judge Sandra L. Townes: Sentencing held on 12/6/2013 for Edward Garofalo, Jr. (3), Count(s) 1sssss, defendant is sentenced to 84 months imprisonment followed by 3 years supervised release and $100.00 special assessment. Special conditions of supervision. Count(s) 1, 10ssss, 11ssss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 1s, 1ss, 1sss, 1ssss, 2, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, 2s, 2ss, 2sss, 2ssss, 3, 3s, 3ss, 3sss, 3ssss, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9ssss, dismissed by Government's motion in open court; the Court recommends to the BOP Fort Dix or Fairton. Defendant prohibited in gambling activity. Defendant advised of right to appeal. (Court Reporter V. Torres−Butler.) (Guzzi, Roseann) (Entered: 01/10/2014) |
| 12/23/2013 | 706 | SENTENCING MEMORANDUM by Louis Romeo as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Attachments: # 1 Exhibit) (DeMarco, Mark) (Entered: 12/23/2013) |
| 12/30/2013 | 707 | MOTION to Travel *to Youth Hockey Tournament* by Michael D. Sciaretta. (Chang, Christopher) (Entered: 12/30/2013) |
| 01/03/2014 | 708 | Letter *related to sentencing* as to Alicia Dimichele (Argentieri, Nicole) (Entered: 01/03/2014) |
| 01/04/2014 | 709 | Letter *in response to Government's sentencing submission* as to Alicia Dimichele (Wallenstein, John) (Entered: 01/04/2014) |
| 01/06/2014 | 710 | SENTENCING MEMORANDUM by Alicia Dimichele (Wallenstein, John) (Entered: 01/06/2014) |
| 01/07/2014 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Docket Call as to Alicia Dimichele held on 1/7/2014. AUSAs Nicole Argentieri & Allon Lifshitz present. Defendant present with counsel John Wallenstein. The Court directs defense counsel to file a redacted version of the defendant's sentencing memo on the public docket. Sentencing is adjourned without date. The parties are directed to contact the Court no later than January 23, 2014, to schedule a Fatico Hearing. (Court Reporter Holly Driscoll.) (Frullo, Veronica) (Entered: 01/09/2014) |
| 01/09/2014 | | SCHEDULING ORDER as to Louis Romeo: Sentencing is hereby adjourned until February 14, 2014, at 10:30 AM. Ordered by Judge Sandra L. Townes on 1/9/2014. (Frullo, Veronica) (Entered: 01/09/2014) |
| 02/03/2014 | | SCHEDULING ORDER as to Theodore N. Persico, Jr.: Sentencing is hereby set for 3/20/2014 at 12:00 PM. Ordered by Judge Sandra L. Townes on 2/3/2014. (Frullo, Veronica) (Entered: 02/03/2014) |

| | | |
|---|---|---|
| 02/05/2014 | 713 | Letter *Regarding Possible Violation of Protective Order* as to Michael J. Persico (Lifshitz, Allon) (Entered: 02/05/2014) |
| 02/06/2014 | 714 | Letter *responding to govt letter re protective order* as to Michael J. Persico (Kedia, Sarita) (Entered: 02/06/2014) |
| 02/07/2014 | 715 | Second MOTION to Continue Sentencing by Michael D. Sciaretta. (Chang, Christopher) (Entered: 02/07/2014) |
| 02/07/2014 | | ORDER granting 715 Motion to Continue Sentencing as to Michael D. Sciaretta (4). Sentencing is hereby adjourned until 6/27/2014 at 11:00 AM. Ordered by Judge Sandra L. Townes on 2/7/2014. (Frullo, Veronica) (Entered: 02/07/2014) |
| 02/10/2014 | | SCHEDULING ORDER as to Alicia Dimichele: A Fatico Hearing, regarding restitution, is hereby set for 4/23/2014 at 10:00 AM before the Honorable Sandra L. Townes, U.S. District Judge. Ordered by Judge Sandra L. Townes on 2/10/2014. (Frullo, Veronica) (Entered: 02/10/2014) |
| 02/10/2014 | 716 | Sentencing Letter dated 1/31/14 from defendant Louis Romeo. (Guzzi, Roseann) (Entered: 02/10/2014) |
| 02/28/2014 | | SCHEDULING ORDER as to Michael J. Persico: A Status Conference is hereby set for 3/7/2014 at 10:30 AM. Ordered by Judge Sandra L. Townes on 2/28/2014. (Frullo, Veronica) (Entered: 02/28/2014) |
| 02/28/2014 | 718 | SENTENCING MEMORANDUM by USA as to Louis Romeo (Lifshitz, Allon) (Entered: 02/28/2014) |
| 03/07/2014 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Status Conference as to Michael J. Persico held on 3/7/2014. AUSA Allon Lifshitz present. Defendant present with counsel Sarita Kedia. The Court sets Sentencing for May 23, 2014, at 10:30 AM. Defendant's sentencing memo is to be filed no later than April 25, 2014. The Government's response is to be filed no later than May 9, 2014. (Court Reporter Anthony Frisolone.) (Frullo, Veronica) (Entered: 03/10/2014) |
| 03/18/2014 | | SCHEDULING ORDER as to Thomas Petrizzo: Sentencing is hereby set for 5/30/2014 at 12:00 PM. Ordered by Judge Sandra L. Townes on 3/18/2014. (Frullo, Veronica) (Entered: 03/18/2014) |
| 03/21/2014 | 719 | JUDGMENT dated 3/20/12 as to Francis Guerra (10),Count(s) 22ss, 23ss, 24ss−27ss, defendant is sentenced to 22ss−27ss and receives 168 months on each count to run concurrently and 3 years supervised release; $100.00 special assessment on each count for a total of $600.00; restitution in the amount $2,175.31. Count(s) 1, 10ss, 11ss, 12ss, 13ss, 14ss, 15ss, 16ss, 17ss, 18, 18s, 18ss, 19, 19s, 19ss, 1s, 1ss, 20s, 20ss, 21s, 21ss, 2ss, 3ss, 4ss, 5ss, 6ss, 7ss, 8ss, 9ss, Dismissed by Government's motion in open Court; special conditions of supervision. The Court recommends to the BOP designation to FCI Fort Dix. ( Ordered by Judge Sandra L. Townes on 3/20/2014 ) (Guzzi, Roseann) (Entered: 03/21/2014) |
| 03/21/2014 | 721 | JUDGMENT dated 3/20/14 as to Edward Garofalo, Jr. (3), Count(s) 1sssss, defendant is sentenced to 84 months imprisonment followed by 3 years supervised release and $100.00 special assessment; Count(s) 1, 10ssss, 11ssss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 1s, 1ss, 1sss, 1ssss, 2, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, 2s, 2ss, 2sss, 2ssss, 3, 3s, 3ss, 3sss, 3ssss, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9ssss, dismissed by Government's motion in open court; the court recommends designation to FCI Fort Dix or FCI Fairton. Special conditions of supervision. ( Ordered by Judge Sandra L. Townes on 3/20/2014 ) (Guzzi, Roseann) (Entered: 03/21/2014) |
| 03/27/2014 | 724 | AMENDED JUDGMENT as to Francis Guerra (10), defendant is sentenced to 22−27 and receives 168 months on each count to run concurrently and 3 years supervised release; $100.00 special assessment on each count for a total of $600.00; restitution in the amount $2,175.31. Remaining counts dismissed. Special conditions of supervision. The Court recommends to the BOP designation to FCI Fort Dix. ( Ordered by Judge Sandra L. Townes on 3/27/2014 ) (Guzzi, Roseann) (Entered: 03/31/2014) |
| 03/31/2014 | 723 | MOTION to Continue Sentencing *requesting adjournment of sentencing* by Theodore N. Persico, Jr. (Guzzi, Roseann) (Entered: 03/31/2014) |

| | | |
|---|---|---|
| 03/31/2014 | | ORDER granting 723 Motion to Continue Sentencing as to Theodore N. Persico Jr. (6). ( Ordered by Judge Sandra L. Townes on 3/21/2014 ) (Guzzi, Roseann) (Entered: 03/31/2014) |
| 04/03/2014 | | SCHEDULING ORDER as to Theodore N. Persico, Jr.: Due to a conflict in the Court's calendar, the Sentencing set for April 11, 2014, is hereby adjourned until May 29, 2014, at 12:00 PM. Ordered by Judge Sandra L. Townes on 4/3/2014. (Frullo, Veronica) (Entered: 04/03/2014) |
| 04/03/2014 | 726 | NOTICE OF APPEAL by Francis Guerra re 724 Amended Judgment, Filing fee $ 505, receipt number 0207−6835334. (Ginsberg, Seth) (Entered: 04/03/2014) |
| 04/07/2014 | 727 | Letter MOTION for Writ of Habeas Corpus ad testificandum by Alicia Dimichele. (Attachments: # 1 Proposed Writ) (Wallenstein, John) (Entered: 04/07/2014) |
| 04/09/2014 | | SCHEDULING ORDER as to Louis Romeo: At the request of defense counsel, the ( Sentencing set for April 11, 2014, is hereby adjourned until June 27, 2014, at 11:30 AM. Ordered by Judge Sandra L. Townes on 4/9/2014. (Frullo, Veronica) (Entered: 04/09/2014) |
| 04/15/2014 | 728 | WRIT OF HABEAS CORPUS AD TESTIFICANDUM re: 727 Motion for Writ of Habeas Corpus ad testificandum as to Alicia Dimichele (2). ( Ordered by Judge Sandra L. Townes on 4/10/2014 ) (Guzzi, Roseann) (Entered: 04/15/2014) |
| 04/21/2014 | 729 | Letter *requesting adjournment of restitution hearing* as to Alicia Dimichele (Wallenstein, John) (Entered: 04/21/2014) |
| 04/22/2014 | | SCHEDULING ORDER as to Alicia Dimichele: Defense counsel's request to adjourn the restitution hearing 729 is denied. Ordered by Judge Sandra L. Townes on 4/22/2014. (Frullo, Veronica) (Entered: 04/22/2014) |
| 04/23/2014 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Status Conference as to Alicia Dimichele held on 4/23/2014. AUSAs Nicole Argentieri & Allon Lifshitz present. Defendant present with counsel John Wallenstein.The defendant withdraws her guilty plea. The Court sets the next status conference for May 30, 2014 at 11:00 am. Speedy Trial time is excluded from 4/23/14 − 5/30/14. (Court Reporter Nicole Canales.) (Frullo, Veronica) (Entered: 07/21/2014) |
| 04/24/2014 | 730 | NOTICE OF ATTORNEY APPEARANCE: Marc A Fernich appearing for James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra *as Counsel for Michael Persico* (Fernich, Marc) (Entered: 04/24/2014) |
| 04/24/2014 | 731 | MOTION to Continue Sentencing by Michael J. Persico as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra. (Fernich, Marc) (Entered: 04/24/2014) |
| 04/30/2014 | 732 | ORDER granting 731 Motion to Continue Sentencing as to Michael J. Persico (5) ( Ordered by Judge Allyne R. Ross on 4/29/2014 ) (Guzzi, Roseann) (Entered: 04/30/2014) |
| 05/06/2014 | 733 | Letter *Requesting That Court Accept Guilty Pleas* as to Thomas Petrizzo, Anthony Preza (Attachments: # 1 Proposed Order (Petrizzo), # 2 Proposed Order (Preza)) (Lifshitz, Allon) (Entered: 05/06/2014) |
| 05/07/2014 | 734 | MOTION to Continue Sentencing by Thomas Petrizzo. (Shargel, Gerald) (Entered: 05/07/2014) |
| 05/07/2014 | | ORDER: Defense counsel 734 Motion to Continue Sentencing as to Thomas Petrizzo (7) is granted. sentencing is adjourned until August 14, 2014, at 11:00 AM. Ordered by Judge Sandra L. Townes on 5/7/2014. (Frullo, Veronica) (Entered: 05/07/2014) |
| 05/07/2014 | | Attorney update in case as to Michael J. Persico. Attorney Sarita Kedia terminated. (Frullo, Veronica) (Entered: 05/07/2014) |
| 05/07/2014 | | SCHEDULING ORDER as to Michael J. Persico: Sentencing is hereby set for July 23, 2014, at 12:00 PM. Ordered by Judge Sandra L. Townes on 5/7/2014. (Frullo, Veronica) (Entered: 05/07/2014) |

| | | |
|---|---|---|
| 05/15/2014 | 735 | ORDER as to Thomas Petrizzo: After review of the transcript of the guilty plea of the defendant THOMAS PETRIZZO, entered on April 11, 2012, before United States Magistrate Judge Roanne L. Mann, I hereby adopt the recommendation of Magistrate Judge Mann and accept the defendant THOMAS PETRIZZO's plea of guilty to Count Thirteen of the Fourth Superseding Indictment. I find that the plea was made knowingly and voluntarily and that there is a factual basis for the plea. Ordered by Judge Sandra L. Townes on 5/13/2014. (Brucella, Michelle) (Entered: 05/15/2014) |
| 05/19/2014 | 736 | MOTION to Travel by Anthony Preza. (Benfante, Joseph) (Entered: 05/19/2014) |
| 05/20/2014 | 737 | ORDER re: adopt the recommendation of Magistrate Judge Mann and accept the defendant Anthony Preza's plea of guilty to Count Twelve of the Fourth Superseding Indictment as to Anthony Preza. ( Ordered by Judge Sandra L. Townes on 5/13/2014 ) (Guzzi, Roseann) (Entered: 05/20/2014) |
| 05/21/2014 | 738 | ORDER granting 736 Motion to Travel as to Anthony Preza (9). ( Ordered by Judge Sandra L. Townes on 5/20/2014 ) (Guzzi, Roseann) (Entered: 05/21/2014) |
| 05/27/2014 | 739 | SENTENCING MEMORANDUM by USA as to Theodore N. Persico, Jr (Lifshitz, Allon) (Entered: 05/27/2014) |
| 05/29/2014 | 740 | Minute Entry for proceedings held before Judge Sandra L. Townes: Sentencing held on 5/29/2014 for Theodore N. Persico, Jr. (6), Count(s) 1sssss, defendant is sentenced to 120 months imprisonment followed by 3 years supervised release and $100.00 special assessment fee. Count(s) 1, 10ssss, 11ss, 11sss, 11ssss, 12ss, 12sss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 1s, 1ss, 1sss, 1ssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, 2ssss, 3ssss, 4, 4s, 4ss, 4sss, 4ssss, 5s, 5ss, 5sss, 5ssss, 6s, 6ss, 6sss, 6ssss, 7s, 7ss, 7sss, 7ssss, 8ss, 8sss, 8ssss, 9s, 9ss, 9sss, 9ssss, Counts dismissed on Government's motion; The Government moves to dismiss all the charged in 11cr30; The court recommends to the the BOP that defendant be incarcerated at a facility close to Fairton or Fort Dix; defendant advised of right to appeal. (Court Reporter Ron Tolkin.) (Guzzi, Roseann) (Entered: 06/04/2014) |
| 05/30/2014 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Status Conference as to Alicia Dimichele held on 5/30/2014. AUSAs Nicole Argentieri & Allon Lifshitz present. Defendant present with counsel John Wallenstein. The Court sets the next Status Conference for July 8, 2014, at 11:00 am. Speedy trial time is excluded from 5/30/14 − 7/8/14. (Court Reporter Michele Nardone.) (Frullo, Veronica) (Entered: 07/21/2014) |
| 06/04/2014 | 741 | JUDGMENT dated 5/30/14 as to Theodore N. Persico, Jr. (6), Count(s) 1sssss, defendant is sentenced to 120 months imprisonment followed by 3 years supervised release and $100.00 special assessment fee. Count(s) 1, 10ssss, 11ss, 11sss, 11ssss, 12ss, 12sss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 1s, 1ss, 1sss, 1ssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, 2ssss, 3ssss, 4, 4s, 4ss, 4sss, 4ssss, 5s, 5ss, 5sss, 5ssss, 6s, 6ss, 6sss, 6ssss, 7s, 7ss, 7sss, 7ssss, 8ss, 8sss, 8ssss, 9s, 9ss, 9sss, 9ssss, Counts dismissed on Government's motion; the court recommends to the BOP that the defendant be designated to FCI−Fort Dix or FCI Fairton. Special conditions of supervision. ( Ordered by Judge Sandra L. Townes on 5/30/14 ) (Guzzi, Roseann) (Entered: 06/04/2014) |
| 07/02/2014 | 744 | Second MOTION to Continue Sentencing by Michael J. Persico as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra. (Fernich, Marc) (Entered: 07/02/2014) |
| 07/02/2014 | 745 | RESPONSE in Opposition re 744 Second MOTION to Continue Sentencing (Argentieri, Nicole) (Entered: 07/02/2014) |
| 07/02/2014 | 753 | Minute Entry for proceedings held before Judge Sandra L. Townes: Sentencing held on 7/2/2014 for Louis Romeo (8),Count(s) 1ssssss, Defendant is sentenced to 6 months imprisonment followed by 1 year supervised release and $25.00 special assessment fee; restitution in the amount of $34,120.00. Count(s) 10ssss, 11ss, 11sss, 11ssss, 12ss, 12sss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 1ssss, 1sssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, 2ssss, 2sssss, 3ssss, 4, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9s, 9ssss, DISMISSED; The Court recommends to the BOP that defendant be incarcerated close to Fort Dix. Defendant shall surrender for service of sentence at the institution designed by the BOP before 2pm on 9/30/14 as notified by |

| | | |
|---|---|---|
| | | USMS or as notified by P.O. Defendant advised of right to appeal. (Court Reporter Alan Sherman.) (Guzzi, Roseann) Modified on 7/29/2014 to modify special assessment is $25.00 not 100.00 (Guzzi, Roseann). (Entered: 07/29/2014) |
| 07/03/2014 | 746 | REPLY TO RESPONSE to Motion re 744 Second MOTION to Continue Sentencing (Fernich, Marc) (Entered: 07/03/2014) |
| 07/07/2014 | 747 | Letter *re: reinstatement of plea* as to Alicia Dimichele (Wallenstein, John) (Entered: 07/07/2014) |
| 07/08/2014 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Status Conference as to Alicia Dimichele held on 7/8/2014. AUSAs Nicole Argentieri & Allon Lifshitz present. Defendant present with counsel John Wallenstein & Michael Bachrach. The Court sets the Plea and Sentence for 8/14/2014 at 10:00 AM. Speedy trial time is excluded from 7/8/14 − 8/14/14. (Court Reporter Holly Driscoll.) (Frullo, Veronica) (Entered: 07/21/2014) |
| 07/11/2014 | | ORDER granting 744 Motion to Continue Sentencing as to Michael J. Persico (5). Sentencing is adjourned until 9/23/2014 at 12:00 PM. Ordered by Judge Sandra L. Townes on 7/11/2014. (Frullo, Veronica) (Entered: 07/11/2014) |
| 07/16/2014 | 748 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Francis Guerra held on 6/18/12 − 6/20/12, before Judge Townes. Court Reporter/Transcriber Charisse Kitt, Telephone number 718−613−2606. Email address: FCTranscripts@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/6/2014. Redacted Transcript Deadline set for 8/18/2014. Release of Transcript Restriction set for 10/14/2014. (Attachments: # 1 Transcript 6/19/12, # 2 Transcript 6/20/12) (Kitt, Charisse) (Entered: 07/16/2014) |
| 07/18/2014 | 749 | SATISFACTION OF JUDGMENT by USA as to Francis Guerra (Schwartz, Beth) (Entered: 07/18/2014) |
| 07/18/2014 | 751 | MOTION to Continue Sentencing by Michael D. Sciaretta. (Chang, Christopher) (Entered: 07/18/2014) |
| 07/21/2014 | | ORDER: Defense counsel's 751 Motion to Continue Sentencing as to Michael D. Sciaretta (4) is granted. Sentencing is adjourned until 9/4/2014 at 11:00 AM. Ordered by Judge Sandra L. Townes on 7/21/2014. (Frullo, Veronica) (Entered: 07/21/2014) |
| 07/28/2014 | 752 | Letter submitted from defendant Louis Romeo to Judge Townes, undated as to Louis Romeo. (Guzzi, Roseann) (Entered: 07/28/2014) |
| 07/29/2014 | 754 | JUDGMENT dated 7/25/14 as to Louis Romeo (8), Count(s) 1ssssss, Defendant is sentenced to 6 months imprisonment followed by 1 year supervised release and $25.00 special assessment fee; restitution in the amount of $34,120.00; Count(s) 10ssss, 11ss, 11sss, 11ssss, 12ss, 12sss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 1ssss, 1sssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, 2ssss, 2sssss, 3ssss, 4, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9s, 9ssss, DISMISSED; special conditions of supervision; defendant shall surrender for service of sentence at the institution desiginated by the BOP before 2pm on September 30, 2014. ( Ordered by Judge Sandra L. Townes on 7/25/2014 ) (Guzzi, Roseann) (Entered: 07/29/2014) |
| 08/06/2014 | | SCHEDULING ORDER as to Anthony Preza: Sentencing is hereby set for 10/22/2014 at 10:00 AM. Ordered by Judge Sandra L. Townes on 8/6/2014. (Frullo, Veronica) (Entered: 08/06/2014) |
| 08/07/2014 | 756 | MOTION to Travel by Michael D. Sciaretta. (Chang, Christopher) (Entered: 08/07/2014) |
| 08/07/2014 | 757 | Letter *regarding restitution* as to Alicia Dimichele (Attachments: # 1 Stipulation, # 2 Stipulation) (Wallenstein, John) (Entered: 08/07/2014) |
| 08/07/2014 | 758 | SENTENCING MEMORANDUM by Thomas Petrizzo (Shargel, Gerald) (Entered: 08/07/2014) |

| | | |
|---|---|---|
| 08/08/2014 | 759 | Letter *re: plea and sentencing* as to Alicia Dimichele (Attachments: # 1 Exhibit Settlement Order−MLB, # 2 Exhibit Settlement Order−JBW) (Wallenstein, John) (Entered: 08/08/2014) |
| 08/11/2014 | 760 | Letter MOTION for Hearing *Regarding Restitution* by Thomas Petrizzo. (Shargel, Gerald) (Entered: 08/11/2014) |
| 08/12/2014 | 761 | Letter MOTION to Continue *Sentencing* by Thomas Petrizzo. (Shargel, Gerald) (Entered: 08/12/2014) |
| 08/12/2014 | 762 | ORDER dated 8/11/14granting 756 Motion to Travel as to Michael D. Sciaretta (4). ( Ordered by Judge Sandra L. Townes on 8/11/2014 ) (Guzzi, Roseann) (Entered: 08/12/2014) |
| 08/12/2014 | 763 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by USA as to Thomas Petrizzo *Response to the Defendant's Objections* (Lifshitz, Allon) (Entered: 08/12/2014) |
| 08/12/2014 | 764 | SENTENCING MEMORANDUM by USA as to Thomas Petrizzo (Lifshitz, Allon) (Entered: 08/12/2014) |
| 08/13/2014 | | ORDER: 761 Motion to Continue Sentencing as to Thomas Petrizzo (7) is granted. Sentencing is hereby adjourned until September 19, 2014 at 12:00 pm. Ordered by Judge Sandra L. Townes on 8/13/2014. (Frullo, Veronica) (Entered: 08/13/2014) |
| 08/13/2014 | | Sentencing set for 9/19/2014 12:00 PM before Judge Sandra L. Townes. Ordered by Judge Sandra L. Townes on 8/13/2014. (Frullo, Veronica) (Entered: 08/13/2014) |
| 08/14/2014 | 770 | Minute Entry for proceedings held before Judge Sandra L. Townes: Sentencing held on 8/14/2014 for Alicia Dimichele (2), Count(s) 2ssss, defendant receives 4 years probation; $100.00 special assessment fee and $40,000.00 restitution plus proceeds of NYS law suit. Restitution due as outlines in settlement agreement. Count(s) 10ssss, 11ssss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 1ssss, 2, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, 2s, 2ss, 2sss, 3, 3s, 3ss, 3sss, 3ssss, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9ssss, dismissed by Government's motion in open court; Government moves to reduce by 1pt for global plea. (Court Reporter V. Torres−Butler.) (Guzzi, Roseann) (Entered: 08/26/2014) |
| 08/14/2014 | 775 | Minute Entry for proceedings held before Judge Sandra L. Townes: Arraignment as to Alicia Dimichele (2) Count 2ssss held on 8/14/2014, Change of Plea Hearing as to Alicia Dimichele held on 8/14/2014, Plea entered by Alicia Dimichele (2) Guilty Count 2ssss. (Court Reporter V. Torres−Butler.) (Guzzi, Roseann) (Entered: 08/29/2014) |
| 08/18/2014 | 765 | Letter *requesting schedule for sentencing submissions* as to Michael J. Persico (Argentieri, Nicole) (Entered: 08/18/2014) |
| 08/18/2014 | 766 | Letter *re schedule for sentencing submissions* as to James C. Bombino, Alicia Dimichele, Edward Garofalo, Jr, Michael D. Sciaretta, Michael J. Persico, Theodore N. Persico, Jr, Thomas Petrizzo, Louis Romeo, Anthony Preza, Francis Guerra (Fernich, Marc) (Entered: 08/18/2014) |
| 08/19/2014 | | SCHEDULING ORDER as to Michael J. Persico; Defense counsel's sentencing memo is to be filed no later than 9/12/14. The Government's memo is to be filed no later than 9/19/14. Ordered by Judge Sandra L. Townes on 8/19/2014. (Frullo, Veronica) (Entered: 08/19/2014) |
| 08/21/2014 | 767 | SENTENCING MEMORANDUM by Michael D. Sciaretta (Chang, Christopher) (Entered: 08/21/2014) |
| 08/21/2014 | 768 | NOTICE OF ATTORNEY APPEARANCE: Seth Ginsberg appearing for Francis Guerra (Ginsberg, Seth) (Entered: 08/21/2014) |
| 08/22/2014 | 769 | NOTICE of Change of Address by Theodore N. Persico, Jr (Macedonio, Elizabeth) (Entered: 08/22/2014) |
| 08/26/2014 | 771 | JUDGMENT dated 8/25/14 as to Alicia Dimichele (2), Count(s) 2ssss, defendant receives 4 years probation; $100.00 special assessment fee and $40,000.00 restitution; Count(s) 10ssss, 11ssss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, |

| | | |
|---|---|---|
| | | 1ssss, 2, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, 2s, 2ss, 2sss, 3, 3s, 3ss, 3sss, 3ssss, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9ssss, dismissed by Government's motion in open court; special conditions of supervision. ( Ordered by Judge Sandra L. Townes on 8/25/2014 ) (Guzzi, Roseann) (Entered: 08/26/2014) |
| 08/27/2014 | 774 | SENTENCING MEMORANDUM by USA as to Michael D. Sciaretta (Lifshitz, Allon) (Entered: 08/27/2014) |
| 09/03/2014 | 776 | SENTENCING MEMORANDUM by Michael D. Sciaretta (Chang, Christopher) (Entered: 09/03/2014) |
| 09/04/2014 | 777 | Minute Entry for proceedings held before Judge Sandra L. Townes: Sentencing held on 9/4/2014 for Michael D. Sciaretta (4), Count(s) 1ssssss, defendant is sentenced to 3 years Probation; $25.00 special assessment fee; Count(s) 10ssss, 11ss, 11sss, 11ssss, 12ss, 12sss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 1ssss, 1sssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, 2ssss, 2sssss, 3ssss, 4, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9s, 9ssss, dismissed; defendant advised of right to appeal. (Court Reporter Nicole Canates.) (Guzzi, Roseann) (Entered: 09/05/2014) |
| 09/05/2014 | 778 | JUDGMENT dated 9/4/14 as to Michael D. Sciaretta (4), Count(s) 1ssssss, defendant is sentenced to 3 years Probation; $25.00 special assessment fee; restitution in the amount of $34,120.00; Count(s) 10ssss, 11ss, 11sss, 11ssss, 12ss, 12sss, 12ssss, 13ssss, 14ssss, 15ssss, 16ssss, 17ssss, 18ssss, 19ssss, 1ssss, 1sssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, 2ssss, 2sssss, 3ssss, 4, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9s, 9ssss, dismissed; special conditions of supervision. ( Ordered by Judge Sandra L. Townes on 9/4/2014 ) (Guzzi, Roseann) (Entered: 09/05/2014) |
| 09/05/2014 | | ORDER as to Michael D. Sciaretta: It is hereby ordered that the Restitution Order, imposed as part of the Judgment filed on September 5, 2014, is vacated. Counsel are directed to appear on September 19, 2014, at 12:00 p.m. to address the restitution issue. Defense counsel's time to file a Notice of Appeal of the September 5, 2014 Judgment is stayed until a restitution order is finalized by the Court. Ordered by Judge Sandra L. Townes on 9/5/2014. (Frullo, Veronica) Modified on 9/5/2014 (Frullo, Veronica). (Entered: 09/05/2014) |
| 09/12/2014 | 780 | First MOTION for Extension of Time to File *Plea Withdrawal* by Michael J. Persico. (Fernich, Marc) (Entered: 09/12/2014) |
| 09/12/2014 | 781 | RESPONSE in Opposition re 780 First MOTION for Extension of Time to File *Plea Withdrawal* (Attachments: # 1 Exhibit A) (Argentieri, Nicole) (Entered: 09/12/2014) |
| 09/14/2014 | 782 | REPLY TO RESPONSE to Motion re 780 First MOTION for Extension of Time to File *Plea Withdrawal* (Fernich, Marc) (Entered: 09/14/2014) |
| 09/15/2014 | | ORDER: Defendant's request for an extension of time 780 is granted as follows: Defendant's brief is to be filed no later than September 29, 2014; Government's response is to be filed no later than October 13, 2014; Defendant's reply is to be filed no later than October 20, 2014; and, Sentencing is adjourned until October 30, 2014 at 12:00pm. Ordered by Judge Sandra L. Townes on 9/15/2014. (Frullo, Veronica) (Entered: 09/15/2014) |
| 09/19/2014 | 787 | Minute Entry for proceedings held before Judge Sandra L. Townes: Sentencing held on 9/19/2014 for Thomas Petrizzo (7), Count(s) 13ssss, defendant is sentenced to 1 month imprisonment followed by 3 years supervised release and $100.00 special assessment fee; restitution $34,120.00; fine $10,000.00.; Count(s) 10ssss, 11ss, 11sss, 11ssss, 12ss, 12sss, 12ssss, 13s−14s, 14ssss, 15ssss, 16ss, 16sss, 16ssss, 17ss, 17sss, 17ssss, 18ssss, 19ssss, 1s, 1ss, 1sss, 1ssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, 2ssss, 3ssss, 4, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9s, 9ssss, Dismissed by Government's motion; defendant shall surrender for service of sentence before 2pm on 2/3/15. Defendant advised of right to appeal.(Court Reporter Tony Mancuso.) (Guzzi, Roseann) (Entered: 09/25/2014) |
| 09/19/2014 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Status Conference as to Michael D. Sciaretta held on 9/19/2014. AUSA Allon Lifshitz present. Defendant present with Christopher Chang and John Rieck. The Court re−imposes the Restitution Order entered on September 5, 2014: Restitution is ordered in the amount of $34,120.00 and is owed jointly and severally among Thomas Petrizzo, Louis Romeo & |

| | | |
|---|---|---|
| | | Michael Sciaretta. (Court Reporter Tony Mancuso.) (Frullo, Veronica) Modified on 9/26/2014 (Frullo, Veronica). (Entered: 09/26/2014) |
| 09/24/2014 | 785 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Theodore N. Persico, Jr held on May 29, 2014, before Judge Townes. Court Reporter/Transcriber Ronald E. Tolkin, Official Court Reporter, Telephone number 718−613−2647. Email address: ronald_tolkin@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/15/2014. Redacted Transcript Deadline set for 10/27/2014. Release of Transcript Restriction set for 12/23/2014. (Tolkin, Ronald) (Entered: 09/24/2014) |
| 09/24/2014 | 786 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Alicia Dimichele held on July 8, 2014, before Judge Townes. Court Reporter/Transcriber H. Driscoll, Telephone number 718−613−2274. Email address: hdrisc@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 10/15/2014. Redacted Transcript Deadline set for 10/27/2014. Release of Transcript Restriction set for 12/23/2014. (Driscoll, Holly) (Entered: 09/24/2014) |
| 09/29/2014 | 788 | First MOTION to Withdraw Plea of Guilty by Michael J. Persico. (Fernich, Marc) (Entered: 09/29/2014) |
| 10/10/2014 | | SCHEDULING ORDER as to Anthony Preza: At the request of defense counsel, the Sentencing set for October 22, 2014, is hereby adjourned until November 20, 2014, at 11:00. Ordered by Judge Sandra L. Townes on 10/10/2014. (Frullo, Veronica) (Entered: 10/10/2014) |
| 10/14/2014 | 789 | MEMORANDUM in Opposition re 788 First MOTION to Withdraw Plea of Guilty (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Argentieri, Nicole) (Entered: 10/14/2014) |
| 10/21/2014 | 790 | REPLY TO RESPONSE to Motion re 788 First MOTION to Withdraw Plea of Guilty (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Fernich, Marc) (Entered: 10/22/2014) |
| 10/30/2014 | 791 | MEMORANDUM AND ORDER as to Michael J. Persico. Defendant's 788 Motion to Withdraw his plea of of guilty to the charge contained in the superseding information is denied. Ordered by Judge Sandra L. Townes on 10/29/2014. (Frullo, Veronica) (Entered: 10/30/2014) |
| 10/30/2014 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Sentencing as to Michael J. Persico held on 10/30/2014. AUSAs Nicole Argentieri and Allon Lifshitz present. Defendant present with counsel Marc Fernich. The Court sets a hearing for January 23, 2015, at 10:00 AM. (Court Reporter Michele Nardone.) (Frullo, Veronica) (Entered: 11/03/2014) |
| 11/04/2014 | 792 | SENTENCING MEMORANDUM by Anthony Preza (Benfante, Joseph) (Entered: 11/04/2014) |
| 11/05/2014 | 793 | MOTION to Travel *to Youth Hockey Tournaments* by Michael D. Sciaretta as to Michael D. Sciaretta. (Chang, Christopher) (Entered: 11/05/2014) |
| 11/06/2014 | 794 | JUDGMENT as to Thomas Petrizzo (7), Count(s) 10ssss, 11ss, 11sss, 11ssss, 12ss, 12sss, 12ssss, 13s−14s, 14ssss, 15ssss, 16ss, 16sss, 16ssss, 17ss, 17sss, 17ssss, 18ssss, 19ssss, 1s, 1ss, 1sss, 1ssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, 2ssss, 3ssss, 4, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9s, 9ssss, Dismissed by Government's motion; Count(s) 13ssss, defendant is sentenced to 1 month imprisonment followed by 3 years supervised release and $100.00 special assessment fee; restitution $34,120.00; fine $10,000.00. Ordered by Judge Sandra L. Townes on 11/5/2014. (Barrett, C) (Entered: 11/06/2014) |
| 11/14/2014 | 797 | SENTENCING MEMORANDUM by USA as to Anthony Preza (Lifshitz, Allon) (Entered: 11/14/2014) |
| 11/18/2014 | 798 | Letter *Reply* as to Anthony Preza (Benfante, Joseph) (Entered: 11/18/2014) |

| | | |
|---|---|---|
| 11/20/2014 | | Minute Entry for proceedings held before Judge Sandra L. Townes: Case called. Defendant on bond appears with counsel Joseph Benfonte. Ausa Alan Lifshitz. The Court accepts the Plea taken before the Magistrate Judge Gold on 5/2/2012.Sentencing held on 11/20/2014 for Anthony Preza (9), Count(s) 10s, 10ss, 10sss, 11sss, 13sss, 14sss, 15sss, 16sss, 17sss, 18sss, 19sss, 1sss, 20sss, 21sss, 22sss, 23sss, 24sss−27sss, 2sss, 3sss, 4sss, 5sss, 6sss, 7sss, 8, 8sss, 9sss, Dismissed upon Motion of the Government.; Count(s) 12sss, A 3−year term of Probation. Special Conditions of Supervision.* For a period of 180 days, the defendant shall remain in his or her place of residence. The defendant is only authorized to leave for employment or other necessary activities with the approval, in advance, of the U.S. Probation Department. The home detention period shall commence on a date determined by the Probation Department. While serving the period of home detention the defendant shall wear an electronic monitoring bracelet and shall abide by all technology requirements. The defendant shall pay the costs of home detention to the degree he or she is reasonably able. The defendant shall disclose all financial information and documents to the Probation Department to assess his or her ability to pay.* The defendant shall comply with the fine order.* The defendant shall make full financial disclosure to the Probation Department.* The defendant shall not possess a firearm, ammunition, or destructive device.* The defendant shall not associate, directly or indirectly, in person, by mail, by computer or telephonically with any individual with an affiliation to any organized crime groups, gangs or any other criminal enterprise; nor shall the defendant frequent any establishment, or other locale where these groups may meet pursuant, but not limited to, a prohibition list provided by the Probation Department.* The defendant shall perform 100 hours of community service in a manner and at a rate approved by the U.S. Probation Department. The defendant will cooperate in allowing the Probation Department to confirm the community service is completed. $100.00 Special Assessment. $15,000.00 Fine.. (Court Reporter Lisa Schwan.) (Sica, Michele) (Entered: 12/05/2014) |
| 12/02/2014 | | Motions terminated, docketed incorrectly as to Michael D. Sciaretta: 793 MOTION to Travel *to Youth Hockey Tournaments* filed by Michael D. Sciaretta. (Frullo, Veronica) (Entered: 12/02/2014) |
| 12/22/2014 | 799 | Letter MOTION to Continue Sentencing by Thomas Petrizzo. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Shargel, Gerald) (Entered: 12/22/2014) |
| 12/23/2014 | 800 | RESPONSE in Opposition re 799 Letter MOTION to Continue Sentencing (Lifshitz, Allon) (Entered: 12/23/2014) |
| 12/29/2014 | 801 | Letter MOTION to Withdraw Document 799 Letter MOTION to Continue Sentencing by Thomas Petrizzo. (Shargel, Gerald) (Entered: 12/29/2014) |
| 01/09/2015 | | ORDER: Defense counsel's 801 Motion to Withdraw the request to adjourn the defendant's surrender date is granted. 799 Motion to adjourn Thomas Petrizzo's surrender date is deemed withdrawn. Ordered by Judge Sandra L. Townes on 1/9/2015. (Frullo, Veronica) (Entered: 01/09/2015) |
| 01/19/2015 | 802 | SENTENCING MEMORANDUM by USA as to Michael J. Persico (Lifshitz, Allon) (Entered: 01/19/2015) |
| 01/21/2015 | 803 | First MOTION to Continue *Addressing 1/19 Govt Ltr.* by Michael J. Persico. (Fernich, Marc) (Entered: 01/21/2015) |
| 01/21/2015 | | ORDER granting that portion of 803 Motion to Continue as to Michael J. Persico (5) which requests adjournment of the Fatico hearing which is currently scheduled for January 23, 2015. The hearing is rescheduled for March 3, 2015, at 10:00 a.m. All other portions of Mr. Persico's motion will be addressed in a separate written order. If the government wishes to respond to the motion, the response shall be filed no later than January 26, 2015. Ordered by Judge Sandra L. Townes on 1/21/2015. (Caspari, Alexander) (Entered: 01/21/2015) |
| 01/26/2015 | 804 | Consent MOTION for Extension of Time to File Response/Reply as to Order on Motion to Continue,, 803 First MOTION to Continue *Addressing 1/19 Govt Ltr.* by USA as to Michael J. Persico. (Lifshitz, Allon) (Entered: 01/26/2015) |
| 01/29/2015 | | ORDER granting 804 Motion for Extension of Time to File Response/Reply as to Michael J. Persico (5). Ordered by Judge Sandra L. Townes on 1/29/2015. (Caspari, Alexander) (Entered: 01/29/2015) |

| | | |
|---|---|---|
| 01/30/2015 | 805 | RESPONSE in Opposition re 803 First MOTION to Continue *Addressing 1/19 Govt Ltr*. (Lifshitz, Allon) (Entered: 01/30/2015) |
| 02/04/2015 | 806 | REPLY TO RESPONSE to Motion re 803 First MOTION to Continue *Addressing 1/19 Govt Ltr*., 804 Consent MOTION for Extension of Time to File Response/Reply as to Order on Motion to Continue,, 803 First MOTION to Continue *Addressing 1/19 Govt Ltr*. (Attachments: # 1 Affidavit of Paul Schechtman, Esq.) (Fernich, Marc) (Entered: 02/04/2015) |
| 02/06/2015 | 807 | NOTICE OF ATTORNEY APPEARANCE: Maurice H. Sercarz appearing for Michael J. Persico (Sercarz, Maurice) (Entered: 02/06/2015) |
| 02/11/2015 | 808 | Letter *alerting the Court of counsel's retention and scheduling issues* as to Michael J. Persico (Sercarz, Maurice) (Entered: 02/11/2015) |
| 02/13/2015 | 809 | Letter *Opposing the Defendant's Request for an Adjournment of the Fatico Hearing 808* as to Michael J. Persico (Lifshitz, Allon) (Entered: 02/13/2015) |
| 02/13/2015 | 810 | Letter *in response to government's opposition to an adjournment of the Fatico hearing* as to Michael J. Persico (Sercarz, Maurice) (Entered: 02/13/2015) |
| 02/19/2015 | | SCHEDULING ORDER as to Michael J. Persico: The Fatico Hearing set for March 3, 2015 is hereby adjourned until August 17, 2015, at 10:00 AM. Ordered by Judge Sandra L. Townes on 2/19/2015. (Frullo, Veronica) (Entered: 02/19/2015) |
| 03/02/2015 | 811 | MEMORANDUM AND ORDER as to Michael J. Persico re 803 . For the reasons set forth herein, Defendant's 803 renewed motion to withdraw his plea of guilty and his 803 motion for reconsideration of this Court's 791 ruling that there was an adequate factual basis for that plea are denied. Ordered by Judge Sandra L. Townes on 2/27/2015. (Barrett, C) (Entered: 03/02/2015) |
| 03/18/2015 | 812 | Letter MOTION to Amend/Correct 794 Judgment,, by Thomas Petrizzo. (Attachments: # 1 Exhibit A) (Shargel, Gerald) (Entered: 03/18/2015) |
| 05/29/2015 | 814 | JUDGMENT as to Anthony Preza (9), Counts 10s, 10ss, 10sss, 11sss, 13sss, 14sss, 15sss, 16sss, 17sss, 18sss, 19sss, 1sss, 20sss, 21sss, 22sss, 23sss, 24sss−27sss, 2sss, 3sss, 4sss, 5sss, 6sss, 7sss, 8, 8sss, 9sss, DISMISSED upon Motion of the Government; Count 12sss, A 3−year term of PROBATION w/Special Conditions of Supervision; $100.00 SPECIAL ASSESSMENT; $15,000.00 FINE; No RESTITUTION. Ordered by Judge Sandra L. Townes on 12/1/2014. (Barrett, C) (Entered: 06/01/2015) |
| 06/01/2015 | 813 | First MOTION to Reduce Sentence − USSC Amendment by Francis Guerra. (Attachments: # 1 Exhibit Ex A Sentencing Trans Excerpt, # 2 Exhibit Ex B Intake Form, # 3 Exhibit Ex C Insurance Statement, # 4 Exhibit Ex D Dr. Baudille Ltr, # 5 Exhibit Ex E MRI Reports, # 6 Exhibit Ex F Dr Maniscalco Ltr, # 7 Exhibit Ex G Neuro Reports, # 8 Exhibit Ex H Phys Therapy Reports, # 9 Exhibit Ex I Maniscalco Ltr, # 10 Exhibit Ex J Patient Reg Form, # 11 Exhibit Ex K Nerve Tests, # 12 Exhibit Ex L Dr. Liguori Report, # 13 Exhibit Ex M Dr. Liguori Treatment Notes, # 14 Exhibit Ex N Fatico Hr. Trans Excerpt, # 15 Exhibit Ex O Dr. Starkman Progress Notes, # 16 Exhibit Ex P Nerve Tests, # 17 Exhibit Ex Q Starkman Progress Notes, # 18 Exhibit Ex R MDC Med Report, # 19 Exhibit Ex S Dr. Gao Ltr, # 20 Exhibit Ex T Inmate Education Report, # 21 Exhibit Ex. U Cert. of Completion) (Ginsberg, Seth) Modified on 6/2/2015 (Barrett, C). (Entered: 06/01/2015) |
| 06/08/2015 | | ORDER: Defendant's 812 Motion to Amend the Judgment as to Thomas Petrizzo (7) is granted. An amended J&C will follow. Ordered by Judge Sandra L. Townes on 6/5/2015. (Frullo, Veronica) (Entered: 06/08/2015) |
| 06/09/2015 | 816 | AMENDED JUDGMENT as to Thomas Petrizzo (7), Counts 10ssss, 11ss, 11sss, 11ssss, 12ss, 12sss, 12ssss, 13s−14s, 14ssss, 15ssss, 16ss, 16sss, 16ssss, 17ss, 17sss, 17ssss, 18ssss, 19ssss, 1s, 1ss, 1sss, 1ssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, 2ssss, 3ssss, 4, 4ssss, 5ssss, 6ssss, 7ssss, 8ssss, 9s, 9ssss, DISMISSED by Government's motion; Count 13ssss, defendant is sentenced to 1 Month IMPRISONMENT followed by 3 Years SUPERVISED RELEASE; $100.00 SPECIAL ASSESSMENT FEE; $34,120.00 RESTITUTION; $10,000.00 FINE. Ordered by Judge Sandra L. Townes on 6/5/2015. (Barrett, C) (Entered: 06/09/2015) |

| | | |
|---|---|---|
| 06/29/2015 | 818 | SATISFACTION OF JUDGMENT by USA as to Anthony Preza (Schwartz, Beth) (Entered: 06/29/2015) |
| 08/04/2015 | 819 | SATISFACTION OF JUDGMENT by USA as to Alicia Dimichele (Schwartz, Beth) (Entered: 08/04/2015) |
| 09/11/2015 | 821 | RESPONSE in Opposition re 813 MOTION to Reduce Sentence − USSC Amendment (Attachments: # 1 Sentencing Transcript) (Lifshitz, Allon) (Entered: 09/11/2015) |
| 11/17/2015 | 822 | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) granting 813 Motion to Reduce Sentence − USSC Amendment for Francis Guerra (10). The defendant's previously imposed sentence of IMPRISONMENT of 168 months is REDUCED to 135. Except as otherwise provided, all provisions of the judgment dated 03/27/2014 shall remain in effect. IT IS SO ORDERED. Ordered by Judge Sandra L. Townes on 11/13/2015. (Barrett, C) (Entered: 11/18/2015) |
| 11/19/2015 | | ORDER REASSIGNING CASE as to Michael J. Persico. Reassigned to Judge Margo K. Brodie. Judge Sandra L. Townes no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such.. Ordered by Chief Judge Carol Bagley Amon on 11/19/2015. (Davis, Kimberly) (Entered: 11/19/2015) |
| 11/24/2015 | | ORDER REASSIGNING CASE as to Michael J. Persico. Reassigned to Judge Dora Lizette Irizarry. Judge Margo K. Brodie no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such.. Ordered by Chief Judge Carol Bagley Amon on 11/24/2015. (Bowens, Priscilla) (Entered: 11/24/2015) |
| 12/30/2015 | | SCHEDULING ORDER as to Michael J. Persico −− A status conference is hereby scheduled for January 11, 2016 at 11:30 AM in Courtroom 4 A South. So Ordered by Judge Dora Lizette Irizarry on 12/30/2015. (Carosella, Christy) (Entered: 12/30/2015) |
| 01/08/2016 | | NOTICE OF RESCHEDULED HEARING as to Michael J. Persico −− Due to an unexpected scheduling conflict, the status conference previously scheduled for January 11, 2016 is RESCHEDULED for January 19, 2016 at 11:00 AM in courtroom 4 A South before Judge Dora L. Irizarry. (Carosella, Christy) (Entered: 01/08/2016) |
| 01/19/2016 | | Entry deleted −− error made by courtroom deputy concerning time of conference. (Carosella, Christy) (Entered: 01/19/2016) |
| 01/19/2016 | | Minute Entry for proceedings held before Judge Dora Lizette Irizarry: Status Conference as to Michael J. Persico held on 1/19/2016. *Appearances: AUSA Allon Lifshitz; Marc Fernich for defendant (present/on bond)*. Parties advise that forfeiture has been satisfied. Parties to send Judge Irizarry copies of all submissions made after Oct. 30, 2015 (starting with DE 802). Copies of all documents referenced must be attached as exhibits. Defense counsel will also provide transcript(s) discussed in court today. Parties directed to Judge Irizarry *Standard Requirements for Criminal Cases* with respect to PSR objections and sentencing submission. The requirements are available on the EDNY website; if unable to access, contact courtroom deputy. Possible need for Fatico hearing discussed. Schedule set for PSR objections: Objections due Feb. 12; responses due Feb. 26; Addendum due March 11; status conference to address PSR objections set for April 11, 2016 at 10:00 AM in Courtroom 4 A South before Judge Dora Lizette Irizarry. (Court Reporter Lisa Schwam.) (Carosella, Christy) (Entered: 01/19/2016) |
| 01/21/2016 | | NOTICE as to Michael J. Persico: Probation has advised that Sr. USPO Mary Ann Betts is assigned to this case. (Carosella, Christy) (Entered: 01/21/2016) |
| 03/02/2016 | 823 | SENTENCING MEMORANDUM by USA as to Michael J. Persico (Attachments: # 1 Exhibit A (Transcript dated Oct. 30, 2014), # 2 Exhibit B (Guilty Plea Transcript), # 3 Exhibit C (Guerra Trial Transcript)) (Lifshitz, Allon) (Entered: 03/02/2016) |
| 03/02/2016 | 824 | Letter *Re−Filing Government Letter dated Feb. 13, 2015 [Docket Entry No. 809]* as to Michael J. Persico (Attachments: # 1 Exhibit A (Transcript dated Oct. 30, 2014), # 2 Exhibit B (Guerra Trial Transcript)) (Lifshitz, Allon) (Entered: 03/02/2016) |

| | | |
|---|---|---|
| 03/25/2016 | 827 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Michael J. Persico held on 01−19−2016, before Judge Irizarry. Court Reporter/Transcriber Lisa Schwam, Telephone number 718−613−2268. Email address: LisaSchwam@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 4/15/2016. Redacted Transcript Deadline set for 4/25/2016. Release of Transcript Restriction set for 6/23/2016. (Schwam, Lisa) (Entered: 03/25/2016) |
| 04/04/2016 | | RESCHEDULING ORDER as to Michael J. Persico −− The status conference to address PSR objections is hereby RESCHEDULED for May 11, 2016 at 10:00 AM in Courtroom 4 A South. So Ordered by Judge Dora Lizette Irizarry on 4/4/2016. (Carosella, Christy) (Entered: 04/04/2016) |
| 05/03/2016 | | NOTICE OF HEARING as to Michael J. Persico: Due to a scheduling conflict, the conference to address PSR objections is adjourned to June 3, 2016 at 2:30 PM in Courtroom 4 A South before Chief Judge Dora Lizette Irizarry. (Carosella, Christy) (Entered: 05/03/2016) |
| 05/24/2016 | 828 | MANDATE of USCA (certified copy) as to Francis Guerra. It is Ordered that the Judgment of conviction is affirmed. Issued as Mandate: 5/24/16. (McGee, Mary Ann) (Entered: 05/24/2016) |
| 05/25/2016 | 829 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Michael D. Sciaretta, Louis Romeo held on August 23, 2013, before Judge Townes. Court Reporter/Transcriber Charleane M. Heading, Telephone number 718−613−2643. Email address: cheading@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 6/15/2016. Redacted Transcript Deadline set for 6/27/2016. Release of Transcript Restriction set for 8/23/2016. (Heading, Charleane) (Entered: 05/25/2016) |
| 06/03/2016 | | Minute Entry for proceedings held before Chief Judge Dora Lizette Irizarry: Status Conference as to Michael J. Persico held on 6/3/2016. *Appearances: AUSA Allon Lifshitz; FBI Sp. Agt. Chance Adam; Marc Fernich (retained) for defendant (present/on bond)*. PSR objections addressed; rulings made on the record. Defendant to provide tax returns to probation by June 10, 2016. Defendant to provide personal and business financial statements to probation by July 1, 2016. Probation to disclose revised PSR by July 29, 2016. Fatico Hearing set for August 10, 2016 at 10:00 AM in Courtroom 4 A South before Chief Judge Dora Lizette Irizarry. Government previously provided exhibits and 3500 material to defense; copy to be provided to the Court. (Court Reporter Charleane Heading.) (Carosella, Christy) (Entered: 06/03/2016) |
| 06/14/2016 | 831 | ORDER as to Alicia Dimichele: The request to travel is granted. Ordered by Judge Sandra L. Townes on 6/13/2016. (Brucella, Michelle) (Entered: 06/14/2016) |
| 07/27/2016 | 832 | SATISFACTION OF JUDGMENT by USA as to James C. Bombino (Laserna, Peter) (Entered: 07/27/2016) |
| 08/03/2016 | 834 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Michael J. Persico held on June 3, 2016, before Judge Irizarry. Court Reporter/Transcriber Charleane M. Heading, Telephone number 718−613−2643. Email address: cheading@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 8/24/2016. Redacted Transcript Deadline set for 9/5/2016. Release of Transcript Restriction set for 11/1/2016. (Heading, Charleane) (Entered: 08/03/2016) |
| 08/03/2016 | | ORDER as to Michael J. Persico −− A *Fatico* hearing currently is scheduled to be held on Wednesday, August 10, 2016 PROMPTLY at 10 AM. NO LATER THAN 5:00 P.M. TOMORROW, AUGUST 4, 2016, the parties are to advise the Court whether |

| | | |
|---|---|---|
| | | they plan to go forward with the hearing and whether the issues remain the same as discussed at the last conference or whether they have been further streamlined. Also at the last status conference held on June 3, 2016, the Court directed the government to turn over any 3500 material for the hearing prior to the hearing. While no precise deadline was given by the Court, it is the practice in this district to do so one week before the hearing. To date, the Court has not received a copy of the 3500 material. Assuming the hearing is going forward, the government is directed to provide chambers with a copy of the 3500 material NO LATER THAN 5:00 P.M. TOMORROW, AUGUST 4, 2016. SO ORDERED by Chief Judge Dora Lizette Irizarry on 8/3/2016. (Irizarry, Dora) (Entered: 08/03/2016) |
| 08/04/2016 | 835 | Letter *in Response to Order dated August 3, 2016* as to Michael J. Persico (Lifshitz, Allon) (Entered: 08/04/2016) |
| 08/05/2016 | | ORDER as to Michael J. Persico re 835 Letter −− The Court has received the parties' letter indicating that neither the government nor defense believe a Fatico hearing is necessary. The defendant will not seek a sentence below the Sentence Guidelines Range ("SGR") if the government does not ask the Court to consider certain relevant conduct and will not try to prove it at a hearing. The government states it intends to seek a sentence within the SGR, regardless of the outcome of any Fatico hearing. Apparently, the government has agreed to defendant's terms. This "agreement" essentially leaves the case in the same posture it was in on June 3, 2016. As the Court stated then, the Court has an obligation to consider factors under 18 U.S.C. § 3553(a) and the advisory Sentencing Guidelines, which necessitates consideration of relevant conduct. Defendant still does not state that he agrees the government can prove the relevant conduct at issue by a preponderance of the evidence. In essence, the parties are attempting to pigeonhole the Court into considering only the SGR. The Sentencing Guidelines were made advisory 11 years ago. The parties' approach usurps the Court's sentencing discretion, which is unacceptable. Accordingly, the Fatico hearing shall go forward on August 10 as previously scheduled. SO ORDERED by Chief Judge Dora Lizette Irizarry on 8/5/2016. (Irizarry, Dora) (Entered: 08/05/2016) |
| 08/08/2016 | 836 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Michael D. Sciaretta held on 09−04−14, before Judge Townes. Court Reporter/Transcriber N. CANALES, Telephone number 718−613−2509. Email address: cnlsnic@aol.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 8/29/2016. Redacted Transcript Deadline set for 9/8/2016. Release of Transcript Restriction set for 11/7/2016. (Canales, Nicole) (Entered: 08/08/2016) |
| 08/09/2016 | 838 | NOTICE OF ATTORNEY APPEARANCE: Sarita Kedia appearing for Michael J. Persico (Kedia, Sarita) (Entered: 08/09/2016) |
| 08/10/2016 | | Email Notification Test − DO NOT REPLY (Layne, Monique) (Entered: 08/10/2016) |
| 08/10/2016 | | Minute Entry for proceedings held before Chief Judge Dora Lizette Irizarry: Fatico Hearing as to Michael J. Persico held on August 10, 2016. *Appearances: AUSA Allon Lifshitz; FBI Special Agent Chance Adam; USAO Paralegal Olivia Lemons; Sr. USPO Mary Ann Betts; retained defense attorneys Marc Fernich, Maurice Sercarz, Sarita Kedia, and Diane Fischer for Michael J. Persico (present/on bond)*. Government has no objections to revised PSR or addendum; defense has not yet made a determination. Defense PSR objections due by August 17, 2016; if none, defense must advise the Court by letter. If applicable, Government shall respond to defendant's PSR objections by September 1, 2016. Hard courtesy copies of all submissions must be provided to chambers promptly. Witness called: Anthony Russo. Fatico Hearing continued to August 24, 2016 at 10:00 AM in Courtroom 4 A South before Chief Judge Dora Lizette Irizarry. If additional time is needed, hearing will be continued to August 25, 2016 at 11:00 AM. (Court Reporter Marie Foley.) (Carosella, Christy) (Entered: 08/10/2016) |
| 08/19/2016 | 839 | Letter *Providing Discovery and Requesting Reciprocal Discovery* as to Michael J. Persico (Lifshitz, Allon) (Entered: 08/19/2016) |

| | | |
|---|---|---|
| 08/19/2016 | 840 | Letter *requesting Brady/Giglio material* as to Michael J. Persico (Kedia, Sarita) (Entered: 08/19/2016) |
| 08/22/2016 | 841 | Letter *Providing Discovery* as to Michael J. Persico (Lifshitz, Allon) (Entered: 08/22/2016) |
| 08/22/2016 | 842 | Letter *regarding documents* as to Michael J. Persico (Kedia, Sarita) (Entered: 08/22/2016) |
| 08/23/2016 | 843 | Letter *Advising Court and Defense That Government Intends to Offer Certain Marked Exhibits by Proffer* as to Michael J. Persico (Lifshitz, Allon) (Entered: 08/23/2016) |
| 08/24/2016 | | Minute Entry for proceedings held before Chief Judge Dora Lizette Irizarry:Fatico Hearing (continued from 8/10/2016) as to Michael J. Persico held on 8/24/2016. *Appearances: AUSA Allon Lifshitz; FBI Special Agent Chance Adam; USAO paralegal Olivia Lemons; retained defense attorneys Maurice Sercarz, Marc Fernich, Sarita Kedia, and Diane Fischer for Michael J. Persico (present/on bond).* Continued testimony of Anthony Russo. Post−hearing briefs to be filed by Sept. 21; responses due by Sept. 28. Two hard courtesy copies of briefs must be provided to chambers promptly; one hard courtesy copy of exhibits and one copy on disk must also be provided (preferably as searchable pdf). Copies of post−hearing briefs and exhibits must also be provided to the probation officer. Defendant's sentencing memorandum due by Oct. 12; Government's sentencing memorandum due by Oct. 19; Probation addendum due by Oct. 26. Hard courtesy copies of sentencing memos must be provided to chambers promptly; copies must also be provided to the probation officer. Sentencing set for November 2, 2016 at 2:30 PM in Courtroom 4 A South before Chief Judge Dora Lizette Irizarry. (Court Reporter Linda Danelczyk.) (Carosella, Christy) (Entered: 08/24/2016) |
| 09/19/2016 | 844 | Letter *requesting permission to exceed page limit for Fatico brief* as to Michael J. Persico (Kedia, Sarita) (Entered: 09/19/2016) |
| 09/20/2016 | 845 | MOTION for Leave to File Excess Pages *In Post−Fatico Hearing Brief* by USA as to Michael J. Persico. (Lifshitz, Allon) (Entered: 09/20/2016) |
| 09/20/2016 | | ORDER as to Michael J. Persico re 844 Letter −− Defendant's request for leave to file a 40−page brief is denied. The Court finds no reason why the Fatico issues cannot be addressed in a 25−page brief that gets to the point without needless repetition as in previous filings. The issues are not difficult and much of defendant's position has been stated and restated in prior submissions. Moreover, no reason is proffered for the need to file an oversized brief. So Ordered by Chief Judge Dora Lizette Irizarry on 9/20/2016. (Carosella, Christy) (Entered: 09/20/2016) |
| 09/20/2016 | | ORDER denying 845 Motion for Leave to File Excess Pages as to Michael J. Persico (5) −− This morning, the Court denied defendant's request for leave to file an oversized brief of 40 pages to address the Fatico issues. The government now seeks leave to file an oversized brief of 35 pages. That request too is denied. The Fatico hearing consisted of one witness and total testimony of about one day. The parties have already argued their positions in previous submissions. The issues are not complex. They are fairly straight forward. I trust counsel for both sides are more than capable of focusing on the important facts and issues and providing a concise statement of their respective arguments within 25 pages. SO ORDERED by Chief Judge Dora Lizette Irizarry on 9/20/2016. (Irizarry, Dora) (Entered: 09/20/2016) |
| 09/21/2016 | 846 | SENTENCING MEMORANDUM by USA as to Michael J. Persico (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Lifshitz, Allon) (Entered: 09/21/2016) |
| 09/21/2016 | 848 | SENTENCING MEMORANDUM by Michael J. Persico (Kedia, Sarita) (Entered: 09/21/2016) |
| 09/22/2016 | 849 | SENTENCING MEMORANDUM by Michael J. Persico (Attachments: # 1 A−C, # 2 D−H, # 3 I, # 4 K−II, # 5 JJ−ZZ, # 6 AAA−GGG, # 7 HHH−MMM, # 8 NNN−PPP, # 9 QQQ−XXX) (Kedia, Sarita) (Additional attachment(s) added on 9/29/2016 (sealed exhibits): # 10 Exhibit BB, # 11 Exhibit CC, # 12 Exhibit DD, # 14 Exhibit YY, # 15 Exhibit JJJ, # 16 Exhibit KKK) (Carosella, Christy). (Entered: 09/22/2016) |

| | | |
|---|---|---|
| 09/22/2016 | 850 | MEMORANDUM TO THE COURT (Requesting International Travel) as to Anthony Preza (Brown, Lolita) (Entered: 09/22/2016) |
| 09/22/2016 | 851 | Letter *regarding exhibits subject to protective order* as to Michael J. Persico (Kedia, Sarita) (Entered: 09/22/2016) |
| 09/22/2016 | 852 | Letter *Exhibit J to Defendant's Fatico Brief [Document No. 848]* as to Michael J. Persico (Kedia, Sarita) (Entered: 09/22/2016) |
| 09/26/2016 | | ORDER as to Michael J. Persico re 851 Letter −− This Court requires that all pertinent sentence exhibits and memoranda be filed on the docket, albeit under seal. As to the documents subject to protective order, in addition to providing them in hard copy to chambers, they are to be emailed in PDF form to my deputy, Christy Carosella, so that she can docket them under seal. Since the parties have a copy, they will be accessible to the Court only. A hard copy shall be provided to Probation. All submissions are to be made available to Probation. So Ordered by Chief Judge Dora Lizette Irizarry on 9/26/2016. (Carosella, Christy) (Entered: 09/26/2016) |
| 09/28/2016 | 853 | SENTENCING MEMORANDUM by USA as to Michael J. Persico (Lifshitz, Allon) (Entered: 09/28/2016) |
| 09/28/2016 | 854 | SENTENCING MEMORANDUM by Michael J. Persico (Attachments: # 1 YYY−BBBB, # 2 CCCC−DDDD, # 3 EEEE−GGGG, # 4 HHHH−IIII, # 5 JJJJ, # 6 KKKK, # 7 LLLL, # 8 MMMM−PPPP, # 9 QQQQ−SSSS) (Kedia, Sarita) (Entered: 09/28/2016) |
| 09/30/2016 | 855 | ORDER: The request to travel internationally is granted. Ordered by Judge Sandra L. Townes on 9/29/2016. (Brucella, Michelle) (Entered: 09/30/2016) |
| 10/12/2016 | 856 | SENTENCING MEMORANDUM by Michael J. Persico (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4) (Kedia, Sarita) (Entered: 10/12/2016) |
| 10/19/2016 | 857 | SENTENCING MEMORANDUM by USA as to Michael J. Persico (Lifshitz, Allon) (Entered: 10/19/2016) |
| 10/25/2016 | 858 | SENTENCING MEMORANDUM by Michael J. Persico (Attachments: # 1 Exhibit 5) (Kedia, Sarita) (Entered: 10/25/2016) |
| 10/28/2016 | | NOTICE OF HEARING as to Michael J. Persico: Sentencing is adjourned to January 20, 2017 at 11:00 AM in Courtroom 4 A South before Chief Judge Dora Lizette Irizarry. (Carosella, Christy) (Entered: 10/28/2016) |
| 11/02/2016 | 860 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Michael J. Persico held on 8/24/16, before Judge Irizarry. Court Reporter/Transcriber Linda Danelczyk, Telephone number 718−613−2330. Email address: lindadan226@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 11/23/2016. Redacted Transcript Deadline set for 12/5/2016. Release of Transcript Restriction set for 1/31/2017. (Danelczyk, Linda) (Entered: 11/02/2016) |
| 12/02/2016 | 861 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Michael J. Persico before Judge Irizarry. Court Reporter/Transcriber Marie Foley, Telephone number 718−613−2596. Email address: Marie_Foley@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 12/23/2016. Redacted Transcript Deadline set for 1/2/2017. Release of Transcript Restriction set for 3/2/2017. (Foley, Marie) (Entered: 12/02/2016) |
| 01/18/2017 | 862 | PRETRIAL SERVICES SUPERVISION STATUS REPORT as to Michael J. Persico (Carosella, Christy) (Entered: 01/18/2017) |

| | | |
|---|---|---|
| 01/18/2017 | | ORDER as to Michael J. Persico: Due to a scheduling conflict, sentencing is adjourned to March 9, 2017 at 10:00 AM in Courtroom 4 A South. So Ordered by Chief Judge Dora Lizette Irizarry on 1/18/2017. (Carosella, Christy) (Entered: 01/18/2017) |
| 03/06/2017 | | NOTICE OF HEARING as to Michael J. Persico: Sentencing is adjourned to April 28, 2017 at 10:00 AM in Courtroom 4 A South before Chief Judge Dora Lizette Irizarry. (Carosella, Christy) (Entered: 03/06/2017) |
| 04/27/2017 | | NOTICE OF HEARING as to Michael J. Persico: Sentencing is adjourned to May 11, 2017 at 10:00 AM in Courtroom 4 A South before Chief Judge Dora Lizette Irizarry. (Carosella, Christy) (Entered: 04/27/2017) |
| 05/09/2017 | 863 | SENTENCING MEMORANDUM by Michael J. Persico (Attachments: # 1 Exhibit 6) (Kedia, Sarita) (Additional attachment(s) added on 8/1/2017: # 2 Exhibit 7) (Carosella, Christy). (Entered: 05/09/2017) |
| 05/10/2017 | | ORDER as to Michael J. Persico re 863 Sentencing Memorandum filed by Michael J. Persico −− On or before May 31, 2017, the Government shall respond to the issue raised in Ms. Kedia's letter. The Court will not permit any reply submission; any reply to the Government's response may be made orally at the sentencing hearing, which will be rescheduled by separate order. With the exception of the Government's forthcoming response (due May 31) no further submissions will be permitted. So Ordered by Chief Judge Dora Lizette Irizarry on 5/10/2017. (Carosella, Christy) (Entered: 05/10/2017) |
| 05/10/2017 | | Terminate Hearings as to Michael J. Persico: Sentencing (5/11/17) adjourned; new date TBA. (Carosella, Christy) (Entered: 05/10/2017) |
| 05/12/2017 | | NOTICE OF HEARING as to Michael J. Persico: Sentencing rescheduled for July 7, 2017 at 2:30 PM in Courtroom 4 A South before Chief Judge Dora Lizette Irizarry. (Carosella, Christy) (Entered: 05/12/2017) |
| 05/17/2017 | 864 | Joint MOTION to Continue Sentencing *to July 21, 2017* by USA as to Michael J. Persico. (Lifshitz, Allon) (Entered: 05/17/2017) |
| 05/18/2017 | | ORDER granting 864 Motion to Continue Sentencing as to Michael J. Persico (5) −− Sentencing is rescheduled for July 21, 2017 at 2:15 PM in Courtroom 4 A South. So Ordered by Chief Judge Dora Lizette Irizarry on 5/18/2017. (Carosella, Christy) (Entered: 05/18/2017) |
| 05/31/2017 | 865 | SENTENCING MEMORANDUM by USA as to Michael J. Persico (Lifshitz, Allon) (Entered: 05/31/2017) |
| 07/19/2017 | 868 | ORDER RE: *Fatico* Hearing as to Michael J. Persico −−− For the reasons set forth in the ATTACHED WRITTEN OPINION AND ORDER, the Court finds, by more than a preponderance of the evidence, that Defendant participated in a murder, a conspiracy to buy and sell stolen property, loansharking, extortion, and racketeering. Consequently, the Court shall consider these five activities in connection with the factors listed under 18 U.S.C. § 3553(a), in fashioning a reasonable sentence on Defendant's conviction for conspiracy to participate in an extortionate extension of credit, in violation of 18 U.S.C. §§ 371, 892. SO ORDERED by Chief Judge Dora Lizette Irizarry on 7/19/2017. (Irizarry, Dora) (Main Document 868 replaced on 7/24/2017−−original document contained typographical error(s)) (Carosella, Christy). (Entered: 07/19/2017) |
| 07/21/2017 | | Minute Entry for proceedings held before Chief Judge Dora Lizette Irizarry:Sentencing held on 7/21/2017 for Michael J. Persico. *Appearances: AUSA Allon Lifshitz; FBI Special Agent Chance Adam; Sr. USPO Mary Ann Betts by Supervising USPO Michael Dorra; Maurice Sercarz, Sarita Kedia, and Marc Fernich for Michael Persico*. Defendant sentenced on single count of superseding information (S−6) to 60 months in custody and 3 years of supervised release with special conditions; defense counsel's objection to certain conditions of supervision is overruled and noted for the record. $250,000 fine due immediately and payable at the rate of $25 per quarter while in custody and 10% of gross income per month while on supervised release. Forfeiture has been satisfied. Restitution not imposed because no loss sustained by victim(s). Rec. to BOP: Designation to FCI Danbury or another facility near the NYC area. $100 special assessment. Defendant advised of appellate rights. All underlying indictments are dismissed. Defendant permitted to |

| | | |
|---|---|---|
| | | self−surrender to the facility designated by the Bureau of Prisons on October 20, 2017 before 12:00 noon. (Court Reporter David Roy.) (Carosella, Christy) (Entered: 07/21/2017) |
| 07/24/2017 | 869 | MOTION for Bond *Pending Appeal* by Michael J. Persico. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Fernich, Marc) (Entered: 07/24/2017) |
| 07/25/2017 | | ORDER as to Michael J. Persico re 869 MOTION for Bond *Pending Appeal* filed by Michael J. Persico −− The Government shall respond to this motion by August 1, 2017. The parties are reminded to provide two hard courtesy copies of all submissions to chambers promptly. So Ordered by Chief Judge Dora Lizette Irizarry on 7/25/2017. (Carosella, Christy) (Entered: 07/25/2017) |
| 07/25/2017 | | Appearance Pro Se as to Francis Guerra. (Barrett, C) (Entered: 07/27/2017) |
| 07/25/2017 | 870 | MOTION to Vacate under 28 U.S.C. 2255 by Francis Guerra. (Barrett, C) Civil case 1:17−cv−04432−SLT opened. (Entered: 07/27/2017) |
| 08/01/2017 | 871 | RESPONSE in Opposition re 869 MOTION for Bond *Pending Appeal* (Attachments: # 1 Transcript dated June 3, 2016) (Lifshitz, Allon) (Entered: 08/01/2017) |
| 08/03/2017 | 872 | NOTICE OF ATTORNEY APPEARANCE: Richard H. Rosenberg appearing for Michael J. Persico (Rosenberg, Richard) (Entered: 08/03/2017) |
| 08/03/2017 | 873 | REPLY TO RESPONSE to Motion re 869 MOTION for Bond *Pending Appeal* (Rosenberg, Richard) (Entered: 08/03/2017) |
| 08/04/2017 | 874 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Michael J. Persico held on 7−21−2017, before Judge Dora Irizarry. Court Reporter/Transcriber David R. Roy, Telephone number (718) 613−2609. Email address: drroyofcr@gmail.com. Tape Number: drroyofcr@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 8/25/2017. Redacted Transcript Deadline set for 9/4/2017. Release of Transcript Restriction set for 11/2/2017. (Roy, David) (Entered: 08/04/2017) |
| 08/23/2017 | 875 | ORDER denying 869 Motion for Bond as to Michael J. Persico (5)−− For the reasons set forth in the ATTACHED WRITTEN MEMORANDUM AND ORDER, Defendant's request for bail pending appeal is denied in its entirety. SO ORDERED by Chief Judge Dora Lizette Irizarry on 8/23/2017. (Irizarry, Dora) (Entered: 08/23/2017) |
| 08/25/2017 | 876 | JUDGMENT as to Michael J. Persico (5), Count(s) 1, 10ssss, 11s−14s, 11ss, 11sss, 11ssss, 12ss, 12sss, 12ssss, 13ss, 13sss, 13ssss, 14ss, 14sss, 14ssss, 15ss, 15sss, 15ssss, 16ss, 16sss, 16ssss, 17ss, 17sss, 17ssss, 18ssss, 19ssss, 1s, 1ss, 1sss, 1ssss, 20ssss, 21ssss, 22ssss, 23ssss, 24ssss−27ssss, 2ssss, 3ssss, 4, 4ssss, 5−8, 5ssss, 6s, 6ss, 6sss, 6ssss, 7s, 7ss, 7sss, 7ssss, 8ss, 8sss, 8ssss, 9s, 9ss, 9sss, 9ssss, Dismissed; Count(s) 1sssss, 60 months in custody and 3 years of supervised release with special conditions. $250,000 fine due immediately and payable at the rate of $25 per quarter while in custody and 10% of gross income per month while on supervised release. Forfeiture has been satisfied. Restitution not imposed because no loss sustained by victim(s). Rec. to BOP: Designation to FCI Danbury or another facility near the NYC area. $100 special assessment. Ordered by Chief Judge Dora Lizette Irizarry on 8/24/2017. (Fernandez, Erica) (Entered: 08/25/2017) |
| 08/28/2017 | 878 | NOTICE OF APPEAL by Michael J. Persico re 876 Judgment,,, 875 Order on Motion for Bond, Filing fee $ 505, receipt number 0207−9786873. (Kedia, Sarita) (Entered: 08/28/2017) |
| 08/28/2017 | | Electronic Index to Record on Appeal as to Michael J. Persico sent to US Court of Appeals 878 Notice of Appeal − Final Judgment Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (McGee, Mary Ann) (Entered: 08/28/2017) |

TM:NMA/RN/AL
F.#2010R00195

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

\- against -

MICHAEL J. PERSICO,

Defendant.

\- - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 10-147 (S-6)(SLT)
(T. 18, U.S.C., §§ 371, 981(a)(1)(C) and 3551 et seq.; T. 21, U.S.C. § 853(p); T. 28, U.S.C., § 2461(c))

THE UNITED STATES ATTORNEY CHARGES:

## INTRODUCTION

At all times relevant to this Superseding Information, unless otherwise indicated:

### The Enterprise

1. The members and associates of the Colombo organized crime family of La Cosa Nostra constituted an "enterprise," as defined in Title 18, United States Code, Section 1961(4), that is, a group of individuals associated in fact (hereinafter the "Colombo crime family" and the "enterprise"). The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. The Colombo crime family engaged in, and its activities affected, interstate and foreign commerce. The Colombo crime family was an organized criminal

group that operated in the Eastern District of New York and elsewhere.

2. La Cosa Nostra operated through organized crime families. Five of these crime families – the Bonanno, Colombo, Gambino, Genovese and Luchese crime families – were headquartered in New York City, and supervised criminal activity in New York, in other areas of the United States and, in some instances, in other countries. Another crime family, the Decalvacante crime family, operated principally in New Jersey, but from time to time also in New York City.

3. The ruling body of La Cosa Nostra, known as the "Commission," consisted of leaders from each of the crime families. The Commission convened from time to time to decide certain issues affecting all of the crime families, such as rules governing crime family membership.

4. The Colombo crime family had a hierarchy and structure. The head of the Colombo crime family was known as the "boss." The Colombo crime family boss was assisted by an "underboss" and a counselor known as a "consigliere." Together, the boss, underboss and consigliere were the crime family's "administration." With the assistance of the underboss and consigliere, the boss was responsible for, among other things, setting policy and resolving disputes within and between La Cosa Nostra crime families and other criminal groups. The

administration further supervised, supported, protected and disciplined the lower-ranking participants in the crime family. In return for their supervision and protection, the administration received part of the illegal earnings generated by the crime family. Members of the Colombo crime family served in an "acting" rather than "official" capacity in the administration on occasion due to another administration member's incarceration or ill health, or for the purpose of seeking to insulate another administration member from law enforcement scrutiny. Further, on occasion, the Colombo crime family was overseen by a "panel" of crime family members that did not include the boss, underboss and/or consigliere.

5. Below the administration of the Colombo crime family were numerous "crews," also known as "regimes" and "decinas." Each crew was headed by a "captain," also known as a "skipper," "caporegime" and "capodecina." Each captain's crew consisted of "soldiers" and "associates." The captain was responsible for supervising the criminal activities of his crew and providing the crew with support and protection. In return, the captain often received a share of the crew's earnings.

6. Only members of the Colombo crime family could serve as a boss, underboss, consigliere, captain or soldier. Members of the crime family were referred to on occasion as "goodfellas" or "wiseguys," or as persons who had been

"straightened out" or who had their "button." Associates were individuals who were not members of the crime family, but who nonetheless engaged in criminal activity for, and under the protection of, the crime family.

7. Many requirements existed before an associate could become a member of the Colombo crime family. The Commission of La Cosa Nostra from time to time limited the number of new members that could be added to a crime family. An associate was also required to be proposed for membership by an existing crime family member. When the crime family's administration considered the associate worthy of membership, the administration then circulated the proposed associate's name on a list given to other La Cosa Nostra crime families, which the other crime families reviewed and either approved or disapproved. Unless there was an objection to the associate's membership, the crime family then "inducted," or "straightened out," the associate as a member of the crime family in a secret ceremony. During the ceremony, the associate, among other things: swore allegiance for life to the crime family above all else, even the associate's own family; swore, on penalty of death, never to reveal the crime family's existence, criminal activities and other secrets; and swore to follow all orders issued by the crime family boss, including swearing to commit murder if the boss directed it.

Methods and Means of the Enterprise

8. The principal purpose of the Colombo crime family was to generate money for its members and associates. This purpose was implemented by members and associates of the Colombo crime family through various criminal activities, including drug trafficking, robbery, extortion, fraud, bribery, embezzlement, illegal gambling and loansharking. The members and associates of the Colombo crime family also furthered the enterprise's criminal activities by threatening economic injury and using and threatening to use physical violence, including murder.

9. Although the primary purpose of the Colombo crime family was to generate money for its members and associates, the members and associates at times used the resources of the family to settle personal grievances and vendettas, sometimes with the approval of higher-ranking members of the family. For those purposes, members and associates of the enterprise were asked and expected to carry out, among other crimes, acts of violence, including murder and assault.

10. The members and associates of the Colombo crime family engaged in conduct designed to prevent government detection of their identities, their illegal activities and the location of proceeds of those activities. That conduct included a commitment to murdering persons, particularly members or associates of organized crime families, who were perceived as

potential witnesses against members and associates of the enterprise.

11. Members and associates of the Colombo crime family often coordinated criminal activity with members and associates of other organized crime families.

The Defendant

12. At various times, the defendant MICHAEL J. PERSICO was an associate within the Colombo crime family.

EXTORTIONATE EXTENSION OF CREDIT CONSPIRACY

13. The allegations in paragraphs 1 through 12 are realleged and incorporated as if fully set forth in this paragraph.

14. In or about and between May 2009 and February 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant MICHAEL J. PERSICO, together with others, did knowingly and intentionally conspire to make one or more extortionate extensions of credit to John Doe #1 and John Doe #2, individuals whose identities are known to the United States Attorney, contrary to Title 18, United States Code, Section 892(a).

15. In furtherance of the conspiracy and to effect its objectives, within the Eastern District of New York and elsewhere, the defendant MICHAEL J. PERSICO, together with

others, committed and caused to be committed, among others, the following:

OVERT ACT

(a) In or about June 2009, the defendant MICHAEL J. PERSICO aided in the extension of a $100,000 usurious loan.

(Title 18, United States Code, Sections 371 and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

16. The United States hereby gives notice to the defendant charged in this Superseding Information that, upon his conviction, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which requires the forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to such offense.

17. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

TM:NMA/RJN/AL
F.#2010R00195

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

\- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA — PLEA AGREEMENT

\- against - — 10 CR 147 (S-6) (SLT)

MICHAEL PERSICO,

Defendant.

\- - - - - - - - - - - - - - - - - - -X

Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, the United States Attorney's Office for the Eastern District of New York (the "Office") and MICHAEL PERSICO (the "defendant") agree to the following:

1. The defendant agrees to waive indictment and plead guilty to a superseding information to be filed in this district "Superseding Information (S-6)", charging a violation of 18 U.S.C. § 371. The count carries the following statutory penalties:

a. Maximum term of imprisonment: 5 years (18 U.S.C. § 371).

b. Minimum term of imprisonment: 0 years (18 U.S.C. § 371).

c. Maximum supervised release term: 3 years, to follow any term of imprisonment; if a condition of release is violated, the defendant may be sentenced to up to 2 years imprisonment without credit for pre-release

imprisonment or time previously served on post-release supervision (18 U.S.C. § 3583(b), (e)).

d. Maximum fine: the greater of $250,000, or twice the gross gain or gross loss (18 U.S.C. § 3571(b)(3), (d)).

e. Restitution: to be determined by the Court (18 U.S.C. §§ 3663 and 3663A).

f. $100 special assessment (18 U.S.C. § 3013).

g. Other penalties: criminal forfeiture in the amount of $325,000, as set forth below.

2. The defendant understands that although imposition of a sentence in accordance with the United States Sentencing Guidelines (the "Guidelines" and "U.S.S.G") is not mandatory, the Guidelines are advisory and the Court is required to consider any applicable Guidelines provisions as well as other factors enumerated in 18 U.S.C. § 3553(a) to arrive at an appropriate sentence in this case. The Office will advise the Court and the Probation Department of information relevant to sentencing, including criminal activity engaged in by the defendant, and such information may be used by the Court in determining the defendant's sentence. The Office estimates the likely adjusted offense level under the Guidelines to be level 23, which is predicated on the following Guidelines calculation:

Extortionate Extension of Credit Conspiracy

| | |
|---|---|
| Base Offense Level (§ 2E2.1) | 20 |
| Plus: Manager or Supervisor (§ 3B1.1(b)) | +3 |

Total: 23

If the defendant clearly demonstrates acceptance of responsibility, through allocution and subsequent conduct prior to the imposition of sentence, a two-level reduction will be warranted, pursuant to U.S.S.G. § 3E1.1(a), resulting in an adjusted offense level of 21 and a range of imprisonment of 37 to 46 months, assuming that the defendant falls within Criminal History Category I. The defendant stipulates to the above Guidelines calculation.

3. The Guidelines estimate set forth in paragraph 2 is not binding on the Office, the Probation Department or the Court. If the Guidelines offense level advocated by the Office, or determined by the Probation Department or the Court, is, for any reason, including an error in the estimate, different from the estimate, the defendant will not be entitled to withdraw the plea and the government will not be deemed to have breached this agreement.

4. The defendant agrees not to file an appeal or otherwise challenge, by petition pursuant to 28 U.S.C. § 2255 or any other provision, the conviction or sentence in the event that the Court imposes a term of imprisonment of 46 months or below. This waiver is binding without regard to the sentencing analysis used by the Court. The defendant waives all defenses based on the statute of limitations and venue with respect to any prosecution that is not time-barred on the date that this agreement is signed

in the event that (a) the defendant's conviction is later vacated for any reason, (b) the defendant violates this agreement, or (c) the defendant's plea is later withdrawn. The defendant waives any right to additional disclosure from the government in connection with the guilty plea. The defendant agrees that with respect to all charges referred to in paragraphs 1 and 12(a) he is not a "prevailing party" within the meaning of the "Hyde Amendment," 18 U.S.C. § 3006A note, and will not file any claim under that law. The defendant agrees to pay the special assessment by check payable to the Clerk of the Court at or before sentencing.

5. The defendant acknowledges that he owns property that is subject to forfeiture as a result of his participation in an extortionate collection of credit conspiracy, as charged in the Superseding Information (S-6). The defendant consents to the forfeiture of $325,000 in United States currency (the "Forfeiture Money Judgment") pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property constituting or derived from proceeds obtained directly or indirectly as a result of such offense, and/or as substitute assets pursuant to Title 21, United States Code, Section 853(p). Payment of the Forfeiture Money Judgment shall be made by certified or bank check, payable to the United States Marshal Service. On or before August 3, 2012, the defendant shall cause said check to be hand-

delivered to Assistant United States Attorney Brian Morris, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201, with the criminal docket number noted on the face of the check.

6. If the Forfeiture Money Judgment is not paid on or before August 3, 2012, interest shall accrue on any unpaid portion thereof at the judgment rate of interest from that date. If the defendant fails to pay any portion of the Forfeiture Money Judgment on or before August 3, 2012, the Office may execute the Forfeiture Money Judgment against any other assets of the defendant, up to the outstanding balance, pursuant to 21 U.S.C. § 853(p), the Federal Debt Collection Procedure Act, or any other applicable law.

7. The defendant consents to the entry of an Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure forfeiting the above-referenced sum of money to the United States. The defendant agrees to fully assist the government in effectuating the payment of the Forfeiture Money Judgment. The defendant agrees not to file or interpose any claim or to assist others to file or interpose any claim to any property against which the government seeks to execute the Forfeiture Money Judgment in any administrative or judicial forfeiture proceedings.

8. The failure of the defendant to forfeit any monies and/or properties as required under this agreement, including the failure of the defendant to execute any document to accomplish same

on timely notice to do so, shall constitute a material breach of this agreement. Upon such a breach, the defendant will not be entitled to withdraw his plea, but the Office may bring additional criminal charges against the defendant.

9. The defendant knowingly and voluntarily waives his right to any required notice concerning the forfeiture of the monies and/or properties forfeited hereunder, including notice set forth in an indictment or information. In addition, the defendant knowingly and voluntarily waives his right, if any, to a jury trial on the forfeiture of said monies and/or properties, and waives all constitutional, legal and equitable defenses to the forfeiture of said monies and/or properties, including, but not limited to, any defenses based on principles of double jeopardy, the Ex Post Facto Clause of the Constitution, the statute of limitations, venue, or any defense under the Eighth Amendment, including a claim of excessive fines.

10. The defendant agrees that the forfeiture of the above sum of money is not to be considered a fine or a payment on any income taxes that may be due.

11. The Office agrees that:

a. no further criminal charges will be brought against the defendant for his participation in: (1) racketeering conspiracy as alleged in Count One of the underlying indictment, captioned Superseding Indictment S-4; (2) the extortionate extension and collection of

credit from John Doe #1[1] between 1989 and 1991 and the conspiracy to commit the same (as alleged in Racketeering Acts 1 and 2); (3) the murder of Michael Devine and conspiracy to commit the same; (4) the murder of Joseph Scopo and conspiracy to commit the same (as alleged in Racketeering Act 3); (5) the extortionate extension, financing and collection of credit to John Doe #2 between 1993 and 1994 (as alleged in Racketeering Act 5); (6) the extortion of John Doe #2 between June 2007 and 2009 and the conspiracy to commit the same (as alleged in Racketeering Act 12 and Counts 4 and 5); (7) the attempted extortion of and conspiracy to extort John Doe #6 between September 2007 and February 2010 (as alleged in Racketeering Act 13); (8) the extortionate extension, financing and collection of credit from John Doe #8 and John Doe #9 between May 2009 and February 2010 and the conspiracy to commit the same (as alleged in Racketeering Act 16 and Counts 8 - 11); (9) wire fraud, commercial bribery and the conspiracy to commit the same related to Testa Corporation between June 2009 and February 2010 (as alleged in Racketeering Act 17 and Counts 13 and 14); (10) attempted extortion, and extortion, of John Doe #10 and John Doe #11 between September 2009 and February 2010 and the conspiracy to commit the same (as charged in Racketeering Act 18 and Counts 15 - 17); (11) the attempted extortion of Testa Corporation between October 2009 and December 2009 and conspiracy to commit the same (as charged in Racketeering Act 19 and Counts 18 and 19); (12) the murder of Joseph Lalima and conspiracy to commit the same; (13) the conspiracy to murder Bruce Black; (14) the extortion and conspiracy to extort Roger Califano; (15) loansharking between 1992 and 2000, as set forth in the government's motion to admit other acts evidence; and (16) illegal gambling - joker poker machines between 2000

[1] The John Does referenced in this paragraph reflect the numbering set forth in the underlying indictment captioned Superseding Indictment S-4.

and 2007, and the Office agrees not to use such conduct as a predicate racketeering act in a subsequent prosecution pursuant to 18 U.S.C. § 1962, it being understood, however, that this agreement does not otherwise bar the use of such conduct in a subsequent prosecution, including as the basis for a sentencing enhancement, and at the time of sentence, it will move to dismiss any underlying indictment with prejudice;

and, based upon information now known to the Office, it will

b. take no position concerning where within the Guidelines range determined by the Court the sentence should fall; and

c. make no motion for an upward departure under the Sentencing Guidelines.

If information relevant to sentencing, as determined by the Office, becomes known to the Office after the date of this agreement, the Office will not be bound by paragraphs 11(b) and 11(c). Should it be judged by the Office that the defendant has violated any provision of this agreement, the defendant will not be released from his plea of guilty but this Office will be released from its obligations under this agreement, including but not limited to the provisions of paragraph 11(a)-(c).

12. This agreement does not bind any federal, state, or local prosecuting authority other than the Office, and does not prohibit the Office from initiating or prosecuting any civil or administrative proceedings directly or indirectly involving the defendant.

13. This agreement is conditioned upon the following: (a) the defendants listed below (the "covered defendants") entering guilty pleas, pursuant to plea offers dated June 6, 2012, on or before June 7, 2012; and (b) acceptance of those pleas by a United States District Court Judge at the time of the plea allocution. The covered defendants are:

(i) Michael J. Persico and

(ii) Theodore Persico, Jr.

If fewer than all of the covered defendants satisfy conditions 13(a) and 13(b), or if any of the covered defendants subsequently seeks to withdraw his guilty plea, the Office, in its sole discretion, may elect to void any or all of the covered defendants' plea agreements and proceed to trial.

14. Apart from any written proffer agreements, if applicable, no promises, agreements or conditions have been entered into by the parties other than those set forth in this agreement and none will be entered into unless memorialized in writing and signed by all parties. Apart from any written proffer agreements,

if applicable, this agreement supersedes all prior promises, agreements or conditions between the parties. To become effective, this agreement must be signed by all signatories listed below

Dated: Brooklyn, New York
June ___, 2012

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By: ______________________________
Nicole M. Argentieri
Rachel Nash
Allon Lifshitz
Assistant United States Attorneys

Approved by:

______________________________
Taryn Merkl
Supervising Assistant U.S. Attorney

I have read the entire agreement and discussed it with my attorney. I understand all of its terms and am entering into it knowingly and voluntarily.

______________________________
MICHAEL PERSICO
Defendant

Approved by:

______________________________
Sarita Kedia, Esq.
Paul Shechtman, Esq.
Counsel to Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x
UNITED STATE OF AMERICA,

versus 10 CR 00147(SLT)

MICHAEL PERSICO

Defendant. U.S. Courthouse
Brooklyn, New York
--------------------------------------x
June 8th, 2012

TRANSCRIPT OF CRIMINAL CAUSE FOR GUILTY PLEA

BEFORE THE HONORABLE SANDRA L. TOWNES,

UNITED STATES DISTRICT COURT JUDGE

APPEARANCES

Attorneys for Government:
LORETTA LYNCH
U. S. ATTORNEY
EASTERN DISTRICT OF NEW YORK
271 Cadman Plaza East
Brooklyn, New York 11201
BY: NICOLE ARGENTIERI, ESQ
ALLON LIFSHITZ, ESQ.

Attorneys for Defendant Michael Persico:

SARITA KEDIA, ESQ.
PAUL SHECHTMAN, ESQ.

Court Reporter:
LISA SCHMID, CCR, RMR
Official Court Reporter
225 Cadman Plaza East
Brooklyn, New York 11201
Phone: 718-613-2644 Fax: 718-613-2379
Proceedings recorded by mechanical stenography. Transcript produced by computer-aided transcription.

MS. MACEDONIO: Your Honor, since the pleas are contingent upon both of the defendants accepting, can Mr. Persico stay during the next proceeding?

THE COURT: Yes.

MS. MACEDONIO:

DEFENDANT T. PERSICO: Thank you, Your Honor.

THE COURT: I would rather you move --

MS. MACEDONIO: Yes.

THE COURT: -- Mr. Persico, Jr. down to the end and bring Mr. Persico up.

MS. ARGENTIERI: Do you want a copy?

THE COURT: I have a copy here, and I want to put that in the file, also.

THE CLERK: Criminal cause for a plea, Docket Number 10 CR 147, United States of America versus Michael Persico.

Counsel, please state your names for the record.

MS. ARGENTIERI: Nicole Argentieri and Allon Lifshitz for the government. Good afternoon, Judge.

THE COURT: Good afternoon.

MS. KEDIA: Good afternoon, Your Honor. Sarita Kedia and Paul Schectman for Michael Persico.

THE COURT: Good afternoon.

And Mr. Persico is present also. Good afternoon.

DEFENDANT M. PERSICO: Good afternoon.

THE COURT: Now, I understand that Mr. Persico is

going to enter -- that he's prepared to plead this morning to an information charging a criminal offense. Is that correct?

MS. KEDIA: That is correct, Your Honor.

THE COURT: All right. Mr. Persico, the decision to plead guilty to a criminal offense is a serious decision. Before the Court can accept your guilty plea, the Court has to be satisfied that you are -- that you understand the rights that you're giving up by pleading guilty, and the consequences that may occur once you do so.

So I'm going discuss those matters with you. I'll be asking you some questions, as well. The answers to the questions have to be given under oath. So I will ask my deputy to now administer the oath.

THE CLERK: Yes, Judge.

(Defendant sworn.)

THE COURT: Please be seated. Please state your full name for the record.

DEFENDANT M. PERSICO: Michael Joseph Persico.

THE COURT: And Mr. Persico, you have taken an oath to tell the truth and that means that you must do so. If you should fail to tell the truth or intentionally mislead the Court in any way, you could be prosecuted for the felonies of perjury or of making false statements. Do you understand?

DEFENDANT M. PERSICO: Yes.

THE COURT: If there's anything you do not

understand, please don't hesitate to tell me. I'll be happy to stop and clarify anything that that's not entirely clear to you. Do you understand that?

DEFENDANT M. PERSICO: Yes.

THE COURT: How old are you?

DEFENDANT M. PERSICO: Fifty-five.

THE COURT: And how far did you go in school?

DEFENDANT M. PERSICO: College.

THE COURT: Have you now or have you recently been under the care of a physician or a psychiatrist?

DEFENDANT M. PERSICO: Physician.

THE COURT: And are you presently under the care of the physician?

DEFENDANT M. PERSICO: Yes.

THE COURT: For what?

DEFENDANT M. PERSICO: High blood pressure and high cholesterol.

THE COURT: Do you take medication for those conditions?

DEFENDANT M. PERSICO: Yes.

THE COURT: Have you taken any medication within the last 24 hours?

DEFENDANT M. PERSICO: This morning.

THE COURT: And does that medication interfere with your ability to think clearly?

DEFENDANT M. PERSICO: No, it doesn't.

THE COURT: Now, have you had -- other than the medication that you have taken for your medical conditions you've just described, have you taken any other pills or drugs or medication of any kind within the last 24 hours?

DEFENDANT M. PERSICO: No.

THE COURT: Have you had any alcoholic beverages to drink within the last 24 hours?

DEFENDANT M. PERSICO: No.

THE COURT: And as you appear before me this morning, is your mind clear?

DEFENDANT M. PERSICO: Yes.

THE COURT: Do you understand these proceedings?

DEFENDANT M. PERSICO: Yes, I do.

THE COURT: All right. Have you ever been hospitalized or treated for any substance abuse problem?

DEFENDANT M. PERSICO: No.

THE COURT: All right. Okay. Ms. Kedia -- and I will address my questions -- I'll address my questions to you -- have you discussed with Mr. Persico the question of entering a guilty plea?

MS. KEDIA: I have, Your Honor.

THE COURT: In your view, does he understand the rights that he will be waiving if he pleads guilty?

MS. KEDIA: Yes, I do believe he does.

THE COURT: Do you have any question about his competency to proceed today?

MS. KEDIA: I do not.

THE COURT: Mr. Persico, you have two counsel -- two attorneys with you. Are you satisfied with the assistance that you have received from both?

DEFENDANT M. PERSICO: Yes.

THE COURT: Do you feel that you need for more time to discuss with your attorneys your decision to plead guilty today?

DEFENDANT M. PERSICO: No.

THE COURT: All right. Now, I understand that you're prepared to plead guilty to an offense which is charged in an information, and I have the information before me. Did you receive a copy of that?

DEFENDANT M. PERSICO: Yes.

MS. KEDIA: Yes, Your Honor.

THE COURT: And did you read it and review that information with counsel before this proceeding?

DEFENDANT M. PERSICO: I did.

THE COURT: Do you understand the charge contained in the information?

DEFENDANT M. PERSICO: I do.

THE COURT: You are charged in this information with conspiracy to commit an extortionate extension of credit, and

this is contained in the information. I'm going to read it -- at least parts of it to you right now.

The superseding information charges that the Colombo family is a criminal enterprise comprised of a group of individuals who are associated in fact, and engaged in activities that affect interstate and foreign commerce.

The superseding indictment further charges that the Colombo family operates within the Eastern District of New York and elsewhere, and is an ongoing organization whose members function as a continuing unit for a common purpose of achieving the objectives of the enterprise.

The superseding information further describes you as an associate within the Colombo crime family. And provides in this count that in or about and between May 2009 and February 2010, both dates being proximate and inclusive, within the Eastern District of New York and elsewhere, you, Mr. Persico, together with others, did knowingly and intentionally conspire to make one or more extortionate extensions of credit to John Doe Number One and John Doe Number Two, individuals whose identities are known to the United States Attorney, contrary to Title 18, United States Code, Section 892(a).

In furtherance of the conspiracy and to effect its objectives within the Eastern District of New York and elsewhere, you, Mr. Persico, together with others, committed

and caused to be committed among others, the following overt act: In or about June 2009, you aided in the extension of a $100,000 usurious loan.

Now, the information charges this count and the count has with it elements, elements which the government must prove beyond a reasonable doubt. And do you understand what the charge is?

DEFENDANT M. PERSICO: Yes.

THE COURT: All right. If the government were required to prove this offense against you at a trial, the government would have to establish certain elements of the offense. There are facts they would have to establish at trial and I will go over them.

This count charges a violation of 18 USC 371, which provides, "If two or more persons conspire to commit any offense against the United States and one or more of such persons do any act to affect the object of the conspiracy, each is guilty of an offense against the United States."

In order to prove this crime, the government would have to prove beyond a reasonable doubt the following four elements: That two or more persons entered into the unlawful agreement charged in the information; second, that you, Mr. Persico, knowingly and willfully became a member of the conspiracy; third, that the members of the conspiracy knowingly committed at least one of the overt acts charged in

the indictment; and fourth, that the overt acts which you find to have been committed were committed or was committed in this case to further some objective of the conspiracy.

In order to prove the first of these elements, the government would have to establish beyond a reasonable doubt that two or more persons entered into an unlawful agreement to commit the crime of extortionate extension of credit, in violation of Title 18, Section 892(a) of the United States Code. This provides in pertinent part that, quote, whoever makes an extortionate extension of credit is guilty of a crime, unquote.

To provide -- to prove a violation of 892 of Title 18 of the United States Code, each of the following two elements must be established beyond a reasonable doubt: First, that the defendant knowingly made an extension of credit; second, that there was an understanding between the defendant and the borrower, express or implied, tacet or otherwise, that if the borrower delayed in making his repayments or if there was a total failure to repay, violence or other criminal means would be used to force repayment.

Now, would the government like to be heard on this at all? Is this your understanding of the elements?

MS. ARGENTIERI: Yes, Judge.

THE COURT: Okay. And what about the defense?

MS. KEDIA: Yes, that's our understanding, as well.

THE COURT: All right. Mr. Persico, this is a felony offense that is included in the superseding information. Superseding information also -- number six, superseding information number six.

It is punishable by a term of imprisonment of more than one year. Because it is a felony offense, you have the right to have this charge that you violated the law brought against you by means of a document called an indictment.

At this point, this offense is charged in an Information. An Information is different from an indictment. An Information is a document that has not been reviewed by anybody other than the United States Attorney. The United States Attorney drafted this superseding information and decided to bring this charge against you.

An indictment is different because an indictment is a document that is reviewed by some other independent body of citizens called a grand jury. Now, you can waive your right to a indictment, but if you do not waive your right to indictment, the only way this charge could proceed against you is if the government went before a grand jury and obtained a grand jury's approval.

A grand jury is a group of between 16 and 23 citterns of the community. And their task is to listen to the evidence that the government produces and decide whether that evidence establishes probable cause to believe that an offense

has been committed by a given individual. At least 12 members of the grand jury have to vote in favor of the indictment, in order for the charge to be proceed.

So if you do not waive your right to indictment, the only way that this charge could proceed is if the government went before a grand jury, produced evidence to the grand jury, and at least 12 members of the grand jury agree to vote in favor of the indictment. Do you understand what I have explained to about you right to indictment?

DEFENDANT M. PERSICO: I understand.

THE COURT: Have you discussed with your counsel whether you wish to waive your right to indictment?

DEFENDANT M. PERSICO: We did.

THE COURT: And do you, in fact, wish to waive your right to indictment?

DEFENDANT M. PERSICO: Yes, I do.

THE COURT: Did anyone threaten you or make any promises to you to induce you to waive your right to indictment.

DEFENDANT M. PERSICO: No.

THE COURT: I have a document here, and it is called "A Waiver of Indictment." There is a paragraph and it says, "Being advised of the nature of the charge, the proposed information and my rights, I hereby waive in open court on January 8th, 2012(sic), prosecution by indictment and consent

that the proceeding may be by information rather than indictment."

And is that true?

DEFENDANT M. PERSICO: Yes.

THE COURT: All right. Below that paragraph, there is a line under which is written the word "defendant." There is a signature above that line. Is that your signature?

DEFENDANT M. PERSICO: It is.

THE COURT: All right. And I therefore find that you understand your right to indictment, and that you have knowingly and voluntarily waived that right, so that I will sign also and we will proceed today on the basis of the information that is now before the Court.

Now, I have signed the waiver of indictment.

Now, Mr. Persico, the first thing that I want to make sure that you sustained about the charge in the superseding information is that you have the right to plead not guilty to this charge. Do you understand that?

DEFENDANT M. PERSICO: Yes.

THE COURT: If you enter a plea of not guilty to the charge, then you have the right to a speedy and public trial before a jury with the assistance of your counsel. Do you understand that?

DEFENDANT M. PERSICO: Yes.

THE COURT: If you enter a plea of not guilty, then

we will proceed on Monday with a trial that was begun on the indictment. You understand that?

DEFENDANT M. PERSICO: Yes.

THE COURT: All right. You have the right to have your counsel present not only at trial, but in all proceedings related to this case. And if you could not afford an attorney, one would be provided at the court's expense at any proceeding. Do you understand?

DEFENDANT M. PERSICO: I do.

THE COURT: At a trial, if there is to be a trial, you would be presumed to be innocent. You would not have to prove that you are innocent. You would not have to prove anything. The government has the burden of proof at a criminal trial.

And the government's burden is to produce evidence at the trial that satisfies the jury unanimously that you are guilty beyond a reasonable doubt. If the government could not meet that burden at your trial, the jury would have the duty to find you not guilty. Do you understand that?

DEFENDANT M. PERSICO: I do.

THE COURT: At a trial, witnesses for the government would have to come to court and testify in your presence. Your attorney would be able to cross-examine the witnesses, could object to evidence that the government tries to introduce. And also to offer evidence on your behalf. Your

counsel could compel witnesses by subpoena to come in to court and testify on your behalf, if there are witnesses with favorable testimony for you. Do you understand that?

DEFENDANT M. PERSICO: Yes, I do.

THE COURT: At a trial, you would have the right to testify in your own behalf if you choose to testify, but you could not be required or compelled to testify. That choice would be entirely up to you.

That's because the Constitution of the United States guarantees that no defendant in a criminal case may be required to testify and say something that might be used to show that he is guilty. So if you chose to have a trial, but chose not to testify at the trial, the Court would instruct the jury that they could not hold that against you or consider it in any way in reaching a verdict. Do you understand?

DEFENDANT M. PERSICO: Yes, I understand it.

THE COURT: If you plead guilty instead of going to trial, you will be giving up your right to a trial and also all the other rights that I have just discussed with you. There will be no trial in this case, and this Court will simply enter judgment of guilty on this Information and impose a sentence based only on the plea of guilty and without a trial. Do you understand?

DEFENDANT M. PERSICO: Yes.

THE COURT: If you plead guilty, I will have to ask

you some questions about what did you in order to satisfy myself that you are actually guilty of the offense. You will be required to answer those questions.

In doing so that, you will be giving up that right that I've just mentioned a moment ago, that is, the right not to say something that can be used to show that you are guilty. Do you understand that?

DEFENDANT M. PERSICO: I understand.

THE COURT: Are you willing to give up your rights to a trial and the other rights that we have just discussed?

DEFENDANT M. PERSICO: Yes.

THE COURT: I have before me a document which we have marked Government Exhibit's Exhibit One. It is titled "Plea Agreement." It has a number of pages, and it bears today's date on the last page, June 8th 2012.

At the bottom, there is a paragraph that says, "I have read the entire agreement and discussed it with my attorney. I understand all of its terms and am entering into it knowingly and voluntarily." Below that paragraph is a line under which is printed your name and the word "defendant." There is a signature above that line. Is that your signature?

DEFENDANT M. PERSICO: It is.

THE COURT: Before you signed this document, Government's Exhibit One, did you read the entire document?

DEFENDANT M. PERSICO: Yes, I did.

THE COURT: Did you discuss the various terms of the agreement with your counsel?

DEFENDANT M. PERSICO: We did.

THE COURT: Do you understand absolutely everything written in this document?

DEFENDANT M. PERSICO: I do.

THE COURT: Except for any promises in writing in this document, did anyone make any promise to you to induce you to plead guilty?

DEFENDANT M. PERSICO: No, not out all.

THE COURT: Now, there are a few things about the document that I'd like to discuss with you. Let me review with you now the potential punishment for the offense contained in this superseding information.

First of all, the count carries the following statutory penalties -- and I have gone through these that are included in the plea agreement and agree that the maximum term of imprisonment is five years. The minimum term is zero years. And so therefore, the Court can sentence you anywhere between no imprisonment up to five years. Do you understand that?

DEFENDANT M. PERSICO: Yes.

THE COURT: If you are sentenced to a period of imprisonment, that would be followed by a period of supervised release, which is exactly what the term implies. You are no

longer imprisoned, but you have conditions to follow and are supervised by a probation officer. Any questions about that?

DEFENDANT M. PERSICO: No questions.

THE COURT: If you were to violate the conditions of supervised release, you could be brought back into court and sentenced to up to two years for that violation, without any credit for the crime that you served on your original sentence or any credit for time served on post-release supervision. Do you understand?

DEFENDANT M. PERSICO: Yes, I do.

THE COURT: The maximum fine is the greater of $250,000 or twice the gross gain or gross loss. Any questions?

DEFENDANT M. PERSICO: No.

THE COURT: Restitution is to be determined by the Court. There is a $100 special assessment imposed on each defendant who pleads guilty to a felony. That is $100 that's due and payable at the time of sentencing.

DEFENDANT M. PERSICO: (Nods head affirmatively.)

THE COURT: Further, there is a criminal forfeiture provision in the superseding information, and as part of this agreement, you have agreed to criminal forfeiture in the amount of $325,000. Is that true? Do you agree with that?

DEFENDANT M. PERSICO: Yes.

THE COURT: All right. Now I said I was going to

read the -- I did read the superceding Information. Okay.

MS. KEDIA: Yes, Your Honor.

THE COURT: All right. And there are sentencing -- United States Sentencing Guidelines that the Court is required to consider when sentencing someone. They may affect sentencing. And have you discussed the United States Sentencing Guidelines with your counsel?

DEFENDANT M. PERSICO: I did.

THE COURT: All right. Before sentence, this Court will consider various factors about you, including your role in this crime, other factors related to the offense and then make a determination about the Guideline level that applies to your sentencing. I am required to by law to make that determination; however, the Guidelines are no longer mandatory, so that the Guideline level that is determined is to be considered by the Court, but the Court may sentence above the Guidelines, within the Guidelines or below the Guidelines.

And one of the things that this Court must do is also consider the factors pursuant to 18 USC 3553(a), that gives us some factors to consider about you, and that will also go into determining what your sentence will be. Do you understand that?

DEFENDANT M. PERSICO: Yes.

THE COURT: Now, I'm going to ask counsel, the

attorneys, to discuss with me the Guideline determination that you've made with regard to Mr. Persico, as part of his plea.

MS. ARGENTIERI: You want me to go through it now, Judge?

THE COURT: Yes.

MS. ARGENTIERI: Because he's charged with an underlying crime of extortionate extension of credit conspiracy, he starts out with a base offense level of 20. He is a manager or supervisor, pursuant to 3(b)1.1(B), which ads an enhancement of three points for a total of 23 points, Judge.

And if he allocutes and demonstrates responsibility here today, a two-level reduction will apply, leaving an adjusted offense level of 21, and assuming the Court finds that he is in criminal history category one, which we all believe he will be, the Guidelines range is 37 to 46 months.

THE COURT: Do you agree with that?

MS. KEDIA: Yes, we do agree.

THE COURT: All right. So that is what the attorneys have. That's the calculations that they have made.

I want to emphasize to you, Mr. Persico, that I alone will determine what the Guidelines are. If I find that the attorneys were incorrect based upon what I find in the report, the pre-sentence report, my calculation may be different from that of the attorneys. If that happens -- and

I can't make a final decision on that until literally the day that you are sentenced and after I have reviewed everything -- but if I find that the Guidelines are different, you will not be able to withdraw your guilty plea. Do you understand that?

DEFENDANT M. PERSICO: Yes, I do.

THE COURT: And Ms. Argentieri, are there -- well, before we go to that, there are a few other things I want to talk to you about in the plea agreement.

I am looking at paragraph four of the plea agreement, which says that you have agreed not to file an appeal other otherwise challenge by petition the conviction or sentence in the event that this Court imposes a term of imprisonment of 46 months or below. Do you understand that you are waiving your right to appeal if that should happen?

DEFENDANT M. PERSICO: Yes.

THE COURT: All right. You know that generally, defendants have the right to appeal their convictions and sentencing. And you are agreeing by this that you will not appeal if I sentence you to 46 months or below.

Now, has anyone made any threats or promises to you to induce you to waive your right to appeal anything other than what's included in the plea agreement?

DEFENDANT M. PERSICO: No one has.

THE COURT: Okay. Also in paragraph five, it says here that you acknowledge that you own property that is

subject to forfeiture as a result of your participation in extortionate collection of credit conspiracy, and that you consent to $325,000 in United States forfeiture of that amount in United States currency. Are you aware that the agreement includes that provision?

DEFENDANT M. PERSICO: Yes.

THE COURT: And do you acknowledge that you own such property?

DEFENDANT M. PERSICO: Yes.

THE COURT: Do you consent to forfeiture of $325,000 as part of your plea agreement?

DEFENDANT M. PERSICO: Yes.

THE COURT: Do you understand, Mr. Persico, what your rights and responsibilities are under this plea agreement?

DEFENDANT M. PERSICO: I do.

THE COURT: Do you understand the rights and responsibilities of the government under this plea agreement?

DEFENDANT M. PERSICO: Yes, I do.

THE COURT: Is there anything else I should discuss with Mr. Persico about the plea agreement?

MS. ARGENTIERI: I don't think so, Judge.

MS. KEDIA: I don't believe so, Your Honor.

THE COURT: All right. Now, Mr. Persico, do you have any questions that you would like to ask me about the

charge in the superseding Information or about your rights or anything else related to this matter that may not be clear to you?

DEFENDANT M. PERSICO: Everything is clear. No questions.

THE COURT: All right. Ms. Kedia, do you know of any reason why Mr. Persico should not plead guilty to this sole count of this superseding Information?

MS. KEDIA: No, Your Honor.

THE COURT: Do you know of any viable defenses to this charge?

MS. KEDIA: I do know a viable defenses, Your Honor, but in consideration of everything that Mr. Persico is charged with, and the risks inherent in a trial and the fact that Mr. Persico is able to allocute to this offense, he believes that -- he desires to enter into a plea of guilty to this offense, Your Honor.

THE COURT: All right. Is that true, Mr. Persico --

DEFENDANT M. PERSICO: It is.

THE COURT: -- what Ms. Kedia just said?

DEFENDANT M. PERSICO: (Nods head affirmatively.)

THE COURT: Let me ask you then, how do you plead to the superseding Information number six, charging you with extortionate extension of credit conspiracy?

DEFENDANT M. PERSICO: Guilty.

THE COURT: Are you making this plea of guilty voluntarily and of your own free will?
DEFENDANT M. PERSICO: Yes, I am.
THE COURT: Did anyone threaten you or force you to plead guilty?
DEFENDANT M. PERSICO: No.
THE COURT: Other than your agreement with the government, did anyone make any promise to you that caused you to plead guilty?
DEFENDANT M. PERSICO: No.
THE COURT: Has anyone promised you what your sentence will be?
DEFENDANT M. PERSICO: Nope.
THE COURT: Can you tell me what briefly in your own words what you did in connection with the offense that makes you guilty of the offense charged in the superseding Information?
DEFENDANT M. PERSICO: I arranged for someone to extend $100,000 loan to the trucking company run by James Bambino and Steve Marcus at a usurious interest rate.
THE COURT: And is that satisfactory, Ms. Argentieri?
MS. ARGENTIERI: Just one second, Judge?
THE COURT: Yes.
MS. ARGENTIERI: (Confers with Mr. Lifshitz.)

If you could just inquire, Judge, did that conduct occur between May 2009 and February 2009?

THE COURT: Yes, and where, also. I don't think we said the venue.

DEFENDANT M. PERSICO: I agree with the time frame.

THE COURT: Well, you have got to tell me what the time frame is.

DEFENDANT M. PERSICO: Between February 2009 -- May 2009 and February 2010.

THE COURT: All right. And where? The venue, where?

DEFENDANT M. PERSICO: In the Eastern District of New York.

THE COURT: Okay.

MS. ARGENTIERI: Judge?

THE COURT: Yes?

MS. ARGENTIERI: I'm not going to make him allocute to it, but I will just proffer that the government would prove -- be prepared to prove at trial that the extension of credit was made a -- not just a usurious rate, but at a rate of interest in excess of the annual rate of 45 percent per year, and that at the time that the loan was made, the two John Does who this defendant identified believed that Mr. Persico and his coconspirators had a reputation for the use of extortionate means to collect extensions of credit.

THE COURT: Okay. Did the defendant identify them?

MS. ARGENTIERI: He did. I believe he did.

THE COURT: I didn't -- I missed that.

MS. ARGENTIERI: I think he identified them as Steven Marcus and James Bambino.

MS. KEDIA: He did, Your Honor.

MS. ARGENTIERI: Okay.

THE COURT: Ms. Kedia, is there anything else that I should inquire about?

MS. KEDIA: No, I don't believe so, Your Honor.

The one thing I would say is, Your Honor went through the superseding Information, and it does charge the sole count of this 371 conspiracy, conspiracy to violate the extortionate extension credit.

I recognize that it has several pages of extraneous language about the Colombo family that is not a part and parcel of the charge, and it is not something that Mr. Persico agrees to or is allocuting to here today.

THE COURT: All right.

MS. ARGENTIERI: I don't know that the government needs to respond to that, other than to say we don't believe it's extraneous because part of the --

THE COURT: If you don't believe it's extraneous, you're telling me that you believe that he has to allocute to it?

MS. ARGENTIERI: I don't think he has to allocute to it, Judge. I think it goes to what I said before, which is the perception by the victims that the defendant and his coconspirators -- the defendant was an associate in the Colombo crime family. And his coconspirators reasonably believed at the time that they -- that they would use -- that these individuals would use extortionate means to collect an extension of credit. I don't think he has to specifically allocute to satisfy the 371 to being an associate in the Colombo crime family.

THE COURT: All right. Anything else?

MS. MACEDONIO: Judge, may I have a moment to speak to Ms. Argentieri?

THE COURT: Yes.

(Ms. Macedonio confers with Ms. Argentieri.)

MS. KEDIA: Did you have something else?

MS. ARGENTIERI: No. No.

THE COURT: Yes?

MS. ARGENTIERI: No.

MS. KEDIA: So Judge, I just want to set forth our understanding with respect to the plea agreement. As set forth in the plea agreement, there is certain conduct that's specifically laid out that is covered by the plea agreement.

THE COURT: Yes.

MS. KEDIA: And we recognize that -- our

understanding is that the government has disclosed all conduct of which it is aware and been investigating with regard to Mr. Persico go to the facts that are covered here under the terms of the plea agreement.

In addition, our understanding is that the government is not going to advocate in any way to the Probation Office or to the Court for a sentence above the Guideline range or where within the Guideline range Mr. Persico should fall. That's entirely up to the Court. Of course, we will be advocating for a sentence below the Guideline range, but we understand, of course, and Mr. Persico understands that it's up to the Court to impose sentence here.

THE COURT: Yes.

MS. ARGENTIERI: The agreement is the agreement, and we have in no way represented that Mr. Persico is getting coverage for every single crime the federal government believes he may have committed.

THE COURT: Let's go through it and see what --

MS. ARGENTIERI: Judge, the reason why the agreement is in writing is because everything that we have agreed to is in the agreement, and the agreement is what controls. And I'm not going to stand here and modify verbally any part of the agreement.

THE COURT: Okay. You know, I asked you with regard to Mr. Persico, Jr., what was covered, and you explained it to

me, and here we have paragraph 11 that lists what is covered.

MS. ARGENTIERI: Yes, Judge, and that list is exactly what the defendant is receiving coverage for, no more and no less, just that list.

THE COURT: All right. Do you --

MS. KEDIA: We understood, Your Honor. I was just stating our understandings as a whole with respect to the plea agreement.

THE COURT: All right. Well, the plea agreement speaks for itself. So if it ever becomes an issue, we'll have to go back to the plea agreement.

Based upon the information provided today by Mr. Persico, I find that he is acting voluntarily, that he fully understands the charge in the superseding Information, and his rights and the consequences of his plea, and that there is a factual basis for the plea. I therefore accept Mr. Persico's plea of guilty to the charge in the superseding Information.

Now, we should schedule sentencing.

THE CLERK: September 21st, Judge, at 11:30.

THE COURT: Correct. September 21st, at 11:30.

Mr. Persico, the Probation Department will need to interview you. Please cooperate with them.

Would counsel like to be present?

MS. KEDIA: Yes, Your Honor.

THE COURT: We'll have Probation notify you, also.

MS. KEDIA: Thank you, Your Honor.

THE COURT: All right. Thank you.

MS. KEDIA: Your Honor, with respect to bail, I've discussed with Ms. Argentieri a couple modifications that we have requested that I believe that the government consents to.

THE COURT: Yes?

MS. KEDIA: One is, Mr. Persico is currently released on $5 million bail, secured by various properties.

THE COURT: Yes?

MS. KEDIA: I ask that be reduced to $3 million, in order to afford certain of the sureties the ability to refinance.

THE COURT: Yes. You made application.

MS. KEDIA: Yes.

THE COURT: And does the --

MS. ARGENTIERI: The government has no objection to that, Judge.

THE COURT: All right. I will do that.

MS. KEDIA: Thank you. Your Honor.

And then there are certain family members of Mr. Persico and other persons that were on a non-association list at the moment to whom the government now would consent to him seeing, two relatives, Daniel Persico and Sean Persico and Frank Leone, a friend.

MS. ARGENTIERI: Judge, with regard to Daniel Persico -- is he home?

DEFENDANT M. PERSICO: It's my brother.

MS. ARGENTIERI: It's the government's understanding that he is a felon, so he would normally be off of Mr. Persico's list.

It's the government's understanding from conversations with counsel that he's dying of cancer. So for that reason -- and he only has several months to live, is that right?

DEFENDANT T. PERSICO: We don't know at this point.

MS. KEDIA: We don't know. He has been diagnosed with cancer, Your Honor, and he's being treated and Mr. Persico would ask permission to see him.

MS. ARGENTIERI: With that understanding and that representation from counsel, we don't object.

THE COURT: All right. So we'll have to do a new --

MS. KEDIA: Your Honor, what I can do is submit an order, a modification order to the Court.

THE COURT: Yes.

MS. KEDIA: That would be terrific.

One additional modification is simply he would be permitted to speak on the phone with his incarcerated father and his incarcerated brother, and I believe the government

agrees to that, as well.

MS. ARGENTIERI: I'm sorry?

MS. KEDIA: Speaking on the phone with his father and his brother.

MS. ARGENTIERI: We have no objection to that, Judge.

THE COURT: All right.

MS. KEDIA: Thank you.

MS. MACEDONIO: I just have one other matter.

THE COURT: Who has other matter? All right.

MS. MACEDONIO: (Confers with Ms. Argentieri.)

MS. ARGENTIERI: With regard to -- with regard to Theodore Persico, Jr., what Ms. Macedonio has asked me to do is to lift certain separations that are preventing him, I guess, from the creating problems with his housing, which we have agreed -- we have agreed to lift. She just wanted me to put that on the record.

MS. MACEDONIO: Thank you, Judge.

THE COURT: Okay. We are adjourned.

MS. ARGENTIERI: Thank you, Judge.

(Proceedings concluded.)

Case 17-2701, Document 71, 11/08/2017, 2168488, Page152 of 191

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

S-6 10 CR 147 (SLT)

-against-

AFFIRMATION

MICHAEL PERSICO,

*Defendant.*

-----------------------------------------------------------X

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

PAUL SHECHTMAN, being duly sworn, hereby affirms the following:

1. I am an attorney admitted to practice in the State of New York and before this Court. I submit this affirmation in support of the defendant Michael Persico's motion to withdraw his guilty plea in this case.

2. I have practiced criminal law for more than 30 years as a prosecutor and defense attorney.

3. Sarita Kedia and I represented Mr. Persico in this case, in which he pleaded guilty to one count of conspiracy to make a $100,000 usurious loan.

4. The charges in the indictment against Mr. Persico were serious, including a racketeering conspiracy count with predicate acts of murder and murder conspiracy. After carefully reviewing the evidence, I concluded that the proof was exceedingly weak. I told Mr. Persico that he had a distinct possibility of an acquittal on all counts. I also told him that predicting a trial's outcome was perilous, and that, if he were convicted of a serious charge, he

Case 17-2701, Document 71, 11/08/2017, 2168488, Page153 of 191

would face a long sentence. For that reason, I recommended that he authorize Ms. Kedia and me to enter into plea discussions with the government, and he did so.

5. The focus of the plea discussions was on the amount of "time" in prison that Mr. Persico would likely serve if he pleaded guilty. The discussions were unusual: the government would make an offer; after conferring with Mr. Persico, we would reject it; and the government would then return with a lower offer. Shortly before jury selection began, the government offered a "five-year plea," and we rejected it. We told the government that unless the offer was two to three years, Mr. Persico would not accept it. That was his firm position, and, in my view, it was reasonable given the weakness of the government's case.

6. Plea discussions continued during jury selection. Ms. Kedia and I spoke with the prosecutors, sometimes together and sometimes separately. Our "bottom line" was the same: we would go to trial unless the likely sentence was in the two-to-three-year range.

7. After much back and forth, we agreed that Mr. Persico would plead guilty to a crime with a five-year maximum sentence and an estimated Guidelines range of 37 to 46 months.

8. At the time of the agreement, it was my understanding that the government would not advocate for an upward departure and would not ask the Probation Office or the Court to consider at sentencing any criminal conduct beyond the offense of conviction. Moreover, the government would not recommend where within the Guidelines range the sentence should be, but we would be permitted to seek a sentence below the Guidelines range. Absent that understanding, I would not have recommended the plea. I believed (i) that if the Court considered only the crime of conviction, there was a substantial likelihood that Mr. Persico would receive the bottom of the range (37 months) or lower and (ii) that if the government asked

Case 17-2701, Document 71, 11/08/2017, 2168488, Page154 of 191

the Court to consider crimes such as murder and murder conspiracy, Mr. Persico was likely to receive a greater sentence. I say that because (i) the standard of proof at a Fatico hearing (preponderance) is lower than that at trial (beyond a reasonable doubt), and (ii) even if the Court found against the government at a Fatico hearing, I believed that merely having a hearing could affect Mr. Persico adversely.

9. I told Mr. Persico that I could give him no guarantees, but that the deal that had been struck gave him a high likelihood of the three-year sentence (or lower), which he was willing to accept.

10. During the plea proceeding, Ms. Kedia stated that "[o]ur understanding is that the government is not going in any way to advocate to the Probation Office or the Court for an above-Guidelines range or where within the Guidelines range Mr. Persico will fall. Of course, we will be advocating for a sentence below the Guidelines range." Plea Tr. at 27. I took her words to mean that the government would not be asking the Probation Office or the Court to consider that Mr. Persico had allegedly participated in murders or other crimes, which comported with my understanding of the agreement.

11. When I read the Presentence Report, I was stunned. The government had asked the Probation Office to consider other crimes, including murder and murder conspiracy, and the Probation Office stated that the additional conduct could provide a basis for an upward departure. I considered what had occurred a breach of the plea agreement. In such circumstances, a prosecutor cannot inform a probation officer that a defendant has supposedly participated in murders and not expect anything other than a recommendation for an upward departure.

Case 17-2701, Document 71, 11/08/2017, 2168488, Page155 of 191

12. After reviewing the Probation Report, I spoke with the government on several occasions and asked that it remove the other-conduct allegations from the Presentence Report. I made clear that, in my view, what had occurred was a breach of the plea agreement. In our discussions, the government said that it had advised the Probation Office about the additional conduct only to ensure that Mr. Persico would receive a Guidelines sentence, knowing that he would be advocating for a below-Guidelines sentence. I therefore asked the government if it would agree to delete the allegations if Mr. Persico agreed not to seek a below-Guidelines sentence. That request was rejected.

Dated: New York, New York
January 29, 2015

Paul Shechtman

Case 17-2701, Document 71, 11/08/2017, 2168488, Page156 of 191

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

S-6 10 CR 147

-against-

DECLARATION

MICHAEL PERSICO,

*Defendant.*

-----------------------------------------------------------X

SARITA KEDIA, an attorney admitted to practice in this Court, declares under penalty of perjury:

1. I am an attorney admitted to practice in the State of New York and before this Court. I submit this declaration to supplement that of my colleague Paul Shechtman, who submitted one previously in connection with the defendant Michael Persico's motion to withdraw his guilty plea based on the government's breach of the plea agreement.

2. I have been practicing as a criminal defense attorney for more than 20 years. Along with Mr. Shechtman, I represented Mr. Persico in this case. To the best of my recollection, the facts surrounding Mr. Persico's plea deal are these. We began plea discussions with the government shortly before the trial was set to begin. Although Mr. Persico had not expressed interest in taking a plea deal, the attorney for Mr. Persico's co-defendant Francis Guerra called me to ask if Mr. Persico would consider some kind of plea because the government had advised him that it would not extend a plea offer to his client unless there was a global plea. At that time, there were three defendants preparing for trial – Guerra, Michael Persico and Theodore Persico Jr. (Michael's cousin). Therefore, Mr. Shechtman and I agreed to discuss the possibility of a plea deal

with the government, although we believed that the government's proof on all charges against our client was extraordinarily weak.

3. Though we had some discussions with the trial assistants, Taryn Merkl, then Chief of the Organized Crime and Gangs unit, led the plea discussions on the government's behalf, noting that she was handling the negotiations because, given the trial date's proximity, the trial assistants were busy preparing. The government made various plea offers. At one point, it offered Mr. Persico a deal of 5 years, meaning pleading guilty to a crime with a statutory maximum sentence of 5 years and a Guidelines range of 5 years or more, which Mr. Persico swiftly rejected.

4. Ultimately, the government offered a plea to Guerra of 15 years, a plea to Theodore Persico Jr. of 12 years and a plea to Michael Persico to a crime that would carry a 5-year statutory maximum and a Guidelines range of 37 to 46 months. Although Guerra rejected the plea offer of 15 years, the government nevertheless continued to offer plea deals to Theodore Jr. and Michael, despite its previous persistence that any plea offers would only be global. The government insisted, however, that it would not permit Theodore Jr. to take a plea deal unless Michael Persico took one as well. On several occasions, we asked the government to permit the other two defendants to take plea deals and allow our client to proceed to trial, but it refused.

5. Before Mr. Persico agreed to take a plea deal, we had specific discussions with Ms. Merkl about the government refraining from having either prosecutors or law enforcement agents suggest to the Probation Office or the Court that Mr. Persico was involved in crimes apart from the offense to which he would be pleading guilty. Indeed, both Mr. Shechtman and I well knew that, if Probation were advised that the government was asking that conduct such as murder, murder conspiracy or long time criminal activity be considered, it would have at least the same deleterious effect as directly advising the Court. Indeed, we believed that, if the



Case 17-2701, Document 71, 11/08/2017, 2168488, Page157 of 191

Case 17-2701, Document 71, 11/08/2017, 2168488, Page158 of 191

government asked that such conduct be considered, Probation would most likely recommend an upward departure, as it did. We also expected that if the Court were presented with any such alleged conduct – even if the government failed to offer proof or to prevail at a Fatico hearing – it might impose a much harsher sentence than it otherwise would impose. To be sure, we expected that the Court might impose the statutory maximum sentence of five years that Mr. Persico had already rejected if it were tainted by claims of murder or long-time criminal history.

6. In response to our concerns, Ms. Merkl stated in substance that she was not willing to change the standard language in the plea agreement but that, in her view, there was no need to do so since the government asking the Court to consider additional crimes such as murder or murder conspiracy would essentially be inviting the Court to impose a sentence above the agreed-upon Guidelines range of 37 to 46 months. She also agreed that we could place something on the record regarding our understanding of the agreement at the time of the plea proceedings.

7. Based on these discussions, it was my understanding, prior to Mr. Persico agreeing to take a plea deal, that the government agreed that it would not advocate for an upward departure or a sentence above the 37 to 46 month Guidelines range contained in the plea agreement, nor would it ask the Probation Office or the Court to consider at sentencing any criminal conduct beyond the offense of conviction. Moreover, I understood at the time Mr. Persico pleaded guilty that the government would not make any recommendation regarding where within the Guidelines range calculated by the Court the sentence should fall and that Mr. Persico would be free to seek a sentence below the Guidelines range. Both Mr. Shechtman and I advised Mr. Persico based on this specific understanding. I attempted to make clear this understanding during the plea proceeding when I stated the following: "Our understanding is that the government is not going to advocate in any way to the Probation Office or to the Court for a sentence above the Guideline[s]

Case 17-2701, Document 71, 11/08/2017, 2168488, Page159 of 191

range or where within the Guideline[s] range Mr. Persico should fall.... Of course, we will be advocating for a sentence below the Guideline[s] range." Plea Tr. at 27. My purpose in making that statement was to place on the record Mr. Shechtman's and my understanding that the government would in no way suggest to the Probation Office or the Court that it should consider, let alone assert that the government could prove, that Mr. Persico had allegedly participated in crimes beyond the offense of conviction.

8. Just prior to placing on the record my understanding of what the parties could and could not do at sentencing, I noted my belief that Mr. Persico was getting coverage in the agreement for all crimes for which the government had been investigating him. Plea Tr. at 26-27. In response to this understanding, the government noted: "The agreement is the agreement and we have in no way represented that Mr. Persico is getting coverage for every single crime the federal government believes he may have committed.... [The] list [in the agreement] is exactly what the defendant is receiving coverage for, no more and no less, just that list." *Id.* at 27-28. I did not understand from the government's remarks that it was repudiating our agreement regarding the respective positions the parties could take with respect to sentencing. At the end of the plea hearing, I firmly believed, as did Mr. Shechtman and Mr. Persico, that the government would honor its agreement to refrain from making additional conduct allegations to Probation and the Court.

9. Like Mr. Shechtman, I too was stunned upon reading the Presentence Report and considered the government's conduct to breach the plea agreement. Along with Mr. Shechtman, I participated in discussions with the government asking that it remedy the breach and ask Probation to remove the allegations regarding additional conduct. The government rejected our request, after which Mr. Persico submitted a plea withdrawal motion based on the breach.

Sarita Kedia

11572, Session 2

| | | |
|---|---|---|
| DATE OF RECORDING: | 05-07-09 | |
| PARTICIPANTS: | STEVEN MARCUS | SM |
| | THEODORE PERSICO, JR. | TP |
| ABBREVIATIONS: | UI: Unintelligible | |

TP: We'll figure out a way, I don't know.

SM: No, no, but I'm saying.

TP: [UI] we'll get a loan. If we got to get a loan, we'll get a loan.

SM: [UI] that's what I'm thinking and why not.

TP: It's got to be a legitimate loan. It's gotta be on paper.

SM: That's fine.

11577, Session 5

| | | |
|---|---|---|
| <u>DATE OF RECORDING:</u> | 05-22-09 | |
| <u>PARTICIPANTS:</u> | STEVEN MARCUS | SM |
| | LOUIS ROMEO | LR |
| | THEODORE PERSICO, JR. | TP |
| | JAMES BOMBINO | JB |
| <u>ABBREVIATIONS:</u> | UI: Unintelligible | |

TP: Who's going to lay out $150,000?

JB: To get back 76,000.

TP: No, who's going to lay out $150,000 for us, not to get nothin' back? We gotta give somebody money to lay out the money.

JB: That's what I'm saying, of course.

TP: For a month.

LR: Two months, good scenario. 30 day billing, 30 day to get your money. Good scenario. Bad scenario, 100 days.

TP: I could borrow the money from somebody and offer them so much money. How much do you want to offer them to lend us $150,000 for two months? I'm not going to get anybody to give us 150,000 dollars just for two months. I don't have it; I'm not going to ask it.

11587, Session 3

DATE OF RECORDING: June 10, 2009

PARTICIPANTS: JAMES C. BOMBINO ("J. BOMBINO")

THEODORE PERSICO, JR. ("T. PERSICO")

STEVEN MARCUS ("MARCUS")

ABBREVIATIONS: UI: UNINTELLIGIBLE

T. PERSICO: I said we're gonna need about three hundred, we assume. If we don't need it, every a hundred thousand that we take, we have to give back one ten.

J. BOMBINO: (UI)

T. PERSICO: That's all you got, sixty or ninety days, whatever it is.

J. BOMBINO: Okay, sixty or ninety days.

T. PERSICO: Whatever the job takes, whatever we need. If we need –

MARCUS: In other words, as we get paid, we pay.

T. PERSICO: I said sixty. But, if we need it for an extra thirty days, we need it for an extra thirty days.

MARCUS: In other words (UI) what it costs.

T. PERSICO: No. It doesn't cost ten thousand a month. It's just the ten thousand for the thing.

J. BOMBINO: Oh, okay.

T. PERSICO: It's not --

MARCUS: That's what we wanted to know.

T. PERSICO: It's *me*.

J. BOMBINO: I know. (UI).

T. PERSICO: I'm doing – we're doing – They didn't ask me for the ten thousand dollars. I offered the ten thousand. Nobody came to me and says, "I'll lend you a hundred thousand and you gotta give me hundred ten thousand." I said, "Michael, I don't want you to go and ask people for money or use your own money. I'm willing to give you ten thousand on a hundred thousand. Let us use it for sixty days." He says, "No I'll get it for you, Teddy. No problem."

J. BOMBINO: Okay, that's it.

T. PERSICO: I went to him with it. He didn't ask me for, nobody's shaking us down.

J. BOMBINO: No. Nobody's --

T. PERSICO: If we get a --

J. BOMBINO: Nobody's saying that.

T. PERSICO: If we give him the money in seventy-five days, he ain't gonna complain.

J. BOMBINO: Okay.

MARCUS: (UI)

J. BOMBINO: That's all we wanted to clarify –

MARCUS: Perfect. We couldn't be, listen, it's even better than the bank, better than the bank.

11587, Session 4

| | | |
|---|---|---|
| <u>DATE OF RECORDING:</u> | 06-10-09 | |
| <u>PARTICIPANTS:</u> | JAMES BOMBINO | JB |
| | STEVEN MARCUS | SM |
| <u>ABBREVIATIONS:</u> | UI: Unintelligible | |

JB: Yeah, absolutely. The guy did nothing wrong to us, are you kidding me? It's a free loan.

SM: Exactly.

JB: It's a free loan.

SM: That's what I'm saying.

JB: Of course.

11604, Session 3

DATE OF RECORDING: July 22, 2009

PARTICIPANTS: JAMES C. BOMBINO ("J. BOMBINO")

STEVEN MARCUS ("MARCUS")

ABBREVIATIONS: UI: UNINTELLIGIBLE

J. BOMBINO: What I see is, what I see is, I see Michael getting interest before he gets his money. I don't see Michael getting his money and interest in one shot. You know what I'm saying? I think he sees it that way, but I don't see it that way. I see him, in four months, we're gonna have to go to him and say, "Listen."

MARCUS: You don't, you don't understand.

J. BOMBINO: "Here's the interest, and we're gonna hold it for another four months." You know what I'm saying? Or whatever the time may be.

11614, Session 2

| | | |
|---|---|---|
| DATE OF RECORDING: | 08-11-09 | |
| PARTICIPANTS: | JAMES BOMBINO | JB |
| | STEVEN MARCUS | SM |
| ABBREVIATIONS: | UI: Unintelligible | |

SM: Did Michael or anybody say anything about getting his money? Like did they tell you, anybody?

JB: No.

11632, Session 3

| | | |
|---|---|---|
| DATE OF RECORDING: | 09-15-09 | |
| PARTICIPANTS: | JAMES BOMBINO | JB |
| | STEVEN MARCUS | SM |
| | PATRICK BOMBINO | PB |
| ABBREVIATIONS: | UI: | Unintelligible |

PB: You need to collect your money.

JB: That's what Michael keeps saying, every time I tell him, Michael, I'm out of money. Well, you gotta collect. Let me make a phone call, they gotta pay us, that's what he keeps saying.

PB: Well, he's right about that.

JB: Of course he's right. I know he's right.

SM: But the other guy, the other guy Anthony Preza that he went to, to give us 100.

PB: I'll match his 100 to get this Anthony guy off – you don't fuckin pay this guy juice. You're paying juice on this fuckin' money?

SM: Oh, we're going to have to. Cause that was the deal.

JB: No, we're paying flat fee, not juice. They want 10,000 on 100,000. We pay it back, we give 'em 110, that's what they want. They never said an ongoing juice thing.

PB: Wait a second. 10,000, no matter if you hold it a week or a year?

JB: Well, they said 4, 5 months.

SM: 3, 4 months, he said.

PB: How long you got it?

JB: If you need longer –

PB: How long you got it?

JB: We got it – 3 or 4 months easy. Sure. Since we started the work in June.

PB: Why don't we give him his hundred back? But that don't help you.

JB: No, that don't help me.

11652, Session 2

| | | |
|---|---|---|
| DATE OF RECORDING: | 10-29-09 | |
| PARTICIPANTS: | JAMES BOMBINO | JB |
| | STEVEN MARCUS | SM |
| ABBREVIATIONS: | UI: Unintelligible | |

SM: I'm just surprised that they haven't asked for their money back.

JB: Why would they?

SM: Well that's – or at least 10?

JB: How could he? How could he ask for it back? He knows I ain't got it. He knows 'cause he knows every fuckin' detail of my business because I tell him.

SM: Right.

JB: How could he ask – how could he have the balls? As a matter of fact, when I saw him the other day, when I left here to go see him, and during the conversation, I threw it in there that, I says, "You know, Mike, I don't tell my brother nothing that's going on. But I know that if I fuckin' tell him, he'll give me –" "Don't even go there," he said, "What are you going to, throw more money into this fuckin' pit?" That's what he said. He told me, "Don't ask your brother for no money."

11657, Session 5

| | | |
|---|---|---|
| DATE OF RECORDING: | 11-11-09 | |
| PARTICIPANTS: | JAMES BOMBINO | JB |
| | STEVEN MARCUS | SM |
| ABBREVIATIONS: | UI: Unintelligible | |

SM: Take another 10,000 off for Michael.

JB: Oh, yeah, the interest. I forgot. He's really gonna have the balls to charge us that, after this is all said and done?

SM: Why? Why shouldn't he?

JB: Yeah. We got to offer it, there's no doubt. But if he takes it that would be a fucking cold thing to do. [Laughing] But, you know [UI]

SM: What do you think?

JB: Do I think he'll take it? Absolutely.

SM: Yeah.

JB: Absolutely because Teddy will make him take it because Teddy will just take it. I don't – I think Michael, honestly, I think Michael might say, "Just give me back the money. Just pay Anthony back the money you owe him. Don't worry about it."

11695, Session 2

| | | |
|---|---|---|
| <u>DATE OF RECORDING:</u> | 01-22-10 | |
| <u>PARTICIPANTS:</u> | JAMES BOMBINO | JB |
| | STEVEN MARCUS | SM |
| <u>ABBREVIATIONS:</u> | UI: Unintelligible | |

JB: Michael's guy is the next order of business, before everybody else but not before the creditors and my fuckin' name. I already said that to Michael. I said I gotta get my name straightened out before anything, and that's what I want to tell him about the 63,000. I'm going to go over the numbers in the office tomorrow with you on the 63,000 and see exactly what I owe the people that are suing me, and the union that's suing us, and this and that and everything, and then what I need left to run the upcoming job that we're starting next week. Whatever's left, I'm going to start straightening Anthony out with. I said, "Do you have a problem if I give Anthony you know, 20 thousand, 25 thousand at a time?" He says, "Well, you know, nobody wants to get money back like that, but you know, at this point, yeah, that's fine, that's fine." I says, "Okay, cause the way Testa did it to me, unfortunately, I gotta do it back that way, I don't have –"

SM: Yeah, no, no, Testa didn't – Exactly.

JB: "—100,000 to pay Anthony. So let me straighten out my name and the lawsuits and the union – the rest of the money I got coming in, and let me start putting together a little fuckin' check every time I get a lump sum, and I'll give it to Anthony so I can straighten him out." He says, "Alright, that's fine." So that's how I left that. So Anthony's third after the creditors and the union. Then Anthony.

SM: Right.

11706, Session 5

| | | |
|---|---|---|
| DATE OF RECORDING: | 02-15-10 | |
| PARTICIPANTS: | JAMES BOMBINO | JB |
| | STEVEN MARCUS | SM |
| ABBREVIATIONS: | UI: Unintelligible | |

SM: What do they owe us?

JB: Who? Who?

SM: Uh, Testa.

JB: Minus the 63,000, 97,000, 98,000 -- just about 100,000.

SM: Alright, right around 100.

JB: Um hmm.

SM: Okay.

JB: I'd like – I'd like to tell her, "Listen, don't pay me anything until you pay me one fuckin' more check." That's it, so we can turn the 100,000 dollars over. Or at least 80 of it, something like that. I can get fuckin' Preza done with because all in all we, we, we --

SM: What do you think we're going to have to pay in interest over there?

JB: I don't think I want to pay anything.

11706, Session 5

| | | |
|---|---|---|
| DATE OF RECORDING: | 02-15-10 | |
| PARTICIPANTS: | JAMES BOMBINO | JB |
| | STEVEN MARCUS | SM |
| ABBREVIATIONS: | UI: Unintelligible | |

JB: What'd you ask me? You just asked me something.

SM: Interest.

JB: I figure 10,000.

SM: Think they'll be happy with that?

JB: Yeah, without a doubt. If he wants more, then he's just going to have to wait for more, you know what I mean? Let Michael deal with that. Say, "10,000 was what you told me, Mike."

11704, Session 4

| | | |
|---|---|---|
| DATE OF RECORDING: | 02-11-10 | |
| PARTICIPANTS: | JAMES BOMBINO | JB |
| ABBREVIATIONS: | UI: Unintelligible | |

JB: I know Michael. Michael wears a cardigan sweater with elbow patches. I mean, the guy ain't no fuckin' gangster. Michael's as squeaky clean as they come. More than likely he's not getting convicted. They'll indict him, because of who his father is, who his brother is. I mean, naturally, his last name is a curse.

11624, Session 5

| | | |
|---|---|---|
| DATE OF RECORDING: | 09-01-09 | |
| PARTICIPANTS: | JAMES BOMBINO | J. Bombino |
| | STEVEN MARCUS | Marcus |
| ABBREVIATIONS: | UI: Unintelligible | |

J. Bombino: Michael don't hang out with anybody.

Marcus: I know.

J. Bombino: He don't hang out with anybody that's not a fuckin' business associate of his or a dear friend of the family from his father. That's it. Michael won't meet new people. Michael doesn't talk. Michael lets you do the talking. Michael's a very sharp kid. And he did it to me today on the phone. He's been doing it to me for a while. It's getting less because I think I've already proved myself to the guy. You gotta remember, I only met Michael this time that Teddy came home. As long as I know Teddy, I never knew Michael --

Marcus: Yeah, I know Michael back ...

J. Bombino: I didn't know him.

Marcus: 2002, 3.

J. Bombino: He knew of me because Teddy would always speak highly of my brother and me so the whole family knows who I am but they don't really know who I am. You know what I'm saying. Now Michael's starting to learn who I am and what I am, put it that way.

Marcus: Right, right.

J. Bombino: But he, he tested me today 'cause I told my brother the story. He says, "He was testing you again." I said, "Yeah, I know." Because when I was telling him what Brad did, I said, "This kid called me up, 'Fuckin', who the fuck do you people think you are?'" I said, "Well," He said, "Yeah, uh huh. And what did *you* say?" That's what Michael said to me. I said, "Brad," I said, "Let's be gentlemen here. I'm speaking to you like a gentleman, you're cursing me out. This is insane. I'm just a truck driver. I own a trucking company. I came from driving the truck to owning the trucking company. I didn't graduate from Harvard and get a big job for Testa that I'm the project manager. I'm a truck driver who's out 260,000 dollars. So if I'm a little on edge, you have to forgive me. It's hard to be in my position." "Umhmm." He just listened. And I said – he said, "Then what happened?" "Oh, he continued for a little longer. And the more he got nasty with me, the nicer I got with him, until eventually he must have felt stupid and he stopped." "Okay, very good. Alright, I'll call you later." So, you know, if I would have told him that I said, "You fucking jerk off, I'll come there," Michael would have been done with me. Yeah. Yeah. He don't want to--

Marcus: That's not the way you, you want to conduct yourself.

J. Bombino: He said, "We're not gangsters. We're [UI] business. We're not gangsters. We don't do gangster things." He says it himself. Those days are over. "We're running a legitimate business here. Nobody wants to act like a gangster. What is that kid talking like that for?" "Mike, honestly, I don't know."

Marcus: Trying to push buttons.

J. Bombino: I said, "Personally--" That's what I said. "Personally, I think he tried to push my buttons. I don't know who's in his ear and who's talking to him or whatever or what he thinks. I think he tried to get my goat and he tried to get me to be stupid. But you know what, he's 33 years old. He's young enough to be my fucking son, he don't wake up early enough to get me to be stupid, okay." He says, "No, no, no, you did good. Don't worry about it. I'll call you later." And then Tommy called me a little after that. So he must have got on the phone. If you do right by Michael, Michael will do anything for you. Michael is really a good-hearted guy.

Marcus: He sure is.

11678, Session 3

| | | |
|---|---|---|
| DATE OF RECORDING: | 12-17-09 | |
| PARTICIPANTS: | JAMES BOMBINO | JB |
| | STEVEN MARCUS | SM |
| | PATRICK BOMBINO | PB |
| ABBREVIATIONS: | UI: Unintelligible | |

JB: I like hanging around Michael. It's much better. I feel safe around Michael. He don't say nothing stupid. He don't do nothing stupid.

PB: Michael doesn't do anything stupid.